# Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------X
SHALOM S. MAIDENBAUM,

                                              Index No. 604610/2016

                   Plaintiff,

   - against -

                                       **RESTRAINING NOTICE**

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,
CHOSHEN ISRAEL LLC and AARON FISCHMAN,

                               Defendants.
-------------------------------------------------------------X

**Re:**    (1) CARDIS ENTERPRISES INTERNATIONAL, B.V., Judgment Debtor
       (2) CARDIS ENTERPRISES INTERNATIONAL, N.V., Judgment Debtor
       (3) CARDIS ENTERPRISES INTERNATIONAL (USA), INC., Judgment Debtor
       (4) CHOSHEN ISRAEL LLC, Judgment Debtor,
       (5) AARON FISCHMAN, **Soc. Sec. No.** [Redacted], Judgment Debtor
       (6) NINA FISCHMAN, **Soc Sec No.** [Redacted], Recipient of fraudulent conveyances
             from the Judgment Debtors
       (7) MOMMY SAUCE IRREVOCABLE TRUST, **EIN** [Redacted],
             Recipent of fraudulent conveyances from Judgment Debtors

# The People of the State of New York

TO:    Bank of America Corporation d/b/a Merrill Lynch
       c/o CT Corporation
       28 Liberty Street
       New York, NY 10005

       Ms. Morgan Applewhite  (email to third-party_processing@ml.com)
       Merrill Lynch, Pierce,
           Fenner & Smith Incorporated
       Third Party Services
       P.O. Box 40239
       Jacksonville, Fl 32203

## Judgment Debtor Information

CARDIS ENTERPRISES INTERNATIONAL, B.V., Judgment Debtor
CARDIS ENTERPRISES INTERNATIONAL, N.V., Judgment Debtor
CARDIS ENTERPRISES INTERNATIONAL (USA), INC., Judgment Debtor
CHOSHEN ISRAEL LLC, Judgment Debtor
     all:  445 Central Ave
          Cedarhurst, New York 11516

AARON FISCHMAN, Soc. Sec. No. [Redacted], Judgment Debtor
    703 Carlyle Street
    Woodmere, New York  11598-2917

## RESTRAINING NOTICE

**WHEREAS,** in an action in the Supreme Court of New York, County of Nasssau between, Shalom S. Maidenbaum, as petitioners, and Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc., Choshen Israel LLC and Aaron Fischman, as defendants, who are all the parties named in said action, judgment was entered on June 21, 2016, in favor of Shalom S. Maidenbaum, judgment creditor and jointly and severally against Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc., Choshen Israel LLC and Aaron Fischman, judgment debtors, for a total amount of $2,576,442.78, of which $2,576,442.78, together with post-judgment interest in the amount of $1,076,176.69, amounting in all to **a judgment debt in the amount of $3,652,619.47**, all of which remains unpaid.

**WHEREAS,** it appears that you owe a debt to the judgment debtor or are in possession or in custody of property in which the judgment debtors have an interest, including accounts in the name of **Nina Fishman (Soc. Sec. No.** [Redacted]**)** and **Mommy Sauce Irrevocable Trust**, who are recipients of fraudulent conveyances by the judgment debtors, and thus subject to restraint pursuant to *Blue Giant Equip. Corp. v. Tec-Ser, Inc.*, 459 N.Y.S.2d 948, 949 (3d Dept 1983) and *Berkshire Bank v. Tedeschi*, 2016 WL 1029526, *3 (N.D.N.Y., Mar. 15, 2016).

**TAKE NOTICE** that pursuant to subdivision (b) of Section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with any property in which you have an interest except as therein provided.

Section 5222(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the

notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

TAKE FURTHER NOTICE that certain money and property may be exempt from this restraint as follows below.

Dated: New York, New York
February 8, 2021

Berry Law PLLC

By: /s/Eric W. Berry
Eric W. Berry
745 Fifth Avenue, 5th Floor
New York, New York   10151
(212) 355-0777
berrylawpllc@gmail.com

Law Offices of Elliot J. Blumenthal, PLLC
483 Chestnut Street
Cedarhurst, New York 11516
(516) 295-0903
elliot@eblumenthallaw.com

*Attorneys for petitioner Shalom Maidenbaum*

**EXEMPTION NOTICE AND EXEMPTION CLAIM FORMS FOLLOW**

3

 421 — Exemption notice (p. 1) and claim form (p. 2), CPLR 5222-a(b), enforcement of judgments, 1-09

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

# EXEMPTION NOTICE
### *as required by New York Law*

## Your bank account is restrained or "frozen."

The attached Restraining Notice or Notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the Court Clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

## Does your bank account contain any of the following types of funds?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken. To make the claim, you must
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form"

Blumberg's Law Products® 421 — P. 2 Exemption claim form, CPLR 5222-a(b), enforcement of judgments, 1-09

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

*Index No.* Index No. 604610/2016

# EXEMPTION CLAIM FORM

**Name and address of judgment creditor or attorney**
*To be completed by judgment creditor or attorney.*
**Address A** Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York    10151

**Name and address of financial institution**
*To be completed by judgment creditor or attorney.*
**Address B** Bank of America dba Merrill Lynch
Bank of America Corporation d/b/a Merrill Lynch
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to **Address A** and one form to **Address B** within twenty days of the date on the envelope holding this notice.

**\*\*If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (*check all that apply*):

☐ Social security
☐ Social security disability (SSD)
☐ Supplemental security income (SSI)
☐ Public assistance
☐ Wages while receiving SSI or public assistance
☐ Veterans benefits
☐ Unemployment insurance

☐ Income earned in the last 60 days (90% of which is exempt)
☐ Child support
☐ Spousal support or maintenance (alimony)
☐ Workers' compensation
☐ Railroad retirement or black lung benefits
☐ Other (describe exemption):
☐ Payments from pensions and retirement accounts

I request that any correspondence to me regarding my claim be sent to the following address:
*Fill in your complete address.*

**I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.**

Date:

_____
Signature of Judgment Debtor

**STATE OF NEW YORK, COUNTY OF**                    SS:

being duly sworn, says: that the deponent is not a party

herein, is over 18 years of age and resides at

That on                               at No.
deponent served the within restraining notice, exemption notice and two exemption claim forms on

CORPORATION
1. ☐
the banking institution therein named, by delivering a true copy thereof to
personally, whom deponent knew to be the
of said institution: deponent knew the banking institution so served to be said banking institution.

SERVICE
BY
MAIL
2. ☐
Strike out
(a) or (b)
by mailing a copy of same, accompanied by a copy in a securely sealed postpaid wrapper properly addressed to
at
(a) by registered mail, return receipt requested. Deponent delivered said wrapper to the Registry Clerk at the
post office and paid the requisite fee. Return Receipt No.                              is attached hereto.
(b) by certified mail, return receipt requested. Deponent deposited said wrapper with the requisite postage
and return receipt card affixed, in—a post office—official depository under the care and custody of the United
States Postal Service within the State of New York, Return Receipt No.
is attached hereto.

Deponent describes the individual served as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*Sworn to before me on*        ....................................        ..........................
                               *Print name beneath signature.*          *LICENSE NO.*

*Index No.*

# Restraining Notice, Exemption Notice and Exemption Claim Forms

LAW OFFICES OF

*Attorney(s) for
Office and Post Office Address*


# EXEMPTION NOTICE
### *as required by New York Law*

## Your bank account is restrained or "frozen."

The attached Restraining Notice or Notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the Court Clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

## Does your bank account contain any of the following types of funds?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken. To make the claim, you must
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form"

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

*Index No.* Index No. 604610/2016

# EXEMPTION
# CLAIM FORM

**Name and address of judgment creditor or attorney**
*To be completed by judgment creditor or attorney.*
**Address A** Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York   10151

**Name and address of financial institution**
*To be completed by judgment creditor or attorney.*
**Address B** Bank of America dba Merrill Lynch
Bank of America Corporation d/b/a Merrill Lynch
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to **Address A** and one form to **Address B** within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (*check all that apply*):

☐ Social security
☐ Social security disability (SSD)
☐ Supplemental security income (SSI)
☐ Public assistance
☐ Wages while receiving SSI or public assistance
☐ Veterans benefits
☐ Unemployment insurance

☐ Income earned in the last 60 days (90% of which is exempt)
☐ Child support
☐ Spousal support or maintenance (alimony)
☐ Workers' compensation
☐ Railroad retirement or black lung benefits
☐ Other (describe exemption):
☐ Payments from pensions and retirement accounts

I request that any correspondence to me regarding my claim be sent to the following address:
*Fill in your complete address.*

**I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.**

Date:

_____
Signature of Judgment Debtor

STATE OF NEW YORK, COUNTY OF                          SS:

being duly sworn, says: that the deponent is not a party

herein, is over 18 years of age and resides at

That on                              at No.
deponent served the within restraining notice, exemption notice and two exemption claim forms on

CORPORATION
1. ☐
the banking institution therein named, by delivering a true copy thereof to
personally, whom deponent knew to be the
of said institution; deponent knew the banking institution so served to be said banking institution.

SERVICE
BY
MAIL
2. ☐
Strike out
(a) or (b)
by mailing a copy of same, accompanied by a copy in a securely sealed postpaid wrapper properly addressed to
at
(a) by registered mail, return receipt requested. Deponent delivered said wrapper to the Registry Clerk at the
post office and paid the requisite fee. Return Receipt No.                              is attached hereto.
(b) by certified mail, return receipt requested. Deponent deposited said wrapper with the requisite postage
and return receipt card affixed, in—a post office—official depository under the care and custody of the United
States Postal Service within the State of New York. Return Receipt No.
is attached hereto.

Deponent describes the individual served as follows:

| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*Sworn to before me on*                    ...............................                    ..................
                                        *Print name beneath signature.*                    *LICENSE NO.*

*Index No.*

# Restraining Notice, Exemption Notice and Exemption Claim Forms

LAW OFFICES OF

*Attorney(s) for*
*Office and Post Office Address*

 421 — Exemption notice (p. 1) and claim form (p. 2), CPLR 5222-a(b), enforcement of judgments, 1-09

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

# EXEMPTION NOTICE
### *as required by New York Law*

## Your bank account is restrained or "frozen."

The attached Restraining Notice or Notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the Court Clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

## Does your bank account contain any of the following types of funds?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken. To make the claim, you must
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form"


SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

*Index No.* Index No. 604610/2016

# EXEMPTION
# CLAIM FORM

**Name and address of judgment creditor or attorney**
*To be completed by judgment creditor or attorney.*
**Address A** Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York   10151

**Name and address of financial institution**
*To be completed by judgment creditor or attorney.*
**Address B** Bank of America dba Merrill Lynch
Bank of America Corporation d/b/a Merrill Lynch
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to **Address A** and one form to **Address B** within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (*check all that apply*):

☐ Social security
☐ Social security disability (SSD)
☐ Supplemental security income (SSI)
☐ Public assistance
☐ Wages while receiving SSI or public assistance
☐ Veterans benefits
☐ Unemployment insurance

☐ Income earned in the last 60 days (90% of which is exempt)
☐ Child support
☐ Spousal support or maintenance (alimony)
☐ Workers' compensation
☐ Railroad retirement or black lung benefits
☐ Other (describe exemption):
☐ Payments from pensions and retirement accounts

I request that any correspondence to me regarding my claim be sent to the following address:
*Fill in your complete address.*

**I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.**

Date:

_____
Signature of Judgment Debtor

**STATE OF NEW YORK, COUNTY OF**                    SS:

being duly sworn, says: that the deponent is not a party

herein, is over 18 years of age and resides at

That on                              at No.
deponent served the within restraining notice, exemption notice and two exemption claim forms on

**CORPORATION**
1. ☐     the banking institution therein named, by delivering a true copy thereof to
personally, whom deponent knew to be the
of said institution: deponent knew the banking institution so served to be said banking institution.

**SERVICE BY MAIL**
2. ☐
**Strike out (a) or (b)**

by mailing a copy of same, accompanied by a copy in a securely sealed postpaid wrapper properly addressed to

at
(a) by registered mail, return receipt requested. Deponent delivered said wrapper to the Registry Clerk at the
post office and paid the requisite fee. Return Receipt No.                              is attached hereto.
(b) by certified mail, return receipt requested. Deponent deposited said wrapper with the requisite postage
and return receipt card affixed, in—a post office—official depository under the care and custody of the United
States Postal Service within the State of New York. Return Receipt No.
is attached hereto.

Deponent describes the individual served as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*Sworn to before me on*             ...............................                ....................
                                     *Print name beneath signature.*              *LICENSE NO.*

*Index No.*

# Restraining Notice, Exemption Notice and Exemption Claim Forms

**LAW OFFICES OF**

*Attorney(s) for*
*Office and Post Office Address*

**Blumberg's Law Products®**  **421**— Exemption notice (p.1) and claim form (p.2), CPLR 5222-a(b), enforcement of judgments, 1-09

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

# EXEMPTION NOTICE
### *as required by New York Law*

## Your bank account is restrained or "frozen."

The attached Restraining Notice or Notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the Court Clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

## Does your bank account contain any of the following types of funds?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken. To make the claim, you must
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form"

® 421 — P. 2 Exemption claim form, CPLR 5222-a(b), enforcement of judgments, 1-09

©2009 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

*Index No.* Index No. 604610/2016

# EXEMPTION CLAIM FORM

**Name and address of judgment creditor or attorney**
*To be completed by judgment creditor or attorney.*
**Address A** Eric W. Berry
Berry Law PLLC
745 Fifth Avenue, 5th Floor
New York, New York   10151

**Name and address of financial institution**
*To be completed by judgment creditor or attorney.*
**Address B** Bank of America dba Merrill Lynch
Bank of America Corporation d/b/a Merrill Lynch
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to **Address A** and one form to **Address B** within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (*check all that apply*):

☐ Social security
☐ Social security disability (SSD)
☐ Supplemental security income (SSI)
☐ Public assistance
☐ Wages while receiving SSI or public assistance
☐ Veterans benefits
☐ Unemployment insurance

☐ Income earned in the last 60 days (90% of which is exempt)
☐ Child support
☐ Spousal support or maintenance (alimony)
☐ Workers' compensation
☐ Railroad retirement or black lung benefits
☐ Other (describe exemption):
☐ Payments from pensions and retirement accounts

I request that any correspondence to me regarding my claim be sent to the following address:
*Fill in your complete address.*

**I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.**

Date:

_____
Signature of Judgment Debtor

**STATE OF NEW YORK, COUNTY OF**                    SS:

being duly sworn, says: that the deponent is not a party

herein, is over 18 years of age and resides at

That on                               at No.
deponent served the within restraining notice, exemption notice and two exemption claim forms on

CORPORATION
1. ☐
the banking institution therein named, by delivering a true copy thereof to
personally, whom deponent knew to be the
of said institution: deponent knew the banking institution so served to be said banking institution.

SERVICE
BY
MAIL
2. ☐
Strike out
(a) or (b)
by mailing a copy of same, accompanied by a copy in a securely sealed postpaid wrapper properly addressed to

at
(a) by registered mail, return receipt requested. Deponent delivered said wrapper to the Registry Clerk at the post office and paid the requisite fee. Return Receipt No.                               is attached hereto.
(b) by certified mail, return receipt requested. Deponent deposited said wrapper with the requisite postage and return receipt card affixed, in—a post office—official depository under the care and custody of the United States Postal Service within the State of New York. Return Receipt No.
is attached hereto.

Deponent describes the individual served as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

*Sworn to before me on*                  ...........................................
                                        *Print name beneath signature.*            ........................
                                                                              *LICENSE NO.*

*Index No.*

# Restraining Notice, Exemption Notice and Exemption Claim Forms

**LAW OFFICES OF**

*Attorney(s) for*
*Office and Post Office Address*

# Exhibit 2

Eric W. Berry (NY)
*e-mail BerryLawPllc@gmail.com*

February 8, 2021

*By Federal Express*
Bank of America Corporation d/b/a Merrill Lynch
c/o CT Corporation
28 Liberty Street
New York, NY 10005

*By Federal Express:*
Bank of America Merrill Lynch
Office of Counsel
50 Rockefeller Plaza
New York, NY 10020-1605

*by email*
third-party_processing@ml.com
Ms. Morgan Applewhite
Merrill Lynch, Pierce,
    Fenner & Smith Incorporated
Third Party Services
P.O. Box 40239
Jacksonville, Fl 32203

      Re: *Maidenbaum v. Cardis,* Nassau Co., Index No. 604610/2016
           *Maidenbaum v. Nina Fischman, et al.* Nassau Co., Index No. pending

REQUEST THAT MERRILL RESTRAIN ACCOUNTS OF NON-DEBTORS
NINA FISHMAN **(SSN [Redacted])** &
MOMMY SAUCE IRREVOCABLE TRUST **(EIN [Redacted])**

To Merrill Lynch:

    I am serving **(1)** a Restraining Order pursuant to CPLR 5222 that I have issued in the case, *Maidenbaum v. Cardis,* Sup. Ct., Nassau Co., Index No. 604610/2016, in which my client, Shalom S. Maidenbaum, holds judgments against Cardis Enterprises International, B.V., Cardis Enterprises International, N.V., Cardis Enterprises International (USA), Inc., Choshen Israel, LLC and Aaron Fischman.

