

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 14, 2016 - NOVEMBER 10, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  10/13/16 | $517,585.44 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,585.44 |
| Interest Paid | $19.80 | Average Collected Balance | $517,585.44 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.58 |
| Ending Balance 11/10/16 | $517,599.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 14, 2016  -  NOVEMBER 10, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/10 | $19.80 | $517,605.24 | Credit | Interest paid | |
| 11/10 | -$5.54 | $517,599.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD SEPTEMBER 14, 2016 - OCTOBER 13, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/13/16 | $517,570.17 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,570.17 |
| Interest Paid | $21.21 | Average Collected Balance | $517,570.17 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.21 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $217.78 |
| Ending Balance 10/13/16 | $517,585.44 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2016 - OCTOBER 13, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/13 | $21.21 | $517,591.38 | Credit | Interest paid | |
| 10/13 | -$5.94 | $517,585.44 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY FOR PERIOD AUGUST 11, 2016 - SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/10/16 | $517,552.86 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,552.86 |
| Interest Paid | $24.04 | Average Collected Balance | $517,552.86 |
| 1 Checks/Debits | -$6.73 | Interest Earned During this Cycle | $24.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $196.57 |
| Ending Balance 09/13/16 | $517,570.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL FOR PERIOD AUGUST 11, 2016 - SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 09/13 | $24.04 | $517,576.90 | Credit | Interest paid | |
| 09/13 | -$6.73 | $517,570.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2016 - SEPTEMBER 13, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  08/10/16 | $517,552.86 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,552.86 |
| Interest Paid | $24.04 | Average Collected Balance | $517,552.86 |
| 1 Checks/Debits | -$6.73 | Interest Earned During this Cycle | $24.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $196.57 |
| Ending Balance 09/13/16 | $517,570.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 11, 2016  -  SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 09/13 | $24.04 | $517,576.90 | Credit | Interest paid | |
| 09/13 | -$6.73 | $517,570.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER **FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1·800·655·BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY     FOR PERIOD JULY 14, 2016 - AUGUST 10, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 07/13/16 | $517,538.60 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,538.60 |
| Interest Paid | $19.80 | Average Collected Balance | $517,538.60 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.53 |
| Ending Balance 08/10/16 | $517,552.86 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 14, 2016  -  AUGUST 10, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 08/10 | $19.80 | $517,558.40 | Credit | Interest paid | |
| 08/10 | -$5.54 | $517,552.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
FDIC

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 11, 2016 - JULY 13, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/10/16 | $517,521.80 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,521.80 |
| Interest Paid | $23.33 | Average Collected Balance | $517,521.80 |
| 1 Checks/Debits | -$6.53 | Interest Earned During this Cycle | $23.33 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $152.73 |
| Ending Balance 07/13/16 | $517,538.60 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2016  -  JULY 13, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/13 | $23.33 | $517,545.13 | Credit | Interest paid | |
| 07/13 | -$6.53 | $517,538.60 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
FDIC

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 12, 2016 - JUNE 10, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/11/16 | $517,506.53 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,506.53 |
| Interest Paid | $21.21 | Average Collected Balance | $517,506.53 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.21 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $129.40 |
| Ending Balance 06/10/16 | $517,521.80 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 12, 2016  -  JUNE 10, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 06/10 | $21.21 | $517,527.74 | Credit | Interest paid | |
| 06/10 | -$5.94 | $517,521.80 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                    PAGE 1 OF 2



Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2016 - MAY 11, 2016

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 04/12/16 | $517,491.77 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,491.77 |
| Interest Paid | $20.50 | Average Collected Balance | $517,491.77 |
| 1 Checks/Debits | -$5.74 | Interest Earned During this Cycle | $20.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $108.19 |
| Ending Balance 05/11/16 | $517,506.53 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 13, 2016  - MAY 11, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/11 | $20.50 | $517,512.27 | Credit | Interest paid | |
| 05/11 | -$5.74 | $517,506.53 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
FDIC

EQUAL HOUSING
LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 11, 2016 - APRIL 12, 2016

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  03/10/16 | $517,474.97 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,474.97 |
| Interest Paid | $23.33 | Average Collected Balance | $517,474.97 |
| 1 Checks/Debits | -$6.53 | Interest Earned During this Cycle | $23.33 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $87.69 |
| Ending Balance 04/12/16 | $517,491.77 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  MARCH 11, 2016  - APRIL 12, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/12 | $23.33 | $517,498.30 | Credit | Interest paid | |
| 04/12 | -$6.53 | $517,491.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC



**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2016 - MARCH 10, 2016

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/10/16 | $517,460.21 | Number of Days In Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,460.21 |
| Interest Paid | $20.50 | Average Collected Balance | $517,460.21 |
| 1 Checks/Debits | -$5.74 | Interest Earned During this Cycle | $20.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.36 |
| Ending Balance 03/10/16 | $517,474.97 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 11, 2016  -  MARCH 10, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/10 | $20.50 | $517,480.71 | Credit | Interest paid | |
| 03/10 | -$5.74 | $517,474.97 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.




MEMBER
**FDIC**
LENDER

 **Capital**One **Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 14, 2016 - FEBRUARY 10, 2016

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/13/16 | $517,445.96 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,445.96 |
| Interest Paid | $19.79 | Average Collected Balance | $517,445.96 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.79 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $43.86 |
| Ending Balance 02/10/16 | $517,460.21 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 14, 2016  -  FEBRUARY 10, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/10 | $19.79 | $517,465.75 | Credit | Interest paid | |
| 02/10 | -$5.54 | $517,460.21 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER **FDIC**   LENDER

 **Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 11, 2015 - JANUARY 13, 2016

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 12/10/15 | $517,428.63 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,428.63 |
| Interest Paid | $24.07 | Average Collected Balance | $517,428.63 |
| 1 Checks/Debits | -$6.74 | Interest Earned During this Cycle | $24.07 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.07 |
| Ending Balance 01/13/16 | $517,445.96 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 11, 2015  -  JANUARY 13, 2016

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/13 | $24.07 | $517,452.70 | Credit | Interest paid | |
| 01/13 | -$6.74 | $517,445.96 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A. and does not
refer to a separately insured institution. Member FDIC, © 2016
Capital One, All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | |
|---|---|
| | www.capitalonebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 13, 2015 - DECEMBER 10, 2015

**VIP Interest Checking** [Redacted] **9060**

| | | | |
|---|---|---|---|
| Previous Balance 11/12/15 | $517,414.34 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,414.34 |
| Interest Paid | $19.85 | Average Collected Balance | $517,414.34 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.85 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.67 |
| Ending Balance 12/10/15 | $517,428.63 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 13, 2015   -   DECEMBER 10, 2015

**VIP Interest Checking** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/10 | $19.85 | $517,434.19 | Credit | Interest paid | |
| 12/10 | -$5.56 | $517,428.63 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING LENDER

 **CapitalOne** Bank

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 14, 2015 - NOVEMBER 12, 2015

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 10/13/15 | $517,399.03 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,399.03 |
| Interest Paid | $21.26 | Average Collected Balance | $517,399.03 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $238.82 |
| Ending Balance 11/12/15 | $517,414.34 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 14, 2015  -  NOVEMBER 12, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/12 | $21.26 | $517,420.29 | Credit | Interest paid | |
| 11/12 | -$5.95 | $517,414.34 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER

 **Capital**One **Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 12, 2015 - OCTOBER 13, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/11/15 | $517,382.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,382.70 |
| Interest Paid | $22.68 | Average Collected Balance | $517,382.70 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $217.56 |
| Ending Balance 10/13/15 | $517,399.03 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 12, 2015 - OCTOBER 13, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/13 | $22.68 | $517,405.38 | Credit | Interest paid | |
| 10/13 | -$6.35 | $517,399.03 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC**   LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 13, 2015 - SEPTEMBER 11, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/12/15 | $517,367.39 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,367.39 |
| Interest Paid | $21.26 | Average Collected Balance | $517,367.39 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.88 |
| Ending Balance 09/11/15 | $517,382.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 13, 2015 - SEPTEMBER 11, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $21.26 | $517,388.65 | Credit | Interest paid | |
| 09/11 | -$5.95 | $517,382.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**

