

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 03/11/15 | $3.46 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $0.00 | Average Collected Balance | $1.18 |
| 1 Checks/Debits | -$3.46 | Interest Earned During this Cycle | $0.00 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $30.21 |
| Ending Balance 04/10/15 | $0.00 | | |

## ACCOUNT DETAIL    FOR PERIOD MARCH 12, 2015  -  APRIL 10, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | | Debit Card No. |
|---|---|---|---|---|---|---|
| 03/23 | -$3.46 | $0.00 | Check | Check | 909209 | |

### Checks • designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 909209 | 03/23 | $3.46 | | | | | | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



 
**CHECK DETAIL**    FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

**VIP Interest Checking** [Redacted]9079



#909209    03/23    $3.46

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

---

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 02/11/15 | $129,814.01 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $3.46 |
| Interest Paid | $4.80 | Average Collected Balance | $125,177.79 |
| 4 Checks/Debits | -$129,815.35 | Interest Earned During this Cycle | 54.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $30.21 |
| Ending Balance 03/11/15 | $3.46 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/11 | -$4,789.01 | $125,025.00 | Debit | Customer withdrawal | |
| 03/11 | -$125,000.00 | $25.00 | Debit | Wire transfer withdrawal LAW OFFICE OF LA WRENCE KAT 0[Redacted]  H700 | |
| 03/11 | -$25.00 | $0.00 | Debit | Wire transfer fee WIRE TRANSFER 031115 | |
| 03/11 | $4.80 | $4.80 | Credit | Interest paid | |
| 03/11 | -$1.34 | $3.46 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us   .*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2015 Capital One. All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 01/13/15 | $299,830.77 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $129,805.77 |
| Interest Paid | $11.45 | Average Collected Balance | $288,104.90 |
| 3 Checks/Debits | -$170,028.21 | Interest Earned During this Cycle | $11.45 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $25.41 |
| Ending Balance 02/11/15 | $129,814.01 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2015  - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/10 | -$170,000.00 | $129,830.77 | Debit | Wire transfer withdrawal LAW OFFICES OF L AWRENCE KA [Redacted] [Redacted] H700 | |
| 02/10 | -$25.00 | $129,805.77 | Debit | Wire transfer fee WIRE TRANSFER 021015 | |
| 02/11 | $11.45 | $129,817.22 | Credit | Interest paid | |
| 02/11 | -$3.21 | $129,814.01 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 12/10/14 | $299,820.72 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,820.72 |
| Interest Paid | $13.96 | Average Collected Balance | $299,820.72 |
| 1 Checks/Debits | -$3.91 | Interest Earned During this Cycle | $13.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $13.96 |
| Ending Balance 01/13/15 | $299,830.77 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $13.96 | $299,834.68 | Credit | Interest paid | |
| 01/13 | -$3.91 | $299,830.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

We've included a wire transfer disclosure for your reading pleasure.

---

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2014 - DECEMBER 10, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  11/13/14 | $299,812.74 | Number of Days in Cycle | 27 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,812.74 |
| Interest Paid | $11.09 | Average Collected Balance | $299,812.74 |
| 1 Checks/Debits | -$3.11 | Interest Earned During this Cycle | $11.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.48 |
| Ending Balance 12/10/14 | $299,820.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2014  -  DECEMBER 10, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/10 | $11.09 | $299,823.83 | Credit | Interest paid | |
| 12/10 | -$3.11 | $299,820.72 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 11, 2014 - NOVEMBER 13, 2014

### VIP Interest Checking  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  10/10/14 | $299,802.69 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,802.69 |
| Interest Paid | $13.96 | Average Collected Balance | $299,802.69 |
| 1 Checks/Debits | -$3.91 | Interest Earned During this Cycle | $13.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $138.39 |
| Ending Balance 11/13/14 | $299,812.74 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 11, 2014  -  NOVEMBER 13, 2014

### VIP Interest Checking  [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $13.96 | $299,816.65 | Credit | Interest paid | |
| 11/13 | -$3.91 | $299,812.74 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING
LENDER

 **Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  09/11/14 | $299,794.11 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,794.11 |
| Interest Paid | $11.91 | Average Collected Balance | $299,794.11 |
| 1 Checks/Debits | -$3.33 | Interest Earned During this Cycle | $11.91 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $124.43 |
| Ending Balance 10/10/14 | $299,802.69 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 12, 2014  -  OCTOBER 10, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $11.91 | $299,806.02 | Credit | Interest paid | |
| 10/10 | -$3.33 | $299,802.69 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 13, 2014 - SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 08/12/14 | $299,785.24 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,785.24 |
| Interest Paid | $12.32 | Average Collected Balance | $299,785.24 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.32 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $112.52 |
| Ending Balance 09/11/14 | $299,794.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 13, 2014  -  SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $12.32 | $299,797.56 | Credit | Interest paid | |
| 09/11 | -$3.45 | $299,794.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitaloxebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 12, 2014 - AUGUST 12, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  07/11/14 | $299,775.78 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,775.78 |
| Interest Paid | $13.14 | Average Collected Balance | $299,775.78 |
| 1 Checks/Debits | -$3.68 | Interest Earned During this Cycle | $13.14 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $100.20 |
| Ending Balance 08/12/14 | $299,785.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JULY 12, 2014  - AUGUST 12, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $13.14 | $299,788.92 | Credit | Interest paid | |
| 08/12 | -$3.68 | $299,785.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 MEMBER FDIC



## CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 12, 2014 - JULY 11, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 06/11/14 | $299,766.91 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,766.91 |
| Interest Paid | $12.32 | Average Collected Balance | $299,766.91 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.32 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $87.06 |
| Ending Balance 07/11/14 | $299,775.78 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 12, 2014  - JULY 11, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $12.32 | $299,779.23 | Credit | Interest paid | |
| 07/11 | -$3.45 | $299,775.78 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One. All rights reserved.

 MEMBER FDIC  EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 13, 2014 - JUNE 11, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  05/12/14 | $299,758.04 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,758.04 |
| Interest Paid | $12.32 | Average Collected Balance | $299,758.04 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.32 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $74.74 |
| Ending Balance 06/11/14 | $299,766.91 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 13, 2014   - JUNE 11, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/11 | $12.32 | $299,770.36 | Credit | Interest paid | |
| 06/11 | -$3.45 | $299,766.91 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitaloxebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2014 - MAY 12, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 04/10/14 | $299,748.58 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,748.58 |
| Interest Paid | $13.14 | Average Collected Balance | $299,748.58 |
| 1 Checks/Debits | -$3.68 | Interest Earned During this Cycle | $13.14 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $62.42 |
| Ending Balance 05/12/14 | $299,758.04 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2014  - MAY 12, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $13.14 | $299,761.72 | Credit | Interest paid | |
| 05/12 | -$3.68 | $299,758.04 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**    EQUAL HOUSING LENDER



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

| | |
|---|---|
| www.capitalonebank.com | |
| 1-800-655-BANK (2265) | |
| m.capitalonebank.com | |
| Visit your local branch | |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2014 - APRIL 10, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  03/12/14 | $299,740.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,740.00 |
| Interest Paid | $11.91 | Average Collected Balance | $299,740.00 |
| 1 Checks/Debits | -$3.33 | Interest Earned During this Cycle | $11.91 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $49.28 |
| Ending Balance 04/10/14 | $299,748.58 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2014    - APRIL 10, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $11.91 | $299,751.91 | Credit | Interest paid | |
| 04/10 | -$3.33 | $299,748.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
FDIC    LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY     FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 02/12/14 | $299,731.72 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,731.72 |
| Interest Paid | $11.50 | Average Collected Balance | $299,731.72 |
| 1 Checks/Debits | -$3.22 | Interest Earned During this Cycle | $11.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $37.37 |
| Ending Balance 03/12/14 | $299,740.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 13, 2014  - MARCH 12, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $11.50 | $299,743.22 | Credit | Interest paid | |
| 03/12 | -$3.22 | $299,740.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



