

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 13, 2017 - FEBRUARY 10, 2017

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/12/17 | $494,530.24 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,530.24 |
| Interest Paid | $19.65 | Average Collected Balance | $494,530.24 |
| 1 Checks/Debits | -$5.50 | Interest Earned During this Cycle | $19.65 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $40.73 |
| Ending Balance 02/10/17 | $494,544.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 13, 2017  -  FEBRUARY 10, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/10 | $19.65 | $494,549.89 | Credit | Interest paid | |
| 02/10 | -$5.50 | $494,544.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



MEMBER FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 13, 2016 - JANUARY 12, 2017

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  12/12/16 | $497,515.06 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $494,515.06 |
| Interest Paid | $21.08 | Average Collected Balance | $497,321.51 |
| 2 Checks/Debits | -$3,005.90 | Interest Earned During this Cycle | $21.08 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.08 |
| Ending Balance 01/12/17 | $494,530.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2016  -  JANUARY 12, 2017

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/11 | -$3,000.00 | $494,515.06 | Debit | Customer withdrawal | |
| 01/12 | $21.08 | $494,536.14 | Credit | Interest paid | |
| 01/12 | -$5.90 | $494,530.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 11, 2016 - DECEMBER 12, 2016

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/10/16 | $497,499.40 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $497,499.40 |
| Interest Paid | $21.75 | Average Collected Balance | $497,499.40 |
| 1 Checks/Debits | -$6.09 | Interest Earned During this Cycle | $21.75 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.92 |
| Ending Balance 12/12/16 | $497,515.06 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  NOVEMBER 11, 2016   -  DECEMBER 12, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/12 | $21.75 | $497,521.15 | Credit | Interest paid | |
| 12/12 | -$6.09 | $497,515.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
FDIC





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 14, 2016 - NOVEMBER 10, 2016

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 10/13/16 | $517,585.44 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $497,485.44 |
| Interest Paid | $19.39 | Average Collected Balance | $506,817.58 |
| 5 Checks/Debits | -$20,105.43 | Interest Earned During this Cycle | $19.39 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.17 |
| Ending Balance 11/10/16 | $497,499.40 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 14, 2016  -  NOVEMBER 10, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/27 | -$1,250.00 | $516,335.44 | Debit | Wire transfer withdrawal RAFAELA FISCHMAN [Redacted] H700 | |
| 10/27 | -$18,800.00 | $497,535.44 | Debit | Wire transfer withdrawal LAW OFFICE OF LA WRENCE KAT [Red]2716 [Redacted] H700 | |
| 10/27 | -$25.00 | $497,510.44 | Debit | Wire transfer fee WIRE TRANSFER [Red]2716 | |
| 10/27 | -$25.00 | $497,485.44 | Debit | Wire transfer fee WIRE TRANSFER [Red]2716 | |
| 11/10 | $19.39 | $497,504.83 | Credit | Interest paid | |
| 11/10 | -$5.43 | $497,499.40 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD SEPTEMBER 14, 2016 - OCTOBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 09/13/16 | $517,570.17 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,570.17 |
| Interest Paid | $21.21 | Average Collected Balance | $517,570.17 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.21 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $217.78 |
| Ending Balance 10/13/16 | $517,585.44 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2016 - OCTOBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/13 | $21.21 | $517,591.38 | Credit | Interest paid | |
| 10/13 | -$5.94 | $517,585.44 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER

 **Capital One Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2016 - SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/10/16 | $517,552.86 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,552.86 |
| Interest Paid | $24.04 | Average Collected Balance | $517,552.86 |
| 1 Checks/Debits | -$6.73 | Interest Earned During this Cycle | $24.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $196.57 |
| Ending Balance 09/13/16 | $517,570.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 11, 2016  -  SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 09/13 | $24.04 | $517,576.90 | Credit | Interest paid | |
| 09/13 | -$6.73 | $517,570.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

 **MEMBER FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 11, 2016 - SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/10/16 | $517,552.86 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,552.86 |
| Interest Paid | $24.04 | Average Collected Balance | $517,552.86 |
| 1 Checks/Debits | -$6.73 | Interest Earned During this Cycle | $24.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $196.57 |
| Ending Balance 09/13/16 | $517,570.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 11, 2016  -  SEPTEMBER 13, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 09/13 | $24.04 | $517,576.90 | Credit | Interest paid | |
| 09/13 | -$6.73 | $517,570.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 14, 2016 - AUGUST 10, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/13/16 | $517,538.60 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,538.60 |
| Interest Paid | $19.80 | Average Collected Balance | $517,538.60 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.80 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.53 |
| Ending Balance 08/10/16 | $517,552.86 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 14, 2016  -  AUGUST 10, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 08/10 | $19.80 | $517,558.40 | Credit | Interest paid | |
| 08/10 | -$5.54 | $517,552.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
FDIC    EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 11, 2016 - JULY 13, 2016

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  06/10/16 | $517,521.80 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,521.80 |
| Interest Paid | $23.33 | Average Collected Balance | $517,521.80 |
| 1 Checks/Debits | -$6.53 | Interest Earned During this Cycle | $23.33 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $152.73 |
| Ending Balance 07/13/16 | $517,538.60 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2016  - JULY 13, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 07/13 | $23.33 | $517,545.13 | Credit | Interest paid | |
| 07/13 | -$6.53 | $517,538.60 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.



MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 12, 2016 - JUNE 10, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/11/16 | $517,506.53 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,506.53 |
| Interest Paid | $21.21 | Average Collected Balance | $517,506.53 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.21 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $129.40 |
| Ending Balance 06/10/16 | $517,521.80 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 12, 2016  -  JUNE 10, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 06/10 | $21.21 | $517,527.74 | Credit | Interest paid | |
| 06/10 | -$5.94 | $517,521.80 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER
**FDIC** 

 **Capital One Bank** 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 13, 2016 - MAY 11, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/12/16 | $517,491.77 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,491.77 |
| Interest Paid | $20.50 | Average Collected Balance | $517,491.77 |
| 1 Checks/Debits | -$5.74 | Interest Earned During this Cycle | $20.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $108.19 |
| Ending Balance 05/11/16 | $517,506.53 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 13, 2016  -  MAY 11, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 05/11 | $20.50 | $517,512.27 | Credit | Interest paid | |
| 05/11 | -$5.74 | $517,506.53 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

 MEMBER FDIC

 **CapitalOne Bank**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY FOR PERIOD MARCH 11, 2016 - APRIL 12, 2016

**VIP Interest Checking** [Redacted] **9044**

| | | | |
|---|---|---|---|
| Previous Balance 03/10/16 | $517,474.97 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,474.97 |
| Interest Paid | $23.33 | Average Collected Balance | $517,474.97 |
| 1 Checks/Debits | -$6.53 | Interest Earned During this Cycle | $23.33 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $87.69 |
| Ending Balance 04/12/16 | $517,491.77 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL FOR PERIOD MARCH 11, 2016 - APRIL 12, 2016

**VIP Interest Checking** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 04/12 | $23.33 | $517,498.30 | Credit | Interest paid | |
| 04/12 | -$6.53 | $517,491.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER **FDIC**
EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your nearest location

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2016 - MARCH 10, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/10/16 | $517,460.21 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,460.21 |
| Interest Paid | $20.50 | Average Collected Balance | $517,460.21 |
| 1 Checks/Debits | -$5.74 | Interest Earned During this Cycle | $20.50 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.36 |
| Ending Balance 03/10/16 | $517,474.97 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 11, 2016 - MARCH 10, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 03/10 | $20.50 | $517,480.71 | Credit | Interest paid | |
| 03/10 | -$5.74 | $517,474.97 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.




MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2016 - FEBRUARY 10, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/13/16 | $517,445.96 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,445.96 |
| Interest Paid | $19.79 | Average Collected Balance | $517,445.96 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.79 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $43.86 |
| Ending Balance 02/10/16 | $517,460.21 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2016 - FEBRUARY 10, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 02/10 | $19.79 | $517,465.75 | Credit | Interest paid | |
| 02/10 | -$5.54 | $517,460.21 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2016 Capital One. All rights reserved.