    I am also serving **(2)** a Notice of Petition and Petition in a related special proceeding, *Maidenbaum v. Nina Fischman, et al.*, Sup. Ct., Nassau Co. (filed but waiting assignment for

Index No.) in which Maidenbaum asserts claims under New York's turnover statutes (CPLR 5225 and CPLR 5227) and the fraudulent conveyance provisions of the Debtor and Creditor Law against Nina Fischman (the wife of judgment debtor Aaron Fischman) and Mommy Sauce Irrevocable Trust. Nina Fischman is not only the settlor but also the Trustee and one of the beneficiaries of that Trust. *See Petition*, Ex. 16.)

The Restraining Notice requests that Merrill restrain not only the accounts of the judgment debtors – the three Cardis entities (collectively, "Cardis"), Aaron Fischman and Choshen Israel, LLC) – but also two non-debtors, *Nina Fischman and Mommy Sauce Irrevocable Trust*. As noted, Nina Fischman and Mommy Sauce Irrevocable Trust are respondents named in the Petition on turnover and fraudulent conveyance claims.

One fact supporting Maidenbaum's request for a freeze of the accounts that Nina Fischman and Mommy Sauce Irrevocable Trust maintain at Merrill (and supporting the turnover/fraudulent conveyance claims) is that Cardis collected its receipts though IOLA accounts belonging to an attorney named Lawrence Katz, who then diverted them from proper uses in Cardis' business to Nina (as well as other Fischman family members). Katz's role in the scheme to divert and misappropriate Cardis' assets is also alleged in both criminal and civil complaints filed against Cardis and its management by Leticia James, the New York Attorney General. *See* Press Release, "AG James Announces Criminal Indictment of Former Tech CEO for Defrauding Investors Out of Over $22 Million," (Office of the Attorney General, September 3, 2020) < https://ag.ny.gov/press-release/2020/ ag-james-announces-criminal-indictment-former-tech-ceo-defrauding-investors-out >

Mommy Sauce Irrevocable Trust was not only established, but was also funded, by Nina Fischman, and is a gratuitous "subsequent transferee" from which Maidenbaum can also recover from Cardis' fraudulently conveyed assets. Petition, ¶¶29-84.

In these circumstances, the case law authorizes Maidenbaum to restrain accounts held by Nina Fischman and Mommy Sauce Irrevocable Trust. Among other decisions, *Blue Giant Equip. Corp. v. Tec-Ser, Inc.*, 459 N.Y.S.2d 948, 949 (3d Dept 1983) and *Berkshire Bank v. Tedeschi*, 2016 WL 1029526, *3 (N.D.N.Y., Mar. 15, 2016) hold that a restraining notice against the property of a non-debtor is valid where the creditor has made a *prima facie* showing that a transfer to the non-debtor was a fraudulent conveyance. A transfer from an initial transferee (here, Nina) to a subsequent transferee (here, the Mommy Sauce Trust), is also a fraudulent conveyance that may be attacked by the creditor where, as in the case of the Mommy Sauce Irrevocable Trust, the subsequent transferee was not a good faith recipient that provided value. *Jiangsu Changlong Chemicals Co., Ltd. v. Burlington Bio-Medical*, 2008 WL 11435610 (E.D.N.Y., Apr. 9, 2008); *PalmOne, Inc. v R.C.S. Computer Experience, LLC*, 2007 WL 1228615,*5 (Sup. Ct., New York Co., March 29, 2007)

In addition to the evidence cited in the petition showing that Nina and Mommy Sauce are

liable to Maidenbaum as the recipients of fraudulent conveyances, an analysis of Capital One records shows that the money Nina and Mommy Sauce Irrevocable Trust have at Merrill is traceable to funds that Katz illegally diverted from Cardis to Nina.

Merrill's records will show that Merrill Account No. [Redacted]6722 in the name of Nina Fishman was funded with a deposit of $988,493.02 on May 24, 2017, As shown below, that money came from Nina's account at Capital One, A/C No. [Redacted]9044 from which $988,493.02 was withdrawn on May 24, 2017 (Ex. 1.)

Nina Fischman is a housewife who was never employed by Cardis. Petition, ¶¶19, 63. Nevertheless, Katz, as demonstrated in the Petition, diverted at least $3,861,000 from Cardis to her. Petition, ¶¶19-41. A substantial portion of that money was diverted to Nina in during the period spanning 2008 through 2010. Petition, Ex. 14, pp. 1-3.

The $988,493.02 that Merrill received from Nina's Capital One Account [Redacted]9044 to Merrill is traceable to deposits Nina made at Capital One during the 2008 - 2010 period in which Cardis was fraudulently transferring funds to her through the Katz IOLA accounts.

Nina's Capital One Account [Redacted]7656 was funded by a $1,775,000 deposit on March 12, 2008. (Ex. 2.) That amount, after being increased slightly to $1,790,000, was split four ways (Ex. 3) and transferred to other accounts Nina held at Capital One (Ex. 4) including, for our purposes, $500,000 paid into Nina's Capital One Account [Redacted]9044 (Ex. 5). Of that $500,000, $494,574.15 remained in Nina's Capital One Account [Redacted]9044 until May 24, 2017 (Ex. 1), at which point it was withdrawn along with another $493,923.87 (for the $988,493.02 total), and transferred to Merrill. (Ex. 1).

The other, $493,923.87 portion, of the transfer to Merrill on May 24, 2017 is also traceable to deposits Nina made at Capital One during the time she was receiving the fraudulent transfers that Cardis conveyed to her through Katz's IOLA Accounts. On December 31, 2010, Nina received $972,000 into her Capital One Account [Redacted]7364 (Ex. 6). On November 7, 2016, $493,221.41 of this account was transferred to Nina's Capital One Account [Redacted]3918. (Ex. 7.) Then, on May 24, 2017, those funds, having increased to $493.923.87, were transferred from Nina's Capital One Account [Redacted]3918 to Nina's Capital One Account [Redacted]9044(Ex. 1), increasing the balance to $988,511.68 (*id.*) As noted, that amount was, along with the other $494,574.15, was transferred to Nina's Merrill account on May 24, 2017. *(Id.)*

Of the $988,493.02 Merrill received into Nina's Account No. [Redacted]6722, $491,372.63 was transferred internally at Merrill (to AC [Redacted]7155, also owned or controlled by Nina) on or about August 23, 2017.

On May 8, 2019, Merrill received into the [Redacted]7155 Account an additional $200,000 deposit from the proceeds of Cardis' fraudulent conveyances that Nina held in her Capital One accounts (this time from Capital One AC [Redacted]9060).

On June 26, 2019, Merrill received into the [Redacted]7155 Account an additional $494,490.59 deposit from the proceeds of Cardis' fraudulent conveyances that Nina held in her Capital One accounts (this time from Capital One AC [Redacted]7364).

On January 28, 2020, $1,854,512.35, likely in securities, was transferred out of Nina's accounts at Merrill Lynch, to an another Merrill account, A/C No. [Redacted]1091, in the name of a trust for which Nina acted as Trustee. [Redacted]1091. Thirteen days earlier, Nina, as grantor, established the Mommy Sauce Irrevocable Trust, naming herself as Trustee. Petition, Ex. 16. She is also a beneficiary of that Trust. *Id.*

For the foregoing reasons, Maidenbaum requests that Merrill restrain funds belonging not only the judgment debtors, but also to Nina Fischman and Mommy Sauce Irrevocable Trust, pending a hearing on the Petition.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Eric W. Berry
Eric W. Berry

cc: Elliot Blumenthal. Esq.

EXHIBIT 1



| | CHECKING \| SAVINGS \| CDS \| IRAS \| LOANS |

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2017 - JUNE 12, 2017

### VIP Interest Checking [Redacted]9044

| | | | |
|---|---|---|---|
| Previous Balance  05/10/17 | $494,587.81 | Number of Days in Cycle | 33 |
| 1 Deposits/Credits | $493,923.87 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $8.81 | Average Collected Balance | $494,587.81 |
| 3 Checks/Debits | -$988,520.49 | Interest Earned During this Cycle | $8.81 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $109.84 |
| Ending Balance 06/12/17 | $0.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2017  -  JUNE 12, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/24 | $493,923.87 | $988,511.68 | Credit | Transfer Credit FR [Redacted]3918 | |
| 05/24 | -$988,493.02 | $18.66 | Debit | Wire transfer withdrawal MERRILL LYNCH [Redacted]2417 USD[Redacted]9649 | |
| 05/24 | -$25.00 | -$6.34 | Debit | Wire transfer fee WIRE TRANSFER [Redacted]2417 | |
| 05/24 | $8.81 | $2.47 | Credit | Interest paid | |
| 05/24 | -$2.47 | $0.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
**FDIC**

# EXHIBIT 2



**Capital One Bank**

PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Platinum Money Market     [Redacted] 765 6

| | | |
|---|---|---|
| Opening balance | 02-14-08 | 1,775,604.46 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 4,518.67 |
| Ending balance | 03-12-08 | 1,780,123.13 |
| Days in Statement Period | 28 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 1,775,604.46 |
| Days in Earnings Period | 29 |
| Interest Earned | 4,518.67 |
| Annual Percentage Yield Earned | 3.25 % |
| Interest Paid this Year | 15,861.13 |
| Interest paid during 2007 | 53,545.27 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,775,604.46 |
| 03-12 | Interest paid | | | 4,518.67 | 1,780,123.13 |
| | Ending balance | | | | 1,780,123.13 |

END OF STATEMENT



EXHIBIT 3



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  11598-2917                name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.


                    1 ENCLOSURES      Page    1 of     1

Max One Money Market          [Redacted] 765 6

        Opening balance       06-12-08      1,793,424.71
        +Deposits/Credits          1              750.00
        -Checks/Debits             5        1,790,010.00
        -Service charge                           15.00
        +Interest paid                           581.90
        Ending balance        07-11-08        4,731.61
        Days in Statement Period    30

                    INTEREST INFORMATION
        Average Daily Balance                 242,677.04
        Days in Earnings Period                      30
        Interest Earned                          581.90
        Annual Percentage Yield Earned            2.96 %
        Interest Paid this Year               29,744.61

                SERVICE CHARGES

   DATE  SERVICE DESCRIPTION      VOLUME      PRICE       CHARGE

   07-11 Maintenance charge                                15.00


  DATE  DESCRIPTION          CHECK#     DEBITS    CREDITS     BALANCE

        Beginning Balance                                 1,793,424.71
  06-16 Transfer Debit               500,000.00           1,293,424.71
        TO XXXXXX9036
  06-16 Transfer Debit               500,000.00             793,424.71
        TO XXXXXX9044
  06-16 Transfer Debit               500,000.00             293,424.71
        TO XXXXXX9060
  06-16 Transfer Debit               290,000.00               3,424.71
        TO XXXXXX9079
  06-17 Customer deposit                          750.00      4,174.71
  06-19 Miscellaneous debit              10.00                4,164.71
        CAN CK FEE
  07-11 Interest paid                             581.90      4,746.61
  07-11 Maintenance charge              15.00                 4,731.61
        Ending balance                                       4,731.61



        END OF STATEMENT

**EXHIBIT 4**



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.


                        0 ENCLOSURES      Page    1 of     1

   Capital One Checking with Interest    [Redacted] 906 0

            Opening balance        06-16-08              0.00
            +Deposits/Credits           1         500,000.00
            -Checks/Debits              0               0.00
            -Service charge                            0.00
            +Interest paid                         1,058.88
            Ending balance         07-11-08      501,058.88
            Days in Statement Period    26

                    INTEREST INFORMATION
            Average Daily Balance              500,000.00
            Days in Earnings Period                   26
            Interest Earned                     1,058.88
            Annual Percentage Yield Earned          3.01 %
            Interest Paid this Year             1,058.88

DATE  DESCRIPTION          CHECK#      DEBITS      CREDITS        BALANCE

       Beginning Balance                                            0.00
06-16 Transfer Credit                          500,000.00     500,000.00
      FR XXXXXX7656
07-11 Interest paid                              1,058.88     501,058.88
      Ending balance                                          501,058.88




          END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

0 ENCLOSURES     Page     1 of     1

Capital One Checking with Interest     [Redacted] 903 6

| | | |
|---|---|---:|
| Opening balance | 06-16-08 | 0.00 |
| +Deposits/Credits | 1 | 500,000.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 1,058.88 |
| Ending balance | 07-11-08 | 501,058.88 |
| Days in Statement Period | 26 | |

INTEREST INFORMATION

| | |
|---|---:|
| Average Daily Balance | 500,000.00 |
| Days in Earnings Period | 26 |
| Interest Earned | 1,058.88 |
| Annual Percentage Yield Earned | 3.01 % |
| Interest Paid this Year | 1,058.88 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---:|---:|---:|
| | Beginning Balance | | | | 0.00 |
| 06-16 | Transfer Credit | | | 500,000.00 | 500,000.00 |
| | FR XXXXXX7656 | | | | |
| 07-11 | Interest paid | | | 1,058.88 | 501,058.88 |
| | Ending balance | | | | 501,058.88 |

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.


                        0 ENCLOSURES      Page    1 of    1

Capital One Checking with Interest      [Redacted] 904 4

            Opening balance         06-16-08              0.00
            +Deposits/Credits              1        500,000.00
            -Checks/Debits                 0              0.00
            -Service charge                               0.00
            +Interest paid                           1,058.88
            Ending balance         07-11-08        501,058.88
            Days in Statement Period      26

                     INTEREST INFORMATION
            Average Daily Balance                  500,000.00
            Days in Earnings Period                       26
            Interest Earned                          1,058.88
            Annual Percentage Yield Earned              3.01 %
            Interest Paid this Year                  1,058.88

DATE  DESCRIPTION            CHECK#      DEBITS      CREDITS        BALANCE

      Beginning Balance                                               0.00
06-16 Transfer Credit                            500,000.00     500,000.00
      FR XXXXXX7656
07-11 Interest paid                                1,058.88     501,058.88
      Ending balance                                            501,058.88






            END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

Capital One Checking with Interest        [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 06-16-08 | 0.00 |
| +Deposits/Credits | 1 | 290,000.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 614.15 |
| Ending balance | 07-11-08 | 290,614.15 |
| Days in Statement Period | 26 | |

                     INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 290,000.00 |
| Days in Earnings Period | 26 |
| Interest Earned | 614.15 |
| Annual Percentage Yield Earned | 3.01 % |
| Interest Paid this Year | 614.15 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 0.00 |
| 06-16 | Transfer Credit | | | 290,000.00 | 290,000.00 |
| | FR XXXXXX7656 | | | | |
| 07-11 | Interest paid | | | 614.15 | 290,614.15 |
| | Ending balance | | | | 290,614.15 |

END OF STATEMENT

# EXHIBIT 5



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

0 ENCLOSURES      Page      1 of      1

Capital One Checking with Interest         [Redacted]904 4

| | | |
|---|---|---|
| Opening balance | 06-16-08 | 0.00 |
| +Deposits/Credits | 1 | 500,000.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 1,058.88 |
| Ending balance | 07-11-08 | 501,058.88 |
| Days in Statement Period | 26 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 500,000.00 |
| Days in Earnings Period | 26 |
| Interest Earned | 1,058.88 |
| Annual Percentage Yield Earned | 3.01 % |
| Interest Paid this Year | 1,058.88 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 0.00 |
| 06-16 | Transfer Credit | | | 500,000.00 | 500,000.00 |
| | FR XXXXXX7656 | | | | |
| 07-11 | Interest paid | | | 1,058.88 | 501,058.88 |
| | Ending balance | | | | 501,058.88 |

END OF STATEMENT

# EXHIBIT 6



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

**Simple Savings** [Redacted]**7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/12 | $972,574.68 | $972,574.68 | Deposit | Customer deposit | |
| 11/30 | $551.98 | $973,126.66 | Credit | Interest paid | |
| 12/31 | $901.28 | $974,027.94 | Credit | Interest paid | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC   EQUAL HOUSING LENDER

EXHIBIT 7



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2016  -  DECEMBER 30, 2016

**Simple Savings** [Redacted]  **7364**

| | | | |
|---|---|---|---|
| Previous Balance 09/30/16 | $986,412.74 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,221.41 |
| Interest Paid | $86.93 | Average Collected Balance | $691,577.94 |
| 4 Debits | -$493,245.75 | Interest Earned During this Cycle | $86.93 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $456.11 |
| Ending Balance 12/30/16 | $493,253.92 | Annual Percentage Yield Earned | 0.05% |

ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2016  -  DECEMBER 30, 2016

**Simple Savings 00005800957364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/31 | $41.78 | $986,454.52 | Credit | Interest paid | |
| 10/31 | -$11.70 | $986,442.82 | Debit | FED TAX WITHHELD | |
| 11/07 | -$493,221.41 | $493,245.67 | Debit | Phone transfer debit TO [Redacted]3918 | |
| 11/30 | $24.26 | $493,245.67 | Credit | Interest paid | |
| 11/30 | -$6.79 | $493,238.88 | Debit | FED TAX WITHHELD | |
| 12/31 | $20.89 | $493,259.77 | Credit | Interest paid | |
| 12/31 | -$5.85 | $493,253.92 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
**FDIC**

## FOLLOW THESE EASY STEPS TO BALANCE YOUR ACCOUNT

▸ Just answer the
following questions to
"balance your checkbook."