EQUAL HOUSING
LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 11, 2015 - AUGUST 12, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 07/10/15 | $517,350.55 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,350.55 |
| Interest Paid | $23.39 | Average Collected Balance | $517,350.55 |
| 1 Checks/Debits | -$6.55 | Interest Earned During this Cycle | $23.39 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $173.62 |
| Ending Balance 08/12/15 | $517,367.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 11, 2015 - AUGUST 12, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/12 | $23.39 | $517,373.94 | Credit | Interest paid | |
| 08/12 | -$6.55 | $517,367.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**    EQUAL HOUSING LENDER

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 11, 2015 - JULY 10, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/10/15 | $517,335.24 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,335.24 |
| Interest Paid | $21.26 | Average Collected Balance | $517,335.24 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.23 |
| Ending Balance 07/10/15 | $517,350.55 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2015  -  JULY 10, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/10 | $21.26 | $517,356.50 | Credit | Interest paid | |
| 07/10 | -$5.95 | $517,350.55 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

 

MEMBER
FDIC

LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 13, 2015 - JUNE 10, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/12/15 | $517,320.44 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,320.44 |
| Interest Paid | $20.55 | Average Collected Balance | $517,320.44 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.97 |
| Ending Balance 06/10/15 | $517,335.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 13, 2015  -  JUNE 10, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/10 | $20.55 | $517,340.99 | Credit | Interest paid | |
| 06/10 | -$5.75 | $517,335.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC** 
EQUAL HOUSING
LENDER

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2015 - MAY 12, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 04/10/15 | $517,304.11 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,304.11 |
| Interest Paid | $22.68 | Average Collected Balance | $517,304.11 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $108.42 |
| Ending Balance 05/12/15 | $517,320.44 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2015  -  MAY 12, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.68 | $517,326.79 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,320.44 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2015 Capital One, All rights reserved.

MEMBER **FDIC**

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | |
|---|---|
| | www.capitalonebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

### IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY   FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/11/15 | $517,288.80 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,288.80 |
| Interest Paid | $21.26 | Average Collected Balance | $517,288.80 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.74 |
| Ending Balance 04/10/15 | $517,304.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $21.26 | $517,310.06 | Credit | Interest paid | |
| 04/10 | -$5.95 | $517,304.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  02/11/15 | $517,274.52 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,274.52 |
| Interest Paid | $19.84 | Average Collected Balance | $517,274.52 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.84 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.48 |
| Ending Balance 03/11/15 | $517,288.80 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 12, 2015  -  MARCH 11, 2015

### VIP Interest Checking  [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/11 | $19.84 | $517,294.36 | Credit | Interest paid | |
| 03/11 | -$5.56 | $517,288.80 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.


MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | |
|---|---|
| | www.capitalonebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/13/15 | $517,259.72 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,259.72 |
| Interest Paid | $20.55 | Average Collected Balance | $517,259.72 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.64 |
| Ending Balance 02/11/15 | $517,274.52 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2015  -  FEBRUARY 11, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/11 | $20.55 | $517,280.27 | Credit | Interest paid | |
| 02/11 | -$5.75 | $517,274.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 12/10/14 | $517,242.38 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,242.38 |
| Interest Paid | $24.09 | Average Collected Balance | $517,242.38 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.09 |
| Ending Balance 01/13/15 | $517,259.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $24.09 | $517,266.47 | Credit | Interest paid | |
| 01/13 | -$6.75 | $517,259.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

 MEMBER **FDIC** EQUAL HOUSING LENDER

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



| | |
|---|---|
| 🖥 | www.capitalonebank.com |
| 📱 | 1-800-655-BANK (2265) |
| 🖥 | m.capitalonebank.com |
| 🏛 | Visit your local branch |

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We've included a wire transfer disclosure for your reading pleasure.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2014  -  DECEMBER 10, 2014

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  11/13/14 | $517,228.61 | Number of Days in Cycle | 27 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,228.61 |
| Interest Paid | $19.13 | Average Collected Balance | $517,228.61 |
| 1 Checks/Debits | -$5.36 | Interest Earned During this Cycle | $19.13 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.85 |
| Ending Balance 12/10/14 | $517,242.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 14, 2014  -  DECEMBER 10, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/10 | $19.13 | $517,247.74 | Credit | Interest paid | |
| 12/10 | -$5.36 | $517,242.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 11, 2014 - NOVEMBER 13, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 10/10/14 | $517,211.27 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,211.27 |
| Interest Paid | $24.09 | Average Collected Balance | $517,211.27 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $238.72 |
| Ending Balance 11/13/14 | $517,228.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 11, 2014  -  NOVEMBER 13, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.09 | $517,235.36 | Credit | Interest paid | |
| 11/13 | -$6.75 | $517,228.61 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER

 **CapitalOne Bank**  **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/11/14 | $517,196.47 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,196.47 |
| Interest Paid | $20.55 | Average Collected Balance | $517,196.47 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.63 |
| Ending Balance 10/10/14 | $517,211.27 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $20.55 | $517,217.02 | Credit | Interest paid | |
| 10/10 | -$5.75 | $517,211.27 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.

 MEMBER **FDIC** 

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 13, 2014 - SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  08/12/14 | $517,181.17 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,181.17 |
| Interest Paid | $21.25 | Average Collected Balance | $517,181.17 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.08 |
| Ending Balance 09/11/14 | $517,196.47 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 13, 2014 - SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $21.25 | $517,202.42 | Credit | Interest paid | |
| 09/11 | -$5.95 | $517,196.47 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

**MEMBER FDIC**

EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 12, 2014  -  AUGUST 12, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 07/11/14 | $517,164.85 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,164.85 |
| Interest Paid | $22.67 | Average Collected Balance | $517,164.85 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.83 |
| Ending Balance 08/12/14 | $517,181.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 12, 2014  -  AUGUST 12, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.67 | $517,187.52 | Credit | Interest paid | |
| 08/12 | -$6.35 | $517,181.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**

 

**Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 12, 2014 - JULY 11, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/11/14 | $517,149.55 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,149.55 |
| Interest Paid | $21.25 | Average Collected Balance | $517,149.55 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.16 |
| Ending Balance 07/11/14 | $517,164.85 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 12, 2014  -  JULY 11, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $21.25 | $517,170.80 | Credit | Interest paid | |
| 07/11 | -$5.95 | $517,164.85 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



 MEMBER
**FDIC**

 EQUAL HOUSING
LENDER

 PAGE 1 OF 2



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 13, 2014 - JUNE 11, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/12/14 | $517,134.25 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,134.25 |
| Interest Paid | $21.25 | Average Collected Balance | $517,134.25 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.91 |
| Ending Balance 06/11/14 | $517,149.55 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 13, 2014  -  JUNE 11, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/11 | $21.25 | $517,155.50 | Credit | Interest paid | |
| 06/11 | -$5.95 | $517,149.55 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.



MEMBER **FDIC**

 **Capital**One** **Bank**

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2014 - MAY 12, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 04/10/14 | $517,117.93 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,117.93 |
| Interest Paid | $22.67 | Average Collected Balance | $517,117.93 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $107.66 |
| Ending Balance 05/12/14 | $517,134.25 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2014  -  MAY 12, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.67 | $517,140.60 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,134.25 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.