**MEMBER FDIC**

 **Capital One Bank**

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2014 - FEBRUARY 12, 2014

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  01/13/14 | $299,722.85 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,722.85 |
| Interest Paid | $12.32 | Average Collected Balance | $299,722.85 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.32 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $25.87 |
| Ending Balance 02/12/14 | $299,731.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2014   - FEBRUARY 12, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $12.32 | $299,735.17 | Credit | Interest paid | |
| 02/12 | -$3.45 | $299,731.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 12, 2013 - JANUARY 13, 2014

### VIP Interest Checking  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  12/11/13 | $299,713.09 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,713.09 |
| Interest Paid | $13.55 | Average Collected Balance | $299,713.09 |
| 1 Checks/Debits | -$3.79 | Interest Earned During this Cycle | $13.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $13.55 |
| Ending Balance 01/13/14 | $299,722.85 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 12, 2013  - JANUARY 13, 2014

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $13.55 | $299,726.64 | Credit | Interest paid | |
| 01/13 | -$3.79 | $299,722.85 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 MEMBER **FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2013 - DECEMBER 11, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 11/13/13 | $299,704.81 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,704.81 |
| Interest Paid | $11.50 | Average Collected Balance | $299,704.81 |
| 1 Checks/Debits | -$3.22 | Interest Earned During this Cycle | $11.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.40 |
| Ending Balance 12/11/13 | $299,713.09 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2013   - DECEMBER 11, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/11 | $11.50 | $299,716.31 | Credit | Interest paid | |
| 12/11 | -$3.22 | $299,713.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC  EQUAL HOUSING LENDER

 **Capital One Bank** 

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 11, 2013 - NOVEMBER 13, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  10/10/13 | $299,694.76 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,694.76 |
| Interest Paid | $13.96 | Average Collected Balance | $299,694.76 |
| 1 Checks/Debits | -$3.91 | Interest Earned During this Cycle | $13.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $137.90 |
| Ending Balance 11/13/13 | $299,704.81 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 11, 2013  -  NOVEMBER 13, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $13.96 | $299,708.72 | Credit | Interest paid | |
| 11/13 | -$3.91 | $299,704.81 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC** 

 **Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY  FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 09/12/13 | $299,686.48 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,686.48 |
| Interest Paid | $11.50 | Average Collected Balance | $299,686.48 |
| 1 Checks/Debits | -$3.22 | Interest Earned During this Cycle | $11.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $123.94 |
| Ending Balance 10/10/13 | $299,694.76 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $11.50 | $299,697.98 | Credit | Interest paid | |
| 10/10 | -$3.22 | $299,694.76 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY  FOR PERIOD AUGUST 13, 2013 - SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 08/12/13 | $299,677.31 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,677.31 |
| Interest Paid | $12.73 | Average Collected Balance | $299,677.31 |
| 1 Checks/Debits | -$3.56 | Interest Earned During this Cycle | $12.73 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $112.44 |
| Ending Balance 09/12/13 | $299,686.48 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD AUGUST 13, 2013  - SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/12 | $12.73 | $299,690.04 | Credit | Interest paid | |
| 09/12 | -$3.56 | $299,686.48 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 

 **Capital**One
**Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 12, 2013 - AUGUST 12, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 07/11/13 | $299,667.85 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,667.85 |
| Interest Paid | $13.14 | Average Collected Balance | $299,667.85 |
| 1 Checks/Debits | -$3.68 | Interest Earned During this Cycle | $13.14 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $99.71 |
| Ending Balance 08/12/13 | $299,677.31 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JULY 12, 2013  - AUGUST 12, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $13.14 | $299,680.99 | Credit | Interest paid | |
| 08/12 | -$3.68 | $299,677.31 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC EQUAL HOUSING LENDER

 **CapitalOne** **Bank**  CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2013 - JULY 11, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  06/12/13 | $299,659.28 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,659.28 |
| Interest Paid | $11.90 | Average Collected Balance | $299,659.28 |
| 1 Checks/Debits | -$3.33 | Interest Earned During this Cycle | $11.90 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $86.57 |
| Ending Balance 07/11/13 | $299,667.85 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JUNE 13, 2013  -  JULY 11, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $11.90 | $299,671.18 | Credit | Interest paid | |
| 07/11 | -$3.33 | $299,667.85 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                                   PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 11, 2013 - JUNE 12, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 05/10/13 | $299,649.52 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,649.52 |
| Interest Paid | $13.55 | Average Collected Balance | $299,649.52 |
| 1 Checks/Debits | -$3.79 | Interest Earned During this Cycle | $13.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $74.67 |
| Ending Balance 06/12/13 | $299,659.28 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 11, 2013  - JUNE 12, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/12 | $13.55 | $299,663.07 | Credit | Interest paid | |
| 06/12 | -$3.79 | $299,659.28 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER FDIC  EQUAL HOUSING LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2013 - MAY 10, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  04/10/13 | $299,640.66 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,640.66 |
| Interest Paid | $12.31 | Average Collected Balance | $299,640.66 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.31 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $61.12 |
| Ending Balance 05/10/13 | $299,649.52 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2013   -  MAY 10, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/10 | $12.31 | $299,652.97 | Credit | Interest paid | |
| 05/10 | -$3.45 | $299,649.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 
MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2013 - APRIL 10, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  03/12/13 | $299,632.09 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,632.09 |
| Interest Paid | $11.90 | Average Collected Balance | $299,632.09 |
| 1 Checks/Debits | -$3.33 | Interest Earned During this Cycle | $11.90 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $48.81 |
| Ending Balance 04/10/13 | $299,640.66 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2013   -   APRIL 10, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $11.90 | $299,643.99 | Credit | Interest paid | |
| 04/10 | -$3.33 | $299,640.66 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2013 Capital One, All rights reserved.





 **CapitalOne** *Bank*

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

There's a change to the way items post to your account-starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  02/12/13 | $299,623.82 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,623.82 |
| Interest Paid | $11.49 | Average Collected Balance | $299,623.82 |
| 1 Checks/Debits | -$3.22 | Interest Earned During this Cycle | $11.49 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $36.91 |
| Ending Balance 03/12/13 | $299,632.09 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2013  - MARCH 12, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $11.49 | $299,635.31 | Credit | Interest paid | |
| 03/12 | -$3.22 | $299,632.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC** 

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

There's a change to the way items post to your account-starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY     FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  01/11/13 | $299,614.37 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,614.37 |
| Interest Paid | $13.13 | Average Collected Balance | $299,614.37 |
| 1 Checks/Debits | -$3.68 | Interest Earned During this Cycle | $13.13 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $25.42 |
| Ending Balance 02/12/13 | $299,623.82 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 12, 2013  -  FEBRUARY 12, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $13.13 | $299,627.50 | Credit | Interest paid | |
| 02/12 | -$3.68 | $299,623.82 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

---

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2012 - JANUARY 11, 2013

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  12/12/12 | $299,605.52 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,605.52 |
| Interest Paid | $12.29 | Average Collected Balance | $299,605.52 |
| 1 Checks/Debits | -$3.44 | Interest Earned During this Cycle | $12.29 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $12.29 |
| Ending Balance 01/11/13 | $299,614.37 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 13, 2012  -  JANUARY 11, 2013

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/11 | $12.29 | $299,617.81 | Credit | Interest paid | |
| 01/11 | -$3.44 | $299,614.37 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 

MEMBER
**FDIC**

 **CapitalOne Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

NOTICE: As of 1/1/2013, all non-interest transaction accounts (including IOLTAs) will only be FDIC-insured up to $250,000 per ownership category. Learn more: http://capit1.co/FDIC13