MEMBER FDIC    EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 11, 2015 - JANUARY 13, 2016

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/10/15 | $517,428.63 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,428.63 |
| Interest Paid | $24.07 | Average Collected Balance | $517,428.63 |
| 1 Checks/Debits | -$6.74 | Interest Earned During this Cycle | $24.07 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.07 |
| Ending Balance 01/13/16 | $517,445.96 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 11, 2015 - JANUARY 13, 2016

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 01/13 | $24.07 | $517,452.70 | Credit | Interest paid | |
| 01/13 | -$6.74 | $517,445.96 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A. and does not
refer to a separately insured institution, Member FDIC, © 2016
Capital One, All rights reserved.




MEMBER
FDIC

 **CHECKING | SAVINGS | CDS | IRAS | LOANS** 

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 13, 2015 - DECEMBER 10, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/12/15 | $517,414.34 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,414.34 |
| Interest Paid | $19.85 | Average Collected Balance | $517,414.34 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.85 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.67 |
| Ending Balance 12/10/15 | $517,428.63 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 13, 2015   -   DECEMBER 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 12/10 | $19.85 | $517,434.19 | Credit | Interest paid | |
| 12/10 | -$5.56 | $517,428.63 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 14, 2015 - NOVEMBER 12, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 10/13/15 | $517,399.03 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,399.03 |
| Interest Paid | $21.26 | Average Collected Balance | $517,399.03 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $238.82 |
| Ending Balance 11/12/15 | $517,414.34 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 14, 2015  -  NOVEMBER 12, 2015

### VIP Interest Checking  [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 11/12 | $21.26 | $517,420.29 | Credit | Interest paid | |
| 11/12 | -$5.95 | $517,414.34 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 12, 2015 - OCTOBER 13, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 09/11/15 | $517,382.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,382.70 |
| Interest Paid | $22.68 | Average Collected Balance | $517,382.70 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $217.56 |
| Ending Balance 10/13/15 | $517,399.03 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 12, 2015 - OCTOBER 13, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card |
|---|---|---|---|---|---|
| 10/13 | $22.68 | $517,405.38 | Credit | Interest paid | |
| 10/13 | -$6.35 | $517,399.03 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC**
LENDER

 

**CapitalOne Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY     FOR PERIOD AUGUST 13, 2015 - SEPTEMBER 11, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/12/15 | $517,367.39 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,367.39 |
| Interest Paid | $21.26 | Average Collected Balance | $517,367.39 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.88 |
| Ending Balance 09/11/15 | $517,382.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL     FOR PERIOD AUGUST 13, 2015 - SEPTEMBER 11, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $21.26 | $517,388.65 | Credit | Interest paid | |
| 09/11 | -$5.95 | $517,382.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 11, 2015 - AUGUST 12, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/10/15 | $517,350.55 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,350.55 |
| Interest Paid | $23.39 | Average Collected Balance | $517,350.55 |
| 1 Checks/Debits | -$6.55 | Interest Earned During this Cycle | $23.39 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $173.62 |
| Ending Balance 08/12/15 | $517,367.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JULY 11, 2015  -  AUGUST 12, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $23.39 | $517,373.94 | Credit | Interest paid | |
| 08/12 | -$6.55 | $517,367.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
FDIC    EQUAL HOUSING LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 11, 2015 - JULY 10, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/10/15 | $517,335.24 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,335.24 |
| Interest Paid | $21.26 | Average Collected Balance | $517,335.24 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.23 |
| Ending Balance 07/10/15 | $517,350.55 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2015  -  JULY 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/10 | $21.26 | $517,356.50 | Credit | Interest paid | |
| 07/10 | -$5.95 | $517,350.55 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.

 

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 13, 2015 - JUNE 10, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/12/15 | $517,320.44 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,320.44 |
| Interest Paid | $20.55 | Average Collected Balance | $517,320.44 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.97 |
| Ending Balance 06/10/15 | $517,335.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 13, 2015 - JUNE 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/10 | $20.55 | $517,340.99 | Credit | Interest paid | |
| 06/10 | -$5.75 | $517,335.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC

 

## CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2015 - MAY 12, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/10/15 | $517,304.11 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,304.11 |
| Interest Paid | $22.68 | Average Collected Balance | $517,304.11 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $108.42 |
| Ending Balance 05/12/15 | $517,320.44 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2015  -  MAY 12, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.68 | $517,326.79 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,320.44 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
FDIC



EQUAL HOUSING
LENDER

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

---

## ACCOUNT SUMMARY    FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/11/15 | $517,288.80 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,288.80 |
| Interest Paid | $21.26 | Average Collected Balance | $517,288.80 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.74 |
| Ending Balance 04/10/15 | $517,304.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  MARCH 12, 2015  -  APRIL 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $21.26 | $517,310.06 | Credit | Interest paid | |
| 04/10 | -$5.95 | $517,304.11 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2015 Capital One, All rights reserved.

 

MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitaloneubank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/11/15 | $517,274.52 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,274.52 |
| Interest Paid | $19.84 | Average Collected Balance | $517,274.52 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.84 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.48 |
| Ending Balance 03/11/15 | $517,288.80 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/11 | $19.84 | $517,294.36 | Credit | Interest paid | |
| 03/11 | -$5.56 | $517,288.80 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2015 Capital One, All rights reserved.


MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  01/13/15 | $517,259.72 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,259.72 |
| Interest Paid | $20.55 | Average Collected Balance | $517,259.72 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.64 |
| Ending Balance 02/11/15 | $517,274.52 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2015  - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/11 | $20.55 | $517,280.27 | Credit | Interest paid | |
| 02/11 | -$5.75 | $517,274.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/10/14 | $517,242.38 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,242.38 |
| Interest Paid | $24.09 | Average Collected Balance | $517,242.38 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.09 |
| Ending Balance 01/13/15 | $517,259.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $24.09 | $517,266.47 | Credit | Interest paid | |
| 01/13 | -$6.75 | $517,259.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

  www.capitalonebank.com

  1-800-655-BANK (2265)

  m.capitalonebank.com

  Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We've included a wire transfer disclosure for your reading pleasure.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2014 - DECEMBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/13/14 | $517,228.61 | Number of Days in Cycle | 27 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,228.61 |
| Interest Paid | $19.13 | Average Collected Balance | $517,228.61 |
| 1 Checks/Debits | -$5.36 | Interest Earned During this Cycle | $19.13 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.85 |
| Ending Balance 12/10/14 | $517,242.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 14, 2014  -  DECEMBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/10 | $19.13 | $517,247.74 | Credit | Interest paid | |
| 12/10 | -$5.36 | $517,242.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



| | |
|---|---|
| www.capitaloebank.com | |
| 1-800-655-BANK (2265) | |
| m.capitalonebank.com | |
| Visit your local branch | |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 11, 2014 - NOVEMBER 13, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 10/10/14 | $517,211.27 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,211.27 |
| Interest Paid | $24.09 | Average Collected Balance | $517,211.27 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $238.72 |
| Ending Balance 11/13/14 | $517,228.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 11, 2014  -  NOVEMBER 13, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.09 | $517,235.36 | Credit | Interest paid | |
| 11/13 | -$6.75 | $517,228.61 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 09/11/14 | $517,196.47 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,196.47 |
| Interest Paid | $20.55 | Average Collected Balance | $517,196.47 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.63 |
| Ending Balance 10/10/14 | $517,211.27 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $20.55 | $517,217.02 | Credit | Interest paid | |
| 10/10 | -$5.75 | $517,211.27 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

 

MEMBER
FDIC

EQUAL HOUSING
LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



| | |
|---|---|
| | www.capitaloneebank.com |
| | 1-800-655-BANK (2265) |
| | m.capitalonebank.com |
| | Visit your local branch |

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 13, 2014  -  SEPTEMBER 11, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  08/12/14 | $517,181.17 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,181.17 |
| Interest Paid | $21.25 | Average Collected Balance | $517,181.17 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.08 |
| Ending Balance 09/11/14 | $517,196.47 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  AUGUST 13, 2014   -  SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $21.25 | $517,202.42 | Credit | Interest paid | |
| 09/11 | -$5.95 | $517,196.47 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.,
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 12, 2014 - AUGUST 12, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/11/14 | $517,164.85 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,164.85 |
| Interest Paid | $22.67 | Average Collected Balance | $517,164.85 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.83 |
| Ending Balance 08/12/14 | $517,181.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 12, 2014  -  AUGUST 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.67 | $517,187.52 | Credit | Interest paid | |
| 08/12 | -$6.35 | $517,181.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.,
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER FDIC