1. What is the amount shown on this
   statement for ENDING BALANCE?
   *Enter that amount on the line to your right.*                              $ _____

2. Have you made any deposits that have not
   been credited on this statement?                                           +$ _____
   *Total up these deposits and enter the amount
   on the line to your right.*

3. ADD TOGETHER Lines 1 and 2                                                 =$ _____

4. Are there any outstanding checks,
   payments, transfers or other withdrawals
   that are not reflected on this statement?                                  -$ _____
   *Use the table below to add them up and enter
   the total on the line to your right.*

5. SUBTRACT Line 4 from Line 3                                                =$ _____
   *This should reflect your checkbook balance.*

| Outstanding Items | |
|---|---|
| Check # | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Outstanding Items | |
|---|---|
| Check # | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total
Enter in
Line 4 | |

### Please examine your statement promptly and report any inaccuracy as soon as possible

In Case of Error or Questions About Your Electronic Transfers, telephone us at 1 (800) 655-2265 or write us at Capital One, N.A.,
7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is
wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (If any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you
need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will
credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to
complete our investigation.

# Exhibit 3

# COHEN, LaBARBERA & LANDRIGAN, LLP
## ATTORNEYS AT LAW

RONALD J. COHEN (NY BAR & LL.M. IN TAXATION)
STEPHEN P. LaBARBERA (NY BAR)
THOMAS C. LANDRIGAN (NY & NJ BAR)
------------------------------------------
PHILLIP C. LANDRIGAN (NY BAR – OF COUNSEL)
PAOLA LEICHTER (NY BAR - OF COUNSEL)
OXANA LUKINA (NY BAR)
JENNIFER T. MULLEADY (NY BAR)
MELISSA A. PERRY (NY BAR)
KYLE A. SEISS (NY & NJ BAR)
CHRISTOPHER SMITH (NY BAR & LL.M. IN TAXATION)
JOSHUA SCERBO (NY & NJ BAR)

99 BROOKSIDE AVENUE
CHESTER, NY 10918
TELEPHONE (845) 291-1900
FACSIMILE (845) 291-8601*
------------------------------------------
EMAIL: Call for Individual Email Addresses
mailto:rjc1@frontiernet.net
*Not for Service of Process

SUSAN M. YEOMAN (PARALEGAL SUPERVISOR

05/25/2021

Dear Ms. Fischman,

I have been retained to perform a forensic accounting analysis of the bank and investment accounts of Nina Fischman to determine the date(s) of origin for the outside deposits into her bank and investment accounts. I am an Attorney/CPA practicing law for forty years with a specialty in taxation and a partner of the law firm Cohen, LaBarbera & Landrigan LLP.

I was provided with Nina Fischman's bank and investment account statements and deposit information from November 2006 through June 2019 for Capital One and North Fork Banks, and for Merrill Lynch starting on April 29, 2019 through December 31, 2020 and for Chase Bank starting May 14, 2019 through May 1, 2020. I analyzed the monthly statements for these accounts.

## CONCLUSION:

Based upon my detailed analysis and review of Nina Fischman's bank and investment accounts for the period November 2006 through December 31, 2020 it is my professional opinion that Nina Fischman was in exclusive possession of $1,793,424.71 as of November 14, 2006 and was also in exclusive possession of $943,071.68 prior to June 16, 2008. There were no external deposits into her bank and investment accounts during the aforementioned time period. All of the funds deposited into the Mommy Sauce Irrevocable Trust have been traced back to her previous bank and investment accounts that Nina Fischman possessed with North Fork and Capital One Bank and investment accounts.

Further, it is my opinion that any new claim seeking to set aside these transfer of funds from Nina Fischman's bank and investment accounts to the Mommy Sauce Irrevocable Trust would be barred by the applicable statute of limitations. "A cause of action based on constructive fraud in New York is governed by a six-year statute of limitations, and such a cause of action arises at the time the fraudulent conveyance occurs." *Ehrler v. Cataffo*, 42 A.D.3d 424, 425, 840 N.Y.S.2d 375, 377 (2007) (internal citations omitted). As discussed herein, all transfers under discussion occurred more than six years ago. However, "A cause of action based upon actual fraud under Debtor and Creditor Law § 276 must be brought within six years of the date that the

fraud or conveyance occurs, <u>or within two years of the date the fraud should have been discovered,</u> whichever is longer." *Id* at 424-25, 377 (emphasis added). *See also,* N.Y. C.P.L.R. 213 (McKinney)("[A]n action based upon fraud; the time within which the action must be commenced shall be the greater of six years from the date the cause of action accrued or two years from the time the plaintiff or the person under whom the plaintiff claims discovered the fraud, or could with reasonable diligence have discovered it.").

The information contained in this analysis is based upon the information provided by Nina Fischman. If additional information is provided, after our opinion has been issued, we reserve the right to amend our analysis and opinion as to the origin of funds in Nina Fischman's accounts.


## FORENSIC ANALYSIS:

I was retained to audit and attest to certain deposits to Merrill Lynch (ML) investment account(s) and disbursements from the North Fork Bank (NFB) and CapitalOne Bank (COB) bank account(s) of Ms. Nina Fischman.

I reviewed a 06/16/08 bank document listing the following accounts of Nina Fischman (Exhibit A):

A. Account Ending #5679 opened 09/03/04.

B. Account Ending #7656 opened 11/14/06 with a beginning of the day 06/16/08 balance of $1,793,424.74.

C. Account Ending #9036 opened 06/16/08.

D. Account Ending #9044 opened 06/16/08.

E. Account Ending #9060 opened 06/16/08.

F. Account Ending #9079 opened 06/16/08.

G. Account Ending #3271 which matures 11/09/08 with a balance then of $943,071.68.

I reviewed a 06/16/08 bank document for the NFB Account Ending in# 7656 (Exhibit B) showing (among other items) the Max One Money Market account as being opened on 11/14/06 with a current balance (end of the day 06/16/08) of $3,424.71, a Last Deposit Amount of $1,700,000.00 and an Average Balance of $1,793,424.71. The bank document for the NFB Account Ending in# 7656 list Ms. Nina Fischman as the only account holder.

I analyzed 10 monthly bank statements for NFB Account Ending in # 7656 for the period starting December 13, 2007 and continuing up to December 10, 2008 (Exhibit C) to provide insight as to the funds held and any deposits and disbursements. The bank statements list Nina Fischman as the only account holder and do not show the intake of any external deposits, excepts for interests incurred.

I reviewed transfer receipts from COB Account(s) Ending in# 9044, # 9036, # 9060 and# 9079 (Exhibit D) showing that on 06/16/2008 four transfers occurred, in total $1,790,000.00, and originating from the #7656 Account into four Accounts:

1. $500,000.00 to COB # 9044

2. $500,000.00 to COB # 9036

3. $500,000.00 to COB# 9060

4. $290,000.00 to COB# 9079.

I reviewed a COB New Account Information Card (Exhibit E) showing the account ending in    # 7364 as opened on 11/12/2010 by Nina Fischman. The opening deposit was $972,574.66 as a "CD ROLLOVER". Funds originated from the #3271 CD account listed above as "AC Maturity" (Exhibit A). in addition, the COB New Account Information Card for the NFB Account Ending in# 7364 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in# 7364 (Nina Fischman) for the period June 16, 2008 - June 28, 2019 (Exhibit F) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $972,574.66, originating on 11/12/2010 from #3271, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank statements for the NFB Account Ending in# 7364 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in# 3918 (Nina Fischman) for the period June 05, 2017 - November 07, 2016 (Exhibit G) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $493,221.41, originating on 11/07/2016 from #7364, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank document for the NFB Account Ending in# 3918 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in# 9060 (Nina Fischman) for the period June 16, 2008 - June 12, 2019 (Exhibit H) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $500,000, originating on 06/16/2008 from #7656, and $50,000, originating on 04/19/2019 from #9036, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank statements for the NFB Account Ending in# 9060 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in # 9079 (Nina Fischman) for the period June 16, 2008 - April 10, 2015 (Exhibit I) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $290,000, originating on 06/16/2008 from #7656, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank document for the NFB Account Ending in# 9079 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in# 9044 (Nina Fischman) for the period June 16, 2008 - June 12, 2017 (Exhibit J) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $500,000, originating on 06/16/2008 from #7656, and $493,923.87, originating on 05/24/2017 from #3918, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank document for the NFB Account Ending in# 9044 list Ms. Nina Fischman as the only account holder.

I analyzed monthly bank statements for COB Account Ending in# 9036 (Nina Fischman) for the period June 16, 2008 - June 28, 2019 (Exhibit K) to provide insight as to the funds held and any deposits and disbursements. Aside for the opening deposit of $500,000, originating on 06/16/2008 from #7656, the bank statements do not show the intake of any external deposits, excepts for interests incurred. The bank document for the NFB Account Ending in# 9036 list Ms. Nina Fischman as the only account holder.

I analyzed Merrill Lynch (ML) Account# 6722 statements (Exhibit L) for the period April 29, 2017 – February 28, 2019. Monthly Merrill Lynch summaries and yearly statements were reviewed to determine the sources of deposits to the investment account. ML Account# 6722 was funded with only one deposit, dated May 24, 2017 in the amount of $988,493.02 as a wire transfer from the Capital One Account of Nina Fischman ending in #9044 (Exhibit J). The statements for the ML Account Ending in# 6722 list Ms. Nina Fischman as the only account holder.

I analyzed ML Account# 7155 (Exhibit M) statements for the period July 29, 2017 – September 30, 2020. Monthly Merrill Lynch summaries and yearly statements were reviewed to determine the sources of deposits to the investment account. The bank document for the ML Account Ending in# 7155 list Ms. Nina Fischman as the only account holder. ML Account# 7155 was funded with the following three check deposits (Exhibit N):

1. $200,000.00 deposit on May 08, 2019 from a Capital One Bank Cashier's Check #9104348414, dated 5/8/2019, payable to Nina Fischman

2. $494,490.59 check deposit on June 26, 2019 from a Capital One Bank Cashier's Check #9104415175, dated 5/15/2019, payable to Nina Fischman,

3. $25,000.00 check deposit on January 16, 2020 from a Chase Bank Cashier's Check# 1731819971, dated 1/13/2020, payable to Nina Fischman. See Exhibit D.

The source of these checks:

1. The $200,000 was drawn on May 8, 2019 from #9060 as evidenced in Exhibit F and marked as "Customer withdrawal".

2. $494,490.59 check deposit on May 15, 2019 from #7364 as evidenced in Exhibit J and marked as "Customer withdrawal".

3. The $25,000 check was drawn on January 16, 2020 from a Chase Savings Account ending with #3125 (Exhibit O).

I analyzed bank statements for Chase Savings Account Ending in # 3125 for the period January 15, 2019 – February 12, 2020 (Exhibit O) to provide insight as to the funds held and any deposits and disbursements. The bank statements for Chase Account Ending in# 3125 list Ms. Nina Fischman as the only account holder. Account #3125 was opened with a wire deposit of $74,900, originating on 01/16/2019 from #ML 7155 (Exhibit M). By August 28, 2019, #3125 had a balance of only $4,255.78. On August 28, 2019, #3125 received a check deposit of $134,570.36, which was on May 15, 2019 drawn from COB #9060 as evidenced in Exhibit F and marked as "Customer withdrawal". From August 28, 2019 through January 16, 2020, the Account #3125 did not receive any other deposits.

It appears from the #3125 bank statements that on January 13, 2020, Ms. Nina Fischman debited $55,000 (Exhibit P), which in relevant part was used to fund the $25,000 cashier's check deposited in #7155.

I analyzed Merrill Lynch (ML) Account# 6722 statements (Exhibit L) for the period April 29, 2017 – February 28, 2019 and found that: on August 23, 2017, #7155 received $491,372.63 from 6722. On January 11, 2018, #6722 received $5,000 from #7155. on December 4, 2018, #7155 received $46,390.44 from #6722. On February 6, 2020 #7155 received $27,615.05 from #6722. On February 6, 2020, #7155 received from #6722 the amount of $459,294.56 in value of stocks. On February 13, 2020, #7155 received an additional $342.98 from #6722. After the last two transfers, #6722 was closed with a $0 balance. The foregoing statements for #6722 do not show the intake of any external deposits, excepts for interests incurred.

I analyzed Merrill Lynch (ML) Account# 7155 statements (Exhibit M) for the period July 29, 2017 – September 30, 2020 and found that: on August 23, 2017, #7155 received $491,372.63 from #6722. On January 11, 2018, #7155 received $5,000 from #6722. On December 4, 2018, #7155 received $46,390.44 from 6722. On May 15, 2019, #7155 received $7,000 from #9885. On January 28, 2020, $1,854,512.35 value in stocks and 42,682.98 in cash were transferred from #7155 to #1091. On February 6, 2020 #7155 received $27,615.05 from #6722. On February 6, 2020, #7155 received from #6722 the amount of $459,294.56 in value of stocks. On February 13, 2020, #7155 received an additional $342.98 from #6722. On February 4, 2020, $ 856.81 value in stocks and $244.70 in cash were transferred from #7155 to #1091. On March 3, 2020, $43,598.50 value in stocks and $ 51,044.01 in cash were transferred from #7155 to #1091. After the last two transfers, #7155 was closed with a $0 balance. The foregoing statements for #7155 do not show the intake of any external deposits, excepts for interests incurred.

I analyzed ML Account#1091 (Nina Fischman TTEE (as trustee for) The Mommy Sauce Irrevocable Trust) for the period January 01, 2020 - October 30, 2020 together with Account#4625 (The Mommy Sauce Irrevocable Trust) for the period August 29, 2020 - December 31, 2020 (Exhibit P). Monthly Merrill Lynch summaries and yearly statements were reviewed to determine the sources of deposits to the investment account. The statements for the ML Account Ending in #1091 and #4625 list Ms. Nina Fischman TTEE as the only account holder.

I found the following deposits for #1091: On January 28, 2020, $1,854,512.35 value in stocks and 42,682.98 in cash were transferred from #7155 to #1091. On February 4, 2020, $ 856.81 value in stocks and $244.70 in cash were transferred from #7155 to #1091. On March 3, 2020, $43,598.50 value in stocks and $51,044.01 in cash were transferred from #7155 to #1091. On September 4, 2020 $2.81 were transferred from #1091 to #4625. I found that the investment accounts of #1091 and #4625 were only funded from account ML#7155.

Sincerely,

Cohen, LaBarbera & Landrigan LLP

Stephen P. LaBarbera

# Exhibit A

```
Command ===> RM1A                                              06/16/08
                           CUSTOMER PROFILE                    13:36:31
N  NINA FISCHMAN                      Customer Number  00007001281311
A  703 CARLYLE ST                     TIN    [Redacted]          Code   2
C  WOODMERE          NY      11598-2917   Type P  Subtype    Status AC
                                      Phone
                                           R 516-569-2317
                                      Birth Date        [Redacted]/1965
                                      Added Date         09/03/2004
                                      Date Last Maint    06/16/2008
       Employer:  N/A                 Officer  NOM94  Branch  39712
       License:   NY     [Redacted]      Display Active Only? N
                              ACCOUNTS
    Rel Cd  Ap Prod Bk  Account Number   Rate St       Date       Balance
 _  PRI IND IM 859  81  [Redacted]5679        CL OPENING  09/03/2004      0.00
 _  PRI IND IM 864  81  [Redacted]7656        AC OPENING  11/14/2006 1793424.71
 _  PRI IND IM 800  81  [Redacted]9036        AC OPENING  06/16/2008      0.00
 _  PRI IND IM 800  81  [Redacted]9044        AC OPENING  06/16/2008      0.00
 _  PRI IND IM 800  81  [Redacted]9060        AC OPENING  06/16/2008      0.00
 _  PRI IND IM 800  81  [Redacted]9079        AC OPENING  06/16/2008      0.00
 _  PRI IND ST 918  81  [Redacted]  3271    2.27 AC MATURITY 11/09/2008  943071.68
    PF1-Fwd   PF5-CustAcctBr  PF8-CustAddr  PF13-AcctLegTtl PF21-Top
    PF2-Bkwd  PF6-CustRel     PF9-SesSetUp  PF14-AcctNonLeg PA2-Return
    RMPC1AS1 RM3003 I: FIRST PAGE                              LAST
```

Date: 6/16/2008  Time: 2:36:33 PM

# Exhibit B

```
Command ===> IMI1                              Page 01 of 02  06/16/08
                        ACCOUNT INFORMATION                   13:39:43
          Account [Redacted]7656  Ctl2 000 Ctl3 000 Ctl4 0000 Ctl1 81  Curr
   od Type 864  MAX ONE MONEY MARKET           MSGS: MTY.
  tatus 00-NORMAL                       System Type 020-PERSONAL
NINA FISCHMAN                           Ext Inv Fund         Link
703 CARLYLE ST                          Cust Avail        3424.71
WOODMERE NY                 11598-2917  Current Bal       3424.71
                                        DDA Balance    1793424.71
                                        Coll Balance   1793424.71
                                        Sav Balance          0.00
                                        Total Holds          0.00
MMDA YES          Dt Opened    11/14/06 Bank Unavail         0.00
Charge Card?  NO  Dt Lst Cust Actv 03/27/07 Cust Unavail     0.00
Spec Inst?    NO  Dt Lst Dep   03/27/07 Cash Unavail         0.00
NSF?  NO  OD?  NO Dt Lst Maint 12/19/07 Avg Coll Bal   1793424.71
Bal Hist?    YES  Sign  0 Loc Nbr       MTD Avg Bal    1790527.50
Bal Hist Ret  30  TIN: Cd 2  Nbr [Redacted]5884 Last Dep Amt 1700000.00
Con Kite Days  0  Number Amt Xfers      0 Chrg Off Amt       0.00
MTD Kite Days  0  Number Ck Items       0 External Inv       0.00
Stop Pay       0  OD Limit      1700.00 Cyc Accrd      580.238376
                                        Proj Accrd        580.24

    PF5-Redisp  PF12-Help  PF4-Hist  PF14-S/H Inq  PF1-Fwd  PF18-IBT Inq
```

**Exhibit C**

# North Fork Bank

## a division of Capital One, N.A.

PRIVATE BANKING-GABRIEL LUCIANO SAFDIE
For Information: (877)694-9111

NOTICE: See Reverse side
for Important Information

1-15-08
PAGE     1
[Redacted]7656
NO ENCLOSURES

NINA FISCHMAN                          819
703 CARLYLE ST
WOODMERE NY 11598-2917

MORE BRANCHES, MORE ATMS, MORE HOURS, MORE LOCATIONS,
MORE WAYS TO SERVE YOU BETTER. FOR A WIDE RANGE OF
PRODUCTS TO BETTER SERVE YOUR FINANCIAL NEEDS CALL OUR
TELEPHONE EXPRESS BANKING CENTER AT 877-694-9111.