 MEMBER FDIC   LENDER

 
**Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | www.capitalonebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MARCH 13, 2014  -  APRIL 10, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/12/14 | $517,103.14 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,103.14 |
| Interest Paid | $20.54 | Average Collected Balance | $517,103.14 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.99 |
| Ending Balance 04/10/14 | $517,117.93 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MARCH 13, 2014  -  APRIL 10, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $517,123.68 | Credit | Interest paid | |
| 04/10 | -$5.75 | $517,117.93 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**   EQUAL HOUSING LENDER

 **Capital**One
**Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/12/14 | $517,088.86 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,088.86 |
| Interest Paid | $19.83 | Average Collected Balance | $517,088.86 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.45 |
| Ending Balance 03/12/14 | $517,103.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $517,108.69 | Credit | Interest paid | |
| 03/12 | -$5.55 | $517,103.14 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**

 
NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2014 - FEBRUARY 12, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/13/14 | $517,073.56 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,073.56 |
| Interest Paid | $21.25 | Average Collected Balance | $517,073.56 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.62 |
| Ending Balance 02/12/14 | $517,088.86 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2014  -  FEBRUARY 12, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $21.25 | $517,094.81 | Credit | Interest paid | |
| 02/12 | -$5.95 | $517,088.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 

MEMBER
FDIC

 **CapitalOne Bank**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 12, 2013 - JANUARY 13, 2014

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 12/11/13 | $517,056.73 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,056.73 |
| Interest Paid | $23.37 | Average Collected Balance | $517,056.73 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $23.37 |
| Ending Balance 01/13/14 | $517,073.56 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 12, 2013  -  JANUARY 13, 2014

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $23.37 | $517,080.10 | Credit | Interest paid | |
| 01/13 | -$6.54 | $517,073.56 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 MEMBER **FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2013 - DECEMBER 11, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 11/13/13 | $517,042.45 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,042.45 |
| Interest Paid | $19.83 | Average Collected Balance | $517,042.45 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.74 |
| Ending Balance 12/11/13 | $517,056.73 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2013   - DECEMBER 11, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/11 | $19.83 | $517,062.28 | Credit | Interest paid | |
| 12/11 | -$5.55 | $517,056.73 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 

MEMBER
**FDIC**   EQUAL HOUSING LENDER



**CapitalOne® Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 11, 2013 - NOVEMBER 13, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 10/10/13 | $517,025.11 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,025.11 |
| Interest Paid | $24.08 | Average Collected Balance | $517,025.11 |
| 1 Checks/Debits | -$6.74 | Interest Earned During this Cycle | $24.08 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.91 |
| Ending Balance 11/13/13 | $517,042.45 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 11, 2013  -  NOVEMBER 13, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.08 | $517,049.19 | Credit | Interest paid | |
| 11/13 | -$6.74 | $517,042.45 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER
**FDIC**

 EQUAL HOUSING
LENDER

 **Capital One Bank**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/12/13 | $517,010.83 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,010.83 |
| Interest Paid | $19.83 | Average Collected Balance | $517,010.83 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $213.83 |
| Ending Balance 10/10/13 | $517,025.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $19.83 | $517,030.66 | Credit | Interest paid | |
| 10/10 | -$5.55 | $517,025.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER FDIC    EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 13, 2013 - SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/12/13 | $516,995.02 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,995.02 |
| Interest Paid | $21.96 | Average Collected Balance | $516,995.02 |
| 1 Checks/Debits | -$6.15 | Interest Earned During this Cycle | $21.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.00 |
| Ending Balance 09/12/13 | $517,010.83 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 13, 2013   - SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/12 | $21.96 | $517,016.98 | Credit | Interest paid | |
| 09/12 | -$6.15 | $517,010.83 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 12, 2013  -  AUGUST 12, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 07/11/13 | $516,978.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,978.70 |
| Interest Paid | $22.66 | Average Collected Balance | $516,978.70 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.04 |
| Ending Balance 08/12/13 | $516,995.02 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 12, 2013  -  AUGUST 12, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.66 | $517,001.36 | Credit | Interest paid | |
| 08/12 | -$6.34 | $516,995.02 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 

MEMBER
FDIC

 **Capital**One **Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JUNE 13, 2013 - JULY 11, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/12/13 | $516,963.91 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,963.91 |
| Interest Paid | $20.54 | Average Collected Balance | $516,963.91 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.38 |
| Ending Balance 07/11/13 | $516,978.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JUNE 13, 2013  -  JULY 11, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $20.54 | $516,984.45 | Credit | Interest paid | |
| 07/11 | -$5.75 | $516,978.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2013 - JUNE 12, 2013

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 05/10/13 | $516,947.08 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,947.08 |
| Interest Paid | $23.37 | Average Collected Balance | $516,947.08 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.84 |
| Ending Balance 06/12/13 | $516,963.91 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2013  -  JUNE 12, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/12 | $23.37 | $516,970.45 | Credit | Interest paid | |
| 06/12 | -$6.54 | $516,963.91 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC

 

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2013 - MAY 10, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 04/10/13 | $516,931.79 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,931.79 |
| Interest Paid | $21.24 | Average Collected Balance | $516,931.79 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.24 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.47 |
| Ending Balance 05/10/13 | $516,947.08 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2013  - MAY 10, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/10 | $21.24 | $516,953.03 | Credit | Interest paid | |
| 05/10 | -$5.95 | $516,947.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 

MEMBER
FDIC


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2013 - APRIL 10, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/12/13 | $516,917.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,917.00 |
| Interest Paid | $20.54 | Average Collected Balance | $516,917.00 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.23 |
| Ending Balance 04/10/13 | $516,931.79 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2013   -  APRIL 10, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $516,937.54 | Credit | Interest paid | |
| 04/10 | -$5.75 | $516,931.79 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER
 **FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

There's a change to the way items post to your account starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 02/12/13 | $516,902.72 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,902.72 |
| Interest Paid | $19.83 | Average Collected Balance | $516,902.72 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $63.69 |
| Ending Balance 03/12/13 | $516,917.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $516,922.55 | Credit | Interest paid | |
| 03/12 | -$5.55 | $516,917.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 **Capital**One
**Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

There's a change to the way items post to your account starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY     FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  01/11/13 | $516,886.40 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,886.40 |
| Interest Paid | $22.66 | Average Collected Balance | $516,886.40 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $43.86 |
| Ending Balance 02/12/13 | $516,902.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 12, 2013  -  FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $22.66 | $516,909.06 | Credit | Interest paid | |
| 02/12 | -$6.34 | $516,902.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2012 - JANUARY 11, 2013

### VIP Interest Checking  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  12/12/12 | $516,871.14 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,871.14 |
| Interest Paid | $21.20 | Average Collected Balance | $516,871.14 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.20 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.20 |
| Ending Balance 01/11/13 | $516,886.40 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD  DECEMBER 13, 2012  -  JANUARY 11, 2013

### VIP Interest Checking  [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/11 | $21.20 | $516,892.34 | Credit | Interest paid | |
| 01/11 | -$5.94 | $516,886.40 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.



 **Capital**One
**Bank**

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

NOTICE:As of 1/1/2013, all non-interest transaction accounts (including IOLTAs) will only be FDIC-insured up to $250,000 per ownership category. Learn more: http://capfl1.co/FDIC13

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2012 - DECEMBER 12, 2012

**VIP Interest Checking** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  11/13/12 | $516,856.39 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,856.39 |
| Interest Paid | $20.48 | Average Collected Balance | $516,856.39 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.48 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.43 |
| Ending Balance 12/12/12 | $516,871.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2012  - DECEMBER 12, 2012

**VIP Interest Checking** [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/12 | $20.48 | $516,876.87 | Credit | Interest paid | |
| 12/12 | -$5.73 | $516,871.14 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

 MEMBER FDIC

 

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 12, 2012 - NOVEMBER 13, 2012

### Capital One Chk with Int  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  10/11/12 | $516,839.61 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,839.61 |
| Interest Paid | $23.30 | Average Collected Balance | $516,839.61 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.95 |
| Ending Balance 11/13/12 | $516,856.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 12, 2012  -  NOVEMBER 13, 2012

### Capital One Chk with Int  [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $23.30 | $516,862.91 | Credit | Interest paid | |
| 11/13 | -$6.52 | $516,856.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Stay on top of your account with Online Banking. Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

---

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2012 - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  09/13/12 | $516,825.38 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,825.38 |
| Interest Paid | $19.77 | Average Collected Balance | $516,825.38 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.77 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.65 |
| Ending Balance 10/11/12 | $516,839.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 14, 2012  - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/11 | $19.77 | $516,845.15 | Credit | Interest paid | |
| 10/11 | -$5.54 | $516,839.61 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER FDIC   EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We're always aiming to improve your banking experience, so we've tweaked your statement design. You'll see some small changes, but all your info is still right here.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 08/10/12 | $516,808.09 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,808.09 |
| Interest Paid | $24.01 | Average Collected Balance | $516,808.09 |
| 1 Checks/Debits | -$6.72 | Interest Earned During this Cycle | $24.01 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.88 |
| Ending Balance 09/13/12 | $516,825.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/13 | $24.01 | $516,832.10 | Credit | Interest paid | |
| 09/13 | -$6.72 | $516,825.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC** 

 **CapitalOne** Bank



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Pay your bills on time every time with Online Bill Pay. It's free and secure, and lets you manage all your payments from one place. Try it out today at capitalonebank.com.