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2012 - DECEMBER 12, 2012

### VIP Interest Checking [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 11/13/12 | $299,596.97 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,596.97 |
| Interest Paid | $11.87 | Average Collected Balance | $299,596.97 |
| 1 Checks/Debits | -$3.32 | Interest Earned During this Cycle | $11.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.81 |
| Ending Balance 12/12/12 | $299,605.52 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 14, 2012  -  DECEMBER 12, 2012

### VIP Interest Checking [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/12 | $11.87 | $299,608.84 | Credit | Interest paid | |
| 12/12 | -$3.32 | $299,605.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER **FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY  FOR PERIOD OCTOBER 12, 2012 - NOVEMBER 13, 2012

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  10/11/12 | $299,587.24 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,587.24 |
| Interest Paid | $13.51 | Average Collected Balance | $299,587.24 |
| 1 Checks/Debits | -$3.78 | Interest Earned During this Cycle | $13.51 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $137.94 |
| Ending Balance 11/13/12 | $299,596.97 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD OCTOBER 12, 2012  -  NOVEMBER 13, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $13.51 | $299,600.75 | Credit | Interest paid | |
| 11/13 | -$3.78 | $299,596.97 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Stay on top of your account with Online Banking. Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY   FOR PERIOD SEPTEMBER 14, 2012 - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  09/13/12 | $299,578.99 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,578.99 |
| Interest Paid | $11.46 | Average Collected Balance | $299,578.99 |
| 1 Checks/Debits | -$3.21 | Interest Earned During this Cycle | $11.46 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $124.43 |
| Ending Balance 10/11/12 | $299,587.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2012 - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/11 | $11.46 | $299,590.45 | Credit | Interest paid | |
| 10/11 | -$3.21 | $299,587.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.



 **Capital**One
**Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

We're always aiming to improve your banking experience, so we've tweaked your statement design. You'll see some small changes, but all your info is still right here.

---

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  08/10/12 | $299,568.97 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,568.97 |
| Interest Paid | $13.91 | Average Collected Balance | $299,568.97 |
| 1 Checks/Debits | -$3.89 | Interest Earned During this Cycle | $13.91 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $112.97 |
| Ending Balance 09/13/12 | $299,578.99 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 11, 2012  -  SEPTEMBER 13, 2012

### Capital One Chk with Int  [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/13 | $13.91 | $299,582.88 | Credit | Interest paid | |
| 09/13 | -$3.89 | $299,578.99 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER **FDIC** 



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Pay your bills on time every time with Online Bill Pay. It's free and secure, and lets you manage all your payments from one place. Try it out today at capitalonebank.com.

---

## ACCOUNT SUMMARY   FOR PERIOD JULY 13, 2012 - AUGUST 10, 2012

**Capital One Chk with Int  [Redacted]9079**

| | | | |
|---|---|---|---|
| Previous Balance  07/12/12 | $299,560.42 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,560.42 |
| Interest Paid | $11.87 | Average Collected Balance | $299,560.42 |
| 1 Checks/Debits | -$3.32 | Interest Earned During this Cycle | $11.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $99.06 |
| Ending Balance 08/10/12 | $299,568.97 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD JULY 13, 2012   -  AUGUST 10, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $11.87 | $299,572.29 | Credit | Interest paid | |
| 08/10 | -$3.32 | $299,568.97 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One. All rights reserved.





# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

It's vacation season! Keep your bank in your pocket wherever you go with Mobile Banking. Download our app and find out more by texting 'mobile' to 80101.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2012 - JULY 12, 2012

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  06/12/12 | $299,551.58 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,551.58 |
| Interest Paid | $12.28 | Average Collected Balance | $299,551.58 |
| 1 Checks/Debits | -$3.44 | Interest Earned During this Cycle | $12.28 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $87.19 |
| Ending Balance 07/12/12 | $299,560.42 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One. All rights reserved.

MEMBER
FDIC 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2012   -  JULY 12, 2012

**Capital One Chk with Int** [Redacted]**9079**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/12 | $12.28 | $299,563.86 | Credit | Interest paid | |
| 07/12 | -$3.44 | $299,560.42 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





## CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

ACCOUNT SUMMARY     FOR PERIOD MAY 11, 2012 - JUNE 12, 2012

**Capital One Chk with Int** [Redacted]**9079**

| | | | |
|---|---|---|---|
| Previous Balance 05/10/12 | $299,541.86 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,541.86 |
| Interest Paid | $13.50 | Average Collected Balance | $299,541.86 |
| 1 Checks/Debits | -$3.78 | Interest Earned During this Cycle | $13.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $74.91 |
| Ending Balance 06/12/12 | $299,551.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING
LENDER



NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD MAY 11, 2012   -  JUNE 12, 2012

## Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/12 | $13.50 | $299,555.36 | Credit | Interest paid | |
| 06/12 | -$3.78 | $299,551.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Build that home addition or even help pay tuition. Our rates on home equity loans and lines of credit are among the lowest available - for details, visit CapitalOneBank.com.

## ACCOUNT SUMMARY      FOR PERIOD APRIL 12, 2012 - MAY 10, 2012

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  04/11/12 | $299,533.31 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,533.31 |
| Interest Paid | $11.87 | Average Collected Balance | $299,533.31 |
| 1 Checks/Debits | -$3.32 | Interest Earned During this Cycle | $11.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $61.41 |
| Ending Balance 05/10/12 | $299,541.86 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD APRIL 12, 2012  -  MAY 10, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/10 | $11.87 | $299,545.18 | Credit | Interest paid | |
| 05/10 | -$3.32 | $299,541.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.



**MEMBER FDIC**
EQUAL HOUSING LENDER



**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Go green this spring when you choose paperless statements. Log in at CapitalOneBank.com and click the leaf icon next to your account to make the switch.

---

## ACCOUNT SUMMARY

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  03/12/12 | $299,524.47 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,524.47 |
| Interest Paid | $12.28 | Average Collected Balance | $299,524.47 |
| 1 Checks/Debits | -$3.44 | Interest Earned During this Cycle | $12.28 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $49.54 |
| Ending Balance 04/11/12 | $299,533.31 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD MARCH 13, 2012   - APRIL 11, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/11 | $12.28 | $299,536.75 | Credit | Interest paid | |
| 04/11 | -$3.44 | $299,533.31 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One. All rights reserved.

MEMBER
**FDIC** 



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one web site and password. Start today at capitalonebank.com.

---

ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2012 - MARCH 12, 2012

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 02/10/12 | $299,515.34 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,515.34 |
| Interest Paid | $12.68 | Average Collected Balance | $299,515.34 |
| 1 Checks/Debits | -$3.55 | Interest Earned During this Cycle | $12.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $37.26 |
| Ending Balance 03/12/12 | $299,524.47 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 11, 2012  -  MARCH 12, 2012

**Capital One Chk with Int** [Redacted]**9079**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/12 | $12.68 | $299,528.02 | Credit | Interest paid | |
| 03/12 | -$3.55 | $299,524.47 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER **FDIC**   EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Why not stay on top of your money with Online Banking? Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 13, 2012 - FEBRUARY 10, 2012          PAGE 1 OF 2

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  01/12/12 | $299,506.79 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,506.79 |
| Interest Paid | $11.87 | Average Collected Balance | $299,506.79 |
| 1 Checks/Debits | -$3.32 | Interest Earned During this Cycle | $11.87 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.58 |
| Ending Balance 02/10/12 | $299,515.34 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One. All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD JANUARY 13, 2012   - FEBRUARY 10, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $11.87 | $299,518.66 | Credit | Interest paid | |
| 02/10 | -$3.32 | $299,515.34 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER
FDIC   EQUAL HOUSING LENDER

 **CapitalOne** **Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2011 - JANUARY 12, 2012

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  12/12/11 | $299,497.64 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,497.64 |
| Interest Paid | $12.71 | Average Collected Balance | $299,497.64 |
| 1 Checks/Debits | -$3.56 | Interest Earned During this Cycle | $12.71 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $12.71 |
| Ending Balance 01/12/12 | $299,506.79 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2011  - JANUARY 12, 2012