 **Capital One Bank**



 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY     FOR PERIOD JUNE 12, 2014  -  JULY 11, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  06/11/14 | $517,149.55 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,149.55 |
| Interest Paid | $21.25 | Average Collected Balance | $517,149.55 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.16 |
| Ending Balance 07/11/14 | $517,164.85 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 12, 2014  -  JULY 11, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $21.25 | $517,170.80 | Credit | Interest paid | |
| 07/11 | -$5.95 | $517,164.85 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

 

 MEMBER FDIC

 PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 13, 2014 - JUNE 11, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/12/14 | $517,134.25 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,134.25 |
| Interest Paid | $21.25 | Average Collected Balance | $517,134.25 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.91 |
| Ending Balance 06/11/14 | $517,149.55 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 13, 2014 - JUNE 11, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/11 | $21.25 | $517,155.50 | Credit | Interest paid | |
| 06/11 | -$5.95 | $517,149.55 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2014 - MAY 12, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/10/14 | $517,117.93 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,117.93 |
| Interest Paid | $22.67 | Average Collected Balance | $517,117.93 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $107.66 |
| Ending Balance 05/12/14 | $517,134.25 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2014 - MAY 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.67 | $517,140.60 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,134.25 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MARCH 13, 2014 - APRIL 10, 2014

**VIP Interest Checking** [Redacted] **9044**

| | | | |
|---|---|---|---|
| Previous Balance 03/12/14 | $517,103.14 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,103.14 |
| Interest Paid | $20.54 | Average Collected Balance | $517,103.14 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.99 |
| Ending Balance 04/10/14 | $517,117.93 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MARCH 13, 2014  - APRIL 10, 2014

**VIP Interest Checking** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $517,123.68 | Credit | Interest paid | |
| 04/10 | -$5.75 | $517,117.93 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**



 **CapitalOne Bank**

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/12/14 | $517,088.86 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,088.86 |
| Interest Paid | $19.83 | Average Collected Balance | $517,088.86 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.45 |
| Ending Balance 03/12/14 | $517,103.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD FEBRUARY 13, 2014  -  MARCH 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $517,108.69 | Credit | Interest paid | |
| 03/12 | -$5.55 | $517,103.14 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.

 **MEMBER FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2014 - FEBRUARY 12, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/13/14 | $517,073.56 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,073.56 |
| Interest Paid | $21.25 | Average Collected Balance | $517,073.56 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.62 |
| Ending Balance 02/12/14 | $517,088.86 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 14, 2014  - FEBRUARY 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $21.25 | $517,094.81 | Credit | Interest paid | |
| 02/12 | -$5.95 | $517,088.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.


MEMBER FDIC



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD DECEMBER 12, 2013 - JANUARY 13, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/11/13 | $517,056.73 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,056.73 |
| Interest Paid | $23.37 | Average Collected Balance | $517,056.73 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $23.37 |
| Ending Balance 01/13/14 | $517,073.56 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 12, 2013  -  JANUARY 13, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $23.37 | $517,080.10 | Credit | Interest paid | |
| 01/13 | -$6.54 | $517,073.56 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

y

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.



 **CapitalOne** Bank

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2013 - DECEMBER 11, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  11/13/13 | $517,042.45 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,042.45 |
| Interest Paid | $19.83 | Average Collected Balance | $517,042.45 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.74 |
| Ending Balance 12/11/13 | $517,056.73 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  NOVEMBER 14, 2013   -  DECEMBER 11, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/11 | $19.83 | $517,062.28 | Credit | Interest paid | |
| 12/11 | -$5.55 | $517,056.73 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

MEMBER
**FDIC**

 **CapitalOne Bank**

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 11, 2013 - NOVEMBER 13, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 10/10/13 | $517,025.11 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,025.11 |
| Interest Paid | $24.08 | Average Collected Balance | $517,025.11 |
| 1 Checks/Debits | -$6.74 | Interest Earned During this Cycle | $24.08 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.91 |
| Ending Balance 11/13/13 | $517,042.45 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 11, 2013  -  NOVEMBER 13, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.08 | $517,049.19 | Credit | Interest paid | |
| 11/13 | -$6.74 | $517,042.45 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC** 



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 09/12/13 | $517,010.83 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,010.83 |
| Interest Paid | $19.83 | Average Collected Balance | $517,010.83 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $213.83 |
| Ending Balance 10/10/13 | $517,025.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $19.83 | $517,030.66 | Credit | Interest paid | |
| 10/10 | -$5.55 | $517,025.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 
MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 13, 2013 - SEPTEMBER 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/12/13 | $516,995.02 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,995.02 |
| Interest Paid | $21.96 | Average Collected Balance | $516,995.02 |
| 1 Checks/Debits | -$6.15 | Interest Earned During this Cycle | $21.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.00 |
| Ending Balance 09/12/13 | $517,010.83 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 13, 2013  -  SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/12 | $21.96 | $517,016.98 | Credit | Interest paid | |
| 09/12 | -$6.15 | $517,010.83 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2013 Capital One, All rights reserved.



MEMBER
FDIC

 **CapitalOne** Bank

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 12, 2013 - AUGUST 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  07/11/13 | $516,978.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,978.70 |
| Interest Paid | $22.66 | Average Collected Balance | $516,978.70 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.04 |
| Ending Balance 08/12/13 | $516,995.02 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JULY 12, 2013  - AUGUST 12, 2013

### VIP Interest Checking  [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.66 | $517,001.36 | Credit | Interest paid | |
| 08/12 | -$6.34 | $516,995.02 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2013 - JULY 11, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/12/13 | $516,963.91 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,963.91 |
| Interest Paid | $20.54 | Average Collected Balance | $516,963.91 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.38 |
| Ending Balance 07/11/13 | $516,978.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2013  -  JULY 11, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $20.54 | $516,984.45 | Credit | Interest paid | |
| 07/11 | -$5.75 | $516,978.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2013 - JUNE 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/10/13 | $516,947.08 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,947.08 |
| Interest Paid | $23.37 | Average Collected Balance | $516,947.08 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.84 |
| Ending Balance 06/12/13 | $516,963.91 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 11, 2013   -  JUNE 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/12 | $23.37 | $516,970.45 | Credit | Interest paid | |
| 06/12 | -$6.54 | $516,963.91 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2013 - MAY 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  04/10/13 | $516,931.79 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,931.79 |
| Interest Paid | $21.24 | Average Collected Balance | $516,931.79 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.24 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.47 |
| Ending Balance 05/10/13 | $516,947.08 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2013  -  MAY 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/10 | $21.24 | $516,953.03 | Credit | Interest paid | |
| 05/10 | -$5.95 | $516,947.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER FDIC



| | CHECKING | SAVINGS | CDS | IRAS | LOANS |

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2013 - APRIL 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/12/13 | $516,917.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,917.00 |
| Interest Paid | $20.54 | Average Collected Balance | $516,917.00 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.23 |
| Ending Balance 04/10/13 | $516,931.79 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2013  -  APRIL 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $516,937.54 | Credit | Interest paid | |
| 04/10 | -$5.75 | $516,931.79 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

There's a change to the way items post to your account starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

---

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  02/12/13 | $516,902.72 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,902.72 |
| Interest Paid | $19.83 | Average Collected Balance | $516,902.72 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $63.69 |
| Ending Balance 03/12/13 | $516,917.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2013  - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $516,922.55 | Credit | Interest paid | |
| 03/12 | -$5.55 | $516,917.00 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

There's a change to the way items post to your account starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

---

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/11/13 | $516,886.40 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,886.40 |
| Interest Paid | $22.66 | Average Collected Balance | $516,886.40 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $43.86 |
| Ending Balance 02/12/13 | $516,902.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $22.66 | $516,909.06 | Credit | Interest paid | |
| 02/12 | -$6.34 | $516,902.72 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



 **Capital**One **Bank**          CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

---

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2012 - JANUARY 11, 2013

**VIP Interest Checking** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/12/12 | $516,871.14 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,871.14 |
| Interest Paid | $21.20 | Average Collected Balance | $516,871.14 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.20 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.20 |
| Ending Balance 01/11/13 | $516,886.40 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD DECEMBER 13, 2012  -  JANUARY 11, 2013