MAX ONE MONEY MARKET                    [Redacted]
                                           765 6

| | | |
|---|---|---:|
| Previous Balance | 12-13-07 | 1,764,262.00 |
| +Deposits/Credits | | .00 |
| -Checks/Debits | | .00 |
| -Service Charge | | .00 |
| +Interest Paid | | 6,263.48 |
| Ending Balance | 1-15-08 | 1,770,525.48 |
| Days in Statement Period | 33 | |

### INTEREST INFORMATION

| | |
|---|---:|
| Average Daily Balance | 1,764,262.00 |
| Days in Earnings Period | 33 |
| Interest Earned | 6,264.15 |
| Annual Percentage Yield Earned | 4.00 % |
| Interest Paid this Year | 6,263.48 |
| Interest Withheld this Year | .00 |

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 12-13 | 3.920% | | | | |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,764,262.00 |
| 1-15 | INT PMT 12/13/07 THRU 01/14/08 | | | 6,263.48 | 1,770,525.48 |
| | Ending Balance | | | | 1,770,525.48 |

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Platinum Money Market          [Redacted] 765 6

| | | | |
|---|---|---|---|
| Opening balance | 02-14-08 | | 1,775,604.46 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 0 | | 0.00 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 4,518.67 |
| Ending balance | 03-12-08 | | 1,780,123.13 |
| Days in Statement Period | 28 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 1,775,604.46 |
| Days in Earnings Period | 29 |
| Interest Earned | 4,518.67 |
| Annual Percentage Yield Earned | 3.25 % |
| Interest Paid this Year | 15,861.13 |
| Interest paid during 2007 | 53,545.27 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,775,604.46 |
| 03-12 | Interest paid | | | 4,518.67 | 1,780,123.13 |
| | Ending balance | | | | 1,780,123.13 |

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  11598-2917

| Platinum Money Market | [Redacted] 765 6 | |
|---|---|---|
| Opening balance | 03-13-08 | 1,780,123.13 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 4,331.85 |
| Ending balance | 04-10-08 | 1,784,454.98 |
| Days in Statement Period | 29 | |

**INTEREST INFORMATION**

| | |
|---|---|
| Average Daily Balance | 1,780,123.13 |
| Days in Earnings Period | 29 |
| Interest Earned | 4,331.85 |
| Annual Percentage Yield Earned | 3.11 % |
| Interest Paid this Year | 20,192.98 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,780,123.13 |
| 04-10 | Interest paid | | | 4,331.85 | 1,784,454.98 |
| | Ending balance | | | | 1,784,454.98 |

END OF STATEMENT



**CAPITAL One Bank**

PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY   11598-2917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

| Platinum Money Market | [Redacted] 765 6 | |
|---|---|---|
| Opening balance | 04-11-08 | 1,784,454.98 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 4,623.92 |
| Ending balance | 05-12-08 | 1,789,078.90 |
| Days in Statement Period | 32 | |

**INTEREST INFORMATION**

| | |
|---|---|
| Average Daily Balance | 1,784,454.98 |
| Days in Earnings Period | 32 |
| Interest Earned | 4,623.92 |
| Annual Percentage Yield Earned | 3.00 % |
| Interest Paid this Year | 24,816.90 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,784,454.98 |
| 05-12 | Interest paid | | | 4,623.92 | 1,789,078.90 |
| | Ending balance | | | | 1,789,078.90 |

END OF STATEMENT



**CapitalOne Bank**

PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  11598-2917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

| Max One Money Market | [Redacted] 765 6 | |
|---|---|---|
| Opening balance | 05-13-08 | 1,789,078.90 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 4,345.81 |
| Ending balance | 06-11-08 | 1,793,424.71 |
| Days in Statement Period | 30 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 1,789,078.90 |
| Days in Earnings Period | 30 |
| Interest Earned | 4,345.81 |
| Annual Percentage Yield Earned | 3.00 % |
| Interest Paid this Year | 29,162.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 1,789,078.90 |
| 06-11 | Interest paid | | | 4,345.81 | 1,793,424.71 |
| | Ending balance | | | | 1,793,424.71 |

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  11598-2917                name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.


                          1 ENCLOSURES      Page     1 of     1

     Max One Money Market        [Redacted] 765 6

             Opening balance        06-12-08        1,793,424.71
             +Deposits/Credits           1              750.00
             -Checks/Debits              5          1,790,010.00
             -Service charge                            15.00
             +Interest paid                            581.90
             Ending balance        07-11-08          4,731.61
             Days in Statement Period    30

                     INTEREST INFORMATION
             Average Daily Balance                 242,677.04
             Days in Earnings Period                     30
             Interest Earned                         581.90
             Annual Percentage Yield Earned           2.96 %
             Interest Paid this Year              29,744.61

                      SERVICE CHARGES

    DATE   SERVICE DESCRIPTION        VOLUME      PRICE        CHARGE

    07-11 Maintenance charge                                   15.00


   DATE  DESCRIPTION        CHECK#      DEBITS    CREDITS      BALANCE

         Beginning Balance                                 1,793,424.71
   06-16 Transfer Debit             500,000.00             1,293,424.71
         TO XXXXXX9036
   06-16 Transfer Debit             500,000.00               793,424.71
         TO XXXXXX9044
   06-16 Transfer Debit             500,000.00               293,424.71
         TO XXXXXX9060
   06-16 Transfer Debit             290,000.00                 3,424.71
         TO XXXXXX9079
   06-17 Customer deposit                         750.00       4,174.71
   06-19 Miscellaneous debit            10.00                  4,164.71
         CAN CK FEE
   07-11 Interest paid                           581.90       4,746.61
   07-11 Maintenance charge            15.00                   4,731.61
         Ending balance                                       4,731.61


         END OF STATEMENT


**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  11598-2917          24034

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

ldudludllblblblblululddlmullhullhmulludull

|                        |          | 0 ENCLOSURES | Page | 1 |
|---|---|---|---|---|

**Max One Money Market**                    [Redacted] 765 6

| | | |
|---|---|---|
| Opening balance | 07-12-08 | 4,731.61 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 15.00 |
| +Interest paid | | 2.07 |
| Ending balance | 08-12-08 | 4,718.68 |
| Days in Statement Period | 32 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 4,731.61 |
| Days in Earnings Period | 32 |
| Interest Earned | 2.07 |
| Annual Percentage Yield Earned | 0.50 % |
| Interest Paid this Year | 29,746.68 |

SERVICE CHARGES

| DATE | SERVICE DESCRIPTION | VOLUME | PRICE | CHARGE |
|---|---|---|---|---|
| 08-12 Maintenance charge | | | | 15.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 4,731.61 |
| 08-12 | Interest paid | | | 2.07 | 4,733.68 |
| 08-12 | Maintenance charge | | 15.00 | | 4,718.68 |
| | Ending balance | | | | 4,718.68 |

END OF STATEMENT

0-1234

00224036

01 080813 PAGE 0001 OF 00001

COLR0845 6956 0554 106



**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

4452

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

հովհավիկիվիվիվիվիվիվիվիվիկիկիվիկիվիվիվիվի

|  | 0 ENCLOSURES | Page | 1 |

**Max One Money Market** [Redacted] 765 6

| | | |
|---|---|---|
| Opening balance | 08-13-08 | 4,718.68 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 15.00 |
| +Interest paid | | 1.93 |
| Ending balance | 09-11-08 | 4,705.61 |
| Days in Statement Period | 30 | |

**INTEREST INFORMATION**

| | |
|---|---|
| Average Daily Balance | 4,718.68 |
| Days in Earnings Period | 30 |
| Interest Earned | 1.93 |
| Annual Percentage Yield Earned | 0.50 % |
| Interest Paid this Year | 29,748.61 |

**SERVICE CHARGES**

| DATE | SERVICE DESCRIPTION | VOLUME | PRICE | CHARGE |
|---|---|---|---|---|
| 09-11 | Maintenance charge | | | 15.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 4,718.68 |
| 09-11 | Interest paid | | | 1.93 | 4,720.61 |
| 09-11 | Maintenance charge | | 15.00 | | 4,705.61 |
| | Ending balance | | | | 4,705.61 |

END OF STATEMENT



**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917      29189

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

0 ENCLOSURES      Page      1

| Max One Money Market | | [Redacted] 765 6 | |
|---|---|---|---|
| Opening balance | 09-12-08 | | 4,705.61 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 0 | | 0.00 |
| -Service charge | | | 15.00 |
| +Interest paid | | | 1.86 |
| Ending balance | 10-10-08 | | 4,692.47 |
| Days in Statement Period | 29 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 4,705.61 |
| Days in Earnings Period | 29 |
| Interest Earned | 1.86 |
| Annual Percentage Yield Earned | 0.50 % |
| Interest Paid this Year | 29,750.47 |

### SERVICE CHARGES

| DATE | SERVICE DESCRIPTION | VOLUME | PRICE | CHARGE |
|---|---|---|---|---|
| 10-10 | Maintenance charge | | | 15.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 4,705.61 |
| 10-10 | Interest paid | | | 1.86 | 4,707.47 |
| 10-10 | Maintenance charge | | 15.00 | | 4,692.47 |
| | Ending balance | | | | 4,692.47 |

END OF STATEMENT



**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  11598-2917          31748

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

Iͺͺͺͺͺͺͺͺͺͺͺͺͺͺͺͺͺͺͺ

| Max One Money Market | (Redacted) 765 6 | |
|---|---|---|
| Opening balance | 10-11-08 | 4,692.47 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 15.00 |
| +Interest paid | | 2.18 |
| Ending balance | 11-13-08 | 4,679.65 |
| Days in Statement Period | 34 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 4,692.47 |
| Days in Earnings Period | 34 |
| Interest Earned | 2.18 |
| Annual Percentage Yield Earned | 0.50 % |
| Interest Paid this Year | 29,752.65 |

### SERVICE CHARGES

| DATE | SERVICE DESCRIPTION | VOLUME | PRICE | CHARGE |
|---|---|---|---|---|
| 11-13 Maintenance charge | | | | 15.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 4,692.47 |
| 11-13 | Interest paid | | | 2.18 | 4,694.65 |
| 11-13 | Maintenance charge | | 15.00 | | 4,679.65 |
| | Ending balance | | | | 4,679.65 |

END OF STATEMENT


**Capital One Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917          27449

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

ılıllııdlldldlddlılılıılıllılıılllllıılllllıılllılıdlll

0 ENCLOSURES      Page      1

| Max One Money Market | | [Redacted] 765 6 | |
|---|---|---|---|
| Opening balance | 11-14-08 | | 4,679.65 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 0 | | 0.00 |
| -Service charge | | | 15.00 |
| +Interest paid | | | 1.73 |
| Ending balance | 12-10-08 | | 4,666.38 |
| Days in Statement Period | 27 | | |

**INTEREST INFORMATION**

| Average Daily Balance | 4,679.65 |
|---|---|
| Days in Earnings Period | 27 |
| Interest Earned | 1.73 |
| Annual Percentage Yield Earned | 0.50 % |
| Interest Paid this Year | 29,754.38 |

**SERVICE CHARGES**

| DATE | SERVICE DESCRIPTION | VOLUME | PRICE | CHARGE |
|---|---|---|---|---|
| 12-10 | Maintenance charge | | | 15.00 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 4,679.65 |
| 12-10 | Interest paid | | | 1.73 | 4,681.38 |
| 12-10 | Maintenance charge | | 15.00 | | 4,666.38 |
| | Ending balance | | | | 4,666.38 |

END OF STATEMENT

Exhibit D



# TRANSFER RECEIPT

REGION: NY      BRANCH\DEPT: NORTH CEDARHURST      OFFICER: NB625

## FOR THE ACCOUNT OF
**TITLE/ADDRESS:** NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Today, a request was made to transfer funds as follows:

| From Account Number | Amount to Transfer | To Account Number |
|---|---|---|
| [Redacted]7656 | $500,000.00 | [Redacted]9044 |

Method Received: InPerson

**THANK YOU FOR BANKING WITH CAPITAL ONE BANK. SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR ACCOUNTS, PLEASE CALL:**

**NORTH CEDARHURST BRANCH**

**(516) 569-8822**

**OR CUSTOMER SERVICE**

**(800) 262-5689**

THIS IS OUR RECEIPT FOR YOUR TRANSACTION WHICH SHOULD BE HELD UNTIL VERIFIED WITH YOUR NEXT STATEMENT OF ACCOUNT. ALL ITEMS RECEIVED ARE SUBJECT TO THE TERMS AND CONDITIONS AS SET FORTH IN THE *RULES GOVERNING DEPOSIT ACCOUNTS* AND THE EXPEDITED FUNDS AVAILABILITY ACT REQUIRED FEDERAL DISCLOSURE.

**CUSTOMER'S SIGNATURE**

DATE RECEIVED: 06/16/2008      TIME RECEIVED: 2:25:52 PM      USER ID: VFL439P

TRANSREC (3/08) 22271212

Products and services offered by Capital One, N.A., Member FDIC. Capital One Bank is a trade name of Capital One, N.A., and does not refer to a separately insured institution.



# TRANSFER RECEIPT

REGION: NY                 BRANCH\DEPT: NORTH CEDARHURST          OFFICER: NB625

**FOR THE ACCOUNT OF**
**TITLE/ADDRESS:** NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Today, a request was made to transfer funds as follows:

| From Account Number | Amount to Transfer | To Account Number |
|---|---|---|
| [Redacted] 7656 | $500,000.00 | [Redacted] 9036 |

Method Received: InPerson

**THANK YOU FOR BANKING WITH CAPITAL ONE BANK.  SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR ACCOUNTS, PLEASE CALL:**

**NORTH CEDARHURST BRANCH**

**(516) 569-8822**

**OR CUSTOMER SERVICE**

**(800) 262-5689**

THIS IS OUR RECEIPT FOR YOUR TRANSACTION WHICH SHOULD BE HELD UNTIL VERIFIED WITH YOUR NEXT STATEMENT OF ACCOUNT.  ALL ITEMS RECEIVED ARE SUBJECT TO THE TERMS AND CONDITIONS AS SET FORTH IN THE *RULES GOVERNING DEPOSIT ACCOUNTS* AND THE EXPEDITED FUNDS AVAILABILITY ACT REQUIRED FEDERAL DISCLOSURE.

**CUSTOMER'S SIGNATURE**

DATE RECEIVED: 06/16/2008          TIME RECEIVED: 2:26:28 PM          USER ID: VFL439P

Products and services offered by Capital One, N.A., Member FDIC. Capital One Bank is a trade name of Capital One, N.A., and does not refer to a separately insured institution.



# TRANSFER RECEIPT

REGION: NY          BRANCH\DEPT: NORTH CEDARHURST          OFFICER: NB 6 25

**FOR THE ACCOUNT OF**
**TITLE/ADDRESS:** NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Today, a request was made to transfer funds as follows:

| From Account Number | Amount to Transfer | To Account Number |
|---|---|---|
| [Redacted]7656 | $500,000.00 | [Redacted]9060 |

Method Received: InPerson

**THANK YOU FOR BANKING WITH CAPITAL ONE BANK.  SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR ACCOUNTS, PLEASE CALL:**

**NORTH CEDARHURST BRANCH**

**(516) 569-8822**

**OR CUSTOMER SERVICE**

**(800) 262-5689**

THIS IS OUR RECEIPT FOR YOUR TRANSACTION WHICH SHOULD BE HELD UNTIL VERIFIED WITH YOUR NEXT STATEMENT OF ACCOUNT.  ALL ITEMS RECEIVED ARE SUBJECT TO THE TERMS AND CONDITIONS AS SET FORTH IN THE *RULES GOVERNING DEPOSIT ACCOUNTS* AND THE EXPEDITED FUNDS AVAILABILITY ACT REQUIRED FEDERAL DISCLOSURE.

**CUSTOMER'S SIGNATURE**

DATE RECEIVED: 06/16/2008          TIME RECEIVED: 2:27:00 PM          USER ID: VFL439P

TRANSREC (3/08) 22271212

Products and services offered by Capital One, N.A., Member FDIC. Capital One Bank is a trade name of Capital One, N.A., and does not refer to a separately insured institution.