## ACCOUNT SUMMARY     FOR PERIOD JULY 13, 2012 - AUGUST 10, 2012         PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  07/12/12 | $516,793.35 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,793.35 |
| Interest Paid | $20.47 | Average Collected Balance | $516,793.35 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $170.87 |
| Ending Balance 08/10/12 | $516,808.09 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER **FDIC**  EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $20.47 | $516,813.82 | Credit | Interest paid | |
| 08/10 | -$5.73 | $516,808.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING
LENDER

 **CapitalOne** Bank

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

It's vacation season! Keep your bank in your pocket wherever you go with Mobile Banking. Download our app and find out more by texting 'mobile' to 80101.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2012 - JULY 12, 2012

### Capital One Chk with Int [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 06/12/12 | $516,778.10 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,778.10 |
| Interest Paid | $21.18 | Average Collected Balance | $516,778.10 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.40 |
| Ending Balance 07/12/12 | $516,793.35 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER **FDIC**



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD JUNE 13, 2012  - JULY 12, 2012

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/12 | $21.18 | $516,799.28 | Credit | Interest paid | |
| 07/12 | -$5.93 | $516,793.35 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING LENDER

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 *Visit your local branch*

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2012 - JUNE 12, 2012    

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  05/10/12 | $516,761.32 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,761.32 |
| Interest Paid | $23.30 | Average Collected Balance | $516,761.32 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $129.22 |
| Ending Balance 06/12/12 | $516,778.10 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/12 | $23.30 | $516,784.62 | Credit | Interest paid | |
| 06/12 | -$6.52 | $516,778.10 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Build that home addition or even help pay tuition. Our rates on home equity loans and lines of credit are among the lowest available - for details, visit
CapitalOneBank.com.

## ACCOUNT SUMMARY        FOR PERIOD APRIL 12, 2012 - MAY 10, 2012        PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] **9060**

| | | | |
|---|---|---|---|
| Previous Balance  04/11/12 | $516,746.58 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,746.58 |
| Interest Paid | $20.47 | Average Collected Balance | $516,746.58 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.92 |
| Ending Balance 05/10/12 | $516,761.32 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC** 

 

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD APRIL 12, 2012  -  MAY 10, 2012

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/10 | $20.47 | $516,767.05 | Credit | Interest paid | |
| 05/10 | -$5.73 | $516,761.32 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**

 **Capital**One **Bank** 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Go green this spring when you choose paperless statements. Log in at CapitalOneBank.com and click the leaf icon next to your account to make the switch.

---

ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2012 - APRIL 11, 2012    PAGE 1 OF 2

### Capital One Chk with Int [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/12/12 | $516,731.33 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,731.33 |
| Interest Paid | $21.18 | Average Collected Balance | $516,731.33 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.45 |
| Ending Balance 04/11/12 | $516,746.58 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER **FDIC** EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL FOR PERIOD MARCH 13, 2012 – APRIL 11, 2012

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/11 | $21.18 | $516,752.51 | Credit | Interest paid | |
| 04/11 | -$5.93 | $516,746.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING LENDER



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917


1-800-655-BANK (2265)
*Available 24/7*


www.capitalonebank.com
*Go green with online statements*


Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one web site and password. Start today at capitalonebank.com.

ACCOUNT SUMMARY      FOR PERIOD FEBRUARY 11, 2012 - MARCH 12, 2012                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] **9060**

| | | | |
|---|---|---|---|
| Previous Balance  02/10/12 | $516,715.58 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,715.58 |
| Interest Paid | $21.88 | Average Collected Balance | $516,715.58 |
| 1 Checks/Debits | -$6.13 | Interest Earned During this Cycle | $21.88 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.27 |
| Ending Balance 03/12/12 | $516,731.33 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC



NINA FISCHMAN

## Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/12 | $21.88 | $516,737.46 | Credit | Interest paid | |
| 03/12 | -$6.13 | $516,731.33 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**  EQUAL HOUSING LENDER

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Why not stay on top of your money with Online Banking? Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

ACCOUNT SUMMARY          FOR PERIOD JANUARY 13, 2012 - FEBRUARY 10, 2012                    PAGE 1 OF 2

### Capital One Chk with Int [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  01/12/12 | $516,700.84 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,700.84 |
| Interest Paid | $20.47 | Average Collected Balance | $516,700.84 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $42.39 |
| Ending Balance 02/10/12 | $516,715.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**

 **Capital**One **Bank**



NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JANUARY 13, 2012   - FEBRUARY 10, 2012

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $20.47 | $516,721.31 | Credit | Interest paid | |
| 02/10 | -$5.73 | $516,715.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

---

ACCOUNT SUMMARY          FOR PERIOD DECEMBER 13, 2011 - JANUARY 12, 2012                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 12/12/11 | $516,685.06 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,685.06 |
| Interest Paid | $21.92 | Average Collected Balance | $516,685.06 |
| 1 Checks/Debits | -$6.14 | Interest Earned During this Cycle | $21.92 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.92 |
| Ending Balance 01/12/12 | $516,700.84 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N A
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER **FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2011  -  JANUARY 12, 2012

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $21.92 | $516,706.98 | Credit | Interest paid | |
| 01/12 | -$6.14 | $516,700.84 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Holiday shopping? Check your balance while out and about with Mobile Banking. Use our Android or iPhone app or find out more at capitalonebank.com/mobile.

ACCOUNT SUMMARY     FOR PERIOD NOVEMBER 11, 2011 - DECEMBER 12, 2011          PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  11/10/11 | $516,668.75 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,668.75 |
| Interest Paid | $22.65 | Average Collected Balance | $516,668.75 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.65 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $592.19 |
| Ending Balance 12/12/11 | $516,685.06 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.





NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 11, 2011    - DECEMBER 12, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 12/12 | $22.65 | $516,691.40 | Credit | Interest paid | |
| 12/12 | -$6.34 | $516,685.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

 

## CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

ACCOUNT SUMMARY    FOR PERIOD OCTOBER 14, 2011 - NOVEMBER 10, 2011    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  10/13/11 | $516,654.48 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,654.48 |
| Interest Paid | $19.82 | Average Collected Balance | $516,654.48 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.82 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $569.54 |
| Ending Balance 11/10/11 | $516,668.75 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL     FOR PERIOD OCTOBER 14, 2011  -  NOVEMBER 10, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/10 | $19.82 | $516,674.30 | Credit | Interest paid | |
| 11/10 | -$5.55 | $516,668.75 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
FDIC

 **Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

We've added to our mobile apps! Check balances, transfer funds, pay bills and more–now from your Android phone. Download today at capitalone.com/mobile-banking.

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 09/13/11 | $516,639.19 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,639.19 |
| Interest Paid | $21.23 | Average Collected Balance | $516,639.19 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.23 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $549.72 |
| Ending Balance 10/13/11 | $516,654.48 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2011  -  OCTOBER 13, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/13 | $21.23 | $516,660.42 | Credit | Interest paid | |
| 10/13 | -$5.94 | $516,654.48 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**  EQUAL HOUSING LENDER

 **Capital One Bank** 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

ACCOUNT SUMMARY        FOR PERIOD AUGUST 11, 2011 - SEPTEMBER 13, 2011

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  08/10/11 | $516,618.30 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,618.30 |
| Interest Paid | $29.02 | Average Collected Balance | $516,618.30 |
| 1 Checks/Debits | -$8.13 | Interest Earned During this Cycle | $29.02 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $528.49 |
| Ending Balance 09/13/11 | $516,639.19 | Annual Percentage Yield Earned | 0.06% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

 MEMBER **FDIC**    EQUAL HOUSING LENDER



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD AUGUST 11, 2011   - SEPTEMBER 13, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $29.02 | $516,647.32 | Credit | Interest paid | |
| 09/13 | -$8.13 | $516,639.19 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.