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $12.71 | $299,510.35 | Credit | Interest paid | |
| 01/12 | -$3.56 | $299,506.79 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Holiday shopping?  Check your balance while out and about with Mobile Banking. Use our Android or iPhone app or find out more at
capitalonebank.com/mobile.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 11, 2011  -  DECEMBER 12, 2011

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  11/10/11 | $299,488.19 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,488.19 |
| Interest Paid | $13.13 | Average Collected Balance | $299,488.19 |
| 1 Checks/Debits | -$3.68 | Interest Earned During this Cycle | $13.13 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $343.27 |
| Ending Balance 12/12/11 | $299,497.64 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC** 



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD NOVEMBER 11, 2011   - DECEMBER 12, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 12/12 | $13.13 | $299,501.32 | Credit | Interest paid | |
| 12/12 | -$3.68 | $299,497.64 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
FDIC

 **CapitalOne Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 14, 2011 - NOVEMBER 10, 2011    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  10/13/11 | $299,479.92 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,479.92 |
| Interest Paid | $11.49 | Average Collected Balance | $299,479.92 |
| 1 Checks/Debits | -$3.22 | Interest Earned During this Cycle | $11.49 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $330.14 |
| Ending Balance 11/10/11 | $299,488.19 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One. All rights reserved.

MEMBER
**FDIC**    EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 14, 2011  –  NOVEMBER 10, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/10 | $11.49 | $299,491.41 | Credit | Interest paid | |
| 11/10 | -$3.22 | $299,488.19 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

We've added to our mobile apps! Check balances, transfer funds, pay bills and more--now from your Android phone. Download today at capitalone.com/mobile-banking.

---

## ACCOUNT SUMMARY  FOR PERIOD SEPTEMBER 14, 2011 - OCTOBER 13, 2011

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 09/13/11 | $299,471.06 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,471.06 |
| Interest Paid | $12.31 | Average Collected Balance | $299,471.06 |
| 1 Checks/Debits | -$3.45 | Interest Earned During this Cycle | $12.31 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $318.65 |
| Ending Balance 10/13/11 | $299,479.92 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.





# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/13 | $12.31 | $299,483.37 | Credit | Interest paid | |
| 10/13 | -$3.45 | $299,479.92 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
**FDIC**   EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2011 - SEPTEMBER 13, 2011        PAGE 1 OF 2

**Capital One Chk with Int  [Redacted]9079**

| | | | |
|---|---|---|---|
| Previous Balance  08/10/11 | $299,458.95 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,458.95 |
| Interest Paid | $16.82 | Average Collected Balance | $299,458.95 |
| 1 Checks/Debits | -$4.71 | Interest Earned During this Cycle | $16.82 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $306.34 |
| Ending Balance 09/13/11 | $299,471.06 | Annual Percentage Yield Earned | 0.06% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING LENDER



NINA FISCHMAN

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $16.82 | $299,475.77 | Credit | Interest paid | |
| 09/13 | -$4.71 | $299,471.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one Web site and password. Start today at capitalonebank.com.

---

## ACCOUNT SUMMARY    FOR PERIOD JULY 14, 2011 - AUGUST 10, 2011                PAGE 1 OF 2

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 07/13/11 | $299,442.41 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,442.41 |
| Interest Paid | $22.97 | Average Collected Balance | $299,442.41 |
| 1 Checks/Debits | -$6.43 | Interest Earned During this Cycle | $22.97 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $289.52 |
| Ending Balance 08/10/11 | $299,458.95 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One. All rights reserved.

MEMBER
FDIC

EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JULY 14, 2011  - AUGUST 10, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $22.97 | $299,465.38 | Credit | Interest paid | |
| 08/10 | -$6.43 | $299,458.95 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC    EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure and FREE! Start at capitalonebank.com.

---

ACCOUNT SUMMARY    FOR PERIOD JUNE 11, 2011 - JULY 13, 2011                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  06/10/11 | $299,422.92 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,422.92 |
| Interest Paid | $27.07 | Average Collected Balance | $299,422.92 |
| 1 Checks/Debits | -$7.58 | Interest Earned During this Cycle | $27.07 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $266.55 |
| Ending Balance 07/13/11 | $299,442.41 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD JUNE 11, 2011   - JULY 13, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/13 | $27.07 | $299,449.99 | Credit | Interest paid | |
| 07/13 | -$7.58 | $299,442.41 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast. It's easy. It's secure. Set up Direct Deposit with your employer today!

---

ACCOUNT SUMMARY     FOR PERIOD MAY 12, 2011 - JUNE 10, 2011

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 05/11/11 | $299,405.20 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,405.20 |
| Interest Paid | $24.61 | Average Collected Balance | $299,405.20 |
| 1 Checks/Debits | -$6.89 | Interest Earned During this Cycle | $24.61 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $239.48 |
| Ending Balance 06/10/11 | $299,422.92 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One. All rights reserved.


MEMBER
**FDIC**



NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD MAY 12, 2011   - JUNE 10, 2011

## Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/10 | $24.61 | $299,429.81 | Credit | Interest paid | |
| 06/10 | -$6.89 | $299,422.92 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One. All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast. It's easy. It's secure. Set up Direct Deposit with your employer today!

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2011 - MAY 11, 2011

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 04/12/11 | $299,388.07 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,388.07 |
| Interest Paid | $23.79 | Average Collected Balance | $299,388.07 |
| 1 Checks/Debits | -$6.66 | Interest Earned During this Cycle | $23.79 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.87 |
| Ending Balance 05/11/11 | $299,405.20 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

 **MEMBER FDIC**



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD APRIL 13, 2011  - MAY 11, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/11 | $23.79 | $299,411.86 | Credit | Interest paid | |
| 05/11 | -$6.66 | $299,405.20 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER **FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

ACCOUNT SUMMARY     FOR PERIOD MARCH 11, 2011 - APRIL 12, 2011                          PAGE 1 OF 2

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 03/10/11 | $299,356.77 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,356.77 |
| Interest Paid | $43.47 | Average Collected Balance | $299,356.77 |
| 1 Checks/Debits | -$12.17 | Interest Earned During this Cycle | $43.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $191.08 |
| Ending Balance 04/12/11 | $299,388.07 | Annual Percentage Yield Earned | 0.16% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**  



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD MARCH 11, 2011   - APRIL 12, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/12 | $43.47 | $299,400.24 | Credit | Interest paid | |
| 04/12 | -$12.17 | $299,388.07 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC



 **Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

---

## ACCOUNT SUMMARY  FOR PERIOD FEBRUARY 11, 2011 - MARCH 10, 2011

### Capital One Chk with Int [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 02/10/11 | $299,323.70 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,323.70 |
| Interest Paid | $45.93 | Average Collected Balance | $299,323.70 |
| 1 Checks/Debits | -$12.86 | Interest Earned During this Cycle | $45.93 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $147.61 |
| Ending Balance 03/10/11 | $299,356.77 | Annual Percentage Yield Earned | 0.20% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/10 | $45.93 | $299,369.63 | Credit | Interest paid | |
| 03/10 | -$12.86 | $299,356.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING
LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

ACCOUNT SUMMARY     FOR PERIOD JANUARY 13, 2011 - FEBRUARY 10, 2011          PAGE 1 OF 2

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 01/12/11 | $299,289.46 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,289.46 |
| Interest Paid | $47.56 | Average Collected Balance | $299,289.46 |
| 1 Checks/Debits | -$13.32 | Interest Earned During this Cycle | $47.56 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $101.68 |
| Ending Balance 02/10/11 | $299,323.70 | Annual Percentage Yield Earned | 0.20% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL  FOR PERIOD JANUARY 13, 2011  - FEBRUARY 10, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $47.56 | $299,337.02 | Credit | Interest paid | |
| 02/10 | -$13.32 | $299,323.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**  EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions through a secure Web site. Enroll at capitalonebank.com.