**VIP Interest Checking** [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/11 | $21.20 | $516,892.34 | Credit | Interest paid | |
| 01/11 | -$5.94 | $516,886.40 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**  EQUAL HOUSING LENDER



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

NOTICE: As of 1/1/2013, all non-interest transaction accounts (including IOLTAs) will only be FDIC-insured up to $250,000 per ownership category. Learn more: http://captil.co/FDIC13

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 14, 2012 - DECEMBER 12, 2012

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/13/12 | $516,856.39 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,856.39 |
| Interest Paid | $20.48 | Average Collected Balance | $516,856.39 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.48 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.43 |
| Ending Balance 12/12/12 | $516,871.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 14, 2012  - DECEMBER 12, 2012

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/12 | $20.48 | $516,876.87 | Credit | Interest paid | |
| 12/12 | -$5.73 | $516,871.14 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 MEMBER FDIC

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient  secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 12, 2012 - NOVEMBER 13, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  10/11/12 | $516,839.61 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,839.61 |
| Interest Paid | $23.30 | Average Collected Balance | $516,839.61 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.95 |
| Ending Balance 11/13/12 | $516,856.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 12, 2012  -  NOVEMBER 13, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $23.30 | $516,862.91 | Credit | Interest paid | |
| 11/13 | -$6.52 | $516,856.39 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

 MEMBER FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Stay on top of your account with Online Banking. Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2012 - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  09/13/12 | $516,825.38 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,825.38 |
| Interest Paid | $19.77 | Average Collected Balance | $516,825.38 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.77 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.65 |
| Ending Balance 10/11/12 | $516,839.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 14, 2012  -  OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/11 | $19.77 | $516,845.15 | Credit | Interest paid | |
| 10/11 | -$5.54 | $516,839.61 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One. All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

We're always aiming to improve your banking experience, so we've tweaked your statement design. You'll see some small changes, but all your info is still right here.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  08/10/12 | $516,808.09 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,808.09 |
| Interest Paid | $24.01 | Average Collected Balance | $516,808.09 |
| 1 Checks/Debits | -$6.72 | Interest Earned During this Cycle | $24.01 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.88 |
| Ending Balance 09/13/12 | $516,825.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 11, 2012  -  SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/13 | $24.01 | $516,832.10 | Credit | Interest paid | |
| 09/13 | -$6.72 | $516,825.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Pay your bills on time every time with Online Bill Pay. It's free and secure, and lets you manage all your payments from one place. Try it out today at capitalonebank.com.

ACCOUNT SUMMARY     FOR PERIOD JULY 13, 2012 - AUGUST 10, 2012     PAGE 1 OF 2

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/12/12 | $516,793.35 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,793.35 |
| Interest Paid | $20.47 | Average Collected Balance | $516,793.35 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $170.87 |
| Ending Balance 08/10/12 | $516,808.09 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD  JULY 13, 2012   – AUGUST 10, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $20.47 | $516,813.82 | Credit | Interest paid | |
| 08/10 | -$5.73 | $516,808.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

It's vacation season! Keep your bank in your pocket wherever you go with Mobile Banking. Download our app and find out more by texting 'mobile' to 80101.

## ACCOUNT SUMMARY   FOR PERIOD JUNE 13, 2012 - JULY 12, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/12/12 | $516,778.10 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,778.10 |
| Interest Paid | $21.18 | Average Collected Balance | $516,778.10 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.40 |
| Ending Balance 07/12/12 | $516,793.35 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2012   – JULY 12, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/12 | $21.18 | $516,799.28 | Credit | Interest paid | |
| 07/12 | -$5.93 | $516,793.35 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

---

## ACCOUNT SUMMARY   FOR PERIOD MAY 11, 2012 - JUNE 12, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  05/10/12 | $516,761.32 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,761.32 |
| Interest Paid | $23.30 | Average Collected Balance | $516,761.32 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $129.22 |
| Ending Balance 06/12/12 | $516,778.10 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/12 | $23.30 | $516,784.62 | Credit | Interest paid | |
| 06/12 | -$6.52 | $516,778.10 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Build that home addition or even help pay tuition. Our rates on home equity loans and lines of credit are among the lowest available - for details, visit
CapitalOneBank.com.

---

ACCOUNT SUMMARY     FOR PERIOD APRIL 12, 2012 - MAY 10, 2012     

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  04/11/12 | $516,746.58 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,746.58 |
| Interest Paid | $20.47 | Average Collected Balance | $516,746.58 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.92 |
| Ending Balance 05/10/12 | $516,761.32 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD APRIL 12, 2012 - MAY 10, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/10 | $20.47 | $516,767.05 | Credit | Interest paid | |
| 05/10 | -$5.73 | $516,761.32 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC

EQUAL HOUSING
LENDER



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917


1-800-655-BANK (2265)
*Available 24/7*


www.capitalonebank.com
*Go green with online statements*


Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Go green this spring when you choose paperless statements. Log in at CapitalOneBank.com and click the leaf icon next to your account to make the switch.

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/12/12 | $516,731.33 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,731.33 |
| Interest Paid | $21.18 | Average Collected Balance | $516,731.33 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.45 |
| Ending Balance 04/11/12 | $516,746.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.


MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

## ACCOUNT DETAIL  FOR PERIOD MARCH 13, 2012 – APRIL 11, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/11 | $21.18 | $516,752.51 | Credit | Interest paid | |
| 04/11 | -$5.93 | $516,746.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**  EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

  1-800-655-BANK (2265)
*Available 24/7*

  www.capitalonebank.com
*Go green with online statements*

  Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one web site and password. Start today at capitalonebank.com.

---

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 11, 2012 - MARCH 12, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/10/12 | $516,715.58 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,715.58 |
| Interest Paid | $21.88 | Average Collected Balance | $516,715.58 |
| 1 Checks/Debits | -$6.13 | Interest Earned During this Cycle | $21.88 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.27 |
| Ending Balance 03/12/12 | $516,731.33 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL     FOR PERIOD FEBRUARY 11, 2012   –   MARCH 12, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/12 | $21.88 | $516,737.46 | Credit | Interest paid | |
| 03/12 | -$6.13 | $516,731.33 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**   EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills and even transfer money. It's convenient, secure and FREE! Start at capitalonebank.com.

ACCOUNT SUMMARY       FOR PERIOD JANUARY 13, 2012 - FEBRUARY 10, 2012          PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  01/12/12 | $516,700.84 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,700.84 |
| Interest Paid | $20.47 | Average Collected Balance | $516,700.84 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $42.39 |
| Ending Balance 02/10/12 | $516,715.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JANUARY 13, 2012   – FEBRUARY 10, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $20.47 | $516,721.31 | Credit | Interest paid | |
| 02/10 | -$5.73 | $516,715.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC
EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

ACCOUNT SUMMARY       FOR PERIOD DECEMBER 13, 2011 - JANUARY 12, 2012                PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/12/11 | $516,685.06 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,685.06 |
| Interest Paid | $21.92 | Average Collected Balance | $516,685.06 |
| 1 Checks/Debits | -$6.14 | Interest Earned During this Cycle | $21.92 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.92 |
| Ending Balance 01/12/12 | $516,700.84 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $21.92 | $516,706.98 | Credit | Interest paid | |
| 01/12 | -$6.14 | $516,700.84 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

  1-800-655-BANK (2265)
*Available 24/7*

  www.capitalonebank.com
*Go green with online statements*

  Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Holiday shopping? Check your balance while out and about with Mobile Banking. Use our Android or iPhone app or find out more at capitalonebank.com/mobile.

---

ACCOUNT SUMMARY     FOR PERIOD NOVEMBER 11, 2011 - DECEMBER 12, 2011      

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/10/11 | $516,668.75 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,668.75 |
| Interest Paid | $22.65 | Average Collected Balance | $516,668.75 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.65 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $592.19 |
| Ending Balance 12/12/11 | $516,685.06 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC    EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD NOVEMBER 11, 2011  - DECEMBER 12, 2011    

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 12/12 | $22.65 | $516,691.40 | Credit | Interest paid | |
| 12/12 | -$6.34 | $516,685.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 14, 2011 - NOVEMBER 10, 2011

### Capital One Chk with Int  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  10/13/11 | $516,654.48 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,654.48 |
| Interest Paid | $19.82 | Average Collected Balance | $516,654.48 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.82 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $569.54 |
| Ending Balance 11/10/11 | $516,668.75 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 11/10 | $19.82 | $516,674.30 | Credit | Interest paid | |
| 11/10 | -$5.55 | $516,668.75 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC  EQUAL HOUSING LENDER



**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

   1-800-655-BANK (2265)
*Available 24/7*

   www.capitalonebank.com
*Go green with online statements*

   Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

We've added to our mobile apps! Check balances, transfer funds, pay bills and more--now from your Android phone. Download today at capitalone.com/mobile-banking.