 **Bank**

# TRANSFER RECEIPT

REGION: NY         BRANCH\DEPT: NORTH CEDARHURST       OFFICER: NB625

**FOR THE ACCOUNT OF**

**TITLE/ADDRESS:** NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

Today, a request was made to transfer funds as follows:

| From Account Number | Amount to Transfer | To Account Number |
|---|---|---|
| [Redacted]7656 | $290,000.00 | [Redacted]9079 |

Method Received: InPerson

**THANK YOU FOR BANKING WITH CAPITAL ONE BANK. SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR ACCOUNTS, PLEASE CALL:**

**NORTH CEDARHURST BRANCH**

**(516) 569-8822**

**OR CUSTOMER SERVICE**

**(800) 262-5689**

THIS IS OUR RECEIPT FOR YOUR TRANSACTION WHICH SHOULD BE HELD UNTIL VERIFIED WITH YOUR NEXT STATEMENT OF ACCOUNT. ALL ITEMS RECEIVED ARE SUBJECT TO THE TERMS AND CONDITIONS AS SET FORTH IN THE *RULES GOVERNING DEPOSIT ACCOUNTS* AND THE EXPEDITED FUNDS AVAILABILITY ACT REQUIRED FEDERAL DISCLOSURE.

_CUSTOMER'S SIGNATURE_

DATE RECEIVED: 06/16/2008      TIME RECEIVED: 2:27:37 PM      USER ID: VFL439P

TRANSREC (3/08) 22271212

Products and services offered by Capital One, N.A., Member FDIC. Capital One Bank is a trade name of Capital One, N.A., and does not refer to a separately insured institution.

# Exhibit E

CAPITAL ONE, N.A. - NEW ACCOUNT INFORMATION CARD

DATE:
11/12/2010

[Redacted]7364

PRODUCT/TYPE:
SIMPLE SAVINGS
REGION/BRANCH/DEPT
NY          NORTH CEDARHURST
OFF #:          SALES#     REFER#
P0026                      123
OPENED BY SIGNATURE:

ACCOUNT TITLE:
NINA FISCHMAN

OWNERSHIP: INDIVIDUAL

COMMENTS

IMPORTANT INFORMATION ABOUT PROCEDURES
FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and
money laundering activities, Federal law requires all
financial institutions to obtain, verify and record
information that identifies each person who opens an
account. What this means for you: When you open an
account, we will ask for your name, address, date of birth,
and other information that will allow us to identify you.
We may also ask to see your driver's license or other
identifying documents.

BY MY (OUR) SIGNATURE(S) BELOW, I (WE) ACKNOWLEDGE THAT I (WE) AGREE TO THE FOLLOWING:
I (WE) HEREBY GRANT BANK A CONTINUING SECURITY INTEREST IN ANY AND ALL FUNDS THAT I (OR ALL OR ANY ONE OR MORE OF US) NOW AND IN THE FUTURE
HAVE ON DEPOSIT WITH BANK, INCLUDING, WITHOUT LIMITATION, CERTIFICATES OF DEPOSIT AND OTHER DEPOSIT ACCOUNTS AS TO WHICH I (OR ALL OR ANY ONE
OR MORE OF US) MAY BE AN ACCOUNT HOLDER (WITH THE EXCEPTION OF IRA, PENSION AND OTHER TAX-DEFERRED DEPOSITS), TO SECURE REPAYMENT OF ANY
AND ALL LOANS, NOTES, INDEBTEDNESS AND OTHER OBLIGATIONS THAT I (OR ALL OR ANY ONE OR MORE OF US) MAY NOW AND IN THE FUTURE OWE TO OR INCUR
IN FAVOR OF BANK, WHETHER DIRECT OR INDIRECT, ABSOLUTE OR CONTINGENT, DUE OR TO BECOME DUE, OF EVERY NATURE AND KIND WHATSOEVER (WITH THE
EXCEPTION OF INDEBTEDNESS UNDER CONSUMER CREDIT CARD OR ATM CARD-ACCESSIBLE LOAN ACCOUNTS). I (WE) FURTHER AGREE THAT BANK MAY APPLY ANY
FUNDS THAT I (OR ALL OR ANY ONE OR MORE OF US) MAY HAVE ON DEPOSIT WITH BANK, INCLUDING, WITHOUT LIMITATION, CERTIFICATES OF DEPOSIT AND OTHER
DEPOSIT ACCOUNTS AS TO WHICH I MAY BE AN ACCOUNT HOLDER, AGAINST THE UNPAID BALANCE OF ANY INDEBTEDNESS OR OBLIGATION THAT I (OR ALL OR ANY
ONE OR MORE OF US) MAY THEN OWE TO BANK, IN PRINCIPAL, INTEREST, FEES, COSTS, EXPENSES, AND ATTORNEY'S FEES (WITH THE EXCEPTION OF
INDEBTEDNESS UNDER CREDIT CARD OR ATM CARD-ACCESSIBLE LOAN ACCOUNTS)

I (WE) ACKNOWLEDGE RECEIPT OF A COPY OF THE BANK'S "RULES GOVERNING DEPOSIT ACCOUNTS," DEPOSIT AVAILABILITY POLICY, AND ALL DISCLOSURES
ASSOCIATED WITH THE TRUTH IN SAVINGS ACT AND REGULATION DD, AND AGREE TO THE TERMS AND CONDITIONS OF THIS ACCOUNT AS DESCRIBED IN SAID
DISCLOSURES, INCLUDING ANY AND ALL AMENDMENTS THERETO

| NAME | SIGNATURE | NAME | SIGNATURE |
|---|---|---|---|
| NINA FISCHMAN | | | |

| # SIGS REQ'D | REPLACEMENT | ATM CARD | DEBIT CARD | NEW ACCOUNT WKG/SAVINGS |
|---|---|---|---|---|

[Redacted]364

**Reminder: Verify ID number to authentication screen
SOCIAL SECURITY NUMBER TO BE USED FOR IRS REPORTING     [Redacted]
OPENING DEPOSIT:     $972,574.68          SOURCE OF FUNDS   CD ROLLOVER
NAME:     NINA FISCHMAN
ADDRESS:     703 CARLYLE ST
ZIP:  11598-2917          CITY/STATE:  WOODMERE          NY
PHONE (HOME):  (516) 569-2917     HOME PHONE VERIFIED          CS CODE:
ID TYPE: DRIVERS LICENSE          ID NUMBER: [Redacted]

ATM/Debit  Card #
EMPLOYER:  NOT EMPLOYED
START DATE          EMPLOYMENT VERIFIED:
PHONE (WORK):
DOB          1985.          SSN [Redacted]
STATE: NY     COUNTRY:

NAME (CO-OWNER):
ADDRESS:
ADDRESS:
ZIP:          CITY/STATE:
PHONE (HOME)          HOME PHONE VERIFIED          CS CODE:
ID TYPE:          ID NUMBER

ATM/Debit  Card #
EMPLOYER:
START DATE:          EMPLOYMENT VERIFIED
PHONE (WORK):
DOB:          SSN:
STATE:          COUNTRY:

NAME (2ND CO-OWNER):
ADDRESS
ADDRESS
ZIP          CITY/STATE
PHONE (HOME)          HOME PHONE VERIFIED          CS CODE:
ID TYPE.          ID NUMBER.
APPROVAL IF REQUIRED

ATM/Debit  Card #
EMPLOYER:
START DATE          EMPLOYMENT VERIFIED:
PHONE (WORK):
DOB          SSN:
STATE:          COUNTRY:
USER ID  [Redacted]

TAXPAYER IDENTIFICATION NUMBER/BACKUP WITHHOLDING CERTIFICATION
UNDER PENALTIES OF PERJURY, I CERTIFY THAT (1) THE NUMBER SHOWN ON THIS FORM IS MY CORRECT TAXPAYER IDENTIFICATION NUMBER
(OR I AM WAITING FOR A NUMBER TO BE ISSUED TO ME) AND (2) I AM NOT SUBJECT TO BACKUP WITHHOLDING BECAUSE. (A) I AM EXEMPT FROM
BACKUP WITHHOLDING, OR (B) I HAVE NOT BEEN NOTIFIED BY THE INTERNAL REVENUE SERVICE (IRS) THAT I AM SUBJECT TO BACKUP
WITHHOLDING AS A RESULT OF A FAILURE TO REPORT ALL INTEREST OR DIVIDENDS, OR (C) THE IRS HAS NOTIFIED ME THAT I AM NO LONGER
SUBJECT TO BACKUP WITHHOLDING, AND (3) I AM A U.S. PERSON (INCLUDING A U.S.RESIDENT ALIEN). NOTE: IF YOU ARE CURRENTLY SUBJECT
TO BACKUP WITHHOLDING, PLEASE LINE THROUGH SECTION (2) OF THE ABOVE SENTENCE AND INITIAL.

CUSTOMER'S SIGNATURE

81NAA41 (5/10) 2-525123

# Exhibit F

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▶ New address? Please contact customer service to update.

Contact your Private Banker to discuss your
present and future needs. They are able to help you with
deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 01, 2019 - JUNE 28, 2019

### Wealth Management MMA [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/19 | $494,399.99 | Number of Days in Cycle | 89 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $119.21 | Average Collected Balance | $494,419.64 |
| 3 Checks/Debits | -$494,519.20 | Interest Earned During this Cycle | $119.21 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $362.99 |
| Ending Balance 06/28/19 | $0.00 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 01, 2019 - JUNE 28, 2019

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/30 | $81.28 | $494,481.27 | Credit | Interest paid | |
| 04/30 | -$19.51 | $494,461.76 | Debit | FED TAX WITHHELD | |
| 05/15 | -$494,490.59 | -$28.83 | Debit | Customer withdrawal | |
| 05/15 | $37.93 | $9.10 | Credit | Interest paid | |
| 05/15 | -$9.10 | $0.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services
offered by Capital One, N.A.. Capital One Bank is a trade name of
Capital One, N.A. and does not refer to a separately insured
institution, Member FDIC. © 2019 Capital One, All rights reserved.



**CapitalOne** | Private Banking                    DepositServices│TrustAccounts│Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Private Banker to discuss your
present and future needs. They are able to help you with
deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 01, 2019 - MARCH 29, 2019

### Wealth Management MMA [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/18 | $494,214.72 | Number of Days in Cycle | 88 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,214.72 |
| Interest Paid | $243.78 | Average Collected Balance | $494,276.40 |
| 3 Checks/Debits | -$58.51 | Interest Earned During this Cycle | $243.78 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $243.78 |
| Ending Balance 03/29/19 | $494,399.99 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD  JANUARY 01, 2019  -  MARCH 29, 2019

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/31 | $83.96 | $494,298.68 | Credit | Interest paid | |
| 01/31 | -$20.15 | $494,278.53 | Debit | FED TAX WITHHELD | |
| 02/28 | $75.84 | $494,354.37 | Credit | Interest paid | |
| 02/28 | -$18.20 | $494,336.17 | Debit | FED TAX WITHHELD | |
| 03/31 | $83.98 | $494,420.15 | Credit | Interest paid | |
| 03/31 | -$20.16 | $494,399.99 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services
offered by Capital One, N.A., Capital One Bank is a trade name of
Capital One, N.A. and does not refer to a separately insured
institution, Member FDIC. © 2019 Capital One, All rights reserved.




MEMBER
**FDIC**



# WEALTH MANAGEMENT

Wealth Planning I Private Banking I Trust Accounts I Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY     FOR PERIOD OCTOBER 01, 2018 - DECEMBER 31, 2018

### Wealth Management MMA  [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance  09/30/18 | $494,025.42 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,025.42 |
| Interest Paid | $249.09 | Average Collected Balance | $494,088.50 |
| 3 Checks/Debits | -$59.79 | Interest Earned During this Cycle | $249.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $987.68 |
| Ending Balance 12/31/18 | $494,214.72 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD  OCTOBER 01, 2018  -  DECEMBER 31, 2018

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/31 | $83.92 | $494,109.34 | Credit | Interest paid | |
| 10/31 | -$20.14 | $494,089.20 | Debit | FED TAX WITHHELD | |
| 11/30 | $81.23 | $494,170.43 | Credit | Interest paid | |
| 11/30 | -$19.50 | $494,150.93 | Debit | FED TAX WITHHELD | |
| 12/31 | $83.94 | $494,234.87 | Credit | Interest paid | |
| 12/31 | -$20.15 | $494,214.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2019 Capital One, All rights reserved.





# WEALTH MANAGEMENT

Wealth Planning | Private Banking | Trust Accounts | Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY   FOR PERIOD JULY 01, 2018 - SEPTEMBER 28, 2018

### Wealth Management MMA [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance  06/30/18 | $493,836.18 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,836.18 |
| Interest Paid | $249.00 | Average Collected Balance | $493,899.24 |
| 3 Checks/Debits | -$59.76 | Interest Earned During this Cycle | $249.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $738.59 |
| Ending Balance 09/28/18 | $494,025.42 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD JULY 01, 2018  -  SEPTEMBER 28, 2018

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/31 | $83.89 | $493,920.07 | Credit | Interest paid | |
| 07/31 | -$20.13 | $493,899.94 | Debit | FED TAX WITHHELD | |
| 08/31 | $83.90 | $493,983.84 | Credit | Interest paid | |
| 08/31 | -$20.14 | $493,963.70 | Debit | FED TAX WITHHELD | |
| 09/30 | $81.21 | $494,044.91 | Credit | Interest paid | |
| 09/30 | -$19.49 | $494,025.42 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.



MEMBER FDIC


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▶ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 01, 2018 - JUNE 29, 2018

### Wealth Management MMA  [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance  03/31/18 | $493,649.08 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,649.08 |
| Interest Paid | $246.19 | Average Collected Balance | $493,711.43 |
| 3 Checks/Debits | -$59.09 | Interest Earned During this Cycle | $246.19 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $489.59 |
| Ending Balance 06/29/18 | $493,836.18 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD  APRIL 01, 2018   -  JUNE 29, 2018

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/30 | $81.15 | $493,730.23 | Credit | Interest paid | |
| 04/30 | -$19.48 | $493,710.75 | Debit | FED TAX WITHHELD | |
| 05/31 | $83.87 | $493,794.62 | Credit | Interest paid | |
| 05/31 | -$20.13 | $493,774.49 | Debit | FED TAX WITHHELD | |
| 06/30 | $81.17 | $493,855.66 | Credit | Interest paid | |
| 06/30 | -$19.48 | $493,836.18 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.




NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 01, 2018  -  MARCH 30, 2018

### Wealth Management MMA  [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/17 | $493,464.09 | Number of Days in Cycle | 89 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,464.09 |
| Interest Paid | $243.40 | Average Collected Balance | $493,525.67 |
| 3 Checks/Debits | -$58.41 | Interest Earned During this Cycle | $243.40 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $243.40 |
| Ending Balance 03/30/18 | $493,649.08 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2018   -  MARCH 30, 2018

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/31 | $83.83 | $493,547.92 | Credit | Interest paid | |
| 01/31 | -$20.12 | $493,527.80 | Debit | FED TAX WITHHELD | |
| 02/28 | $75.72 | $493,603.52 | Credit | Interest paid | |
| 02/28 | -$18.17 | $493,585.35 | Debit | FED TAX WITHHELD | |
| 03/31 | $83.85 | $493,669.20 | Credit | Interest paid | |
| 03/31 | -$20.12 | $493,649.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.





# WEALTH AND ASSET MANAGEMENT
### Investments | Wealth Planning | Private Banking | Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2017  -  DECEMBER 29, 2017

### Wealth Management MMA  [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance  09/30/17 | $493,386.72 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,386.72 |
| Interest Paid | $107.47 | Average Collected Balance | $493,401.63 |
| 3 Checks/Debits | -$30.10 | Interest Earned During this Cycle | $107.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $291.96 |
| Ending Balance 12/29/17 | $493,464.09 | Annual Percentage Yield Earned | 0.09% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2017  -  DECEMBER 29, 2017

### Wealth Management MMA [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/31 | $20.95 | $493,407.67 | Credit | Interest paid | |
| 10/31 | -$5.87 | $493,401.80 | Debit | FED TAX WITHHELD | |
| 11/30 | $20.28 | $493,422.08 | Credit | Interest paid | |
| 11/30 | -$5.68 | $493,416.40 | Debit | FED TAX WITHHELD | |
| 12/31 | $66.24 | $493,482.64 | Credit | Interest paid | |
| 12/31 | -$18.55 | $493,464.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2017 Capital One, All rights reserved.


MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2017 - SEPTEMBER 29, 2017

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/17 | $493,341.96 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,341.96 |
| Interest Paid | $62.18 | Average Collected Balance | $493,356.87 |
| 3 Debits | -$17.42 | Interest Earned During this Cycle | $62.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $184.49 |
| Ending Balance 09/29/17 | $493,386.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 01, 2017  -  SEPTEMBER 29, 2017

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/31 | $20.95 | $493,362.91 | Credit | Interest paid | |
| 07/31 | -$5.87 | $493,357.04 | Debit | FED TAX WITHHELD | |
| 08/31 | $20.95 | $493,377.99 | Credit | Interest paid | |
| 08/31 | -$5.87 | $493,372.12 | Debit | FED TAX WITHHELD | |
| 09/30 | $20.28 | $493,392.40 | Credit | Interest paid | |
| 09/30 | -$5.68 | $493,386.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 01, 2017 - JUNE 30, 2017

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/17 | $493,297.70 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,297.70 |
| Interest Paid | $61.49 | Average Collected Balance | $493,312.45 |
| 3 Debits | -$17.23 | Interest Earned During this Cycle | $61.49 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $122.31 |
| Ending Balance 06/30/17 | $493,341.96 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 01, 2017  -  JUNE 30, 2017

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/30 | $20.27 | $493,317.97 | Credit | Interest paid | |
| 04/30 | -$5.68 | $493,312.29 | Debit | FED TAX WITHHELD | |
| 05/31 | $20.95 | $493,333.24 | Credit | Interest paid | |
| 05/31 | -$5.87 | $493,327.37 | Debit | FED TAX WITHHELD | |
| 06/30 | $20.27 | $493,347.64 | Credit | Interest paid | |
| 06/30 | -$5.68 | $493,341.96 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 01, 2017 - MARCH 31, 2017

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/16 | $493,253.92 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,253.92 |
| Interest Paid | $60.82 | Average Collected Balance | $493,268.49 |
| 3 Debits | -$17.04 | Interest Earned During this Cycle | $60.82 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $60.82 |
| Ending Balance 03/31/17 | $493,297.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2017 - MARCH 31, 2017

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/31 | $20.95 | $493,274.87 | Credit | Interest paid | |
| 01/31 | -$5.87 | $493,269.00 | Debit | FED TAX WITHHELD | |
| 02/28 | $18.92 | $493,287.92 | Credit | Interest paid | |
| 02/28 | -$5.30 | $493,282.62 | Debit | FED TAX WITHHELD | |
| 03/31 | $20.95 | $493,303.57 | Credit | Interest paid | |
| 03/31 | -$5.87 | $493,297.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 01, 2016 - DECEMBER 30, 2016

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 09/30/16 | $986,412.74 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,221.41 |
| Interest Paid | $86.93 | Average Collected Balance | $691,577.94 |
| 4 Debits | -$493,245.75 | Interest Earned During this Cycle | $86.93 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $456.11 |
| Ending Balance 12/30/16 | $493,253.92 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2016 - DECEMBER 30, 2016

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/31 | $41.78 | $986,454.52 | Credit | Interest paid | |
| 10/31 | -$11.70 | $986,442.82 | Debit | FED TAX WITHHELD | |
| 11/07 | -$493,221.41 | $493,245.67 | Debit | Phone transfer debit TO [Redacted]3918 | |
| 11/30 | $24.26 | $493,245.67 | Credit | Interest paid | |
| 11/30 | -$6.79 | $493,238.88 | Debit | FED TAX WITHHELD | |
| 12/31 | $20.89 | $493,259.77 | Credit | Interest paid | |
| 12/31 | -$5.85 | $493,253.92 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2016 - SEPTEMBER 30, 2016

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/16 | $986,323.49 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $986,323.49 |
| Interest Paid | $123.97 | Average Collected Balance | $986,353.23 |
| 3 Debits | -$34.72 | Interest Earned During this Cycle | $123.97 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $369.18 |
| Ending Balance 09/30/16 | $986,412.74 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 01, 2016 - SEPTEMBER 30, 2016

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/31 | $41.77 | $986,365.26 | Credit | Interest paid | |
| 07/31 | -$11.70 | $986,353.56 | Debit | FED TAX WITHHELD | |
| 08/31 | $41.77 | $986,395.33 | Credit | Interest paid | |
| 08/31 | -$11.70 | $986,383.63 | Debit | FED TAX WITHHELD | |
| 09/30 | $40.43 | $986,424.06 | Credit | Interest paid | |
| 09/30 | -$11.32 | $986,412.74 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY     FOR PERIOD APRIL 01, 2016 - JUNE 30, 2016

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/16 | $986,235.22 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $986,235.22 |
| Interest Paid | $122.61 | Average Collected Balance | $986,264.63 |
| 3 Debits | -$34.34 | Interest Earned During this Cycle | $122.61 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $245.21 |
| Ending Balance 06/30/16 | $986,323.49 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL     FOR PERIOD APRIL 01, 2016  - JUNE 30, 2016

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/30 | $40.42 | $986,275.64 | Credit | Interest paid | |
| 04/30 | -$11.32 | $986,264.32 | Debit | FED TAX WITHHELD | |
| 05/31 | $41.77 | $986,306.09 | Credit | Interest paid | |
| 05/31 | -$11.70 | $986,294.39 | Debit | FED TAX WITHHELD | |
| 06/30 | $40.42 | $986,334.81 | Credit | Interest paid | |
| 06/30 | -$11.32 | $986,323.49 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 01, 2016 - MARCH 31, 2016

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/15 | $986,146.95 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $986,146.95 |
| Interest Paid | $122.60 | Average Collected Balance | $986,176.35 |
| 3 Debits | -$34.33 | Interest Earned During this Cycle | $122.60 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $122.60 |
| Ending Balance 03/31/16 | $986,235.22 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 01, 2016 - MARCH 31, 2016

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/31 | $41.76 | $986,188.71 | Credit | Interest paid | |
| 01/31 | -$11.69 | $986,177.02 | Debit | FED TAX WITHHELD | |
| 02/29 | $39.07 | $986,216.09 | Credit | Interest paid | |
| 02/29 | -$10.94 | $986,205.15 | Debit | FED TAX WITHHELD | |
| 03/31 | $41.77 | $986,246.92 | Credit | Interest paid | |
| 03/31 | -$11.70 | $986,235.22 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | |
|---|---|
| | www.capitaloneebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2015 - DECEMBER 31, 2015

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 09/30/15 | $986,057.48 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $986,057.48 |
| Interest Paid | $124.27 | Average Collected Balance | $986,087.29 |
| 3 Debits | -$34.80 | Interest Earned During this Cycle | $124.27 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $521.34 |
| Ending Balance 12/31/15 | $986,146.95 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2015  -  DECEMBER 31, 2015

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/31 | $41.87 | $986,099.35 | Credit | Interest paid | |
| 10/31 | -$11.72 | $986,087.63 | Debit | FED TAX WITHHELD | |
| 11/30 | $40.52 | $986,128.15 | Credit | Interest paid | |
| 11/30 | -$11.35 | $986,116.80 | Debit | FED TAX WITHHELD | |
| 12/31 | $41.88 | $986,158.68 | Credit | Interest paid | |
| 12/31 | -$11.73 | $986,146.95 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A. and does not
refer to a separately insured institution. Member FDIC. © 2016
Capital One, All rights reserved.




MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitaloneebank.com

1-800-655-BANK (2265)

m.capitaloneebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2015 - SEPTEMBER 30, 2015

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/15 | $985,968.01 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,968.01 |
| Interest Paid | $124.26 | Average Collected Balance | $985,997.83 |
| 3 Debits | -$34.79 | Interest Earned During this Cycle | $124.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $397.07 |
| Ending Balance 09/30/15 | $986,057.48 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 01, 2015 - SEPTEMBER 30, 2015

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/31 | $41.87 | $986,009.88 | Credit | Interest paid | |
| 07/31 | -$11.72 | $985,998.16 | Debit | FED TAX WITHHELD | |
| 08/31 | $41.87 | $986,040.03 | Credit | Interest paid | |
| 08/31 | -$11.72 | $986,028.31 | Debit | FED TAX WITHHELD | |
| 09/30 | $40.52 | $986,068.83 | Credit | Interest paid | |
| 09/30 | -$11.35 | $986,057.48 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 01, 2015 - JUNE 30, 2015

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/15 | $985,879.52 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,879.52 |
| Interest Paid | $122.91 | Average Collected Balance | $985,909.01 |
| 3 Debits | -$34.42 | Interest Earned During this Cycle | $122.91 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $272.81 |
| Ending Balance 06/30/15 | $985,968.01 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 01, 2015  - JUNE 30, 2015

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/30 | $40.52 | $985,920.04 | Credit | Interest paid | |
| 04/30 | -$11.35 | $985,908.69 | Debit | FED TAX WITHHELD | |
| 05/31 | $41.87 | $985,950.56 | Credit | Interest paid | |
| 05/31 | -$11.72 | $985,938.84 | Debit | FED TAX WITHHELD | |
| 06/30 | $40.52 | $985,979.36 | Credit | Interest paid | |
| 06/30 | -$11.35 | $985,968.01 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 01, 2015 - MARCH 31, 2015

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/14 | $985,771.59 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,771.59 |
| Interest Paid | $149.90 | Average Collected Balance | $985,814.11 |
| 3 Debits | -$41.97 | Interest Earned During this Cycle | $149.90 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.90 |
| Ending Balance 03/31/15 | $985,879.52 | Annual Percentage Yield Earned | 0.06% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2015  - MARCH 31, 2015

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/31 | $70.22 | $985,841.81 | Credit | Interest paid | |
| 01/31 | -$19.66 | $985,822.15 | Debit | FED TAX WITHHELD | |
| 02/28 | $37.81 | $985,859.96 | Credit | Interest paid | |
| 02/28 | -$10.59 | $985,849.37 | Debit | FED TAX WITHHELD | |
| 03/31 | $41.87 | $985,891.24 | Credit | Interest paid | |
| 03/31 | -$11.72 | $985,879.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC
EQUAL HOUSING
LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

We've included a wire transfer disclosure for your reading pleasure.

---

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 01, 2014  -  DECEMBER 31, 2014

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 09/30/14 | $985,592.71 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,592.71 |
| Interest Paid | $248.45 | Average Collected Balance | $985,652.32 |
| 3 Debits | -$69.57 | Interest Earned During this Cycle | $248.45 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $985.44 |
| Ending Balance 12/31/14 | $985,771.59 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2014  -  DECEMBER 31, 2014

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/31 | $83.71 | $985,676.42 | Credit | Interest paid | |
| 10/31 | -$23.44 | $985,652.98 | Debit | FED TAX WITHHELD | |
| 11/30 | $81.02 | $985,734.00 | Credit | Interest paid | |
| 11/30 | -$22.69 | $985,711.31 | Debit | FED TAX WITHHELD | |
| 12/31 | $83.72 | $985,795.03 | Credit | Interest paid | |
| 12/31 | -$23.44 | $985,771.59 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2015 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 01, 2014 - SEPTEMBER 30, 2014

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/14 | $985,413.86 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,413.86 |
| Interest Paid | $248.41 | Average Collected Balance | $985,473.46 |
| 3 Debits | -$69.56 | Interest Earned During this Cycle | $248.41 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $736.99 |
| Ending Balance 09/30/14 | $985,592.71 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL   FOR PERIOD JULY 01, 2014 - SEPTEMBER 30, 2014

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/31 | $83.70 | $985,497.56 | Credit | Interest paid | |
| 07/31 | -$23.44 | $985,474.12 | Debit | FED TAX WITHHELD | |
| 08/31 | $83.70 | $985,557.82 | Credit | Interest paid | |
| 08/31 | -$23.44 | $985,534.38 | Debit | FED TAX WITHHELD | |
| 09/30 | $81.01 | $985,615.39 | Credit | Interest paid | |
| 09/30 | -$22.68 | $985,592.71 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**

EQUAL HOUSING
LENDER

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD APRIL 01, 2014 - JUNE 30, 2014

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/14 | $985,236.98 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,236.98 |
| Interest Paid | $245.66 | Average Collected Balance | $985,295.93 |
| 3 Debits | -$68.78 | Interest Earned During this Cycle | $245.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $488.58 |
| Ending Balance 06/30/14 | $985,413.86 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL   FOR PERIOD APRIL 01, 2014 - JUNE 30, 2014

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/30 | $80.98 | $985,317.96 | Credit | Interest paid | |
| 04/30 | -$22.67 | $985,295.29 | Debit | FED TAX WITHHELD | |
| 05/31 | $83.69 | $985,378.98 | Credit | Interest paid | |
| 05/31 | -$23.43 | $985,355.55 | Debit | FED TAX WITHHELD | |
| 06/30 | $80.99 | $985,436.54 | Credit | Interest paid | |
| 06/30 | -$22.68 | $985,413.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2014 Capital One, All rights reserved.

 MEMBER

 **FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 01, 2014 - MARCH 31, 2014

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/13 | $985,062.08 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $985,062.08 |
| Interest Paid | $242.92 | Average Collected Balance | $985,120.31 |
| 3 Debits | -$68.02 | Interest Earned During this Cycle | $242.92 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $242.92 |
| Ending Balance 03/31/14 | $985,236.98 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 01, 2014 - MARCH 31, 2014

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/31 | $83.67 | $985,145.75 | Credit | Interest paid | |
| 01/31 | -$23.43 | $985,122.32 | Debit | FED TAX WITHHELD | |
| 02/28 | $75.57 | $985,197.89 | Credit | Interest paid | |
| 02/28 | -$21.16 | $985,176.73 | Debit | FED TAX WITHHELD | |
| 03/31 | $83.68 | $985,260.41 | Credit | Interest paid | |
| 03/31 | -$23.43 | $985,236.98 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2013 - DECEMBER 31, 2013

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 09/30/13 | $984,883.32 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $984,883.32 |
| Interest Paid | $248.27 | Average Collected Balance | $984,942.89 |
| 3 Debits | -$69.51 | Interest Earned During this Cycle | $248.27 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $984.73 |
| Ending Balance 12/31/13 | $985,062.08 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2013 - DECEMBER 31, 2013

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/31 | $83.65 | $984,966.97 | Credit | Interest paid | |
| 10/31 | -$23.42 | $984,943.55 | Debit | FED TAX WITHHELD | |
| 11/30 | $80.96 | $985,024.51 | Credit | Interest paid | |
| 11/30 | -$22.67 | $985,001.84 | Debit | FED TAX WITHHELD | |
| 12/31 | $83.66 | $985,085.50 | Credit | Interest paid | |
| 12/31 | -$23.42 | $985,062.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.



MEMBER **FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2013 - SEPTEMBER 30, 2013

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/13 | $984,704.60 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $984,704.60 |
| Interest Paid | $248.23 | Average Collected Balance | $984,764.16 |
| 3 Debits | -$69.51 | Interest Earned During this Cycle | $248.23 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $736.46 |
| Ending Balance 09/30/13 | $984,883.32 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL    FOR PERIOD  JULY 01, 2013  -  SEPTEMBER 30, 2013

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/31 | $83.64 | $984,788.24 | Credit | Interest paid | |
| 07/31 | -$23.42 | $984,764.82 | Debit | FED TAX WITHHELD | |
| 08/31 | $83.64 | $984,848.46 | Credit | Interest paid | |
| 08/31 | -$23.42 | $984,825.04 | Debit | FED TAX WITHHELD | |
| 09/30 | $80.95 | $984,905.99 | Credit | Interest paid | |
| 09/30 | -$22.67 | $984,883.32 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC



**CheckingOne Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

‣ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD APRIL 01, 2013 - JUNE 28, 2013

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 03/31/13 | $984,527.86 | Number of Days in Cycle | 89 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $984,527.86 |
| Interest Paid | $245.48 | Average Collected Balance | $984,586.76 |
| 3 Debits | -$68.74 | Interest Earned During this Cycle | $245.48 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $488.23 |
| Ending Balance 06/28/13 | $984,704.60 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL   FOR PERIOD APRIL 01, 2013  -  JUNE 28, 2013

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/30 | $80.92 | $984,608.78 | Credit | Interest paid | |
| 04/30 | -$22.66 | $984,586.12 | Debit | FED TAX WITHHELD | |
| 05/31 | $83.63 | $984,669.75 | Credit | Interest paid | |
| 05/31 | -$23.42 | $984,646.33 | Debit | FED TAX WITHHELD | |
| 06/30 | $80.93 | $984,727.26 | Credit | Interest paid | |
| 06/30 | -$22.66 | $984,704.60 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

MEMBER
**FDIC** 

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

There's a change to the way items post to your account-starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 01, 2013 - MARCH 29, 2013

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/12 | $984,353.08 | Number of Days in Cycle | 88 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $984,353.08 |
| Interest Paid | $242.75 | Average Collected Balance | $984,411.27 |
| 3 Debits | -$67.97 | Interest Earned During this Cycle | $242.75 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $242.75 |
| Ending Balance 03/29/13 | $984,527.86 | Annual Percentage Yield Earned | 0.10% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 01, 2013  -  MARCH 29, 2013

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/31 | $83.61 | $984,436.69 | Credit | Interest paid | |
| 01/31 | -$23.41 | $984,413.28 | Debit | FED TAX WITHHELD | |
| 02/28 | $75.52 | $984,488.80 | Credit | Interest paid | |
| 02/28 | -$21.15 | $984,467.65 | Debit | FED TAX WITHHELD | |
| 03/31 | $83.62 | $984,551.27 | Credit | Interest paid | |
| 03/31 | -$23.41 | $984,527.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC  EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 01, 2012 - DECEMBER 31, 2012

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 09/30/12 | $984,020.06 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $984,020.06 |
| Interest Paid | $462.53 | Average Collected Balance | $984,138.78 |
| 3 Debits | -$129.51 | Interest Earned During this Cycle | $462.53 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $2,928.51 |
| Ending Balance 12/31/12 | $984,353.08 | Annual Percentage Yield Earned | 0.19% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2012  -  DECEMBER 31, 2012

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/31 | $166.71 | $984,186.77 | Credit | Interest paid | |
| 10/31 | -$46.68 | $984,140.09 | Debit | FED TAX WITHHELD | |
| 11/30 | $161.35 | $984,301.44 | Credit | Interest paid | |
| 11/30 | -$45.18 | $984,256.26 | Debit | FED TAX WITHHELD | |
| 12/31 | $134.47 | $984,390.73 | Credit | Interest paid | |
| 12/31 | -$37.65 | $984,353.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
and Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We're always aiming to improve your banking experience, so we've tweaked your statement design. You'll see some small changes, but all your info is still right here.