 

## CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one Web site and password. Start today at capitalonebank.com.

ACCOUNT SUMMARY     FOR PERIOD JULY 14, 2011 - AUGUST 10, 2011     PAGE 1 OF 2

### Capital One Chk with Int  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  07/13/11 | $516,589.77 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,589.77 |
| Interest Paid | $39.63 | Average Collected Balance | $516,589.77 |
| 1 Checks/Debits | -$11.10 | Interest Earned During this Cycle | $39.63 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $499.47 |
| Ending Balance 08/10/11 | $516,618.30 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JULY 14, 2011  - AUGUST 10, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $39.63 | $516,629.40 | Credit | Interest paid | |
| 08/10 | -$11.10 | $516,618.30 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**

 **Capital One Bank**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure and FREE! Start at capitalonebank.com.

---

ACCOUNT SUMMARY     FOR PERIOD JUNE 11, 2011 - JULY 13, 2011     PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  06/10/11 | $516,556.15 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,556.15 |
| Interest Paid | $46.70 | Average Collected Balance | $516,556.15 |
| 1 Checks/Debits | -$13.08 | Interest Earned During this Cycle | $46.70 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $459.84 |
| Ending Balance 07/13/11 | $516,589.77 | Annual Percentage Yield Earned | 0.10% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER **FDIC**    



NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2011  - JULY 13, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/13 | $46.70 | $516,602.85 | Credit | Interest paid | |
| 07/13 | -$13.08 | $516,589.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast. It's easy. It's secure. Set up Direct Deposit with your employer today!

## ACCOUNT SUMMARY    FOR PERIOD MAY 12, 2011 - JUNE 10, 2011

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  05/11/11 | $516,525.58 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,525.58 |
| Interest Paid | $42.46 | Average Collected Balance | $516,525.58 |
| 1 Checks/Debits | -$11.89 | Interest Earned During this Cycle | $42.46 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $413.14 |
| Ending Balance 06/10/11 | $516,556.15 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

 MEMBER FDIC

 **Capital**One **Bank**  CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD MAY 12, 2011   – JUNE 10, 2011

**Capital One Chk with Int [Redacted] 9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/10 | $42.46 | $516,568.04 | Credit | Interest paid | |
| 06/10 | -$11.89 | $516,556.15 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**

 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast It's easy. It's secure. Set up Direct Deposit with your employer today!

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2011 - MAY 11, 2011

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  04/12/11 | $516,496.03 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,496.03 |
| Interest Paid | $41.04 | Average Collected Balance | $516,496.03 |
| 1 Checks/Debits | -$11.49 | Interest Earned During this Cycle | $41.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $370.68 |
| Ending Balance 05/11/11 | $516,525.58 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD APRIL 13, 2011   - MAY 11, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/11 | $41.04 | $516,537.07 | Credit | Interest paid | |
| 05/11 | -$11.49 | $516,525.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

## ACCOUNT SUMMARY    FOR PERIOD MARCH 11, 2011 - APRIL 12, 2011                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 03/10/11 | $516,442.03 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,442.03 |
| Interest Paid | $75.00 | Average Collected Balance | $516,442.03 |
| 1 Checks/Debits | -$21.00 | Interest Earned During this Cycle | $75.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $329.64 |
| Ending Balance 04/12/11 | $516,496.03 | Annual Percentage Yield Earned | 0.16% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD  MARCH 11, 2011  – APRIL 12, 2011

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/12 | $75.00 | $516,517.03 | Credit | Interest paid | |
| 04/12 | -$21.00 | $516,496.03 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
FDIC   LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

ACCOUNT SUMMARY      FOR PERIOD FEBRUARY 11, 2011 - MARCH 10, 2011                      PAGE 1 OF 2

**Capital One Chk with Int**  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  02/10/11 | $516,384.98 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,384.98 |
| Interest Paid | $79.23 | Average Collected Balance | $516,384.98 |
| 1 Checks/Debits | -$22.18 | Interest Earned During this Cycle | $79.23 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $254.64 |
| Ending Balance 03/10/11 | $516,442.03 | Annual Percentage Yield Earned | 0.20% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One. All rights reserved.


MEMBER **FDIC**



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 11, 2011  -  MARCH 10, 2011

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/10 | $79.23 | $516,464.21 | Credit | Interest paid | |
| 03/10 | -$22.18 | $516,442.03 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC
EQUAL HOUSING LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

---

ACCOUNT SUMMARY    FOR PERIOD JANUARY 13, 2011 - FEBRUARY 10, 2011    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance 01/12/11 | $516,325.90 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,325.90 |
| Interest Paid | $82.05 | Average Collected Balance | $516,325.90 |
| 1 Checks/Debits | -$22.97 | Interest Earned During this Cycle | $82.05 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $175.41 |
| Ending Balance 02/10/11 | $516,384.98 | Annual Percentage Yield Earned | 0.20% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
**FDIC** 



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD JANUARY 13, 2011   -  FEBRUARY 10, 2011

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $82.05 | $516,407.95 | Credit | Interest paid | |
| 02/10 | -$22.97 | $516,384.98 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
**FDIC**   EQUAL HOUSING LENDER

 **Capital One Bank**  CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions through a secure Web site. Enroll at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 11, 2010 - JANUARY 12, 2011

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  12/10/10 | $516,258.68 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,258.68 |
| Interest Paid | $93.36 | Average Collected Balance | $516,258.68 |
| 1 Checks/Debits | -$26.14 | Interest Earned During this Cycle | $93.36 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $93.36 |
| Ending Balance 01/12/11 | $516,325.90 | Annual Percentage Yield Earned | 0.20% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**





NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 11, 2010  - JANUARY 12, 2011        PAGE 2 OF 2

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $93.36 | $516,352.04 | Credit | Interest paid | |
| 01/12 | -$26.14 | $516,325.90 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions through a secure Web site. Enroll at capitalonebank.com.

ACCOUNT SUMMARY     FOR PERIOD NOVEMBER 11, 2010 - DECEMBER 10, 2010                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  11/10/10 | $514,868.39 | Number of Days in Cycle | 30 |
| 1 Deposits/Credits | $1,300.74 | Minimum Balance This Cycle | $514,868.39 |
| Interest Paid | $124.38 | Average Collected Balance | $515,822.26 |
| 1 Checks/Debits | -$34.83 | Interest Earned During this Cycle | $124.38 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $4,878.64 |
| Ending Balance 12/10/10 | $516,258.68 | Annual Percentage Yield Earned | 0.29% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2010 Capital One, All rights reserved.

 MEMBER FDIC



NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 11, 2010    – DECEMBER 10, 2010

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/19 | $1,300.74 | $516,169.13 | Credit | Interest adjustment credit | |
| 12/10 | $124.38 | $516,293.51 | Credit | Interest paid | |
| 12/10 | -$34.83 | $516,258.68 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Oops! Our previous instructions for Going Paperless were wrong. Instead, log into your account at capitalonebank.com. In Self Service, click on Set
Statement Delivery Preferences.

---

## ACCOUNT SUMMARY      FOR PERIOD OCTOBER 14, 2010  -  NOVEMBER 10, 2010                    PAGE 1 OF 2

**Capital One Chk with Int**  [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  10/13/10 | $514,783.08 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $514,783.08 |
| Interest Paid | $118.48 | Average Collected Balance | $514,783.08 |
| 1 Checks/Debits | -$33.17 | Interest Earned During this Cycle | $118.48 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $3,453.52 |
| Ending Balance 11/10/10 | $514,868.39 | Annual Percentage Yield Earned | 0.30% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 14, 2010  - NOVEMBER 10, 2010

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/10 | $118.48 | $514,901.56 | Credit | Interest paid | |
| 11/10 | -$33.17 | $514,868.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2010 Capital One, All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER

 **Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site.
Enroll at capitalonebank.com.

ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2010 - OCTOBER 13, 2010

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  09/13/10 | $514,630.78 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $514,630.78 |
| Interest Paid | $211.53 | Average Collected Balance | $514,630.78 |
| 1 Checks/Debits | -$59.23 | Interest Earned During this Cycle | $211.53 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $3,335.04 |
| Ending Balance 10/13/10 | $514,783.08 | Annual Percentage Yield Earned | 0.50% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

 MEMBER FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2010  -  OCTOBER 13, 2010

### Capital One Chk with Int [Redacted] 9060

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/13 | $211.53 | $514,842.31 | Credit | Interest paid | |
| 10/13 | -$59.23 | $514,783.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER
**FDIC**

 **Capital One Bank**

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site.
Enroll at capitalonebank.com.