---

## ACCOUNT SUMMARY  FOR PERIOD DECEMBER 11, 2010 - JANUARY 12, 2011

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 12/10/10 | $299,250.49 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $299,250.49 |
| Interest Paid | $54.12 | Average Collected Balance | $299,250.49 |
| 1 Checks/Debits | -$15.15 | Interest Earned During this Cycle | $54.12 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $54.12 |
| Ending Balance 01/12/11 | $299,289.46 | Annual Percentage Yield Earned | 0.20% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 11, 2010   -   JANUARY 12, 2011

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $54.12 | $299,304.61 | Credit | Interest paid | |
| 01/12 | -$15.15 | $299,289.46 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC** 

 **Capital**One *Bank*

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions through a secure Web site. Enroll at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 11, 2010 - DECEMBER 10, 2010

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 11/10/10 | $298,444.61 | Number of Days in Cycle | 30 |
| 1 Deposits/Credits | $753.98 | Minimum Balance This Cycle | $298,444.61 |
| Interest Paid | $72.09 | Average Collected Balance | $298,997.52 |
| 1 Checks/Debits | -$20.19 | Interest Earned During this Cycle | $72.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $2,827.93 |
| Ending Balance 12/10/10 | $299,250.49 | Annual Percentage Yield Earned | 0.29% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

 MEMBER **FDIC**

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 11, 2010   - DECEMBER 10, 2010

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/19 | $753.98 | $299,198.59 | Credit | Interest adjustment credit | |
| 12/10 | $72.09 | $299,270.68 | Credit | Interest paid | |
| 12/10 | -$20.19 | $299,250.49 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

 MEMBER **FDIC**



 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Oops! Our previous instructions for Going Paperless were wrong. Instead, log into your account at capitalonebank.com. In Self Service, click on Set Statement Delivery Preferences.

---

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 14, 2010 - NOVEMBER 10, 2010



**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 10/13/10 | $298,395.16 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $298,395.16 |
| Interest Paid | $68.68 | Average Collected Balance | $298,395.16 |
| 1 Checks/Debits | -$19.23 | Interest Earned During this Cycle | $68.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $2,001.86 |
| Ending Balance 11/10/10 | $298,444.61 | Annual Percentage Yield Earned | 0.30% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

 **MEMBER FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 14, 2010  -  NOVEMBER 10, 2010

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/10 | $68.68 | $298,463.84 | Credit | Interest paid | |
| 11/10 | -$19.23 | $298,444.61 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER
**FDIC** 

 **CapitalOne Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site. Enroll at capitalonebank.com

ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2010 - OCTOBER 13, 2010

### Capital One Chk with Int  [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance 09/13/10 | $298,306.87 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $298,306.87 |
| Interest Paid | $122.62 | Average Collected Balance | $298,306.87 |
| 1 Checks/Debits | -$34.33 | Interest Earned During this Cycle | $122.62 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,933.18 |
| Ending Balance 10/13/10 | $298,395.16 | Annual Percentage Yield Earned | 0.50% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.
Capital One Bank is a trade name of Capital One, N.A. and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2010  -  OCTOBER 13, 2010

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/13 | $122.62 | $298,429.49 | Credit | Interest paid | |
| 10/13 | -$34.33 | $298,395.16 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER **FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site.
Enroll at capitalonebank.com.

ACCOUNT SUMMARY    FOR PERIOD AUGUST 12, 2010 - SEPTEMBER 13, 2010

**Capital One Chk with Int** [Redacted]9079

| | | | |
|---|---|---|---|
| Previous Balance  08/11/10 | $298,199.49 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $298,199.49 |
| Interest Paid | $149.14 | Average Collected Balance | $298,202.74 |
| 1 Checks/Debits | -$41.76 | Interest Paid During this Cycle | $149.14 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,810.56 |
| Ending Balance 09/13/10 | $298,306.87 | Annual Percentage Yield Earned | 0.55% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER FDIC    EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD AUGUST 12, 2010   -   SEPTEMBER 13, 2010

### Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $149.14 | $298,348.63 | Credit | Interest paid | |
| 09/13 | -$41.76 | $298,306.87 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2010 Capital One, All rights reserved.

MEMBER **FDIC** 

 **CapitalOne** *Bank*

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

### IMPORTANT MESSAGES

Turn off the Paper and get your statements online! It's the safe and convenient way to track your account transactions 24/7 through a secure Web site.
Enroll at capitalonebank.com.

---

## ACCOUNT SUMMARY    FOR PERIOD  AUGUST 12, 2010  -  SEPTEMBER 13, 2010

**Capital One Chk with Int  [Redacted]9079**

| | | | |
|---|---|---|---|
| Previous Balance  08/11/10 | $298,199.49 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $298,199.49 |
| Interest Paid | $149.14 | Average Collected Balance | $298,202.74 |
| 1 Checks/Debits | -$41.76 | Interest Paid During this Cycle | $149.14 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $1,810.56 |
| Ending Balance 09/13/10 | $298,306.87 | Annual Percentage Yield Earned | 0.55% |

*Thank you for banking with us   .*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, ℗ 2010 Capital One, All rights reserved.

MEMBER **FDIC**    

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

## ACCOUNT DETAIL  FOR PERIOD  AUGUST 12, 2010 - SEPTEMBER 13, 2010

Capital One Chk with Int [Redacted]9079

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $149.14 | $298,348.63 | Credit | Interest paid | |
| 09/13 | -$41.76 | $298,306.87 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us*   .

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2010 Capital One. All rights reserved.

**MEMBER FDIC** 



**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 07-14-10 | | 298,071.57 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 49.75 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 177.67 |
| Ending balance | 08-11-10 | | 298,199.49 |
| Days in Statement Period | 29 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 298,071.57 |
| Days in Earnings Period | 29 |
| Interest Earned | 177.67 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,661.42 |
| Interest Withheld this Year | 465.19 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 298,071.57 |
| 08-11 | FED TAX WITHHELD | | 49.75 | | 298,021.82 |
| 08-11 | Interest paid | | | 177.67 | 298,199.49 |
| | Ending balance | | | | 298,199.49 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest          [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 06-11-10 | 297,926.07 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 56.58 |
| -Service charge | | 0.00 |
| +Interest paid | | 202.08 |
| Ending balance | 07-13-10 | 298,071.57 |
| Days in Statement Period | 33 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 297,926.07 |
| Days in Earnings Period | 33 |
| Interest Earned | 202.08 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,483.75 |
| Interest Withheld this Year | 415.44 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 297,926.07 |
| 07-13 | FED TAX WITHHELD | | 56.58 | | 297,869.49 |
| 07-13 | Interest paid | | | 202.08 | 298,071.57 |
| | Ending balance | | | | 298,071.57 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest       [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 05-13-10 | | 297,798.26 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 49.70 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 177.51 |
| Ending balance | 06-10-10 | | 297,926.07 |
| Days in Statement Period | 29 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 297,798.26 |
| Days in Earnings Period | 29 |
| Interest Earned | 177.51 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,281.67 |
| Interest Withheld this Year | 358.86 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 297,798.26 |
| 06-10 | FED TAX WITHHELD | | 49.70 | | 297,748.56 |
| 06-10 | Interest paid | | | 177.51 | 297,926.07 |
| | Ending balance | | | | 297,926.07 |

END OF STATEMENT



**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 04-13-10 | | 297,666.10 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 51.39 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 183.55 |
| Ending balance | 05-12-10 | | 297,798.26 |
| Days in Statement Period | 30 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 297,666.10 |
| Days in Earnings Period | 30 |
| Interest Earned | 183.55 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 1,104.16 |
| Interest Withheld this Year | 309.16 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 297,666.10 |
| 05-12 | FED TAX WITHHELD | | 51.39 | | 297,614.71 |
| 05-12 | Interest paid | | | 183.55 | 297,798.26 |
| | Ending balance | | | | 297,798.26 |

END OF STATEMENT



**Capital One® Bank**

Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 03-11-10 | 297,520.80 | |
| +Deposits/Credits | 0 | 0.00 | |
| -Checks/Debits | 1 | 56.51 | |
| -Service charge | | 0.00 | |
| +Interest paid | | 201.81 | |
| Ending balance | 04-12-10 | 297,666.10 | |
| Days in Statement Period | 33 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 297,520.80 |
| Days in Earnings Period | 33 |
| Interest Earned | 201.81 |
| Annual Percentage Yield Earned | 0.75 % |
| Interest Paid this Year | 920.61 |
| Interest Withheld this Year | 257.77 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 297,520.80 |
| 04-12 | FED TAX WITHHELD | | 56.51 | | 297,464.29 |
| 04-12 | Interest paid | | | 201.81 | 297,666.10 |
| | Ending balance | | | | 297,666.10 |


END OF STATEMENT


**Capital**One**Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN                          Effective 2/27/10, checks
703 CARLYLE ST                         previously considered non-
WOODMERE NY 115982917                  local items will now be local
                                       items.  This means funds from
                                       some check items you deposit
                                       may be available sooner.