---

ACCOUNT SUMMARY        FOR PERIOD SEPTEMBER 14, 2011  -  OCTOBER 13, 2011        PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  09/13/11 | $516,639.19 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,639.19 |
| Interest Paid | $21.23 | Average Collected Balance | $516,639.19 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.23 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $549.72 |
| Ending Balance 10/13/11 | $516,654.48 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER FDIC   EQUAL HOUSING LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 14, 2011  -  OCTOBER 13, 2011

**Capital One Chk with Int [Redacted] 9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 10/13 | $21.23 | $516,660.42 | Credit | Interest paid | |
| 10/13 | -$5.94 | $516,654.48 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.


MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917


1-800-655-BANK (2265)
*Available 24/7*


www.capitalonebank.com
*Go green with online statements*


Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

ACCOUNT SUMMARY     FOR PERIOD AUGUST 11, 2011 - SEPTEMBER 13, 2011    

**Capital One Chk with Int** [Redacted] **9044**

| | | | |
|---|---|---|---|
| Previous Balance 08/10/11 | $516,618.30 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,618.30 |
| Interest Paid | $29.02 | Average Collected Balance | $516,618.30 |
| 1 Checks/Debits | -$8.13 | Interest Earned During this Cycle | $29.02 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $528.49 |
| Ending Balance 09/13/11 | $516,639.19 | Annual Percentage Yield Earned | 0.06% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.

**MEMBER FDIC**



NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD AUGUST 11, 2011  -  SEPTEMBER 13, 2011

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 09/13 | $29.02 | $516,647.32 | Credit | Interest paid | |
| 09/13 | -$8.13 | $516,639.19 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one Web site and password. Start today at capitalonebank.com.

---

ACCOUNT SUMMARY     FOR PERIOD JULY 14, 2011 - AUGUST 10, 2011                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  07/13/11 | $516,589.77 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,589.77 |
| Interest Paid | $39.63 | Average Collected Balance | $516,589.77 |
| 1 Checks/Debits | -$11.10 | Interest Earned During this Cycle | $39.63 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $499.47 |
| Ending Balance 08/10/11 | $516,618.30 | Annual Percentage Yield Earned | 0.10% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $39.63 | $516,629.40 | Credit | Interest paid | |
| 08/10 | -$11.10 | $516,618.30 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
FDIC
EQUAL HOUSING
LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure and FREE! Start at capitalonebank.com.

---

ACCOUNT SUMMARY      FOR PERIOD JUNE 11, 2011  -  JULY 13, 2011                    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  06/10/11 | $516,556.15 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,556.15 |
| Interest Paid | $46.70 | Average Collected Balance | $516,556.15 |
| 1 Checks/Debits | -$13.08 | Interest Earned During this Cycle | $46.70 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $459.84 |
| Ending Balance 07/13/11 | $516,589.77 | Annual Percentage Yield Earned | 0.10% |

---

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD JUNE 11, 2011   -  JULY 13, 2011

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/13 | $46.70 | $516,602.85 | Credit | Interest paid | |
| 07/13 | -$13.08 | $516,589.77 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2011 Capital One, All rights reserved.

MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast It's easy. It's secure. Set up Direct Deposit with your employer today!

---

## ACCOUNT SUMMARY    FOR PERIOD MAY 12, 2011 - JUNE 10, 2011

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  05/11/11 | $516,525.58 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,525.58 |
| Interest Paid | $42.46 | Average Collected Balance | $516,525.58 |
| 1 Checks/Debits | -$11.89 | Interest Earned During this Cycle | $42.46 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $413.14 |
| Ending Balance 06/10/11 | $516,556.15 | Annual Percentage Yield Earned | 0.10% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC** 



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD MAY 12, 2011   - JUNE 10, 2011

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/10 | $42.46 | $516,568.04 | Credit | Interest paid | |
| 06/10 | -$11.89 | $516,556.15 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

With Direct Deposit, your paycheck is automatically put in your bank account. It's fast. It's easy. It's secure. Set up Direct Deposit with your employer today!

---

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/12/11 | $516,496.03 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,496.03 |
| Interest Paid | $41.04 | Average Collected Balance | $516,496.03 |
| 1 Checks/Debits | -$11.49 | Interest Earned During this Cycle | $41.04 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $370.68 |
| Ending Balance 05/11/11 | $516,525.58 | Annual Percentage Yield Earned | 0.10% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2011 Capital One, All rights reserved.



MEMBER **FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/11 | $41.04 | $516,537.07 | Credit | Interest paid | |
| 05/11 | -$11.49 | $516,525.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MAY 13, 2015 - JUNE 10, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/12/15 | $517,320.44 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,320.44 |
| Interest Paid | $20.55 | Average Collected Balance | $517,320.44 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.97 |
| Ending Balance 06/10/15 | $517,335.24 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MAY 13, 2015   -   JUNE 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/10 | $20.55 | $517,340.99 | Credit | Interest paid | |
| 06/10 | -$5.75 | $517,335.24 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2015 - MAY 12, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/10/15 | $517,304.11 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,304.11 |
| Interest Paid | $22.68 | Average Collected Balance | $517,304.11 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.68 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $108.42 |
| Ending Balance 05/12/15 | $517,320.44 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2015 - MAY 12, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.68 | $517,326.79 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,320.44 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 12, 2015 - APRIL 10, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/11/15 | $517,288.80 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,288.80 |
| Interest Paid | $21.26 | Average Collected Balance | $517,288.80 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.26 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.74 |
| Ending Balance 04/10/15 | $517,304.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 12, 2015   -  APRIL 10, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $21.26 | $517,310.06 | Credit | Interest paid | |
| 04/10 | -$5.95 | $517,304.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC

 **CapitalOne Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your account info online 24/7.

## ACCOUNT SUMMARY     FOR PERIOD FEBRUARY 12, 2015 - MARCH 11, 2015

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/11/15 | $517,274.52 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,274.52 |
| Interest Paid | $19.84 | Average Collected Balance | $517,274.52 |
| 1 Checks/Debits | -$5.56 | Interest Earned During this Cycle | $19.84 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.48 |
| Ending Balance 03/11/15 | $517,288.80 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL     FOR PERIOD FEBRUARY 12, 2015  -  MARCH 11, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/11 | $19.84 | $517,294.36 | Credit | Interest paid | |
| 03/11 | -$5.56 | $517,288.80 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.

 MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Here's a change: We're moving to quarterly statements if there's no activity on your account each month. What's not changing: You can still see your
account info online 24/7.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 14, 2015 - FEBRUARY 11, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  01/13/15 | $517,259.72 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,259.72 |
| Interest Paid | $20.55 | Average Collected Balance | $517,259.72 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.64 |
| Ending Balance 02/11/15 | $517,274.52 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 14, 2015  - FEBRUARY 11, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/11 | $20.55 | $517,280.27 | Credit | Interest paid | |
| 02/11 | -$5.75 | $517,274.52 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
**FDIC**



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 11, 2014 - JANUARY 13, 2015

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/10/14 | $517,242.38 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,242.38 |
| Interest Paid | $24.09 | Average Collected Balance | $517,242.38 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $24.09 |
| Ending Balance 01/13/15 | $517,259.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD  DECEMBER 11, 2014  -  JANUARY 13, 2015

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $24.09 | $517,266.47 | Credit | Interest paid | |
| 01/13 | -$6.75 | $517,259.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2015 Capital One, All rights reserved.