## ACCOUNT SUMMARY    FOR PERIOD JULY 01, 2012 - SEPTEMBER 28, 2012

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 06/30/12 | $983,629.11 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $983,629.11 |
| Interest Paid | $543.00 | Average Collected Balance | $983,770.88 |
| 3 Debits | -$152.05 | Interest Earned During this Cycle | $543.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $2,465.98 |
| Ending Balance 09/28/12 | $984,020.06 | Annual Percentage Yield Earned | 0.22% |

## ACCOUNT DETAIL    FOR PERIOD JULY 01, 2012  -  SEPTEMBER 28, 2012

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/31 | $215.02 | $983,844.13 | Credit | Interest paid | |
| 07/31 | -$60.21 | $983,783.92 | Debit | FED TAX WITHHELD | |
| 08/31 | $166.67 | $983,950.59 | Credit | Interest paid | |
| 08/31 | -$46.67 | $983,903.92 | Debit | FED TAX WITHHELD | |
| 09/30 | $161.31 | $984,065.23 | Credit | Interest paid | |
| 09/30 | -$45.17 | $984,020.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

---

**Simple Savings 00005800957364**

| [Redacted] Balance 03/31/12 | $983,100.99 | Number of Days in Cycle | 90 |
|---|---|---|---|
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $983,100.99 |
| Interest Paid | $733.51 | Average Collected Balance | $983,276.98 |
| 3 Debits | -$205.39 | Interest Earned During this Cycle | $733.51 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,922.98 |
| Ending Balance 06/29/12 | $983,629.11 | Annual Percentage Yield Earned | 0.30% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
**FDIC** 
EQUAL HOUSING
LENDER



NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD APRIL 01, 2012  -  JUNE 29, 2012

## Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/30 | $241.77 | $983,342.76 | Credit | Interest paid | |
| 04/30 | -$67.70 | $983,275.06 | Debit | FED TAX WITHHELD | |
| 05/31 | $249.88 | $983,524.94 | Credit | Interest paid | |
| 05/31 | -$69.97 | $983,454.97 | Debit | FED TAX WITHHELD | |
| 06/30 | $241.86 | $983,696.83 | Credit | Interest paid | |
| 06/30 | -$67.72 | $983,629.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one web site and password. Start today at capitalonebank.com.

---

**Simple Savings [Redacted] 7364**

| | | | |
|---|---|---|---|
| Previous Balance 12/31/11 | $982,244.58 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $982,244.58 |
| Interest Paid | $1,189.47 | Average Collected Balance | $982,565.63 |
| 3 Debits | -$333.06 | Interest Earned During this Cycle | $1,189.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,189.47 |
| Ending Balance 03/30/12 | $983,100.99 | Annual Percentage Yield Earned | 0.49% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

**MEMBER FDIC**    EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

**Simple Savings [Redacted] 7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/31 | $475.13 | $982,719.71 | Credit | Interest paid | |
| 01/31 | -$133.04 | $982,586.67 | Debit | FED TAX WITHHELD | |
| 02/29 | $389.35 | $982,976.02 | Credit | Interest paid | |
| 02/29 | -$109.02 | $982,867.00 | Debit | FED TAX WITHHELD | |
| 03/31 | $324.99 | $983,191.99 | Credit | Interest paid | |
| 03/31 | -$91.00 | $983,100.99 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**



Capital One Bank

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

1-800-655-BANK (2265)
*Available 24/7*

www.capitalonebank.com
*Go green with online statements*

Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Holiday shopping? Check your balance while out and about with Mobile Banking. Use our Android or iPhone app or find out more at capitalonebank.com/mobile.

## ACCOUNT SUMMARY FOR PERIOD OCTOBER 01, 2011 - DECEMBER 30, 2011

**Simple Savings 00005800957364**

| | | | |
|---|---|---|---|
| (Redacted) Balance 09/30/11 | $980,947.17 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $980,947.17 |
| Interest Paid | $1,801.97 | Average Collected Balance | $981,396.06 |
| 3 Debits | -$504.56 | Interest Earned During this Cycle | $1,801.97 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $9,348.63 |
| Ending Balance 12/30/11 | $982,244.58 | Annual Percentage Yield Earned | 0.73% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER FDIC

EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2011  –  DECEMBER 30, 2011

**Simple Savings** [Redacted] **7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/31 | $653.28 | $981,600.45 | Credit | Interest paid | |
| 10/31 | -$182.92 | $981,417.53 | Debit | FED TAX WITHHELD | |
| 11/30 | $564.81 | $981,982.34 | Credit | Interest paid | |
| 11/30 | -$158.15 | $981,824.19 | Debit | FED TAX WITHHELD | |
| 12/31 | $583.88 | $982,408.07 | Credit | Interest paid | |
| 12/31 | -$163.49 | $982,244.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING
LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

**Simple Savings** [Redacted] **7364**

| | | | |
|---|---|---|---|
| Previous Balance 06/30/11 | $979,333.76 | Number of Days in Cycle | 92 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $979,333.76 |
| Interest Paid | $2,240.84 | Average Collected Balance | $979,918.41 |
| 3 Debits | -$627.43 | Interest Earned During this Cycle | $2,240.84 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $7,546.66 |
| Ending Balance 09/30/11 | $980,947.17 | Annual Percentage Yield Earned | 0.91% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One. All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JULY 01, 2011  - SEPTEMBER 30, 2011

**Simple Savings** [Redacted] **7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/31 | $865.40 | $980,199.16 | Credit | Interest paid | |
| 07/31 | -$242.31 | $979,956.85 | Debit | FED TAX WITHHELD | |
| 08/31 | $730.53 | $980,687.38 | Credit | Interest paid | |
| 08/31 | -$204.55 | $980,482.83 | Debit | FED TAX WITHHELD | |
| 09/30 | $644.91 | $981,127.74 | Credit | Interest paid | |
| 09/30 | -$180.57 | $980,947.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast. It's easy. It's secure. Set up Direct Deposit with your employer today!

---

**Simple Savings [Redacted] 7364**

| | | | |
|---|---|---|---|
| Previous Balance 03/31/11 | $976,686.74 | Number of Days in Cycle | 91 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $976,686.74 |
| Interest Paid | $2,647.02 | Average Collected Balance | $977,572.01 |
| 0 Debits | $0.00 | Interest Earned During this Cycle | $2,647.02 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $5,305.82 |
| Ending Balance 06/30/11 | $979,333.76 | Annual Percentage Yield Earned | 1.09% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD APRIL 01, 2011   - JUNE 30, 2011

**Simple Savings** [Redacted] **7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/30 | $875.38 | $977,562.12 | Credit | Interest paid | |
| 05/31 | $905.39 | $978,467.51 | Credit | Interest paid | |
| 06/30 | $866.25 | $979,333.76 | Credit | Interest paid | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2011 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

---

### Simple Savings [Redacted] 7364

| | | | |
|---|---|---|---|
| Previous Balance 12/31/10 | $974,027.94 | Number of Days in Cycle | 90 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $974,027.94 |
| Interest Paid | $2,658.80 | Average Collected Balance | $974,900.22 |
| 0 Debits | $0.00 | Interest Earned During this Cycle | $2,658.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $2,658.80 |
| Ending Balance 03/31/11 | $976,686.74 | Annual Percentage Yield Earned | 1.11% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.





# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JANUARY 01, 2011   - MARCH 31, 2011

### Simple Savings [Redacted] 7364

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/31 | $902.11 | $974,930.05 | Credit | Interest paid | |
| 02/28 | $815.53 | $975,745.58 | Credit | Interest paid | |
| 03/31 | $941.16 | $976,686.74 | Credit | Interest paid | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions through a secure Web site. Enroll at capitalonebank.com.

---

## ACCOUNT SUMMARY  FOR PERIOD NOVEMBER 12, 2010 - DECEMBER 31, 2010

**Simple Savings** [Redacted] **7364**

| | | | |
|---|---|---|---|
| Previous Balance 11/12/10 | $0.00 | Number of Days in Cycle | 50 |
| 1 Deposits/Credits | $972,574.68 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $1,453.26 | Average Collected Balance | $972,916.90 |
| 0 Debits | $0.00 | Interest Earned During this Cycle | $1,453.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,453.26 |
| Ending Balance 12/31/10 | $974,027.94 | Annual Percentage Yield Earned | 1.10% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD NOVEMBER 12, 2010   -  DECEMBER 31, 2010

**Simple Savings** [Redacted] **7364**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/12 | $972,574.68 | $972,574.68 | Deposit | Customer deposit | |
| 11/30 | $551.98 | $973,126.66 | Credit | Interest paid | |
| 12/31 | $901.28 | $974,027.94 | Credit | Interest paid | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER **FDIC** 

Exhibit G



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 06, 2017 - JUNE 07, 2017

### High Yield Checking [Redacted] 3918

| | | | |
|---|---|---|---|
| Previous Balance  05/05/17 | $493,923.87 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $0.00 | Average Collected Balance | $467,927.87 |
| 1 Checks/Debits | -$493,923.87 | Interest Earned During this Cycle | $0.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $805.95 |
| Ending Balance 06/07/17 | $0.00 | Annual Percentage Yield Earned | 0.00% |

## ACCOUNT DETAIL    FOR PERIOD MAY 06, 2017  -  JUNE 07, 2017

### High Yield Checking [Redacted] 3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/24 | -$493,923.87 | $0.00 | Debit | Transfer Debit TO [Redacted]9044 | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
FDIC

 

# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 08, 2017 - MAY 05, 2017

### High Yield Checking [Redacted]  3918

| | | | |
|---|---|---|---|
| Previous Balance 04/07/17 | $493,814.77 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,814.77 |
| Interest Paid | $151.53 | Average Collected Balance | $493,814.77 |
| 1 Checks/Debits | -$42.43 | Interest Earned During this Cycle | $151.53 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $805.95 |
| Ending Balance 05/05/17 | $493,923.87 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 08, 2017  -  MAY 05, 2017

### High Yield Checking [Redacted]  3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/05 | $151.53 | $493,966.30 | Credit | Interest paid | |
| 05/05 | -$42.43 | $493,923.87 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

 

MEMBER
FDIC          LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 08, 2017 - APRIL 07, 2017

**High Yield Checking** [Redacted] **3918**

| | | | |
|---|---|---|---|
| Previous Balance  03/07/17 | $493,694.01 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,694.01 |
| Interest Paid | $167.72 | Average Collected Balance | $493,694.01 |
| 1 Checks/Debits | -$46.96 | Interest Earned During this Cycle | $167.72 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $654.42 |
| Ending Balance 04/07/17 | $493,814.77 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 08, 2017  - APRIL 07, 2017

**High Yield Checking** [Redacted] **3918**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/07 | $167.72 | $493,861.73 | Credit | Interest paid | |
| 04/07 | -$46.96 | $493,814.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
**FDIC**

 **Capital**One
**Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 08, 2017 - MARCH 07, 2017

### High Yield Checking [Redacted]   3918

| | | | |
|---|---|---|---|
| Previous Balance 02/07/17 | $493,584.96 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,584.96 |
| Interest Paid | $151.46 | Average Collected Balance | $493,584.96 |
| 1 Checks/Debits | -$42.41 | Interest Earned During this Cycle | $151.46 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $486.70 |
| Ending Balance 03/07/17 | $493,694.01 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 08, 2017 - MARCH 07, 2017

### High Yield Checking [Redacted]   3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/07 | $151.46 | $493,736.42 | Credit | Interest paid | |
| 03/07 | -$42.41 | $493,694.01 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

  MEMBER **FDIC**   EQUAL HOUSING LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY  FOR PERIOD JANUARY 10, 2017 - FEBRUARY 07, 2017

**High Yield Checking** [Redacted]  **3918**

| | | | |
|---|---|---|---|
| Previous Balance 01/09/17 | $493,472.04 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,472.04 |
| Interest Paid | $156.83 | Average Collected Balance | $493,472.04 |
| 1 Checks/Debits | -$43.91 | Interest Earned During this Cycle | $156.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $335.24 |
| Ending Balance 02/07/17 | $493,584.96 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL  FOR PERIOD JANUARY 10, 2017  -  FEBRUARY 07, 2017

**High Yield Checking** [Redacted]  **3918**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/07 | $156.83 | $493,628.87 | Credit | Interest paid | |
| 02/07 | -$43.91 | $493,584.96 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
**FDIC** 



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 08, 2016 - JANUARY 09, 2017

### High Yield Checking [Redacted]  3918

| | | | |
|---|---|---|---|
| Previous Balance 12/07/16 | $493,343.58 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,343.58 |
| Interest Paid | $178.41 | Average Collected Balance | $493,343.58 |
| 1 Checks/Debits | -$49.95 | Interest Earned During this Cycle | $178.41 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $178.41 |
| Ending Balance 01/09/17 | $493,472.04 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL    FOR PERIOD  DECEMBER 08, 2016  -  JANUARY 09, 2017

### High Yield Checking [Redacted]  3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/09 | $178.41 | $493,521.99 | Credit | Interest paid | |
| 01/09 | -$49.95 | $493,472.04 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 08, 2016 - DECEMBER 07, 2016

### High Yield Checking [Redacted] 3918

| | | | |
|---|---|---|---|
| Previous Balance 11/07/16 | $493,226.82 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $493,226.82 |
| Interest Paid | $162.16 | Average Collected Balance | $493,226.82 |
| 1 Checks/Debits | -$45.40 | Interest Earned During this Cycle | $162.16 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $167.57 |
| Ending Balance 12/07/16 | $493,343.58 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 08, 2016  -  DECEMBER 07, 2016

### High Yield Checking [Redacted] 3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/07 | $162.16 | $493,388.98 | Credit | Interest paid | |
| 12/07 | -$45.40 | $493,343.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
FDIC        LENDER



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 07, 2016 - NOVEMBER 07, 2016

### High Yield Checking [Redacted]   3918

| | | | |
|---|---|---|---|
| Previous Balance 11/07/16 | $0.00 | Number of Days in Cycle | 1 |
| 1 Deposits/Credits | $493,221.41 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $5.41 | Average Collected Balance | $493,221.41 |
| 0 Checks/Debits | $0.00 | Interest Earned During this Cycle | $5.41 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $5.41 |
| Ending Balance 11/07/16 | $493,226.82 | Annual Percentage Yield Earned | 0.40% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 07, 2016  - NOVEMBER 07, 2016

### High Yield Checking [Redacted]   3918

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/07 | $493,221.41 | $493,221.41 | Credit | Phone transfer credit FR [Redacted]7364 | |
| 11/07 | $5.41 | $493,226.82 | Credit | Interest paid | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC

# Exhibit H

# Capital One® | Private Banking

DepositServices | TrustAccounts | Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Private Banker to discuss your present and future needs. They are able to help you with deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2019 - JUNE 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/10/19 | $134,568.12 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $2.95 | Average Collected Balance | $134,568.12 |
| 2 Checks/Debits | -$134,571.07 | Interest Earned During this Cycle | $2.95 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $297.14 |
| Ending Balance 06/12/19 | $0.00 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2019  -  JUNE 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/15 | -$134,570.36 | -$2.24 | Debit | Customer withdrawal | |
| 05/15 | $2.95 | $0.71 | Credit | Interest paid | |
| 05/15 | -$0.71 | $0.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A.. Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2019 Capital One, All rights reserved.

MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▶ New address? Please contact customer service to update.

Contact your Private Banker to discuss your present and future needs. They are able to help you with deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2019 - JUNE 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/10/19 | $134,568.12 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $2.95 | Average Collected Balance | $134,568.12 |
| 2 Checks/Debits | -$134,571.07 | Interest Earned During this Cycle | $2.95 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $297.14 |
| Ending Balance 06/12/19 | $0.00 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2019 - JUNE 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/15 | -$134,570.36 | -$2.24 | Debit | Customer withdrawal | |
| 05/15 | $2.95 | $0.71 | Credit | Interest paid | |
| 05/15 | -$0.71 | $0.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A.. Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2019 Capital One, All rights reserved.


MEMBER FDIC

# CapitalOne®  |  Private Banking

DepositServices | TrustAccounts | Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Private Banker to discuss your
present and future needs. They are able to help you with
deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2019 - MAY 10, 2019

### Wealth Mgt Int Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  04/10/19 | $369,205.40 | Number of Days in Cycle | 30 |
| 1 Deposits/Credits | $50,000.00 | Minimum Balance This Cycle | $134,527.47 |
| Interest Paid | $53.49 | Average Collected Balance | $325,385.65 |
| 4 Checks/Debits | -$284,690.77 | Interest Earned During this Cycle | $53.49 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $294.19 |
| Ending Balance 05/10/19 | $134,568.12 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2019  -  MAY 10, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/18 | -$77,677.93 | $291,527.47 | Debit | Customer withdrawal | |
| 04/19 | $50,000.00 | $341,527.47 | Credit | TRANSFER DEPOSIT FROM ...9036 | |
| 05/07 | -$7,000.00 | $334,527.47 | Debit | Customer withdrawal | |
| 05/08 | -$200,000.00 | $134,527.47 | Debit | Customer withdrawal | |
| 05/10 | $53.49 | $134,580.96 | Credit | Interest paid | |
| 05/10 | -$12.84 | $134,568.12 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*




Wealth Management deposit and lending products and services
offered by Capital One, N.A., Capital One Bank is a trade name of
Capital One, N.A. and does not refer to a separately insured
institution. Member FDIC, © 2019 Capital One, All rights reserved.

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▶ New address? Please contact customer service to update.

Contact your Private Banker to discuss your
present and future needs. They are able to help you with
deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2019 - APRIL 10, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/12/19 | $369,160.81 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $369,160.81 |
| Interest Paid | $58.67 | Average Collected Balance | $369,160.81 |
| 1 Checks/Debits | -$14.08 | Interest Earned During this Cycle | $58.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $240.70 |
| Ending Balance 04/10/19 | $369,205.40 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2019  -  APRIL 10, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/10 | $58.67 | $369,219.48 | Credit | Interest paid | |
| 04/10 | -$14.08 | $369,205.40 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Wealth Management deposit and lending products and services
offered by Capital One, N.A., Capital One Bank is a trade name of
Capital One, N.A. and does not refer to a separately insured
institution, Member FDIC. © 2019 Capital One, All rights reserved.