---

ACCOUNT SUMMARY     FOR PERIOD AUGUST 12, 2010 - SEPTEMBER 13, 2010          PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9060

| | | | |
|---|---|---|---|
| Previous Balance  08/11/10 | $514,445.53 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $514,445.53 |
| Interest Paid | $257.29 | Average Collected Balance | $514,451.14 |
| 1 Checks/Debits | -$72.04 | Interest Paid During this Cycle | $257.29 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $3,123.51 |
| Ending Balance 09/13/10 | $514,630.78 | Annual Percentage Yield Earned | 0.55% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

 MEMBER FDIC



NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD AUGUST 12, 2010   - SEPTEMBER 13, 2010

**Capital One Chk with Int** [Redacted] **9060**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $257.29 | $514,702.82 | Credit | Interest paid | |
| 09/13 | -$72.04 | $514,630.78 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 07-14-10 | 514,224.84 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 85.82 |
| -Service charge | | 0.00 |
| +Interest paid | | 306.51 |
| Ending balance | 08-11-10 | 514,445.53 |
| Days in Statement Period | 29 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 514,224.84 |
| Days in Earnings Period | 29 |
| Interest Earned | 306.51 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 2,866.22 |
| Interest Withheld this Year | 802.53 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 514,224.84 |
| 08-11 | FED TAX WITHHELD | | 85.82 | | 514,139.02 |
| 08-11 | Interest paid | | | 306.51 | 514,445.53 |
| | Ending balance | | | | 514,445.53 |


END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest        [Redacted] 906 0

|  |  |  |
|---|---|---|
| Opening balance | 06-11-10 | 513,973.83 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 97.62 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 348.63 |
| Ending balance | 07-13-10 | 514,224.84 |
| Days in Statement Period | 33 |  |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 513,973.83 |
| Days in Earnings Period | 33 |
| Interest Earned | 348.63 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 2,559.71 |
| Interest Withheld this Year | 716.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 513,973.83 |
| 07-13 | FED TAX WITHHELD |  | 97.62 |  | 513,876.21 |
| 07-13 | Interest paid |  |  | 348.63 | 514,224.84 |
|  | Ending balance |  |  |  | 514,224.84 |



END OF STATEMENT



**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest      [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 05-13-10 | 513,753.34 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 85.74 |
| -Service charge | | 0.00 |
| +Interest paid | | 306.23 |
| Ending balance | 06-10-10 | 513,973.83 |
| Days in Statement Period | 29 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 513,753.34 |
| Days in Earnings Period | 29 |
| Interest Earned | 306.23 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 2,211.08 |
| Interest Withheld this Year | 619.09 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 513,753.34 |
| 06-10 | FED TAX WITHHELD | | 85.74 | | 513,667.60 |
| 06-10 | Interest paid | | | 306.23 | 513,973.83 |
| | Ending balance | | | | 513,973.83 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 04-13-10 | 513,525.35 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 88.66 |
| -Service charge | | 0.00 |
| +Interest paid | | 316.65 |
| Ending balance | 05-12-10 | 513,753.34 |
| Days in Statement Period | 30 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 513,525.35 |
| Days in Earnings Period | 30 |
| Interest Earned | 316.65 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,904.85 |
| Interest Withheld this Year | 533.35 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 513,525.35 |
| 05-12 | FED TAX WITHHELD | | 88.66 | | 513,436.69 |
| 05-12 | Interest paid | | | 316.65 | 513,753.34 |
| | Ending balance | | | | 513,753.34 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest        [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 03-11-10 | 513,274.67 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 97.48 |
| -Service charge | | 0.00 |
| +Interest paid | | 348.16 |
| Ending balance | 04-12-10 | 513,525.35 |
| Days in Statement Period | 33 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 513,274.67 |
| Days in Earnings Period | 33 |
| Interest Earned | 348.16 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,588.20 |
| Interest Withheld this Year | 444.69 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 513,274.67 |
| 04-12 | FED TAX WITHHELD | | 97.48 | | 513,177.19 |
| 04-12 | Interest paid | | | 348.16 | 513,525.35 |
| | Ending balance | | | | 513,525.35 |


END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN                                    Effective 2/27/10, checks
703 CARLYLE ST                                   previously considered non-
WOODMERE NY  115982917                           local items will now be local
                                                 items.  This means funds from
                                                 some check items you deposit
                                                 may be available sooner.

Capital One Checking with Interest        [Redacted] 906 0

            Opening balance         02-11-10         513,008.94
            +Deposits/Credits              0               0.00
            -Checks/Debits                 1             103.34
            -Service charge                               0.00
            +Interest paid                             369.07
            Ending balance          03-10-10         513,274.67
            Days in Statement Period      28

                     INTEREST INFORMATION
            Average Daily Balance                    513,008.94
            Days in Earnings Period                          28
            Interest Earned                             369.07
            Annual Percentage Yield Earned                0.94 %
            Interest Paid this Year                   1,240.04
            Interest Withheld this Year                 347.21
            Interest paid during 2009                 7,071.02

| DATE  | DESCRIPTION        | CHECK# | DEBITS | CREDITS | BALANCE    |
|-------|--------------------|--------|--------|---------|------------|
|       | Beginning Balance  |        |        |         | 513,008.94 |
| 03-10 | FED TAX WITHHELD    |        | 103.34 |         | 512,905.60 |
| 03-10 | Interest paid       |        |        | 369.07  | 513,274.67 |
|       | Ending balance     |        |        |         | 513,274.67 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Effective 2/27/10, checks
previously considered non-
local items will now be local
items.  This means funds from
some check items you deposit
may be available sooner.

Capital One Checking with Interest     [Redacted] 906 0

|  |  |  |
|---|---|---|
| Opening balance | 01-14-10 | 512,725.64 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 110.17 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 393.47 |
| Ending balance | 02-10-10 | 513,008.94 |
| Days in Statement Period | 28 |  |

INTEREST INFORMATION

|  |  |
|---|---|
| Average Daily Balance | 512,725.64 |
| Days in Earnings Period | 28 |
| Interest Earned | 393.47 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 870.97 |
| Interest Withheld this Year | 243.87 |
| Interest paid during 2009 | 7,071.02 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 512,725.64 |
| 02-10 | FED TAX WITHHELD |  | 110.17 |  | 512,615.47 |
| 02-10 | Interest paid |  |  | 393.47 | 513,008.94 |
|  | Ending balance |  |  |  | 513,008.94 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest        [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 12-11-09 | 512,381.84 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 133.70 |
| -Service charge | | 0.00 |
| +Interest paid | | 477.50 |
| Ending balance | 01-13-10 | 512,725.64 |
| Days in Statement Period | 34 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 512,381.84 |
| Days in Earnings Period | 34 |
| Interest Earned | 477.50 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 477.50 |
| Interest Withheld this Year | 133.70 |
| Interest paid during 2009 | 7,071.02 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 512,381.84 |
| 01-13 | FED TAX WITHHELD | | 133.70 | | 512,248.14 |
| 01-13 | Interest paid | | | 477.50 | 512,725.64 |
| | Ending balance | | | | 512,725.64 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest    [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 11-13-09 | 512,098.89 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 110.04 |
| -Service charge | | 0.00 |
| +Interest paid | | 392.99 |
| Ending balance | 12-10-09 | 512,381.84 |
| Days in Statement Period | 28 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 512,098.89 |
| Days in Earnings Period | 28 |
| Interest Earned | 392.99 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 7,071.02 |
| Interest Withheld this Year | 1,979.89 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 512,098.89 |
| 12-10 | FED TAX WITHHELD | | 110.04 | | 511,988.85 |
| 12-10 | Interest paid | | | 392.99 | 512,381.84 |
| | Ending balance | | | | 512,381.84 |