Capital One Checking with Interest      [Redacted] 907 9

|                          |          |            |
|--------------------------|----------|------------|
| Opening balance          | 02-11-10 | 297,366.77 |
| +Deposits/Credits        | 0        | 0.00       |
| -Checks/Debits           | 1        | 59.90      |
| -Service charge          |          | 0.00       |
| +Interest paid           |          | 213.93     |
| Ending balance           | 03-10-10 | 297,520.80 |
| Days in Statement Period | 28       |            |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance           | 297,366.77 |
| Days in Earnings Period         | 28         |
| Interest Earned                 | 213.93     |
| Annual Percentage Yield Earned  | 0.94 %     |
| Interest Paid this Year         | 718.80     |
| Interest Withheld this Year     | 201.26     |
| Interest paid during 2009       | 4,098.74   |

| DATE  | DESCRIPTION       | CHECK# | DEBITS | CREDITS | BALANCE    |
|-------|-------------------|--------|--------|---------|------------|
|       | Beginning Balance |        |        |         | 297,366.77 |
| 03-10 | FED TAX WITHHELD  |        | 59.90  |         | 297,306.87 |
| 03-10 | Interest paid     |        |        | 213.93  | 297,520.80 |
|       | Ending balance    |        |        |         | 297,520.80 |

END OF STATEMENT


**CapitalOne Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Effective 2/27/10, checks
previously considered non-
local items will now be local
items. This means funds from
some check items you deposit
may be available sooner.

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 01-14-10 | | 297,202.55 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 63.86 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 228.08 |
| Ending balance | 02-10-10 | | 297,366.77 |
| Days in Statement Period | 28 | | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 297,202.55 |
| Days in Earnings Period | 28 |
| Interest Earned | 228.08 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 504.87 |
| Interest Withheld this Year | 141.36 |
| Interest paid during 2009 | 4,098.74 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 297,202.55 |
| 02-10 | FED TAX WITHHELD | | 63.86 | | 297,138.69 |
| 02-10 | Interest paid | | | 228.08 | 297,366.77 |
| | Ending balance | | | | 297,366.77 |

END OF STATEMENT


**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

|  |  |  |
|---|---|---|
| Opening balance | 12-11-09 | 297,003.26 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 77.50 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 276.79 |
| Ending balance | 01-13-10 | 297,202.55 |
| Days in Statement Period | 34 |  |

INTEREST INFORMATION

|  |  |
|---|---|
| Average Daily Balance | 297,003.26 |
| Days in Earnings Period | 34 |
| Interest Earned | 276.79 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 276.79 |
| Interest Withheld this Year | 77.50 |
| Interest paid during 2009 | 4,098.74 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 297,003.26 |
| 01-13 | FED TAX WITHHELD |  | 77.50 |  | 296,925.76 |
| 01-13 | Interest paid |  |  | 276.79 | 297,202.55 |
|  | Ending balance |  |  |  | 297,202.55 |

END OF STATEMENT


**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 907 9

|  | | |
|---|---|---|
| Opening balance | 11-13-09 | 296,839.24 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 63.78 |
| -Service charge | | 0.00 |
| +Interest paid | | 227.80 |
| Ending balance | 12-10-09 | 297,003.26 |
| Days in Statement Period | 28 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 296,839.24 |
| Days in Earnings Period | 28 |
| Interest Earned | 227.80 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 4,098.74 |
| Interest Withheld this Year | 1,147.63 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 296,839.24 |
| 12-10 | FED TAX WITHHELD | | 63.78 | | 296,775.46 |
| 12-10 | Interest paid | | | 227.80 | 297,003.26 |
| | Ending balance | | | | 297,003.26 |


END OF STATEMENT


**Capital**O*ne*®**Bank**

Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 10-14-09 | | 296,663.61 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 68.30 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 243.93 |
| Ending balance | 11-12-09 | | 296,839.24 |
| Days in Statement Period | 30 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 296,663.61 |
| Days in Earnings Period | 30 |
| Interest Earned | 243.93 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 3,870.94 |
| Interest Withheld this Year | 1,083.85 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 296,663.61 |
| 11-12 | FED TAX WITHHELD | | 68.30 | | 296,595.31 |
| 11-12 | Interest paid | | | 243.93 | 296,839.24 |
| | Ending balance | | | | 296,839.24 |

END OF STATEMENT



Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

|  | | |
|---|---|---|
| Opening balance | 09-12-09 | 296,476.39 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 72.81 |
| -Service charge | | 0.00 |
| +Interest paid | | 260.03 |
| Ending balance | 10-13-09 | 296,663.61 |
| Days in Statement Period | 32 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 296,476.39 |
| Days in Earnings Period | 32 |
| Interest Earned | 260.03 |
| Annual Percentage Yield Earned | 1.01 % |
| Interest Paid this Year | 3,627.01 |
| Interest Withheld this Year | 1,015.55 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 296,476.39 |
| 10-13 | FED TAX WITHHELD | | 72.81 | | 296,403.58 |
| 10-13 | Interest paid | | | 260.03 | 296,663.61 |
| | Ending balance | | | | 296,663.61 |


END OF STATEMENT


**Capital One Bank**

Direct inquiries to Customer Service
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917


| | 0 ENCLOSURES | Page 1 of 1 |
|---|---|---|

Capital One Checking with Interest    [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 08-13-09 | 296,300.98 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 68.22 |
| -Service charge | | 0.00 |
| +Interest paid | | 243.63 |
| Ending balance | 09-11-09 | 296,476.39 |
| Days in Statement Period | 30 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 296,300.98 |
| Days in Earnings Period | 30 |
| Interest Earned | 243.63 |
| Annual Percentage Yield Earned | 1.00 % |
| Interest Paid this Year | 3,366.98 |
| Interest Withheld this Year | 942.74 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 296,300.98 |
| 09-11 | FED TAX WITHHELD | | 68.22 | | 296,232.76 |
| 09-11 | Interest paid | | | 243.63 | 296,476.39 |
| | Ending balance | | | | 296,476.39 |


END OF STATEMENT


**Capital One Bank**

PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 07-11-09 | | 296,102.53 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 77.17 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 275.62 |
| Ending balance | 08-12-09 | | 296,300.98 |
| Days in Statement Period | 33 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 296,102.53 |
| Days in Earnings Period | 33 |
| Interest Earned | 275.62 |
| Annual Percentage Yield Earned | 1.03 % |
| Interest Paid this Year | 3,123.35 |
| Interest Withheld this Year | 874.52 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 296,102.53 |
| 08-12 | FED TAX WITHHELD | | 77.17 | | 296,025.36 |
| 08-12 | Interest paid | | | 275.62 | 296,300.98 |
| | Ending balance | | | | 296,300.98 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 06-11-09 | 295,885.30 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 84.48 |
| -Service charge | | 0.00 |
| +Interest paid | | 301.71 |
| Ending balance | 07-10-09 | 296,102.53 |
| Days in Statement Period | 30 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 295,885.30 |
| Days in Earnings Period | 30 |
| Interest Earned | 301.71 |
| Annual Percentage Yield Earned | 1.25 % |
| Interest Paid this Year | 2,847.73 |
| Interest Withheld this Year | 797.35 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 295,885.30 |
| 07-10 | FED TAX WITHHELD | | 84.48 | | 295,800.82 |
| 07-10 | Interest paid | | | 301.71 | 296,102.53 |
| | Ending balance | | | | 296,102.53 |