MEMBER
FDIC



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We've included a wire transfer disclosure for your reading pleasure.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2014 - DECEMBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/13/14 | $517,228.61 | Number of Days in Cycle | 27 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,228.61 |
| Interest Paid | $19.13 | Average Collected Balance | $517,228.61 |
| 1 Checks/Debits | -$5.36 | Interest Earned During this Cycle | $19.13 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.85 |
| Ending Balance 12/10/14 | $517,242.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2014  -  DECEMBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/10 | $19.13 | $517,247.74 | Credit | Interest paid | |
| 12/10 | -$5.36 | $517,242.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.



MEMBER FDIC



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 11, 2014  -  NOVEMBER 13, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  10/10/14 | $517,211.27 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,211.27 |
| Interest Paid | $24.09 | Average Collected Balance | $517,211.27 |
| 1 Checks/Debits | -$6.75 | Interest Earned During this Cycle | $24.09 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $238.72 |
| Ending Balance 11/13/14 | $517,228.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 11, 2014  -  NOVEMBER 13, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.09 | $517,235.36 | Credit | Interest paid | |
| 11/13 | -$6.75 | $517,228.61 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD SEPTEMBER 12, 2014 - OCTOBER 10, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  09/11/14 | $517,196.47 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,196.47 |
| Interest Paid | $20.55 | Average Collected Balance | $517,196.47 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.55 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.63 |
| Ending Balance 10/10/14 | $517,211.27 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD  SEPTEMBER 12, 2014  -  OCTOBER 10, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $20.55 | $517,217.02 | Credit | Interest paid | |
| 10/10 | -$5.75 | $517,211.27 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD AUGUST 13, 2014 - SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/12/14 | $517,181.17 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,181.17 |
| Interest Paid | $21.25 | Average Collected Balance | $517,181.17 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.08 |
| Ending Balance 09/11/14 | $517,196.47 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD AUGUST 13, 2014 - SEPTEMBER 11, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/11 | $21.25 | $517,202.42 | Credit | Interest paid | |
| 09/11 | -$5.95 | $517,196.47 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A..
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JULY 12, 2014 - AUGUST 12, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/11/14 | $517,164.85 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,164.85 |
| Interest Paid | $22.67 | Average Collected Balance | $517,164.85 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.83 |
| Ending Balance 08/12/14 | $517,181.17 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JULY 12, 2014  -  AUGUST 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.67 | $517,187.52 | Credit | Interest paid | |
| 08/12 | -$6.35 | $517,181.17 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 12, 2014 - JULY 11, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/11/14 | $517,149.55 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,149.55 |
| Interest Paid | $21.25 | Average Collected Balance | $517,149.55 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.16 |
| Ending Balance 07/11/14 | $517,164.85 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JUNE 12, 2014  - JULY 11, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $21.25 | $517,170.80 | Credit | Interest paid | |
| 07/11 | -$5.95 | $517,164.85 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER FDIC



**Capital One Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 13, 2014 - JUNE 11, 2014

**VIP Interest Checking** [Redacted] **9044**

| | | | |
|---|---|---|---|
| Previous Balance  05/12/14 | $517,134.25 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,134.25 |
| Interest Paid | $21.25 | Average Collected Balance | $517,134.25 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.91 |
| Ending Balance 06/11/14 | $517,149.55 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 13, 2014   -   JUNE 11, 2014

**VIP Interest Checking** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/11 | $21.25 | $517,155.50 | Credit | Interest paid | |
| 06/11 | -$5.95 | $517,149.55 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD APRIL 11, 2014 - MAY 12, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---:|---|---:|
| Previous Balance 04/10/14 | $517,117.93 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,117.93 |
| Interest Paid | $22.67 | Average Collected Balance | $517,117.93 |
| 1 Checks/Debits | -$6.35 | Interest Earned During this Cycle | $22.67 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $107.66 |
| Ending Balance 05/12/14 | $517,134.25 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD APRIL 11, 2014  -  MAY 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/12 | $22.67 | $517,140.60 | Credit | Interest paid | |
| 05/12 | -$6.35 | $517,134.25 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2014 - APRIL 10, 2014

**VIP Interest Checking  [Redacted] 9044**

| | | | |
|---|---|---|---|
| Previous Balance  03/12/14 | $517,103.14 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,103.14 |
| Interest Paid | $20.54 | Average Collected Balance | $517,103.14 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.99 |
| Ending Balance 04/10/14 | $517,117.93 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2014   -  APRIL 10, 2014

**VIP Interest Checking** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $517,123.68 | Credit | Interest paid | |
| 04/10 | -$5.75 | $517,117.93 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2014 Capital One, All rights reserved.



MEMBER
**FDIC**



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917



www.capitalonebank.com

1-800-655-BANK (2265)

m.capitalonebank.com

Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/12/14 | $517,088.86 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,088.86 |
| Interest Paid | $19.83 | Average Collected Balance | $517,088.86 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.45 |
| Ending Balance 03/12/14 | $517,103.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2014 - MARCH 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $517,108.69 | Credit | Interest paid | |
| 03/12 | -$5.55 | $517,103.14 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2014 Capital One, All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JANUARY 14, 2014 - FEBRUARY 12, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/13/14 | $517,073.56 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,073.56 |
| Interest Paid | $21.25 | Average Collected Balance | $517,073.56 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.25 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $44.62 |
| Ending Balance 02/12/14 | $517,088.86 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 14, 2014  -  FEBRUARY 12, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $21.25 | $517,094.81 | Credit | Interest paid | |
| 02/12 | -$5.95 | $517,088.86 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2014 Capital One, All rights reserved.

MEMBER
**FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 12, 2013 - JANUARY 13, 2014

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  12/11/13 | $517,056.73 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,056.73 |
| Interest Paid | $23.37 | Average Collected Balance | $517,056.73 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $23.37 |
| Ending Balance 01/13/14 | $517,073.56 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD  DECEMBER 12, 2013  -  JANUARY 13, 2014

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/13 | $23.37 | $517,080.10 | Credit | Interest paid | |
| 01/13 | -$6.54 | $517,073.56 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2014 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING
LENDER



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD NOVEMBER 14, 2013 - DECEMBER 11, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  11/13/13 | $517,042.45 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,042.45 |
| Interest Paid | $19.83 | Average Collected Balance | $517,042.45 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $257.74 |
| Ending Balance 12/11/13 | $517,056.73 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD NOVEMBER 14, 2013  -  DECEMBER 11, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/11 | $19.83 | $517,062.28 | Credit | Interest paid | |
| 12/11 | -$5.55 | $517,056.73 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.





MEMBER
FDIC



# CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## ACCOUNT SUMMARY  FOR PERIOD OCTOBER 11, 2013 - NOVEMBER 13, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  10/10/13 | $517,025.11 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,025.11 |
| Interest Paid | $24.08 | Average Collected Balance | $517,025.11 |
| 1 Checks/Debits | -$6.74 | Interest Earned During this Cycle | $24.08 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.91 |
| Ending Balance 11/13/13 | $517,042.45 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD OCTOBER 11, 2013  -  NOVEMBER 13, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $24.08 | $517,049.19 | Credit | Interest paid | |
| 11/13 | -$6.74 | $517,042.45 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER
FDIC

 **Capital**One™ **Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 09/12/13 | $517,010.83 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $517,010.83 |
| Interest Paid | $19.83 | Average Collected Balance | $517,010.83 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $213.83 |
| Ending Balance 10/10/13 | $517,025.11 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD SEPTEMBER 13, 2013 - OCTOBER 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/10 | $19.83 | $517,030.66 | Credit | Interest paid | |
| 10/10 | -$5.55 | $517,025.11 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N. A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.

 MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 13, 2013 - SEPTEMBER 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  08/12/13 | $516,995.02 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,995.02 |
| Interest Paid | $21.96 | Average Collected Balance | $516,995.02 |
| 1 Checks/Debits | -$6.15 | Interest Earned During this Cycle | $21.96 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.00 |
| Ending Balance 09/12/13 | $517,010.83 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 13, 2013   -  SEPTEMBER 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/12 | $21.96 | $517,016.98 | Credit | Interest paid | |
| 09/12 | -$6.15 | $517,010.83 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

MEMBER
FDIC

 **CapitalOne™ Bank**

CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD JULY 12, 2013 - AUGUST 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 07/11/13 | $516,978.70 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,978.70 |
| Interest Paid | $22.66 | Average Collected Balance | $516,978.70 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $172.04 |
| Ending Balance 08/12/13 | $516,995.02 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JULY 12, 2013  - AUGUST 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 08/12 | $22.66 | $517,001.36 | Credit | Interest paid | |
| 08/12 | -$6.34 | $516,995.02 | Debit | FED TAX WITHHELD | |



*Thank you for banking with us.*                    PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD JUNE 13, 2013 - JULY 11, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/12/13 | $516,963.91 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,963.91 |
| Interest Paid | $20.54 | Average Collected Balance | $516,963.91 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $149.38 |
| Ending Balance 07/11/13 | $516,978.70 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD JUNE 13, 2013 - JULY 11, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 07/11 | $20.54 | $516,984.45 | Credit | Interest paid | |
| 07/11 | -$5.75 | $516,978.70 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC**

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY   FOR PERIOD MAY 11, 2013 - JUNE 12, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 05/10/13 | $516,947.08 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,947.08 |
| Interest Paid | $23.37 | Average Collected Balance | $516,947.08 |
| 1 Checks/Debits | -$6.54 | Interest Earned During this Cycle | $23.37 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $128.84 |
| Ending Balance 06/12/13 | $516,963.91 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD MAY 11, 2013  -  JUNE 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 06/12 | $23.37 | $516,970.45 | Credit | Interest paid | |
| 06/12 | -$6.54 | $516,963.91 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*      PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.

 MEMBER **FDIC** 



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD APRIL 11, 2013 - MAY 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 04/10/13 | $516,931.79 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,931.79 |
| Interest Paid | $21.24 | Average Collected Balance | $516,931.79 |
| 1 Checks/Debits | -$5.95 | Interest Earned During this Cycle | $21.24 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.47 |
| Ending Balance 05/10/13 | $516,947.08 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD APRIL 11, 2013  -  MAY 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 05/10 | $21.24 | $516,953.03 | Credit | Interest paid | |
| 05/10 | -$5.95 | $516,947.08 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER
**FDIC**



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2013 - APRIL 10, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  03/12/13 | $516,917.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,917.00 |
| Interest Paid | $20.54 | Average Collected Balance | $516,917.00 |
| 1 Checks/Debits | -$5.75 | Interest Earned During this Cycle | $20.54 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $84.23 |
| Ending Balance 04/10/13 | $516,931.79 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2013   -  APRIL 10, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 04/10 | $20.54 | $516,937.54 | Credit | Interest paid | |
| 04/10 | -$5.75 | $516,931.79 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2013 Capital One, All rights reserved.


MEMBER FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

There's a change to the way items post to your account starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 02/12/13 | $516,902.72 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,902.72 |
| Interest Paid | $19.83 | Average Collected Balance | $516,902.72 |
| 1 Checks/Debits | -$5.55 | Interest Earned During this Cycle | $19.83 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $63.69 |
| Ending Balance 03/12/13 | $516,917.00 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 13, 2013 - MARCH 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 03/12 | $19.83 | $516,922.55 | Credit | Interest paid | |
| 03/12 | -$5.55 | $516,917.00 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.



MEMBER
FDIC



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

There's a change to the way items post to your account-starting 2/22/13. For more information, visit capitalone.com/CreditsandDebits.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 01/11/13 | $516,886.40 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,886.40 |
| Interest Paid | $22.66 | Average Collected Balance | $516,886.40 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.66 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $43.86 |
| Ending Balance 02/12/13 | $516,902.72 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 12, 2013 - FEBRUARY 12, 2013

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 02/12 | $22.66 | $516,909.06 | Credit | Interest paid | |
| 02/12 | -$6.34 | $516,902.72 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2013 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

---

## ACCOUNT SUMMARY    FOR PERIOD DECEMBER 13, 2012 - JANUARY 11, 2013

### VIP Interest Checking  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  12/12/12 | $516,871.14 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,871.14 |
| Interest Paid | $21.20 | Average Collected Balance | $516,871.14 |
| 1 Checks/Debits | -$5.94 | Interest Earned During this Cycle | $21.20 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.20 |
| Ending Balance 01/11/13 | $516,886.40 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2012  - JANUARY 11, 2013

### VIP Interest Checking  [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 01/11 | $21.20 | $516,892.34 | Credit | Interest paid | |
| 01/11 | -$5.94 | $516,886.40 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2013 Capital One, All rights reserved.

MEMBER
**FDIC**




**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

NOTICE: As of 1/1/2013, all non-interest transaction accounts (including IOLTAs) will only be FDIC-insured up to $250,000 per ownership category. Learn more: http://capit1.co/FDIC13

## ACCOUNT SUMMARY FOR PERIOD NOVEMBER 14, 2012 - DECEMBER 12, 2012

### VIP Interest Checking [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 11/13/12 | $516,856.39 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,856.39 |
| Interest Paid | $20.48 | Average Collected Balance | $516,856.39 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.48 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $258.43 |
| Ending Balance 12/12/12 | $516,871.14 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL FOR PERIOD NOVEMBER 14, 2012 - DECEMBER 12, 2012

### VIP Interest Checking [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 12/12 | $20.48 | $516,876.87 | Credit | Interest paid | |
| 12/12 | -$5.73 | $516,871.14 | Debit | FED TAX WITHHELD | |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

 

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▸ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY  FOR PERIOD OCTOBER 12, 2012 - NOVEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  10/11/12 | $516,839.61 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,839.61 |
| Interest Paid | $23.30 | Average Collected Balance | $516,839.61 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $237.95 |
| Ending Balance 11/13/12 | $516,856.39 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD OCTOBER 12, 2012  -  NOVEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 11/13 | $23.30 | $516,862.91 | Credit | Interest paid | |
| 11/13 | -$6.52 | $516,856.39 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.

 

 **CHECKING** | **SAVINGS** | **CDS** | **IRAS** | **LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Stay on top of your account with Online Banking. Check your balances, pay bills and even transfer money. It's convenient, secure, and FREE! Start at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD SEPTEMBER 14, 2012 - OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  09/13/12 | $516,825.38 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,825.38 |
| Interest Paid | $19.77 | Average Collected Balance | $516,825.38 |
| 1 Checks/Debits | -$5.54 | Interest Earned During this Cycle | $19.77 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $214.65 |
| Ending Balance 10/11/12 | $516,839.61 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL   FOR PERIOD SEPTEMBER 14, 2012  -  OCTOBER 11, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 10/11 | $19.77 | $516,845.15 | Credit | Interest paid | |
| 10/11 | -$5.54 | $516,839.61 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*                                PAGE 1 OF 2

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 www.capitalonebank.com
*Go green with online statements*

 1-800-655-BANK (2265)

 m.capitalonebank.com

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

We're always aiming to improve your banking experience, so we've tweaked your statement design. You'll see some small changes, but all your info is still right here.

## ACCOUNT SUMMARY  FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 08/10/12 | $516,808.09 | Number of Days in Cycle | 34 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,808.09 |
| Interest Paid | $24.01 | Average Collected Balance | $516,808.09 |
| 1 Checks/Debits | -$6.72 | Interest Earned During this Cycle | $24.01 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $194.88 |
| Ending Balance 09/13/12 | $516,825.38 | Annual Percentage Yield Earned | 0.05% |

## ACCOUNT DETAIL  FOR PERIOD AUGUST 11, 2012 - SEPTEMBER 13, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|---|---|---|---|---|---|
| 09/13 | $24.01 | $516,832.10 | Credit | Interest paid | |
| 09/13 | -$6.72 | $516,825.38 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Pay your bills on time every time with Online Bill Pay. It's free and secure, and lets you manage all your payments from one place. Try it out today at capitalonebank.com.

## ACCOUNT SUMMARY   FOR PERIOD JULY 13, 2012 - AUGUST 10, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  07/12/12 | $516,793.35 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,793.35 |
| Interest Paid | $20.47 | Average Collected Balance | $516,793.35 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $170.87 |
| Ending Balance 08/10/12 | $516,808.09 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JULY 13, 2012  – AUGUST 10, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 08/10 | $20.47 | $516,813.82 | Credit | Interest paid | |
| 08/10 | -$5.73 | $516,808.09 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
FDIC 

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

It's vacation season! Keep your bank in your pocket wherever you go with Mobile Banking. Download our app and find out more by texting 'mobile' to 80101.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 13, 2012 - JULY 12, 2012

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 06/12/12 | $516,778.10 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,778.10 |
| Interest Paid | $21.18 | Average Collected Balance | $516,778.10 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $150.40 |
| Ending Balance 07/12/12 | $516,793.35 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.