MEMBER
**FDIC**  

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Private Banker to discuss your present and future needs. They are able to help you with deposit, custom lending and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2019 - MARCH 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/12/19 | $369,117.76 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $369,117.76 |
| Interest Paid | $56.64 | Average Collected Balance | $369,117.76 |
| 1 Checks/Debits | -$13.59 | Interest Earned During this Cycle | $56.64 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $182.03 |
| Ending Balance 03/12/19 | $369,160.81 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 13, 2019  -  MARCH 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/12 | $56.64 | $369,174.40 | Credit | Interest paid | |
| 03/12 | -$13.59 | $369,160.81 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A.. Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution. Member FDIC. © 2019 Capital One. All rights reserved.

MEMBER FDIC    EQUAL HOUSING LENDER

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▶ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 12, 2019 - FEBRUARY 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  01/11/19 | $369,068.57 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $369,068.57 |
| Interest Paid | $64.72 | Average Collected Balance | $369,068.57 |
| 1 Checks/Debits | -$15.53 | Interest Earned During this Cycle | $64.72 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $125.39 |
| Ending Balance 02/12/19 | $369,117.76 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD  JANUARY 12, 2019  -  FEBRUARY 12, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/12 | $64.72 | $369,133.29 | Credit | Interest paid | |
| 02/12 | -$15.53 | $369,117.76 | Debit | FED TAX WITHHELD | |

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2019 Capital One, All rights reserved.


MEMBER FDIC



# WEALTH MANAGEMENT

### Wealth Planning I Private Banking I Trust Accounts I Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 13, 2018 - JANUARY 11, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  12/12/18 | $369,022.46 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $369,022.46 |
| Interest Paid | $60.67 | Average Collected Balance | $369,022.46 |
| 1 Checks/Debits | -$14.56 | Interest Earned During this Cycle | $60.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $60.67 |
| Ending Balance 01/11/19 | $369,068.57 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2018  -  JANUARY 11, 2019

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/11 | $60.67 | $369,083.13 | Credit | Interest paid | |
| 01/11 | -$14.56 | $369,068.57 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2019 Capital One, All rights reserved.

MEMBER
FDIC  



# WEALTH MANAGEMENT

Wealth Planning | Private Banking | Trust Accounts | Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2018 - DECEMBER 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 11/13/18 | $368,977.89 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $368,977.89 |
| Interest Paid | $58.64 | Average Collected Balance | $368,977.89 |
| 1 Checks/Debits | -$14.07 | Interest Earned During this Cycle | $58.64 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $924.95 |
| Ending Balance 12/12/18 | $369,022.46 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2018  -  DECEMBER 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/12 | $58.64 | $369,036.53 | Credit | Interest paid | |
| 12/12 | -$14.07 | $369,022.46 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.



MEMBER FDIC


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 12, 2018 - NOVEMBER 13, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  10/11/18 | $368,927.18 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $368,927.18 |
| Interest Paid | $66.72 | Average Collected Balance | $368,927.18 |
| 1 Checks/Debits | -$16.01 | Interest Earned During this Cycle | $66.72 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $866.31 |
| Ending Balance 11/13/18 | $368,977.89 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 12, 2018  -  NOVEMBER 13, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/13 | $66.72 | $368,993.90 | Credit | Interest paid | |
| 11/13 | -$16.01 | $368,977.89 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.



MEMBER
FDIC



# WEALTH MANAGEMENT

### Wealth Planning I Private Banking I Trust Accounts I Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY  FOR PERIOD SEPTEMBER 14, 2018 - OCTOBER 11, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  09/13/18 | $368,884.16 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $368,884.16 |
| Interest Paid | $56.60 | Average Collected Balance | $368,884.16 |
| 1 Checks/Debits | -$13.58 | Interest Earned During this Cycle | $56.60 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $799.59 |
| Ending Balance 10/11/18 | $368,927.18 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL  FOR PERIOD SEPTEMBER 14, 2018  -  OCTOBER 11, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/11 | $56.60 | $368,940.76 | Credit | Interest paid | |
| 10/11 | -$13.58 | $368,927.18 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.



MEMBER
FDIC



# WEALTH MANAGEMENT

### Wealth Planning | Private Banking | Trust Accounts | Lending

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY FOR PERIOD AUGUST 11, 2018 - SEPTEMBER 13, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/10/18 | $500,686.75 | Number of Days in Cycle | 34 |
| 1 Deposits/Credits | $48,135.00 | Minimum Balance This Cycle | $320,686.75 |
| Interest Paid | $82.12 | Average Collected Balance | $440,726.45 |
| 2 Checks/Debits | -$180,019.71 | Interest Earned During this Cycle | $82.12 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $742.99 |
| Ending Balance 09/13/18 | $368,884.16 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL FOR PERIOD AUGUST 11, 2018 - SEPTEMBER 13, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 08/31 | -$180,000.00 | $320,686.75 | Debit | TRANSFER WITHDRAWAL TO ...6821 | |
| 09/04 | $48,135.00 | $368,821.75 | Credit | TRANSFER DEPOSIT FROM ...6821 | |
| 09/13 | $82.12 | $368,903.87 | Credit | Interest paid | |
| 09/13 | -$19.71 | $368,884.16 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.

MEMBER FDIC 


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▶ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JULY 13, 2018 - AUGUST 10, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 07/12/18 | $500,626.28 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,626.28 |
| Interest Paid | $79.56 | Average Collected Balance | $500,626.28 |
| 1 Checks/Debits | -$19.09 | Interest Earned During this Cycle | $79.56 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $660.87 |
| Ending Balance 08/10/18 | $500,686.75 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD JULY 13, 2018 - AUGUST 10, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 08/10 | $79.56 | $500,705.84 | Credit | Interest paid | |
| 08/10 | -$19.09 | $500,686.75 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.



MEMBER
FDIC



# WEALTH AND ASSET MANAGEMENT

Investments | Wealth Planning | Private Banking | Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2018 - JULY 12, 2018

### Wealth Mgt Int Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  06/12/18 | $500,563.74 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,563.74 |
| Interest Paid | $82.29 | Average Collected Balance | $500,563.74 |
| 1 Checks/Debits | -$19.75 | Interest Earned During this Cycle | $82.29 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $581.31 |
| Ending Balance 07/12/18 | $500,626.28 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2018  -  JULY 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/12 | $82.29 | $500,646.03 | Credit | Interest paid | |
| 07/12 | -$19.75 | $500,626.28 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.



MEMBER FDIC


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2018 - JUNE 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/10/18 | $500,494.95 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,494.95 |
| Interest Paid | $90.51 | Average Collected Balance | $500,494.95 |
| 1 Checks/Debits | -$21.72 | Interest Earned During this Cycle | $90.51 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $499.02 |
| Ending Balance 06/12/18 | $500,563.74 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2018  -  JUNE 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 06/12 | $90.51 | $500,585.46 | Credit | Interest paid | |
| 06/12 | -$21.72 | $500,563.74 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.



MEMBER
FDIC
EQUAL HOUSING LENDER



# WEALTH AND ASSET MANAGEMENT
### Investments | Wealth Planning | Private Banking | Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY     FOR PERIOD APRIL 12, 2018 - MAY 10, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 04/11/18 | $500,434.51 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,434.51 |
| Interest Paid | $79.53 | Average Collected Balance | $500,434.51 |
| 1 Checks/Debits | -$19.09 | Interest Earned During this Cycle | $79.53 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $408.51 |
| Ending Balance 05/10/18 | $500,494.95 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 12, 2018  -  MAY 10, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/10 | $79.53 | $500,514.04 | Credit | Interest paid | |
| 05/10 | -$19.09 | $500,494.95 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.



MEMBER
FDIC


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▶ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2018 - APRIL 11, 2018

### Wealth Mgt Int Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/12/18 | $500,371.99 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,371.99 |
| Interest Paid | $82.26 | Average Collected Balance | $500,371.99 |
| 1 Checks/Debits | -$19.74 | Interest Earned During this Cycle | $82.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $328.98 |
| Ending Balance 04/11/18 | $500,434.51 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD  MARCH 13, 2018   -   APRIL 11, 2018

### Wealth Mgt Int Checking  [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/11 | $82.26 | $500,454.25 | Credit | Interest paid | |
| 04/11 | -$19.74 | $500,434.51 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2018 Capital One, All rights reserved.



MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2018 - MARCH 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/12/18 | $500,313.64 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,313.64 |
| Interest Paid | $76.77 | Average Collected Balance | $500,313.64 |
| 1 Checks/Debits | -$18.42 | Interest Earned During this Cycle | $76.77 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $246.72 |
| Ending Balance 03/12/18 | $500,371.99 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2018 - MARCH 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/12 | $76.77 | $500,390.41 | Credit | Interest paid | |
| 03/12 | -$18.42 | $500,371.99 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.





# WEALTH AND ASSET MANAGEMENT
### Investments I Wealth Planning I Private Banking I Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 12, 2018 - FEBRUARY 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/11/18 | $500,246.97 | Number of Days In Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,246.97 |
| Interest Paid | $87.72 | Average Collected Balance | $500,246.97 |
| 1 Checks/Debits | -$21.05 | Interest Earned During this Cycle | $87.72 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $169.95 |
| Ending Balance 02/12/18 | $500,313.64 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 12, 2018  -  FEBRUARY 12, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/12 | $87.72 | $500,334.69 | Credit | Interest paid | |
| 02/12 | -$21.05 | $500,313.64 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC. © 2018 Capital One, All rights reserved.

MEMBER FDIC



# WEALTH AND ASSET MANAGEMENT

Investments I Wealth Planning I Private Banking I Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

▶ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2017 - JANUARY 11, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  12/12/17 | $500,184.48 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,184.48 |
| Interest Paid | $82.23 | Average Collected Balance | $500,184.48 |
| 1 Checks/Debits | -$19.74 | Interest Earned During this Cycle | $82.23 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $82.23 |
| Ending Balance 01/11/18 | $500,246.97 | Annual Percentage Yield Earned | 0.20% |

## ACCOUNT DETAIL    FOR PERIOD  DECEMBER 13, 2017  -  JANUARY 11, 2018

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/11 | $82.23 | $500,266.71 | Credit | Interest paid | |
| 01/11 | -$19.74 | $500,246.97 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2016 Capital One, All rights reserved.

MEMBER
FDIC
EQUAL HOUSING
LENDER



# WEALTH AND ASSET MANAGEMENT
### Investments I Wealth Planning I Private Banking I Retirement Plan Consulting

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

▸ New address? Please contact customer service to update.

Contact your Wealth Management Banker to discuss your present and future needs. They are able to help you with deposit, custom lending, individual investment management and wealth planning services.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 11, 2017 - DECEMBER 12, 2017

### Wealth Mgt Int Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  11/10/17 | $500,165.73 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,165.73 |
| Interest Paid | $26.04 | Average Collected Balance | $500,165.73 |
| 1 Checks/Debits | -$7.29 | Interest Earned During this Cycle | $26.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $254.83 |
| Ending Balance 12/12/17 | $500,184.48 | Annual Percentage Yield Earned | 0.06% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 11, 2017  -  DECEMBER 12, 2017

### Wealth Mgt Int Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/12 | $26.04 | $500,191.77 | Credit | Interest paid | |
| 12/12 | -$7.29 | $500,184.48 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*   PAGE 1 OF 2

Wealth Management deposit and lending products and services offered by Capital One, N.A., Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution, Member FDIC, © 2017 Capital One, All rights reserved.



MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 13, 2017 - NOVEMBER 10, 2017

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 10/12/17 | $500,151.42 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,151.42 |
| Interest Paid | $19.87 | Average Collected Balance | $500,151.42 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $228.79 |
| Ending Balance 11/10/17 | $500,165.73 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 13, 2017  -  NOVEMBER 10, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/10 | $19.87 | $500,171.29 | Credit | Interest paid | |
| 11/10 | -$5.56 | $500,165.73 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2017 - OCTOBER 12, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/13/17 | $500,137.11 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,137.11 |
| Interest Paid | $19.87 | Average Collected Balance | $500,137.11 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $208.92 |
| Ending Balance 10/12/17 | $500,151.42 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 14, 2017 - OCTOBER 12, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/12 | $19.87 | $500,156.98 | Credit | Interest paid | |
| 10/12 | -$5.56 | $500,151.42 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER FDIC

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 11, 2017 - SEPTEMBER 13, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/10/17 | $500,120.34 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,120.34 |
| Interest Paid | $23.29 | Average Collected Balance | $500,120.34 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.29 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $189.05 |
| Ending Balance 09/13/17 | $500,137.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 11, 2017 - SEPTEMBER 13, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 09/13 | $23.29 | $500,143.63 | Credit | Interest paid | |
| 09/13 | -$6.52 | $500,137.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER

 

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 14, 2017 - AUGUST 10, 2017

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  07/13/17 | $500,106.53 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,106.53 |
| Interest Paid | $19.18 | Average Collected Balance | $500,106.53 |
| 1 Checks/Debits | -$5.37 | Interest Earned During this Cycle | $19.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $165.76 |
| Ending Balance 08/10/17 | $500,120.34 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 14, 2017  -  AUGUST 10, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 08/10 | $19.18 | $500,125.71 | Credit | Interest paid | |
| 08/10 | -$5.37 | $500,120.34 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
FDIC

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2017 - JULY 13, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/12/17 | $500,091.24 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,091.24 |
| Interest Paid | $21.24 | Average Collected Balance | $500,091.24 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.24 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $146.58 |
| Ending Balance 07/13/17 | $500,106.53 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2017  -  JULY 13, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|------|--------|-------------------|------------------|-------------|------------|
| 07/13 | $21.24 | $500,112.48 | Credit | Interest paid | |
| 07/13 | -$5.95 | $500,106.53 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
FDIC 

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2017 – JUNE 12, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/10/17 | $500,074.96 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,074.96 |
| Interest Paid | $22.61 | Average Collected Balance | $500,074.96 |
| 1 Checks/Debits | -$6.33 | Interest Earned During this Cycle | $22.61 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $125.34 |
| Ending Balance 06/12/17 | $500,091.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2017  – JUNE 12, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 06/12 | $22.61 | $500,097.57 | Credit | Interest paid | |
| 06/12 | -$6.33 | $500,091.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

 MEMBER **FDIC**

 
NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2017 - MAY 10, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  04/12/17 | $500,061.15 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,061.15 |
| Interest Paid | $19.18 | Average Collected Balance | $500,061.15 |
| 1 Checks/Debits | -$5.37 | Interest Earned During this Cycle | $19.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $102.73 |
| Ending Balance 05/10/17 | $500,074.96 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  APRIL 13, 2017  -  MAY 10, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/10 | $19.18 | $500,080.33 | Credit | Interest paid | |
| 05/10 | -$5.37 | $500,074.96 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



 **CapitalOne Bank**

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 11, 2017 - APRIL 12, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/10/17 | $500,044.87 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,044.87 |
| Interest Paid | $22.61 | Average Collected Balance | $500,044.87 |
| 1 Checks/Debits | -$6.33 | Interest Earned During this Cycle | $22.61 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $83.55 |
| Ending Balance 04/12/17 | $500,061.15 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 11, 2017   -   APRIL 12, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/12 | $22.61 | $500,067.48 | Credit | Interest paid | |
| 04/12 | -$6.33 | $500,061.15 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2017 - MARCH 10, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/10/17 | $500,031.06 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,031.06 |
| Interest Paid | $19.18 | Average Collected Balance | $500,031.06 |
| 1 Checks/Debits | -$5.37 | Interest Earned During this Cycle | $19.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $60.94 |
| Ending Balance 03/10/17 | $500,044.87 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 11, 2017  -  MARCH 10, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/10 | $19.18 | $500,050.24 | Credit | Interest paid | |
| 03/10 | -$5.37 | $500,044.87 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER FDIC    LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 13, 2017 - FEBRUARY 10, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/12/17 | $500,016.76 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,016.76 |
| Interest Paid | $19.86 | Average Collected Balance | $500,016.76 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.86 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $41.76 |
| Ending Balance 02/10/17 | $500,031.06 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 13, 2017  -  FEBRUARY 10, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/10 | $19.86 | $500,036.62 | Credit | Interest paid | |
| 02/10 | -$5.56 | $500,031.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-8ANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2016 - JANUARY 12, 2017

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  12/12/16 | $517,615.99 | Number of Days In Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $500,000.99 |
| Interest Paid | $21.90 | Average Collected Balance | $516,479.53 |
| 2 Checks/Debits | -$17,621.13 | Interest Earned During this Cycle | $21.90 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.90 |
| Ending Balance 01/12/17 | $500,016.76 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2016  -  JANUARY 12, 2017

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/11 | -$17,615.00 | $500,000.99 | Debit | Customer withdrawal | |
| 01/12 | $21.90 | $500,022.89 | Credit | Interest paid | |
| 01/12 | -$6.13 | $500,016.76 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 11, 2016 - DECEMBER 12, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 11/10/16 | $517,599.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,599.70 |
| Interest Paid | $22.63 | Average Collected Balance | $517,599.70 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.63 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $260.21 |
| Ending Balance 12/12/16 | $517,615.99 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 11, 2016  - DECEMBER 12, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/12 | $22.63 | $517,622.33 | Credit | Interest paid | |
| 12/12 | -$6.34 | $517,615.99 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
**FDIC**

EQUAL HOUSING
LENDER