END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 11-13-09 | 512,098.89 | |
| +Deposits/Credits | 0 | 0.00 | |
| -Checks/Debits | 1 | 110.04 | |
| -Service charge | | 0.00 | |
| +Interest paid | | 392.99 | |
| Ending balance | 12-10-09 | 512,381.84 | |
| Days in Statement Period | 28 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 512,098.89 |
| Days in Earnings Period | 28 |
| Interest Earned | 392.99 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 7,071.02 |
| Interest Withheld this Year | 1,979.89 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 512,098.89 |
| 12-10 | FED TAX WITHHELD | | 110.04 | | 511,988.85 |
| 12-10 | Interest paid | | | 392.99 | 512,381.84 |
| | Ending balance | | | | 512,381.84 |


END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest     [Redacted] 906 0

|  |  |  |
|---|---|---|
| Opening balance | 10-14-09 | 511,795.90 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 117.83 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 420.82 |
| Ending balance | 11-12-09 | 512,098.89 |
| Days in Statement Period | 30 |  |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 511,795.90 |
| Days in Earnings Period | 30 |
| Interest Earned | 420.82 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 6,678.03 |
| Interest Withheld this Year | 1,869.85 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 511,795.90 |
| 11-12 | FED TAX WITHHELD |  | 117.83 |  | 511,678.07 |
| 11-12 | Interest paid |  |  | 420.82 | 512,098.89 |
|  | Ending balance |  |  |  | 512,098.89 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest      [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 08-13-09 | | 511,170.28 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 117.69 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 420.31 |
| Ending balance | 09-11-09 | | 511,472.90 |
| Days in Statement Period | 30 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 511,170.28 |
| Days in Earnings Period | 30 |
| Interest Earned | 420.31 |
| Annual Percentage Yield Earned | 1.01 % |
| Interest Paid this Year | 5,808.60 |
| Interest Withheld this Year | 1,626.41 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 511,170.28 |
| 09-11 | FED TAX WITHHELD | | 117.69 | | 511,052.59 |
| 09-11 | Interest paid | | | 420.31 | 511,472.90 |
| | Ending balance | | | | 511,472.90 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest          [Redacted] 906 0

|  | | | |
|---|---|---|---|
| Opening balance | 06-11-09 | 510,453.17 | |
| +Deposits/Credits | 0 | 0.00 | |
| -Checks/Debits | 1 | 145.74 | |
| -Service charge | | 0.00 | |
| +Interest paid | | 520.50 | |
| Ending balance | 07-10-09 | 510,827.93 | |
| Days in Statement Period | 30 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 510,453.17 |
| Days in Earnings Period | 30 |
| Interest Earned | 520.50 |
| Annual Percentage Yield Earned | 1.25 % |
| Interest Paid this Year | 4,912.80 |
| Interest Withheld this Year | 1,375.58 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 510,453.17 |
| 07-10 | FED TAX WITHHELD | | 145.74 | | 510,307.43 |
| 07-10 | Interest paid | | | 520.50 | 510,827.93 |
| | Ending balance | | | | 510,827.93 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 906 0

|                              |          |            |
|------------------------------|----------|------------|
| Opening balance              | 05-13-09 | 510,091.17 |
| +Deposits/Credits            | 0        | 0.00       |
| -Checks/Debits               | 1        | 140.78     |
| -Service charge              |          | 0.00       |
| +Interest paid               |          | 502.78     |
| Ending balance               | 06-10-09 | 510,453.17 |
| Days in Statement Period     | 29       |            |

                    INTEREST INFORMATION

| Average Daily Balance          | 510,091.17 |
|--------------------------------|------------|
| Days in Earnings Period        | 29         |
| Interest Earned                | 502.78     |
| Annual Percentage Yield Earned | 1.25 %     |
| Interest Paid this Year        | 4,392.30   |
| Interest Withheld this Year    | 1,229.84   |

| DATE  | DESCRIPTION     | CHECK# | DEBITS | CREDITS | BALANCE    |
|-------|-----------------|--------|--------|---------|------------|
|       | Beginning Balance |      |        |         | 510,091.17 |
| 06-10 | FED TAX WITHHELD |       | 140.78 |         | 509,950.39 |
| 06-10 | Interest paid   |        |        | 502.78  | 510,453.17 |
|       | Ending balance  |        |        |         | 510,453.17 |


END OF STATEMENT



**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 906 0

|  |  |  |
|---|---|---|
| Opening balance | 04-11-09 | 509,646.66 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 172.87 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 617.38 |
| Ending balance | 05-12-09 | 510,091.17 |
| Days in Statement Period | 32 |  |

                    INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 509,646.66 |
| Days in Earnings Period | 32 |
| Interest Earned | 617.38 |
| Annual Percentage Yield Earned | 1.39 % |
| Interest Paid this Year | 3,889.52 |
| Interest Withheld this Year | 1,089.06 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 509,646.66 |
| 05-12 | FED TAX WITHHELD |  | 172.87 |  | 509,473.79 |
| 05-12 | Interest paid |  |  | 617.38 | 510,091.17 |
|  | Ending balance |  |  |  | 510,091.17 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest       [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 03-12-09 | 509,149.18 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 193.46 |
| -Service charge | | 0.00 |
| +Interest paid | | 690.94 |
| Ending balance | 04-10-09 | 509,646.66 |
| Days in Statement Period | 30 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 509,149.18 |
| Days in Earnings Period | 30 |
| Interest Earned | 690.94 |
| Annual Percentage Yield Earned | 1.66 % |
| Interest Paid this Year | 3,272.14 |
| Interest Withheld this Year | 916.19 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 509,149.18 |
| 04-10 | FED TAX WITHHELD | | 193.46 | | 508,955.72 |
| 04-10 | Interest paid | | | 690.94 | 509,646.66 |
| | Ending balance | | | | 509,646.66 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 02-12-09 | | 508,642.25 |
| +Deposits/Credits | | 0 | 0.00 |
| -Checks/Debits | | 1 | 197.14 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 704.07 |
| Ending balance | 03-11-09 | | 509,149.18 |
| Days in Statement Period | 28 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 508,642.25 |
| Days in Earnings Period | 28 |
| Interest Earned | 704.07 |
| Annual Percentage Yield Earned | 1.82 % |
| Interest Paid this Year | 2,561.20 |
| Interest Withheld this Year | 722.73 |
| Interest paid during 2008 | 7,290.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 508,642.25 |
| 03-11 | FED TAX WITHHELD | | 197.14 | | 508,445.11 |
| 03-11 | Interest paid | | | 704.07 | 509,149.18 |
| | Ending balance | | | | 509,149.18 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

0 ENCLOSURES     Page     1 of     1

Capital One Checking with Interest          [Redacted] 906 0

| | | |
|---|---|---|
| Opening balance | 01-14-09 | 508,066.34 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 223.96 |
| -Service charge | | 0.00 |
| +Interest paid | | 799.87 |
| Ending balance | 02-11-09 | 508,642.25 |
| Days in Statement Period | 29 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 508,066.34 |
| Days in Earnings Period | 29 |
| Interest Earned | 799.87 |
| Annual Percentage Yield Earned | 2.00 % |
| Interest Paid this Year | 1,877.13 |
| Interest Withheld this Year | 525.59 |
| Interest paid during 2008 | 7,290.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 508,066.34 |
| 02-11 | FED TAX WITHHELD | | 223.96 | | 507,842.38 |
| 02-11 | Interest paid | | | 799.87 | 508,642.25 |
| | Ending balance | | | | 508,642.25 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