END OF STATEMENT



**Capital One Bank**

PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest        [Redacted] 907 9

|  |  |  |
|---|---|---|
| Opening balance | 05-13-09 | 295,675.46 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 81.60 |
| -Service charge |  | 0.00 |
| +Interest paid |  | 291.44 |
| Ending balance | 06-10-09 | 295,885.30 |
| Days in Statement Period | 29 |  |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 295,675.46 |
| Days in Earnings Period | 29 |
| Interest Earned | 291.44 |
| Annual Percentage Yield Earned | 1.25 % |
| Interest Paid this Year | 2,546.02 |
| Interest Withheld this Year | 712.87 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
|  | Beginning Balance |  |  |  | 295,675.46 |
| 06-10 | FED TAX WITHHELD |  | 81.60 |  | 295,593.86 |
| 06-10 | Interest paid |  |  | 291.44 | 295,885.30 |
|  | Ending balance |  |  |  | 295,885.30 |


END OF STATEMENT



**Capital One Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

<table>
<tr><td></td><td>0 ENCLOSURES</td><td>Page</td><td>1 of</td><td>1</td></tr>
</table>

Capital One Checking with Interest    [Redacted] 907 9

| | | | |
|---|---|---|---|
| Opening balance | 04-11-09 | | 295,417.79 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 100.20 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 357.87 |
| Ending balance | 05-12-09 | | 295,675.46 |
| Days in Statement Period | 32 | | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 295,417.79 |
| Days in Earnings Period | 32 |
| Interest Earned | 357.87 |
| Annual Percentage Yield Earned | 1.39 % |
| Interest Paid this Year | 2,254.58 |
| Interest Withheld this Year | 631.27 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 295,417.79 |
| 05-12 | FED TAX WITHHELD | | 100.20 | | 295,317.59 |
| 05-12 | Interest paid | | | 357.87 | 295,675.46 |
| | Ending balance | | | | 295,675.46 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

Capital One Checking with Interest     [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 03-12-09 | 295,129.42 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 112.14 |
| -Service charge | | 0.00 |
| +Interest paid | | 400.51 |
| Ending balance | 04-10-09 | 295,417.79 |
| Days in Statement Period | 30 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 295,129.42 |
| Days in Earnings Period | 30 |
| Interest Earned | 400.51 |
| Annual Percentage Yield Earned | 1.66 % |
| Interest Paid this Year | 1,896.71 |
| Interest Withheld this Year | 531.07 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 295,129.42 |
| 04-10 | FED TAX WITHHELD | | 112.14 | | 295,017.28 |
| 04-10 | Interest paid | | | 400.51 | 295,417.79 |
| | Ending balance | | | | 295,417.79 |

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Capital One Checking with Interest      [Redacted] 907 9

| | | |
|---|---|---|
| Opening balance | 02-12-09 | 294,835.58 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 114.27 |
| -Service charge | | 0.00 |
| +Interest paid | | 408.11 |
| Ending balance | 03-11-09 | 295,129.42 |
| Days in Statement Period | 28 | |

### INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 294,835.58 |
| Days in Earnings Period | 28 |
| Interest Earned | 408.11 |
| Annual Percentage Yield Earned | 1.82 % |
| Interest Paid this Year | 1,496.20 |
| Interest Withheld this Year | 418.93 |
| Interest paid during 2008 | 4,227.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 294,835.58 |
| 03-11 | FED TAX WITHHELD | | 114.27 | | 294,721.31 |
| 03-11 | Interest paid | | | 408.11 | 295,129.42 |
| | Ending balance | | | | 295,129.42 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

Capital One Checking with Interest     (Redacted) 907 9

| | | | |
|---|---|---:|---:|
| Opening balance | 01-14-09 | | 294,501.75 |
| +Deposits/Credits | 0 | | 0.00 |
| -Checks/Debits | 1 | | 129.82 |
| -Service charge | | | 0.00 |
| +Interest paid | | | 463.65 |
| Ending balance | 02-11-09 | | 294,835.58 |
| Days in Statement Period | 29 | | |

### INTEREST INFORMATION

| | |
|---|---:|
| Average Daily Balance | 294,501.75 |
| Days in Earnings Period | 29 |
| Interest Earned | 463.65 |
| Annual Percentage Yield Earned | 2.00 % |
| Interest Paid this Year | 1,088.09 |
| Interest Withheld this Year | 304.66 |
| Interest paid during 2008 | 4,227.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---:|---:|---:|
| | Beginning Balance | | | | 294,501.75 |
| 02-11 | FED TAX WITHHELD | | 129.82 | | 294,371.93 |
| 02-11 | Interest paid | | | 463.65 | 294,835.58 |
| | Ending balance | | | | 294,835.58 |


END OF STATEMENT


**Capital One Bank**

PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest    (Redacted) 907 9

| | | |
|---|---|---|
| Opening balance | 12-11-08 | 294,052.15 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 1 | 174.84 |
| -Service charge | | 0.00 |
| +Interest paid | | 624.44 |
| Ending balance | 01-13-09 | 294,501.75 |
| Days in Statement Period | 34 | |

INTEREST INFORMATION

| | |
|---|---|
| Average Daily Balance | 294,052.15 |
| Days in Earnings Period | 34 |
| Interest Earned | 624.44 |
| Annual Percentage Yield Earned | 2.30 % |
| Interest Paid this Year | 624.44 |
| Interest Withheld this Year | 174.84 |
| Interest paid during 2008 | 4,227.71 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 294,052.15 |
| 01-13 | FED TAX WITHHELD | | 174.84 | | 293,877.31 |
| 01-13 | Interest paid | | | 624.44 | 294,501.75 |
| | Ending balance | | | | 294,501.75 |


END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest       [Redacted] 907 9

                    Opening balance        11-14-08         293,408.95
                    +Deposits/Credits              0              0.00
                    -Checks/Debits                 0              0.00
                    -Service charge                               0.00
                    +Interest paid                              643.20
                    Ending balance         12-10-08         294,052.15
                    Days in Statement Period      27

                         INTEREST INFORMATION
                    Average Daily Balance                   293,408.95
                    Days in Earnings Period                         27
                    Interest Earned                            643.20
                    Annual Percentage Yield Earned              3.00 %
                    Interest Paid this Year                  4,227.71

DATE  DESCRIPTION           CHECK#      DEBITS      CREDITS          BALANCE

      Beginning Balance                                          293,408.95
12-10 Interest paid                                   643.20     294,052.15
      Ending balance                                             294,052.15

END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111


NINA FISCHMAN                                    Thank you for banking with us.
703 CARLYLE ST                                   Capital One Bank is a trade
WOODMERE NY  115982917                           name of Capital One, N.A. and
                                                 does not refer to a separately
                                                 insured institution.