MEMBER
**FDIC**

 

**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD JUNE 13, 2012  -  JULY 12, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 07/12 | $21.18 | $516,799.28 | Credit | Interest paid | |
| 07/12 | -$5.93 | $516,793.35 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.

MEMBER
**FDIC** 

 **CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills, and even transfer money. It's convenient, secure, and FREE! Start
at capitalonebank.com.

## ACCOUNT SUMMARY    FOR PERIOD MAY 11, 2012 - JUNE 12, 2012

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  05/10/12 | $516,761.32 | Number of Days in Cycle | 33 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,761.32 |
| Interest Paid | $23.30 | Average Collected Balance | $516,761.32 |
| 1 Checks/Debits | -$6.52 | Interest Earned During this Cycle | $23.30 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $129.22 |
| Ending Balance 06/12/12 | $516,778.10 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

ACCOUNT DETAIL  FOR PERIOD MAY 11, 2012  – JUNE 12, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 06/12 | $23.30 | $516,784.62 | Credit | Interest paid | |
| 06/12 | -$6.52 | $516,778.10 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Build that home addition or even help pay tuition. Our rates on home equity loans and lines of credit are among the lowest available - for details, visit
CapitalOneBank.com.

---

ACCOUNT SUMMARY    FOR PERIOD APRIL 12, 2012 - MAY 10, 2012

**Capital One Chk with Int**  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  04/11/12 | $516,746.58 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,746.58 |
| Interest Paid | $20.47 | Average Collected Balance | $516,746.58 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $105.92 |
| Ending Balance 05/10/12 | $516,761.32 | Annual Percentage Yield Earned | 0.05% |

---

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.


MEMBER
FDIC



**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD APRIL 12, 2012  - MAY 10, 2012

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 05/10 | $20.47 | $516,767.05 | Credit | Interest paid | |
| 05/10 | -$5.73 | $516,761.32 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Go green this spring when you choose paperless statements. Log in at CapitalOneBank.com and click the leaf icon next to your account to make the switch.

ACCOUNT SUMMARY    FOR PERIOD MARCH 13, 2012 - APRIL 11, 2012    PAGE 1 OF 2

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 03/12/12 | $516,731.33 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,731.33 |
| Interest Paid | $21.18 | Average Collected Balance | $516,731.33 |
| 1 Checks/Debits | -$5.93 | Interest Earned During this Cycle | $21.18 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $85.45 |
| Ending Balance 04/11/12 | $516,746.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.





**CHECKING | SAVINGS | CDS | IRAS | LOANS**

NINA FISCHMAN

ACCOUNT DETAIL    FOR PERIOD MARCH 13, 2012  -  APRIL 11, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 04/11 | $21.18 | $516,752.51 | Credit | Interest paid | |
| 04/11 | -$5.93 | $516,746.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER
**FDIC**



NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY  115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▶ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Online Bill Pay is your one place to pay almost anything or anyone. It's easy and it's fast. And it's all through one web site and password. Start today at capitalonebank.com.

## ACCOUNT SUMMARY       FOR PERIOD FEBRUARY 11, 2012  -  MARCH 12, 2012       PAGE 1 OF 2

### Capital One Chk with Int  [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  02/10/12 | $516,715.58 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,715.58 |
| Interest Paid | $21.88 | Average Collected Balance | $516,715.58 |
| 1 Checks/Debits | -$6.13 | Interest Earned During this Cycle | $21.88 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $64.27 |
| Ending Balance 03/12/12 | $516,731.33 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One, All rights reserved.



MEMBER
FDIC



CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 11, 2012  –  MARCH 12, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 03/12 | $21.88 | $516,737.46 | Credit | Interest paid | |
| 03/12 | -$6.13 | $516,731.33 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC. © 2012 Capital One, All rights reserved.



MEMBER
FDIC

 **CapitalOne** *Bank*

 CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 **1-800-655-BANK (2265)**
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

**IMPORTANT MESSAGES**

Why not stay on top of your money with Online Banking? Check your balances, pay bills and even transfer money. It's convenient, secure. and FREE! Start at capitalonebank.com.

---

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 13, 2012 - FEBRUARY 10, 2012          PAGE 1 OF 2

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  01/12/12 | $516,700.84 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,700.84 |
| Interest Paid | $20.47 | Average Collected Balance | $516,700.84 |
| 1 Checks/Debits | -$5.73 | Interest Earned During this Cycle | $20.47 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $42.39 |
| Ending Balance 02/10/12 | $516,715.58 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

---



Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.,
and does not refer to a separately insured institution.
Member FDIC, © 2012 Capital One. All rights reserved.

MEMBER
**FDIC**    U.S. EQUAL HOUSING LENDER



NINA FISCHMAN

ACCOUNT DETAIL     FOR PERIOD JANUARY 13, 2012   – FEBRUARY 10, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 02/10 | $20.47 | $516,721.31 | Credit | Interest paid | |
| 02/10 | -$5.73 | $516,715.58 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917

 1-800-655-BANK (2265)
*Available 24/7*

 www.capitalonebank.com
*Go green with online statements*

 Visit your local branch

▸ New address? Please contact customer service to update.

---

## IMPORTANT MESSAGES

Too many paper piles? Simplify with convenient and secure online statements. Log in at CapitalOne.com and click the leaf icon next to your account to enroll.

---

## ACCOUNT SUMMARY     FOR PERIOD DECEMBER 13, 2011 - JANUARY 12, 2012     PAGE 1 OF 2

### Capital One Chk with Int [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance 12/12/11 | $516,685.06 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,685.06 |
| Interest Paid | $21.92 | Average Collected Balance | $516,685.06 |
| 1 Checks/Debits | -$6.14 | Interest Earned During this Cycle | $21.92 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $21.92 |
| Ending Balance 01/12/12 | $516,700.84 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

---

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2012 Capital One, All rights reserved.





NINA FISCHMAN

ACCOUNT DETAIL   FOR PERIOD DECEMBER 13, 2011  -  JANUARY 12, 2012

**Capital One Chk with Int** [Redacted] **9044**

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 01/12 | $21.92 | $516,706.98 | Credit | Interest paid | |
| 01/12 | -$6.14 | $516,700.84 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2012 Capital One, All rights reserved.





CHECKING | SAVINGS | CDS | IRAS | LOANS

NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 115982917


1-800-655-BANK (2265)
*Available 24/7*


www.capitalonebank.com
*Go green with online statements*


Visit your local branch

▸ New address? Please contact customer service to update.

## IMPORTANT MESSAGES

Holiday shopping? Check your balance while out and about with Mobile Banking. Use our Android or iPhone app or find out more at capitalonebank.com/mobile.

**Capital One Chk with Int** [Redacted] 9044

| | | | |
|---|---|---|---|
| Previous Balance  11/10/11 | $516,668.75 | Number of Days in Cycle | 32 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $516,668.75 |
| Interest Paid | $22.65 | Average Collected Balance | $516,668.75 |
| 1 Checks/Debits | -$6.34 | Interest Earned During this Cycle | $22.65 |
| Service Charges | $0.00 | Interest Paid Year-To-Date | $592.19 |
| Ending Balance 12/12/11 | $516,685.06 | Annual Percentage Yield Earned | 0.05% |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution.
Member FDIC. © 2011 Capital One, All rights reserved.



MEMBER
FDIC



NINA FISCHMAN

## ACCOUNT DETAIL   FOR PERIOD  NOVEMBER 11, 2011   -  DECEMBER 12, 2011

### Capital One Chk with Int [Redacted] 9044

| Date | Amount | Resulting Balance | Transaction Type | Description | Debit Card No. |
|------|--------|-------------------|------------------|-------------|----------------|
| 12/12 | $22.65 | $516,691.40 | Credit | Interest paid | |
| 12/12 | -$6.34 | $516,685.06 | Debit | FED TAX WITHHELD | |

*Thank you for banking with us.*

Branch bank products and services offered by Capital One, N.A.,
Capital One Bank is a trade name of Capital One, N.A.
and does not refer to a separately insured institution,
Member FDIC, © 2011 Capital One, All rights reserved.

MEMBER
**FDIC**
EQUAL HOUSING LENDER