Capital One Checking with Interest     [Redacted] 906 0

|  | | |
|---|---|---|
| Opening balance | 12-11-08 | 507,290.71 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 301.63 |
| -Service charge | | 0.00 |
| +Interest paid | | 1,077.26 |
| Ending balance | 01-13-09 | 508,066.34 |
| Days in Statement Period | 34 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 507,290.71 |
| Days in Earnings Period | 34 |
| Interest Earned | 1,077.26 |
| Annual Percentage Yield Earned | 2.30 % |
| Interest Paid this Year | 1,077.26 |
| Interest Withheld this Year | 301.63 |
| Interest paid during 2008 | 7,290.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 507,290.71 |
| 01-13 | FED TAX WITHHELD | | 301.63 | | 506,989.08 |
| 01-13 | Interest paid | | | 1,077.26 | 508,066.34 |
| | Ending balance | | | | 508,066.34 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest      [Redacted] 906 0

            Opening balance         11-14-08          506,181.07
            +Deposits/Credits            0                  0.00
            -Checks/Debits               0                  0.00
            -Service charge                                 0.00
            +Interest paid                              1,109.64
            Ending balance          12-10-08          507,290.71
            Days in Statement Period     27

                        INTEREST INFORMATION
            Average Daily Balance                      506,181.07
            Days in Earnings Period                            27
            Interest Earned                             1,109.64
            Annual Percentage Yield Earned                  3.00 %
            Interest Paid this Year                     7,290.71

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|--------|---------|---------|
|      | Beginning Balance |  |  |  | 506,181.07 |
| 12-10 | Interest paid |  |  | 1,109.64 | 507,290.71 |
|      | Ending balance |  |  |  | 507,290.71 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest        [Redacted] 906 0

            Opening balance         10-11-08         504,782.67
            +Deposits/Credits              0              0.00
            -Checks/Debits                 0              0.00
            -Service charge                               0.00
            +Interest paid                            1,398.40
            Ending balance          11-13-08         506,181.07
            Days in Statement Period      34

                       INTEREST INFORMATION
            Average Daily Balance                    504,782.67
            Days in Earnings Period                          34
            Interest Earned                           1,398.40
            Annual Percentage Yield Earned               3.01 %
            Interest Paid this Year                   6,181.07

DATE  DESCRIPTION          CHECK#      DEBITS    CREDITS      BALANCE

        Beginning Balance                                   504,782.67
11-13 Interest paid                              1,398.40    506,181.07
        Ending balance                                      506,181.07


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

0 ENCLOSURES     Page     1 of     1

Capital One Checking with Interest     [Redacted] 906 0

| | | | |
|---|---|---|---|
| Opening balance | 09-12-08 | | 503,592.97 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 0 | | 0.00 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 1,189.70 |
| Ending balance | 10-10-08 | | 504,782.67 |
| Days in Statement Period | 29 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 503,592.97 |
| Days in Earnings Period | 29 |
| Interest Earned | 1,189.70 |
| Annual Percentage Yield Earned | 3.01 % |
| Interest Paid this Year | 4,782.67 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 503,592.97 |
| 10-10 | Interest paid | | | 1,189.70 | 504,782.67 |
| | Ending balance | | | | 504,782.67 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest       [Redacted] 906 0

            Opening balance          08-13-08          502,365.20
            +Deposits/Credits             0                  0.00
            -Checks/Debits                0                  0.00
            -Service charge                                  0.00
            +Interest paid                               1,227.77
            Ending balance           09-11-08          503,592.97
            Days in Statement Period      30

                        INTEREST INFORMATION
            Average Daily Balance                       502,365.20
            Days in Earnings Period                            30
            Interest Earned                              1,227.77
            Annual Percentage Yield Earned                   3.01 %
            Interest Paid this Year                      3,592.97

DATE  DESCRIPTION          CHECK#    DEBITS     CREDITS        BALANCE

      Beginning Balance                                      502,365.20
09-11 Interest paid                             1,227.77     503,592.97
      Ending balance                                         503,592.97


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

                          0 ENCLOSURES      Page    1 of      1

Capital One Checking with Interest      [Redacted] 906 0

            Opening balance        07-12-08        501,058.88
            +Deposits/Credits             0              0.00
            -Checks/Debits                0              0.00
            -Service charge                              0.00
            +Interest paid                         1,306.32
            Ending balance        08-12-08        502,365.20
            Days in Statement Period       32

                    INTEREST INFORMATION
            Average Daily Balance                 501,058.88
            Days in Earnings Period                       32
            Interest Earned                        1,306.32
            Annual Percentage Yield Earned             3.01 %
            Interest Paid this Year                2,365.20

DATE  DESCRIPTION        CHECK#      DEBITS    CREDITS         BALANCE

      Beginning Balance                                    501,058.88
08-12 Interest paid                            1,306.32    502,365.20
      Ending balance                                       502,365.20

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.


                        0 ENCLOSURES      Page    1 of      1

Capital One Checking with Interest    [Redacted] 906 0

            Opening balance        06-16-08            0.00
            +Deposits/Credits        1           500,000.00
            -Checks/Debits           0                 0.00
            -Service charge                            0.00
            +Interest paid                         1,058.88
            Ending balance         07-11-08       501,058.88
            Days in Statement Period  26

                    INTEREST INFORMATION
            Average Daily Balance                 500,000.00
            Days in Earnings Period                      26
            Interest Earned                         1,058.88
            Annual Percentage Yield Earned           3.01 %
            Interest Paid this Year                 1,058.88

DATE  DESCRIPTION          CHECK#     DEBITS     CREDITS      BALANCE

      Beginning Balance                                         0.00
06-16 Transfer Credit                          500,000.00  500,000.00
      FR XXXXXX7656
07-11 Interest paid                              1,058.88  501,058.88
      Ending balance                                       501,058.88




END OF STATEMENT

# Exhibit I



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

---

## ACCOUNT SUMMARY   FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 03/11/15 | $3.46 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $0.00 | Average Collected Balance | $1.18 |
| 1 Checks/Debits | -$3.46 | Interest Earned During this Cycle | $0.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $30.21 |
| Ending Balance 04/10/15 | $0.00 | | |

## ACCOUNT DETAIL   FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | | Debit Card No. |
|---|---|---|---|---|---|---|
| 03/23 | -$3.46 | $0.00 | Check | Check | 909209 | |

### Checks   * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 909209 | 03/23 | $3.46 | | | | | | |

---

*Thank you for banking with us .*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2015 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | www.capitalonebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY   FOR PERIOD  FEBRUARY 12, 2015 - MARCH 11, 2015

#### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  02/11/15 | $129,814.01 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $3.46 |
| Interest Paid | $4.80 | Average Collected Balance | $125,177.79 |
| 4 Checks/Debits | -$129,815.35 | Interest Earned During this Cycle | $4.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $30.21 |
| Ending Balance 03/11/15 | $3.46 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD  FEBRUARY 12, 2015 - MARCH 11, 2015

#### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/11 | -$4,789.01 | $125,025.00 | Debit | Customer withdrawal | |
| 03/11 | -$125,000.00 | $25.00 | Debit | Wire transfer withdrawal LAW OFFICE OF LA WRENCE KAT 0[Redacted] [Redacted]    H700 | |
| 03/11 | -$25.00 | $0.00 | Debit | Wire transfer fee WIRE TRANSFER 031115 | |
| 03/11 | $4.80 | $4.80 | Credit | Interest paid | |
| 03/11 | -$1.34 | $3.46 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us*     .

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2015 Capital One. All rights reserved.






NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



| | |
|---|---|
| www.capitaloabank.com | |
| 1-800-655-BANK (2265) | |
| m.capitalonebank.com | |
| Visit your local branch | |

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 01/13/15 | $299,830.77 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $129,805.77 |
| Interest Paid | $11.45 | Average Collected Balance | $288,104.90 |
| 3 Checks/Debits | -$170,028.21 | Interest Earned During this Cycle | $11.45 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $25.41 |
| Ending Balance 02/11/15 | $129,814.01 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/10 | -$170,000.00 | $129,830.77 | Debit | Wire transfer withdrawal LAW OFFICES OF L AWRENCE KA 0[Redacted] [Redacted]   H700 | |
| 02/10 | -$25.00 | $129,805.77 | Debit | Wire transfer fee WIRE TRANSFER 021015 | |
| 02/11 | $11.45 | $129,817.22 | Credit | Interest paid | |
| 02/11 | -$3.21 | $129,814.01 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us* .

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER FDIC