Capital One Checking with Interest     [Redacted] 907 9

            Opening balance           10-11-08          292,598.37
            +Deposits/Credits              0                 0.00
            -Checks/Debits                 0                 0.00
            -Service charge                                  0.00
            +Interest paid                                 810.58
            Ending balance            11-13-08          293,408.95
            Days in Statement Period      34

                         INTEREST INFORMATION
            Average Daily Balance                       292,598.37
            Days in Earnings Period                          34
            Interest Earned                               810.58
            Annual Percentage Yield Earned                 3.01 %
            Interest Paid this Year                      3,584.51

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|-------------|--------|--------|---------|---------|
|  | Beginning Balance |  |  |  | 292,598.37 |
| 11-13 | Interest paid |  |  | 810.58 | 293,408.95 |
|  | Ending balance |  |  |  | 293,408.95 |


        END OF STATEMENT



PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

                          0 ENCLOSURES     Page    1 of    1

     Capital One Checking with Interest      [Redacted] 907 9

             Opening balance          09-12-08        292,083.93
             +Deposits/Credits                0             0.00
             -Checks/Debits                   2           175.56
             -Service charge                              0.00
             +Interest paid                            690.00
             Ending balance          10-10-08        292,598.37
             Days in Statement Period      29

                      INTEREST INFORMATION
             Average Daily Balance                   292,071.82
             Days in Earnings Period                        29
             Interest Earned                            690.00
             Annual Percentage Yield Earned            3.01 %
             Interest Paid this Year                 2,773.93

DATE   DESCRIPTION          CHECK#     DEBITS      CREDITS      BALANCE

       Beginning Balance                                       292,083.93
10-09  Chargeback                      165.56                  291,918.37
       Stop Payment        100608

10-09  Chargeback Service Fee           10.00                  291,908.37
       CHG BACK FEE
10-10  Interest paid                              690.00       292,598.37
       Ending balance                                          292,598.37

     * - - - - - - - - - - - - EFT ACTIVITY - - - - - - - - - - - - - *

       DATE          DESCRIPTION                     AMOUNT

       10-09         Stop Payment                    165.56-

     END OF STATEMENT



**CapitalOne Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                          Thank you for banking with us.
703 CARLYLE ST                         Capital One Bank is a trade
WOODMERE NY  115982917                 name of Capital One, N.A. and
                                       does not refer to a separately
                                       insured institution.

Capital One Checking with Interest        [Redacted] 907 9

        Opening balance          08-13-08          291,371.82
        +Deposits/Credits             0                0.00
        -Checks/Debits                0                0.00
        -Service charge                                0.00
        +Interest paid                               712.11
        Ending balance           09-11-08          292,083.93
        Days in Statement Period       30

                        INTEREST INFORMATION
        Average Daily Balance                      291,371.82
        Days in Earnings Period                            30
        Interest Earned                                712.11
        Annual Percentage Yield Earned               3.01 %
        Interest Paid this Year                    2,083.93

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|------------|--------|--------|---------|---------|
|      | Beginning Balance |  |  |  | 291,371.82 |
| 09-11 | Interest paid |  |  | 712.11 | 292,083.93 |
|      | Ending balance |  |  |  | 292,083.93 |

        END OF STATEMENT



**Capital** *One* **Bank**

PRIVATE BANKING CLIENT
(877) 694-9111

NINA FISCHMAN                                    Thank you for banking with us.
703 CARLYLE ST                                   Capital One Bank is a trade
WOODMERE NY  115982917                           name of Capital One, N.A. and
                                                 does not refer to a separately
                                                 insured institution.

Capital One Checking with Interest      [Redacted] 907 9

            Opening balance          07-12-08          290,614.15
            +Deposits/Credits             0                  0.00
            -Checks/Debits                0                  0.00
            -Service charge                                  0.00
            +Interest paid                                 757.67
            Ending balance           08-12-08          291,371.82
            Days in Statement Period      32

                         INTEREST INFORMATION
            Average Daily Balance                      290,614.15
            Days in Earnings Period                            32
            Interest Earned                                757.67
            Annual Percentage Yield Earned                3.01 %
            Interest Paid this Year                      1,371.82

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|------|-----------|--------|--------|---------|---------|
|      | Beginning Balance | | | | 290,614.15 |
| 08-12 | Interest paid | | | 757.67 | 291,371.82 |
|      | Ending balance | | | | 291,371.82 |

END OF STATEMENT



PRIVATE BANKING-GABRIEL LUCIAN
(877) 694-9111

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

Thank you for banking with us.
Capital One Bank is a trade
name of Capital One, N.A. and
does not refer to a separately
insured institution.

Capital One Checking with Interest        [Redacted] 907 9

| | | |
|---|---|---:|
| Opening balance | 06-16-08 | 0.00 |
| +Deposits/Credits | 1 | 290,000.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| +Interest paid | | 614.15 |
| Ending balance | 07-11-08 | 290,614.15 |
| Days in Statement Period | 26 | |

INTEREST INFORMATION

| | |
|---|---:|
| Average Daily Balance | 290,000.00 |
| Days in Earnings Period | 26 |
| Interest Earned | 614.15 |
| Annual Percentage Yield Earned | 3.01 % |
| Interest Paid this Year | 614.15 |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---:|---:|
| | Beginning Balance | | | | 0.00 |
| 06-16 | Transfer Credit | | | 290,000.00 | 290,000.00 |
| | FR XXXXXX7656 | | | | |
| 07-11 | Interest paid | | | 614.15 | 290,614.15 |
| | Ending balance | | | | 290,614.15 |

END OF STATEMENT

# Exhibit J

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 11, 2017 - JUNE 12, 2017

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/10/17 | $494,587.81 | Number of Days in Cycle | 33 |
| 1 Deposits/Credits | $493,923.87 | Minimum Balance This Cycle | $0.00 |
| Interest Paid | $8.81 | Average Collected Balance | $494,587.81 |
| 3 Checks/Debits | -$988,520.49 | Interest Earned During this Cycle | $8.81 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $109.84 |
| Ending Balance 06/12/17 | $0.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 11, 2017   - JUNE 12, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/24 | $493,923.87 | $988,511.68 | Credit | Transfer Credit FR [Redacted]3918 | |
| 05/24 | -$988,493.02 | $18.66 | Debit | Wire transfer withdrawal MERRILL LYNCH[Redacted]     9649 | |
| 05/24 | -$25.00 | -$6.34 | Debit | Wire transfer fee WIRE TRANSFER [Redacted]2417 | |
| 05/24 | $8.81 | $2.47 | Credit | Interest paid | |
| 05/24 | -$2.47 | $0.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-8ANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2017 - MAY 10, 2017

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  04/12/17 | $494,574.15 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,574.15 |
| Interest Paid | $18.97 | Average Collected Balance | $494,574.15 |
| 1 Checks/Debits | -$5.31 | Interest Earned During this Cycle | $18.97 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $101.03 |
| Ending Balance 05/10/17 | $494,587.81 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD APRIL 13, 2017  -  MAY 10, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/10 | $18.97 | $494,593.12 | Credit | Interest paid | |
| 05/10 | -$5.31 | $494,587.81 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER
FDIC



 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MARCH 11, 2017 - APRIL 12, 2017

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/10/17 | $494,558.05 | Number of Days In Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,558.05 |
| Interest Paid | $22.36 | Average Collected Balance | $494,558.05 |
| 1 Checks/Debits | -$6.26 | Interest Earned During this Cycle | $22.36 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $82.06 |
| Ending Balance 04/12/17 | $494,574.15 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MARCH 11, 2017   - APRIL 12, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/12 | $22.36 | $494,580.41 | Credit | Interest paid | |
| 04/12 | -$6.26 | $494,574.15 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER FDIC   EQUAL HOUSING LENDER

 **CapitalOne Bank** 

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2017 - MARCH 10, 2017

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/10/17 | $494,544.39 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,544.39 |
| Interest Paid | $18.97 | Average Collected Balance | $494,544.39 |
| 1 Checks/Debits | -$5.31 | Interest Earned During this Cycle | $18.97 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $59.70 |
| Ending Balance 03/10/17 | $494,558.05 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 11, 2017 - MARCH 10, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/10 | $18.97 | $494,563.36 | Credit | Interest paid | |
| 03/10 | -$5.31 | $494,558.05 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

 

MEMBER **FDIC**    LENDER