# YOUR CMA FOR TRUST ASSETS

February 29, 2020 - March 31, 2020

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 1.01 | 1.01 | | 1.01 | | |
| ✛ML BANK DEPOSIT PROGRAM | 64,303.00 | 64,303.00 | 1.0000 | 64,303.00 | 58 | .09 |
| ✛FDIC INSURED NOT SIPC COVERED | | | | | | |
| ✛PREFERRED DEPOSIT | 249,003.00 | 249,003.00 | 1.0000 | 249,003.00 | 1,469 | .59 |
| ✛FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 313,307.01 | | 313,307.01 | 1,527 | .49 |

| CDs/EQUIVALENTS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD TRUIST BANK | 11/05/19 | 148,000 | 147,926.00 | 100.0770 | 148,113.96 | 187.96 | 901.79 | 2,368 |
| CHARLOTTE, NC  01.600% MAY 13 2020 | | | | | | | | |
| CUSIP: 105133GP1  CURRENT YIELD 1.59% | | | | | | | | |
| **TOTAL**    YIELD 1.60% | | 148,000 | 147,926.00 | | 148,113.96 | 187.96 | 901.79 | 2,368 |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

| EQUITIES Description | Symbol  Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ADVNCD MICRO D INC | AMD 12/19/19 | 1,200.0000 | 43.1279 | 51,753.48 | 45.4800 | 54,576.00 | 2,822.52 | |
| AMAZON COM INC  COM | AMZN 11/27/17 | 35.0000 | 1,207.9362 | 42,277.77 | 1,949.7200 | 68,240.20 | 25,962.43 | |
| | 01/16/19 | 11.0000 | 1,702.0445 | 18,722.49 | 1,949.7200 | 21,446.92 | 2,724.43 | |
| | 05/09/19 | 7.0000 | 1,887.8000 | 13,214.60 | 1,949.7200 | 13,648.04 | 433.44 | |
| Subtotal | | 53.0000 | | 74,214.86 | | 103,335.16 | 29,120.30 | |
| APPLE INC | AAPL 11/27/17 | 213.0000 | 175.8575 | 37,457.66 | 254.2900 | 54,163.77 | 16,706.11 | 657 |
| CURRENT YIELD  1.21% | 02/16/18 | 1.0000 | 175.9100 | 175.91 | 254.2900 | 254.29 | 78.38 | 4 |
| | 05/18/18 | 1.0000 | 180.7100 | 180.71 | 254.2900 | 254.29 | 73.58 | 4 |
| | 05/18/18 | 1.0000 | 191.0200 | 191.02 | 254.2900 | 254.29 | 63.27 | 4 |
| | 08/17/18 | 1.0000 | 203.1200 | 203.12 | 254.2900 | 254.29 | 51.17 | 4 |
| | 08/17/18 | 1.0000 | 214.5500 | 214.55 | 254.2900 | 254.29 | 39.74 | 4 |

+


NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## YOUR CMA FOR TRUST ASSETS

February 29, 2020 - March 31, 2020

| EQUITIES (continued) Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| APPLE INC | AAPL 11/16/18 | 1.0000 | 190.5300 | 190.53 | 254.2900 | 254.29 | 63.76 | 4 |
| | 02/15/19 | 1.0000 | 190.0400 | 190.04 | 254.2900 | 254.29 | 64.25 | 4 |
| | 02/15/19 | 1.0000 | 171.4700 | 171.47 | 254.2900 | 254.29 | 82.82 | 4 |
| | 05/09/19 | 50.0000 | 198.3414 | 9,917.07 | 254.2900 | 12,714.50 | 2,797.43 | 154 |
| | 05/17/19 | 0.9165 | 173.2896 | 158.82 | 254.2900 | 233.06 | 74.24 | 3 |
| | 05/17/19 | 2.0000 | 187.0500 | 374.10 | 254.2900 | 508.58 | 134.48 | 7 |
| | 08/14/19 | 1.0357 | 203.6497 | 210.92 | 254.2900 | 263.37 | 52.45 | 4 |
| | 11/13/19 | 0.8019 | 264.0104 | 211.71 | 254.2900 | 203.92 | (7.79) | 3 |
| | 02/12/20 | 0.6546 | 324.3660 | 212.33 | 254.2900 | 166.46 | (45.87) | 3 |
| | 03/19/20 | 80.0000 | 247.7500 | 19,820.00 | 254.2900 | 20,343.20 | 523.20 | 247 |
| Subtotal | | 356.4087 | | 69,879.96 | | 90,631.18 | 20,751.22 | 1,110 |
| ↓ BEYOND MEAT INC REG SHS REG SHS | BYND 10/29/19 | 230.0000 | 87.1778 | 20,050.90 | 66.6000 | 15,318.00 | (4,732.90) | |
| BOEING COMPANY | BA 11/19/19 | 55.0000 | 372.3780 | 20,480.79 | 149.1400 | 8,202.70 | (12,278.09) | |
| | 03/05/20 | 0.4467 | 253.0333 | 113.03 | 149.1400 | 66.62 | (46.41) | |
| Subtotal | | 55.4467 | | 20,593.82 | | 8,269.32 | (12,324.50) | |
| COSTCO WHOLESALE CRP DEL | COST 09/26/19 | 70.0000 | 288.0940 | 20,166.58 | 285.1300 | 19,959.10 | (207.48) | 183 |
| CURRENT YIELD 0.91% | 11/14/19 | 0.1490 | 305.3691 | 45.50 | 285.1300 | 42.48 | (3.02) | 1 |
| | 02/20/20 | 0.1414 | 322.4893 | 45.60 | 285.1300 | 40.32 | (5.28) | 1 |
| Subtotal | | 70.2904 | | 20,257.68 | | 20,041.90 | (215.78) | 185 |
| DISNEY (WALT) CO COM STK | DIS 05/08/19 | 124.0000 | 134.8500 | 16,721.40 | 96.6000 | 11,978.40 | (4,743.00) | 219 |
| CURRENT YIELD 1.82% | 07/25/19 | 0.4971 | 143.4319 | 71.30 | 96.6000 | 48.02 | (23.28) | 1 |
| | 07/25/19 | 1.0000 | 143.4200 | 143.42 | 96.6000 | 96.60 | (46.82) | 2 |
| | 01/15/20 | 0.7594 | 145.4306 | 110.44 | 96.6000 | 73.36 | (37.08) | 2 |
| Subtotal | | 126.2565 | | 17,046.56 | | 12,196.38 | (4,850.18) | 224 |
| FORTINET INC | FTNT 11/12/19 | 200.0000 | 99.1050 | 19,821.00 | 101.1700 | 20,234.00 | 413.00 | |

## YOUR CMA FOR TRUST ASSETS

February 29, 2020 - March 31, 2020

| EQUITIES (continued) Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS GROUP INC | GS 03/27/20 | 1.0000 | 157.5900 | 157.59 | 154.5900 | 154.59 | (3.00) | 5 |
| CURRENT YIELD 3.23% | 03/27/20 | 0.1555 | 157.5562 | 24.50 | 154.5900 | 24.04 | (0.46) | 1 |
| Subtotal | | 1.1555 | | 182.09 | | 178.63 | (3.46) | 6 |
| HCA HEALTHCARE INC | HCA 08/21/19 | 200.0000 | 123.5213 | 24,704.26 | 89.8500 | 17,970.00 | (6,734.26) | 344 |
| CURRENT YIELD 1.91% | 09/27/19 | 0.6728 | 118.9060 | 80.00 | 89.8500 | 60.45 | (19.55) | 2 |
| | 12/26/19 | 0.5412 | 148.3185 | 80.27 | 89.8500 | 48.63 | (31.64) | 1 |
| | 03/30/20 | 0.9655 | 89.6116 | 86.52 | 89.8500 | 86.75 | .23 | 2 |
| Subtotal | | 202.1795 | | 24,951.05 | | 18,165.83 | (6,785.22) | 349 |
| MCDONALDS CORP COM | MCD 04/30/19 | 152.0000 | 197.3300 | 29,994.16 | 165.3500 | 25,133.20 | (4,860.96) | 760 |
| CURRENT YIELD 3.02% | 05/10/19 | 40.0000 | 197.9352 | 7,917.41 | 165.3500 | 6,614.00 | (1,303.41) | 200 |
| | 06/18/19 | 0.0861 | 205.1103 | 17.66 | 165.3500 | 14.24 | (3.42) | 1 |
| | 06/18/19 | 1.0000 | 205.0700 | 205.07 | 165.3500 | 165.35 | (39.72) | 5 |
| | 09/16/19 | 1.0770 | 207.9665 | 223.98 | 165.3500 | 178.08 | (45.90) | 6 |
| | 10/31/19 | 100.0000 | 197.3499 | 19,734.99 | 165.3500 | 16,535.00 | (3,199.99) | 500 |
| | 12/13/19 | 1.8583 | 197.8690 | 367.70 | 165.3500 | 307.27 | (60.43) | 10 |
| | 03/13/20 | 2.3855 | 155.1163 | 370.03 | 165.3500 | 394.44 | 24.41 | 12 |
| Subtotal | | 298.4069 | | 58,831.00 | | 49,341.58 | (9,489.42) | 1,494 |
| MICROSOFT CORP | MSFT 07/22/19 | 200.0000 | 138.8262 | 27,765.24 | 157.7100 | 31,542.00 | 3,776.76 | 408 |
| CURRENT YIELD 1.29% | 09/11/19 | 0.6684 | 137.6421 | 92.00 | 157.7100 | 105.41 | 13.41 | 2 |
| | 12/11/19 | 0.6750 | 151.6148 | 102.34 | 157.7100 | 106.45 | 4.11 | 2 |
| | 03/11/20 | 0.7052 | 145.6182 | 102.69 | 157.7100 | 111.22 | 8.53 | 2 |
| | 03/19/20 | 137.0000 | 145.5710 | 19,943.23 | 157.7100 | 21,606.27 | 1,663.04 | 280 |
| Subtotal | | 339.0486 | | 48,005.50 | | 53,471.35 | 5,465.85 | 694 |
| ↑ NIKE INC CL B | NKE 03/19/19 | 285.0000 | 87.5825 | 24,961.04 | 82.7400 | 23,580.90 | (1,380.14) | 280 |
| CURRENT YIELD 1.18% | 05/10/19 | 100.0000 | 82.8946 | 8,289.46 | 82.7400 | 8,274.00 | (15.46) | 98 |
| | 07/02/19 | 0.9911 | 85.4605 | 84.70 | 82.7400 | 82.00 | (2.70) | 1 |
| | 09/27/19 | 0.9178 | 92.5256 | 84.92 | 82.7400 | 75.94 | (8.98) | 1 |
| | 12/31/19 | 0.9350 | 101.3796 | 94.79 | 82.7400 | 77.36 | (17.43) | 1 |
| Subtotal | | 387.8439 | | 33,514.91 | | 32,090.20 | (1,424.71) | 381 |

+


## *YOUR CMA FOR TRUST ASSETS*     February 29, 2020 - March 31, 2020

| EQUITIES (continued) Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| PEPSICO INC | PEP 09/12/19 | 150.0000 | 137.6151 | 20,642.27 | 120.1000 | 18,015.00 | (2,627.27) | 573 |
| *CURRENT YIELD 3.18%* | 01/06/20 | 1.0542 | 135.8850 | 143.25 | 120.1000 | 126.61 | (16.64) | 5 |
| | 03/30/20 | 1.1603 | 124.3299 | 144.26 | 120.1000 | 139.35 | (4.91) | 5 |
| Subtotal | | 152.2145 | | 20,929.78 | | **18,280.96** | (2,648.82) | **583** |
| PROCTER & GAMBLE CO | PG 01/03/20 | 405.0000 | 123.1740 | 49,885.47 | 110.0000 | 44,550.00 | (5,335.47) | 1,209 |
| *CURRENT YIELD 2.71%* | 02/14/20 | 2.3527 | 128.4014 | 302.09 | 110.0000 | 258.80 | (43.29) | 8 |
| Subtotal | | 407.3527 | | 50,187.56 | | **44,808.80** | (5,378.76) | **1,217** |
| ↑ TESLA INC | TSLA 12/12/19 | 20.0000 | 358.7400 | 7,174.80 | 524.0000 | 10,480.00 | 3,305.20 | |
| | 12/12/19 | 10.0000 | 358.7400 | 3,587.40 | 524.0000 | 5,240.00 | 1,652.60 | |
| Subtotal | | 30.0000 | | 10,762.20 | | **15,720.00** | 4,957.80 | |
| TJX COS INC NEW | TJX 08/20/19 | 300.0000 | 50.8170 | 15,245.10 | 47.8100 | 14,343.00 | (902.10) | 276 |
| *CURRENT YIELD 1.92%* | 12/04/19 | 1.1500 | 60.0000 | 69.00 | 47.8100 | 54.98 | (14.02) | 2 |
| | 03/04/20 | 1.1486 | 60.2994 | 69.26 | 47.8100 | 54.91 | (14.35) | 2 |
| Subtotal | | 302.2986 | | 15,383.36 | | **14,452.89** | (930.47) | **280** |
| UBER TECHNOLOGIES INC | UBER 11/20/19 | 750.0000 | 28.0258 | 21,019.38 | 27.9200 | 20,940.00 | (79.38) | |
| UNITED PARCEL SVC CL B | UPS 03/19/20 | 200.0000 | 99.2286 | 19,845.72 | 93.4200 | **18,684.00** | (1,161.72) | 809 |
| *CURRENT YIELD 4.32%* | | | | | | | | |
| VERIZON COMMUNICATNS COM | VZ 12/12/19 | 407.0000 | 61.4017 | 24,990.53 | 53.7300 | 21,868.11 | (3,122.42) | 1,002 |
| *CURRENT YIELD 4.57%* | 01/31/20 | 4.1196 | 60.7607 | 250.31 | 53.7300 | 221.35 | (28.96) | 11 |
| | 03/19/20 | 370.0000 | 54.0050 | 19,981.85 | 53.7300 | 19,880.10 | (101.75) | 911 |
| Subtotal | | 781.1196 | | 45,222.69 | | **41,969.56** | (3,253.13) | **1,924** |
| VISA INC CL A SHRS | V 07/02/19 | 172.0000 | 174.2337 | 29,968.20 | 161.1200 | 27,712.64 | (2,255.56) | 207 |
| *CURRENT YIELD 0.74%* | 08/30/19 | 0.2382 | 180.5205 | 43.00 | 161.1200 | 38.38 | (4.62) | 1 |
| | 12/02/19 | 0.2871 | 179.9721 | 51.67 | 161.1200 | 46.26 | (5.41) | 1 |
| | 03/02/20 | 0.2686 | 192.7029 | 51.76 | 161.1200 | 43.28 | (8.48) | 1 |
| Subtotal | | 172.7939 | | 30,114.63 | | **27,840.56** | (2,274.07) | **210** |
| **TOTAL**   YIELD 1.39% | | | | 672,568.13 | | **680,546.30** | 7,978.17 | **9,466** |

## *YOUR CMA FOR TRUST ASSETS*

February 29, 2020 - March 31, 2020

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| INVESCO QQQ TR   SER 1 | 618.7290 | 109,704.68 | 190.4000 | **117,806.01** | 8,101.33 | 109,704 | **8,101** | 1,003 |
| *CURRENT YIELD  0.85%* | | | | | | | | |
| *SYMBOL: QQQ      Initial Purchase: 03/13/18* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| ISHARES S&P 500 | 298.6800 | 88,839.11 | 306.0200 | **91,402.05** | 2,562.94 | 88,839 | **2,562** | 2,197 |
| *INDEX FUND CL INSTL   CURRENT YIELD  2.40%* | | | | | | | | |
| *SYMBOL: BSPIX      Initial Purchase: 08/31/17* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| SPDR GOLD TRUST | 257.0000 | 36,465.73 | 148.0500 | **38,048.85** | 1,583.12 | 36,465 | **1,583** | |
| *SYMBOL: GLD      Initial Purchase: 08/13/19* | | | | | | | | |
| *Alternative Investments 100%* | | | | | | | | |
| SPDR S P BIOTECH | 450.0219 | 38,156.77 | 77.4400 | **34,849.69** | (3,307.08) | 38,156 | **(3,307)** | 2 |
| *CURRENT YIELD  0.00%* | | | | | | | | |
| *SYMBOL: XBI      Initial Purchase: 11/08/18* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| VANGUARD 500 INDEX FUND | 628.6085 | 152,986.81 | 236.8200 | **148,867.07** | (4,119.74) | 152,249 | **(3,382)** | 3,328 |
| *SHS ETF  CURRENT YIELD  2.23%* | | | | | | | | |
| *SYMBOL: VOO      Initial Purchase: 10/25/17* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| *Subtotal (Equities)* | | | | *392,924.82* | | | | |
| *Subtotal (Alternative Investments)* | | | | *38,048.85* | | | | |
| **TOTAL**   YIELD 1.52% | | 426,153.10 | | **430,973.67** | 4,820.57 | | **5,557** | **6,530** |

| LONG PORTFOLIO | | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **TOTAL**   YIELD 1.26% | | 1,559,954.24 | **1,572,940.94** | 12,986.70 | 901.79 | **19,890** |

+


NINA FISCHMAN TTEE                                    Account Number: [Redacted]1091

# *YOUR CMA FOR TRUST ASSETS*

February 29, 2020 - March 31, 2020

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Bank of America Merrill Lynch Global Research publishes research reports and ratings ("Research Ratings") regarding a select universe of ETFs and ETNs (collectively, "ETPs"). Research Ratings on ETPs are intended to assess the potential for outperformance of ETP peers in the same coverage category. Bank of America Merrill Lynch Global Research and other business areas, including CIO, apply different methodologies in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Neither the CIO review process nor the internal business review performed by product teams will rely on or otherwise use the Research Ratings on ETPs as an input or factor; and the CIO review process and product team's internal business review will determine an ETP's inclusion, status, and availability for solicitation through the Global Wealth & Investment Management area of MLPF&S and its affiliates.

**Notes**
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

# *YOUR CMA FOR TRUST TRANSACTIONS*

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| **Taxable Interest** | | | | | | |
| 03/31 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | | .45 | |
| 03/31 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | | 51.32 | |
| | ML BANK DEPOSIT PROGRAM | Income Total | | | 1.00 | |
| | PREFERRED DEPOSIT | Income Total | | | 3.00 | |
| | ***Subtotal (Taxable Interest)*** | | | | ***55.77*** | ***124.05*** |

+

## DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| **Taxable Dividends** | | | | | | |
| 03/02 | LORD ABBETT SHORT DURATION INCOME FD CL F PAY DATE 02/28/2020 | * Dividend | | | 135.50 | |
| 03/02 | LORD ABBETT SHORT DURATION INCOME FD CL F | Reinvestment Program | | (135.50) | | |
| 03/02 | LORD ABBETT SHORT DURATION INCOME FD CL F AGENT REINV AMT $135.50 REINV PRICE $4.23000 REINV SHRS | Reinvestment Share(s) | 32.0330 | 32.0330 AS OF 02/28 | | |
| 03/03 | SKYWORKS SOLUTIONS INC HOLDING 243.0000 PAY DATE 03/03/2020 | * Dividend | | | 106.92 | |
| 03/03 | SKYWORKS SOLUTIONS INC | Reinvestment Program | | (106.92) | | |
| 03/03 | SKYWORKS SOLUTIONS INC PRINCIPAL REINV AMT $106.92 REINV PRICE $104.29000 REINV SHRS 1.0252 | Reinvestment Share(s) | 1.0252 | | | |
| 03/03 | VISA INC CL A SHRS HOLDING 172.5253 PAY DATE 03/03/2020 | * Dividend | | | 51.76 | |
| 03/03 | VISA INC CL A SHRS | Reinvestment Program | | (51.76) | | |
| 03/03 | VISA INC CL A SHRS PRINCIPAL REINV AMT $51.76 REINV PRICE $192.72000 REINV SHRS .2686 | Reinvestment Share(s) | .2686 | | | |
| 03/05 | TJX COS INC NEW HOLDING 301.1500 PAY DATE 03/05/2020 | * Dividend | | | 69.26 | |
| 03/05 | TJX COS INC NEW | Reinvestment Program | | (69.26) | | |
| 03/05 | TJX COS INC NEW PRINCIPAL REINV AMT $69.26 REINV PRICE $60.30000 REINV SHRS 1.1486 | Reinvestment Share(s) | 1.1486 | | | |
| 03/06 | BOEING COMPANY HOLDING 55.0000 PAY DATE 03/06/2020 | * Dividend | | | 113.03 | |
| 03/06 | BOEING COMPANY | Reinvestment Program | | (113.03) | | |
| 03/06 | ISHARES 1-3 YEAR TREASURY BOND ETF HOLDING 598.1109 PAY DATE 03/06/2020 | * Dividend | | | 74.74 | |
| 03/06 | ISHARES 1-3 YEAR TREASURY BOND ETF | Reinvestment Program | | (74.74) | | |

+



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| **DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued) | | | | | | |
| **Taxable Dividends** | | | | | | |
| 03/06 | ISHARES 1-3 YEAR TREASURY BOND ETF PRINCIPAL REINV AMT | Reinvestment Share(s)  $74.74 REINV PRICE  $86.30000 REINV SHRS | .8660 | .8660 | | |
| 03/06 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF HOLDING 741.5216 PAY DATE 03/06/2020 | * Dividend | | | 139.58 | |
| 03/06 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF | Reinvestment Program | | (139.58) | | |
| 03/06 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF PRINCIPAL REINV AMT | Reinvestment Share(s)  $139.58 REINV PRICE  $44.99000 REINV SHRS | 3.1025 | 3.1025 | | |
| 03/06 | MSCI INC CLASS A HOLDING 150.4108 PAY DATE 03/06/2020 | * Dividend | | | 102.28 | |
| 03/06 | MSCI INC CLASS A | Reinvestment Program | | (102.28) | | |
| 03/06 | MSCI INC CLASS A PRINCIPAL REINV AMT | Reinvestment Share(s)  $102.28 REINV PRICE  $290.09000 REINV SHRS | .3526 | .3526 | | |
| 03/09 | BOEING COMPANY AGENT REINV AMT | Reinvestment Share(s)  $113.03 REINV PRICE  $253.04770 REINV SHRS | .4467 | .4467 | | |
| 03/09 | ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF HOLDING 186.6441 PAY DATE 03/09/2020 | * Dividend | | | 62.72 | |
| 03/09 | ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF | Reinvestment Program | | (62.72) | | |
| 03/09 | ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF PRINCIPAL REINV AMT | Reinvestment Share(s)  $62.72 REINV PRICE  $79.36000 REINV SHRS | .7903 | .7903 | | |
| 03/10 | TARGET CORP     COM HOLDING 288.2545 PAY DATE 03/10/2020 | * Dividend | | | 190.25 | |
| 03/10 | TARGET CORP     COM | Reinvestment Program | | (190.25) | | |
| 03/10 | TARGET CORP     COM PRINCIPAL REINV AMT | Reinvestment Share(s)  $190.25 REINV PRICE  $106.24000 REINV SHRS | 1.7908 | 1.7908 | | |
| 03/12 | MICROSOFT CORP | * Dividend | | | 102.69 | |

+

# YOUR CMA FOR TRUST TRANSACTIONS

February 29, 2020 - March 31, 2020

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| **DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued) | | | | | | |
| **Taxable Dividends** | | | | | | |
| | HOLDING 201.3434 PAY DATE 03/12/2020 | | | | | |
| 03/12 | MICROSOFT CORP | Reinvestment Program | | (102.69) | | |
| 03/12 | MICROSOFT CORP | Reinvestment Share(s) | .7052 | | | |
| | PRINCIPAL REINV AMT    $102.69 REINV PRICE  $145.61900 REINV SHRS | | .7052 | | | |
| 03/13 | VANGUARD 500 INDEX FUND | * Dividend | | | 736.90 | |
| | SHS ETF HOLDING 625.5485 PAY DATE 03/13/2020 | | | | | |
| 03/13 | VANGUARD 500 INDEX FUND | Reinvestment Program | | (736.90) | | |
| | SHS ETF | | | | | |
| 03/13 | VANGUARD 500 INDEX FUND | Reinvestment Share(s) | 3.0600 | | | |
| | SHS ETF PRINCIPAL REINV AMT    $736.90 REINV PRICE  $240.81800 REINV SHRS | | 3.0600 | | | |
| 03/16 | MCDONALDS CORP      COM | * Dividend | | | 370.03 | |
| | HOLDING 296.0214 PAY DATE 03/16/2020 | | | | | |
| 03/16 | MCDONALDS CORP      COM | Reinvestment Program | | (370.03) | | |
| 03/16 | MCDONALDS CORP      COM | Reinvestment Share(s) | 2.3855 | | | |
| | PRINCIPAL REINV AMT    $370.03 REINV PRICE  $155.11700 REINV SHRS | | 2.3855 | | | |
| 03/30 | GOLDMAN SACHS GROUP INC | * Dividend | | | 182.09 | |
| | HOLDING 145.6684 PAY DATE 03/30/2020 | | | | | |
| 03/30 | GOLDMAN SACHS GROUP INC | Reinvestment Program | | (182.09) | | |
| 03/30 | GOLDMAN SACHS GROUP INC | Reinvestment Share(s) | 1.1555 | | | |
| | PRINCIPAL REINV AMT    $182.09 REINV PRICE  $157.58000 REINV SHRS | | 1.1555 | | | |
| 03/31 | HCA HEALTHCARE INC | * Dividend | | | 86.52 | |
| | HOLDING 201.2140 PAY DATE 03/31/2020 | | | | | |
| 03/31 | HCA HEALTHCARE INC | Reinvestment Program | | (86.52) | | |
| 03/31 | HCA HEALTHCARE INC | Reinvestment Share(s) | .9655 | | | |
| | PRINCIPAL REINV AMT    $86.52 REINV PRICE  $89.61000 REINV SHRS | | .9655 | | | |
| 03/31 | PEPSICO INC | * Dividend | | | 144.26 | |
| | HOLDING 151.0542 PAY DATE 03/31/2020 | | | | | |

+



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

# *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

## DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| **Taxable Dividends** | | | | | | |
| 03/31 | PEPSICO INC | Reinvestment Program | | (144.26) | | |
| 03/31 | PEPSICO INC | Reinvestment Share(s) | 1.1603 | | | |
| | PRINCIPAL REINV AMT $144.26 REINV PRICE $124.33500 REINV SHRS | | 1.1603 | | | |
| | *Subtotal (Taxable Dividends)* | | | | *2,668.53* | *3,300.46* |
| | **NET TOTAL** | | | **(2,668.53)** | **2,724.30** | **3,424.51** |

## SECURITY TRANSACTIONS
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|-----------------|-------------|------------------|----------|--------------------|-----------|------|---------------------------------|
| **Purchases** | | | | | | | |
| 03/09 | FEDERATED INSTL PRIME | Purchase | 167,644.4130 | (167,745.00) | | (167,745.00) | |
| | VAL OBLIGATIONS FD CL IS FRAC SHR QUANTITY .413 FUND SUBJECT TO RED FEE. [Redacted] | | | UNIT PRICE 1.0006 | | | |
| 03/23 | APPLE INC | Purchase | 80.0000 | (19,820.00) | | (19,820.00) | |
| | [Redacted] UNIT PRICE 247.7500 | | | | | | |
| 03/23 | MICROSOFT CORP | Purchase | 137.0000 | (19,943.23) | | (19,943.23) | |
| | [Redacted] UNIT PRICE 145.5710 | | | | | | |
| 03/23 | UNITED PARCEL SVC CL B | Purchase | 200.0000 | (19,845.72) | | (19,845.72) | |
| | [Redacted] UNIT PRICE 99.2286 | | | | | | |
| 03/23 | VERIZON COMMUNICATNS COM | Purchase | 370.0000 | (19,981.85) | | (19,981.85) | |
| | [Redacted] UNIT PRICE 54.0050 | | | | | | |
| 03/23 | FEDERATED INSTL PRIME | Purchase | 130,156.1870 | (130,000.00) | | (130,000.00) | |
| | VAL OBLIGATIONS FD CL IS FRAC SHR QUANTITY .187 FUND SUBJECT TO RED FEE. [Redacted] | | | UNIT PRICE .9988 | | | |
| | *Subtotal (Purchases)* | | | *(377,335.80)* | | *(377,335.80)* | |
| **Sales** | | | | | | | |
| 03/02 ■ | PROSHARES ULTRAPRO QQQ | Sale | -550.0000 | 44,775.50 | (.99) | 44,774.51 | |
| | [Redacted] UNIT PRICE 81.4100 | | | | | | |

+

004

4709

## *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| 03/02 ■ | PROSHARES ULTRAPRO QQQ | Trade Correction | -550.0000 | 50,176.00 | | 50,176.00 | |
| | TRADE AS OF  02/26/20 ACCOUNT SETTLES 02/28/20 CXL PUR.  02-28-20 PRICE SHOWN IS AVERAGE PRICE. DETAILS REGARDING ACTUAL PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST. UNSOLICITED ORDER DISCRETION NOT EXERCISED PER ADVISORY AGREEMENT. PRICE   91.229091 | | | | | | | |
| 03/05 ■ | TARGET CORP      COM | Sale | -288.0000 | 30,015.07 | (.66) | 30,014.41 | |
| | [Redacted]      UNIT PRICE  104.2190 | | | | | | | |
| 03/06 ■ | CITIGROUP INC COM NEW | Sale | -162.0000 | 10,509.78 | (.23) | 10,509.55 | |
| | [Redacted]      UNIT PRICE  64.8752 | | | | | | | |
| 03/06 ■ | GOLDMAN SACHS GROUP INC | Sale | -145.0000 | 29,569.47 | (.65) | 29,568.82 | |
| | [Redacted]      UNIT PRICE  203.9274 | | | | | | | |
| 03/06 ■ | JPMORGAN CHASE & CO | Sale | -218.0000 | 25,192.01 | (.56) | 25,191.45 | |
| | [Redacted]      UNIT PRICE  115.5597 | | | | | | | |
| 03/06 ■ | MSCI INC | Sale | -150.0000 | 47,098.50 | (1.04) | 47,097.46 | |
| | CLASS A [Redacted]      UNIT PRICE  313.9900 | | | | | | | |
| 03/06 ■ | SECTOR SPDR INDUSTRIAL | Sale | -339.0000 | 25,235.19 | (.56) | 25,234.63 | |
| | [Redacted]      UNIT PRICE  74.4401 | | | | | | | |
| 03/06 ■ | SKYWORKS SOLUTIONS INC | Sale | -1.0000 | 101.00 | (.01) | 100.99 | |
| | [Redacted]      UNIT PRICE  100.9975 | | | | | | | |
| 03/19 ■ | LORD ABBETT SHORT | | -12,315.3380 | 49,261.35 | | 49,261.35 | |
| | DURATION INCOME FD CL F FRAC SHR QUANTITY  .338 [Redacted]    UNIT PRICE    4.0000 | | | | | | | |
| 03/23 ■ | ISHARES 1-3 YEAR | Sale | -598.0000 | 51,632.16 | (1.14) | 51,631.02 | |
| | TREASURY BOND ETF [Redacted]      UNIT PRICE  86.3414 | | | | | | | |
| 03/23 ■ | ISHARES 0-5 YEAR HIGH | Sale | -744.0000 | 29,254.08 | (.65) | 29,253.43 | |
| | CORPORATE BOND ETF [Redacted]      UNIT PRICE  39.3200 | | | | | | | |
| 03/23 ■ | ISHARES INTEREST RATE | Sale | -187.0000 | 13,372.37 | (.30) | 13,372.07 | |

+


NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| | HEDGED HIGH YIELD BOND ETF [Redacted] | UNIT PRICE 71.5100 | | | | | |
| 03/24 ■ | TARGET CORP COM [Redacted] | Sale UNIT PRICE 99.6540 | -1.0000 | 99.65 | (.01) | 99.64 | |
| 03/25 ■ | FEDERATED INSTL PRIME VAL OBLIGATIONS FD CL IS FRAC SHR QUANTITY .303 [Redacted] | Sale | -167,879.3030 UNIT PRICE .9992 | 167,745.00 | | 167,745.00 | |
| 03/26 ■ | FEDERATED INSTL PRIME VAL OBLIGATIONS FD CL IS FRAC SHR QUANTITY .297 [Redacted] | Sale | -129,921.2970 UNIT PRICE .9992 | 129,817.36 | | 129,817.36 | |
| | ***Subtotal (Sales)*** | | | **703,854.49** | **(6.80)** | **703,847.69** | |
| **Other Security Transactions** | | | | | | | |
| 03/04 | TARGET CORP COM SALE PRICE$107.00000 QTY SOLD .2545 | Fractional Share Sale | -.2545 | | | 27.22 | |
| 03/05 | CITIGROUP INC COM NEW SALE PRICE $64.65000 QTY SOLD .4254 | Fractional Share Sale | -.4254 | | | 27.49 | |
| 03/05 | GOLDMAN SACHS GROUP INC SALE PRICE$201.34000 QTY SOLD .6684 | Fractional Share Sale | -.6684 | | | 134.57 | |
| 03/05 | JPMORGAN CHASE & CO SALE PRICE$115.19000 QTY SOLD .5124 | Fractional Share Sale | -.5124 | | | 59.01 | |
| 03/05 | MSCI INC CLASS A SALE PRICE$300.89000 QTY SOLD .4108 | Fractional Share Sale | -.4108 | | | 123.60 | |
| 03/05 | SECTOR SPDR INDUSTRIAL SALE PRICE $73.09000 QTY SOLD .6086 | Fractional Share Sale | -.6086 | | | 44.47 | |
| 03/05 | SKYWORKS SOLUTIONS INC SALE PRICE$100.96000 QTY SOLD .0252 | Fractional Share Sale | -.0252 | | | 2.53 | |
| 03/20 | MSCI INC CLASS A SALE PRICE$240.31000 QTY SOLD .3526 | Fractional Share Sale | -.3526 | | | 84.72 | |

+

# *YOUR CMA FOR TRUST TRANSACTIONS*

**SECURITY TRANSACTIONS**  (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Other Security Transactions** | | | | | | | |
| 03/23 | ISHARES 1-3 YEAR TREASURY BOND ETF SALE PRICE $86.71000 QTY SOLD .9769 | Fractional Share Sale | -.9769 | | | 84.70 | |
| 03/23 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF SALE PRICE $37.54000 QTY SOLD .6241 | Fractional Share Sale | -.6241 | | | 23.42 | |
| 03/23 | ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF SALE PRICE $67.93800 QTY SOLD .4344 | Fractional Share Sale | -.4344 | | | 29.50 | |
| 03/23 | TARGET CORP    COM SALE PRICE $96.69000 QTY SOLD .7908 | Fractional Share Sale | -.7908 | | | 76.45 | |
| | *Subtotal (Other Security Transactions)* | | | | | *717.68* | |
| | **TOTAL** | | | 326,518.69 | (6.80) | 327,229.57 | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | (377,335.80) | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | 704,565.37 | |

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ISHARES 1-3 YEAR | 483.0000 | 08/09/18 | 03/19/20 | 41,701.98 | 40,169.47 | 1,532.51 | |
| ISHARES 1-3 YEAR | 1.0000 | 12/10/18 | 03/19/20 | 86.34 | 82.94 | 3.40 | |
| ISHARES 1-3 YEAR | 1.0000 | 12/26/18 | 03/19/20 | 86.34 | 83.33 | 3.01 | |
| ISHARES 1-3 YEAR | 1.0000 | 02/08/19 | 03/19/20 | 86.34 | 83.64 | 2.70 | |
| ISHARES 1-3 YEAR | 1.0000 | 03/08/19 | 03/19/20 | 86.34 | 83.70 | 2.64 | |
| GOLDMAN SACHS GROUP INC | 103.0000 | 01/16/19 | 03/04/20 | 21,004.06 | 19,491.10 | 1,512.96 | |
| ISHARES 0-5 YEAR HIGH | 496.0000 | 08/09/18 | 03/19/20 | 19,502.29 | 23,231.10 | (3,728.81) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 11/08/18 | 03/19/20 | 78.64 | 92.74 | (14.10) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 12/10/18 | 03/19/20 | 78.64 | 90.90 | (12.26) | |
| ISHARES 0-5 YEAR HIGH | 1.0000 | 12/26/18 | 03/19/20 | 39.32 | 45.66 | (6.34) | |



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

# YOUR CMA FOR TRUST TRANSACTIONS

February 29, 2020 - March 31, 2020

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ISHARES 0-5 YEAR HIGH | 2.0000 | 12/26/18 | 03/19/20 | 78.64 | 87.84 | (9.20) | |
| ISHARES 0-5 YEAR HIGH | 1.0000 | 02/08/19 | 03/19/20 | 39.32 | 44.59 | (5.27) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 02/08/19 | 03/19/20 | 78.64 | 92.22 | (13.58) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 03/08/19 | 03/19/20 | 78.64 | 92.38 | (13.74) | |
| ISHARES INTEREST RATE | 178.0000 | 08/09/18 | 03/19/20 | 12,728.49 | 16,321.97 | (3,593.48) | |
| JPMORGAN CHASE & CO | 111.0000 | 06/15/18 | 03/04/20 | 12,826.84 | 11,906.96 | 919.88 | |
| JPMORGAN CHASE & CO | 1.0000 | 11/02/18 | 03/04/20 | 115.56 | 112.77 | 2.79 | |
| JPMORGAN CHASE & CO | 1.0000 | 02/01/19 | 03/04/20 | 115.56 | 105.18 | 10.38 | |
| SECTOR SPDR INDUSTRIAL | 328.0000 | 08/09/18 | 03/04/20 | 24,415.81 | 24,923.60 | (507.79) | |
| SECTOR SPDR INDUSTRIAL | 3.0000 | 12/28/18 | 03/04/20 | 223.31 | 192.50 | 30.81 | |
| *Subtotal (Long-Term)* | | | | | | (3,883.49) | (3,883.49) |
| CITIGROUP INC COM NEW | 160.0000 | 08/14/19 | 03/04/20 | 10,379.80 | 9,864.00 | 515.80 | |
| CITIGROUP INC COM NEW | 1.1011 | 11/21/19 | 03/04/20 | 71.43 | 81.60 | (10.17) | |
| CITIGROUP INC COM NEW | .8989 | 02/27/20 | 03/04/20 | 58.32 | 55.77 | 2.55 | |
| CITIGROUP INC COM NEW | .4254 | 02/27/20 | 03/04/20 | 27.49 | 26.39 | 1.10 | |
| ISHARES 1-3 YEAR | 1.0000 | 04/08/19 | 03/19/20 | 86.34 | 83.86 | 2.48 | |
| ISHARES 1-3 YEAR | 1.0000 | 05/08/19 | 03/19/20 | 86.34 | 83.97 | 2.37 | |
| ISHARES 1-3 YEAR | 100.0000 | 05/10/19 | 03/19/20 | 8,633.94 | 8,405.54 | 228.40 | |
| ISHARES 1-3 YEAR | 1.0000 | 06/10/19 | 03/19/20 | 86.34 | 84.52 | 1.82 | |
| ISHARES 1-3 YEAR | .2687 | 07/09/19 | 03/19/20 | 23.20 | 22.70 | .50 | |
| ISHARES 1-3 YEAR | 1.0000 | 07/09/19 | 03/19/20 | 86.34 | 84.46 | 1.88 | |
| ISHARES 1-3 YEAR | 1.0435 | 08/06/19 | 03/19/20 | 90.10 | 88.70 | 1.40 | |
| ISHARES 1-3 YEAR | 1.0210 | 09/06/19 | 03/19/20 | 88.15 | 86.61 | 1.54 | |
| ISHARES 1-3 YEAR | .9425 | 10/04/19 | 03/19/20 | 81.38 | 80.10 | 1.28 | |
| ISHARES 1-3 YEAR | .9799 | 11/06/19 | 03/19/20 | 84.60 | 82.93 | 1.67 | |
| ISHARES 1-3 YEAR | .9437 | 12/05/19 | 03/19/20 | 81.48 | 79.84 | 1.64 | |
| ISHARES 1-3 YEAR | .9626 | 12/24/19 | 03/19/20 | 83.11 | 81.40 | 1.71 | |
| ISHARES 1-3 YEAR | .8381 | 02/06/20 | 03/19/20 | 72.36 | 71.13 | 1.23 | |
| ISHARES 1-3 YEAR | .1109 | 02/06/20 | 03/20/20 | 9.62 | 9.41 | .21 | |
| ISHARES 1-3 YEAR | .8660 | 03/05/20 | 03/20/20 | 75.08 | 74.74 | .34 | |

+

004 4709 *19 of 26*

## *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

**REALIZED GAINS/(LOSSES)**  (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS GROUP INC | 40.0000 | 05/10/19 | 03/04/20 | 8,156.91 | 8,001.78 | 155.13 | |
| GOLDMAN SACHS GROUP INC | 1.0000 | 06/28/19 | 03/04/20 | 203.93 | 198.88 | 5.05 | |
| GOLDMAN SACHS GROUP INC | .0268 | 06/28/19 | 03/04/20 | 5.47 | 5.45 | .02 | |
| GOLDMAN SACHS GROUP INC | .8579 | 09/26/19 | 03/04/20 | 174.94 | 180.03 | (5.09) | |
| GOLDMAN SACHS GROUP INC | .1153 | 12/27/19 | 03/04/20 | 23.51 | 26.65 | (3.14) | |
| GOLDMAN SACHS GROUP INC | .6684 | 12/27/19 | 03/04/20 | 134.57 | 154.46 | (19.89) | |
| PROSHARES ULTRAPRO QQQ | 550.0000 | 02/26/20 | 02/27/20 | 44,774.51 | 51,044.01 | (6,269.50) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 04/08/19 | 03/19/20 | 78.64 | 93.20 | (14.56) | |
| ISHARES 0-5 YEAR HIGH | 2.0000 | 05/08/19 | 03/19/20 | 78.64 | 92.96 | (14.32) | |
| ISHARES 0-5 YEAR HIGH | 200.0000 | 05/10/19 | 03/19/20 | 7,863.81 | 9,285.98 | (1,422.17) | |
| ISHARES 0-5 YEAR HIGH | 3.0000 | 06/10/19 | 03/19/20 | 117.96 | 139.14 | (21.18) | |
| ISHARES 0-5 YEAR HIGH | 1.0000 | 07/09/19 | 03/19/20 | 39.32 | 46.42 | (7.10) | |
| ISHARES 0-5 YEAR HIGH | .1906 | 07/09/19 | 03/19/20 | 7.49 | 8.87 | (1.38) | |
| ISHARES 0-5 YEAR HIGH | 3.0000 | 07/09/19 | 03/19/20 | 117.96 | 139.62 | (21.66) | |
| ISHARES 0-5 YEAR HIGH | 3.1892 | 08/06/19 | 03/19/20 | 125.40 | 146.83 | (21.43) | |
| ISHARES 0-5 YEAR HIGH | 3.1997 | 09/06/19 | 03/19/20 | 125.81 | 148.40 | (22.59) | |
| ISHARES 0-5 YEAR HIGH | 3.1510 | 10/04/19 | 03/19/20 | 123.89 | 145.45 | (21.56) | |
| ISHARES 0-5 YEAR HIGH | 3.2550 | 11/06/19 | 03/19/20 | 127.98 | 150.51 | (22.53) | |
| ISHARES 0-5 YEAR HIGH | 3.2828 | 12/05/19 | 03/19/20 | 129.08 | 151.14 | (22.06) | |
| ISHARES 0-5 YEAR HIGH | 3.2400 | 12/24/19 | 03/19/20 | 127.39 | 150.37 | (22.98) | |
| ISHARES 0-5 YEAR HIGH | 3.0133 | 02/06/20 | 03/19/20 | 118.48 | 140.12 | (21.64) | |
| ISHARES 0-5 YEAR HIGH | 2.4784 | 03/05/20 | 03/19/20 | 97.45 | 111.50 | (14.05) | |
| ISHARES 0-5 YEAR HIGH | .6241 | 03/05/20 | 03/20/20 | 23.42 | 28.08 | (4.66) | |
| ISHARES INTEREST RATE | 1.0000 | 04/09/19 | 03/19/20 | 71.51 | 88.85 | (17.34) | |
| ISHARES INTEREST RATE | 1.0000 | 05/09/19 | 03/19/20 | 71.51 | 89.32 | (17.81) | |
| ISHARES INTEREST RATE | 1.0000 | 06/11/19 | 03/19/20 | 71.51 | 88.76 | (17.25) | |
| ISHARES INTEREST RATE | .9433 | 07/10/19 | 03/19/20 | 67.45 | 83.64 | (16.19) | |
| ISHARES INTEREST RATE | .7513 | 08/07/19 | 03/19/20 | 53.72 | 65.38 | (11.66) | |
| ISHARES INTEREST RATE | .7197 | 09/09/19 | 03/19/20 | 51.47 | 63.43 | (11.96) | |
| ISHARES INTEREST RATE | .6733 | 10/07/19 | 03/19/20 | 48.15 | 58.58 | (10.43) | |

+



NINA FISCHMAN TTEE                                    Account Number: [Redacted]1091

# *YOUR CMA FOR TRUST TRANSACTIONS*                              February 29, 2020 · March 31, 2020

**REALIZED GAINS/(LOSSES)**   (continued)

| | | | | | | Gains/(Losses) ✪ | |
| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| ISHARES INTEREST RATE | .6680 | 11/07/19 | 03/19/20 | 47.77 | 59.09 | (11.32) | |
| ISHARES INTEREST RATE | .6778 | 12/06/19 | 03/19/20 | 48.47 | 59.88 | (11.41) | |
| ISHARES INTEREST RATE | .6130 | 12/30/19 | 03/19/20 | 43.83 | 54.86 | (11.03) | |
| ISHARES INTEREST RATE | .5977 | 02/07/20 | 03/19/20 | 42.74 | 53.19 | (10.45) | |
| ISHARES INTEREST RATE | .3559 | 03/06/20 | 03/19/20 | 25.45 | 28.25 | (2.80) | |
| ISHARES INTEREST RATE | .4344 | 03/06/20 | 03/20/20 | 29.50 | 34.47 | (4.97) | |
| JPMORGAN CHASE & CO | 1.0000 | 05/01/19 | 03/04/20 | 115.56 | 112.98 | 2.58 | |
| JPMORGAN CHASE & CO | .0078 | 05/01/19 | 03/04/20 | .90 | .90 | .00 | |
| JPMORGAN CHASE & CO | 100.0000 | 05/10/19 | 03/04/20 | 11,555.70 | 11,164.55 | 391.15 | |
| JPMORGAN CHASE & CO | 1.4858 | 07/30/19 | 03/04/20 | 171.70 | 171.21 | .49 | |
| JPMORGAN CHASE & CO | 1.5604 | 10/30/19 | 03/04/20 | 180.31 | 193.94 | (13.63) | |
| JPMORGAN CHASE & CO | .9460 | 01/30/20 | 03/04/20 | 109.32 | 126.71 | (17.39) | |
| JPMORGAN CHASE & CO | .5124 | 01/30/20 | 03/04/20 | 59.01 | 68.64 | (9.63) | |
| MSCI INC | 75.0000 | 07/02/19 | 03/04/20 | 23,548.73 | 18,275.01 | 5,273.72 | |
| MSCI INC | .2149 | 08/29/19 | 03/04/20 | 67.47 | 51.00 | 16.47 | |
| MSCI INC | .1959 | 11/26/19 | 03/04/20 | 61.51 | 51.15 | 10.36 | |
| MSCI INC | 74.5892 | 01/02/20 | 03/04/20 | 23,419.75 | 19,534.36 | 3,885.39 | |
| MSCI INC | .4108 | 01/02/20 | 03/04/20 | 123.60 | 107.59 | 16.01 | |
| MSCI INC | .3526 | 03/05/20 | 03/19/20 | 84.72 | 102.28 | (17.56) | |
| SECTOR SPDR INDUSTRIAL | 3.0000 | 03/21/19 | 03/04/20 | 223.32 | 221.15 | 2.17 | |
| SECTOR SPDR INDUSTRIAL | 1.0000 | 06/27/19 | 03/04/20 | 74.44 | 70.74 | 3.70 | |
| SECTOR SPDR INDUSTRIAL | .1437 | 06/27/19 | 03/04/20 | 10.70 | 11.01 | (.31) | |
| SECTOR SPDR INDUSTRIAL | 1.0000 | 06/27/19 | 03/04/20 | 74.44 | 76.60 | (2.16) | |
| SECTOR SPDR INDUSTRIAL | 1.8018 | 09/24/19 | 03/04/20 | 134.12 | 139.35 | (5.23) | |
| SECTOR SPDR INDUSTRIAL | 1.0545 | 12/24/19 | 03/04/20 | 78.49 | 86.43 | (7.94) | |
| SECTOR SPDR INDUSTRIAL | .6086 | 12/24/19 | 03/04/20 | 44.47 | 49.88 | (5.41) | |
| SKYWORKS SOLUTIONS INC CXL | 243.0000 | 01/14/20 | 02/20/20 | 28,322.24 | 29,997.14 | 1,674.90 | |
| ✧ SKYWORKS SOLUTIONS INC | 1.0252 | 01/14/20 | 02/20/20 | 119.49 | 126.55 | N/C | |
| SKYWORKS SOLUTIONS INC | 241.9748 | 01/14/20 | 02/20/20 | 28,202.75 | 29,870.59 | (1,667.84) | |
| ✧ SKYWORKS SOLUTIONS INC | 1.0000 | 01/25/20 | 03/04/20 | 100.99 | 111.18 | (10.19) | |

+

# YOUR CMA FOR TRUST TRANSACTIONS

February 29, 2020 - March 31, 2020

## REALIZED GAINS/(LOSSES)  (continued)

| Description | | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|---|
| ✧ | SKYWORKS SOLUTIONS INC | .0252 | 01/25/20 | 03/04/20 | 2.53 | 2.80 | (.27) | |
| | TARGET CORP        COM | 285.0000 | 07/23/19 | 03/03/20 | 29,701.76 | 25,063.44 | 4,638.32 | |
| ✧ | TARGET CORP        COM | 1.7527 | 09/09/19 | 03/03/20 | 182.66 | 188.10 | N/C | |
| ✧ | TARGET CORP        COM | 1.0000 | 09/15/19 | 03/20/20 | 99.64 | 109.34 | (9.70) | |
| ✧ | TARGET CORP        COM | .7527 | 09/15/19 | 03/20/20 | 72.77 | 82.30 | (9.53) | |
| | TARGET CORP        COM | 1.2473 | 12/09/19 | 03/03/20 | 129.99 | 157.19 | (27.20) | |
| | TARGET CORP        COM | .2545 | 12/09/19 | 03/20/20 | 27.22 | 32.07 | (4.85) | |
| | TARGET CORP        COM | .0381 | 03/09/20 | 03/20/20 | 3.68 | 4.05 | (.37) | |
| | FEDERATED INSTL PRIME | 167644.4130 | 03/06/20 | 03/24/20 | 167,510.30 | 167,745.00 | (234.70) | |
| | FEDERATED INSTL PRIME | 234.8900 | 03/20/20 | 03/24/20 | 234.70 | 234.61 | .09 | |
| | FEDERATED INSTL PRIME | 129921.2970 | 03/20/20 | 03/25/20 | 129,817.36 | 129,765.39 | 51.97 | |
| | LORD ABBETT SHORT | 11961.0000 | 05/02/19 | 03/18/20 | 47,844.00 | 49,996.98 | (2,152.98) | |
| | LORD ABBETT SHORT | 1.0000 | 05/31/19 | 03/18/20 | 4.00 | 4.19 | (.19) | |
| | LORD ABBETT SHORT | 35.0000 | 05/31/19 | 03/18/20 | 140.00 | 147.00 | (7.00) | |
| | LORD ABBETT SHORT | 37.0000 | 06/28/19 | 03/18/20 | 148.00 | 155.77 | (7.77) | |
| | LORD ABBETT SHORT | 1.0000 | 07/31/19 | 03/18/20 | 4.00 | 4.20 | (.20) | |
| | LORD ABBETT SHORT | .6570 | 07/31/19 | 03/18/20 | 2.63 | 2.77 | (.14) | |
| | LORD ABBETT SHORT | 37.0000 | 07/31/19 | 03/18/20 | 148.00 | 155.77 | (7.77) | |
| | LORD ABBETT SHORT | 36.4450 | 08/30/19 | 03/18/20 | 145.78 | 153.80 | (8.02) | |
| | LORD ABBETT SHORT | 37.2400 | 09/30/19 | 03/18/20 | 148.96 | 156.78 | (7.82) | |
| | LORD ABBETT SHORT | 34.8380 | 10/31/19 | 03/18/20 | 139.35 | 146.67 | (7.32) | |
| | LORD ABBETT SHORT | 34.5610 | 11/29/19 | 03/18/20 | 138.24 | 145.50 | (7.26) | |
| | LORD ABBETT SHORT | 33.9330 | 12/31/19 | 03/18/20 | 135.73 | 142.86 | (7.13) | |
| | LORD ABBETT SHORT | 4.2530 | 01/31/20 | 03/18/20 | 17.01 | 17.99 | (.98) | |
| | LORD ABBETT SHORT | 29.3780 | 01/31/20 | 03/18/20 | 117.51 | 124.27 | (6.76) | |
| | LORD ABBETT SHORT | 32.0330 | 02/28/20 | 03/18/20 | 128.14 | 135.50 | (7.36) | |
| | Subtotal (Short-Term) | | | | | | 4,484.55 | 18,001.64 |
| | **TOTAL** | | | | **682,711.61** | **683,797.95** | **601.06** | **14,118.15** |

✪ - Excludes transactions for which we have insufficient data
N/C - Results may not be calculated for transactions which involve the sale of partnership interests, short term debt instruments, derivative products purchased in the secondary market,

+


# YOUR CMA FOR TRUST TRANSACTIONS

February 29, 2020 - March 31, 2020

## REALIZED GAINS/(LOSSES)  (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ⌂ | |
|---|---|---|---|---|---|---|---|
| | | | | | | This Statement | Year to Date |

or the determination of ordinary income and/or capital items for discount and zero-coupon issues.

CXL - Indicates the cancellation of an error transaction.

⌂This transaction has been affected by a "Wash Sale" based on IRS regulations. There are two different types of adjustments that may be occurring.

(A) If the gain/loss displays as N/C, this transaction has been identified as a "Wash Sale" based on IRS regulations and the loss has been added to the cost basis of the related purchase.

(B) If the gain/loss is calculated, the cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and your gain or loss will be inclusive of this amount.

## SECURITIES YOU TRANSFERRED IN/OUT

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|---|---|---|---|---|---|
| 03/03 | PROSHARES ULTRAPRO QQQ TFR FM [Redacted]7155 | Security Transfer In | 550.0000 | 43,598.50 | |
| | **NET TOTAL** | | | **43,598.50** | **1,898,967.66** |

## UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/31 | 04/02 | GOLDMAN SACHS GROUP INC | GS | Sale | 1.0000 | 156.4751 | 156.47 |
| | | **NET TOTAL** | | | | | **156.47** |

## CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 03/12 | WIRE TRF [Redacted]     680 | Wire Transfer Out | | 20,000.00 | |
| 03/18 | TO [Redacted]     9917 NINA FISCHMAN | Withdrawal | | 5,000.00 | |
| 03/20 | TD Bank, NA | Withdrawal | | 25,000.00 | |
| | *Subtotal (Electronic Transfers)* | | | **50,000.00** | |
| **Other Debits/Credits** | | | | | |
| 03/03 | TFR FM [Redacted]7155 | Transfer / Adjustment | | 51,044.01 | |

+

# *YOUR CMA FOR TRUST TRANSACTIONS*

February 29, 2020 - March 31, 2020

**CASH/OTHER TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| | *Subtotal (Other Debits/Credits)* | | | **51,044.01** | |
| | **NET TOTAL** | | | **101,044.01** | |

**ADVISORY AND OTHER FEES**

| Date | Fee Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 03/03 | Advisory Program Fee | | INV. ADVISORY FEE MAR | 1,442.10 | |
| | **NET TOTAL** | | | **1,442.10** | |

# *YOUR CMA FOR TRUST MONEY ACCOUNT TRANSACTIONS*

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 03/03 | ML BANK DEPOSIT PROGRAM | | 28,823.00 | 03/20 | ML BANK DEPOSIT PROGRAM | | 24,261.00 |
| 03/04 | ML BANK DEPOSIT PROGRAM | 2,913.00 | | 03/20 | PREFERRED DEPOSIT | 105,062.00 | |
| 03/05 | ML BANK DEPOSIT PROGRAM | | 27.00 | 03/23 | ML BANK DEPOSIT PROGRAM | 10,136.00 | |
| 03/06 | ML BANK DEPOSIT PROGRAM | | 30,406.00 | 03/24 | ML BANK DEPOSIT PROGRAM | | 214.00 |
| 03/09 | ML BANK DEPOSIT PROGRAM | 30,042.00 | | 03/25 | ML BANK DEPOSIT PROGRAM | | 99.00 |
| 03/12 | ML BANK DEPOSIT PROGRAM | 20,000.00 | | 03/26 | ML BANK DEPOSIT PROGRAM | | 48,563.00 |
| 03/18 | ML BANK DEPOSIT PROGRAM | 5,000.00 | | 03/26 | PREFERRED DEPOSIT | | 249,000.00 |
| | **NET TOTAL** | | | | | | **208,240.00** |

+



## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business ® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

+

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑ ↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |



**MERRILL**
A BANK OF AMERICA COMPANY

NINA FISCHMAN TTEE
U/A DTD 01/15/2020
BY NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

# ■ WEALTH MANAGEMENT REPORT
February 01, 2020 - February 28, 2020

## PORTFOLIO SUMMARY

| | February 28 | January 31 | Month Change | |
|---|---|---|---|---|
| **Net Portfolio Value** | **$1,731,218.39** | **$1,881,655.71** | **($150,437.32)** | ▼ |
| Your assets | $1,747,772.61 | $1,881,655.71 | ($133,883.10) | ▼ |
| Your liabilities | ($16,554.22) | - | | |
| Your Net Cash Flow (Inflows/Outflows) | ($46,424.06) | $42,682.98 | | |
| Securities You Transferred In/Out | $856.81 | $1,854,512.35 | | |
| *Subtotal Net Contributions* | *($45,567.25)* | *$1,897,195.33* | | |
| Your Dividends/Interest Income | $699.94 | $0.27 | | |
| Your Market Gains/(Losses) | ($105,570.01) | - | | |
| *Subtotal Investment Earnings* | *($104,870.07)* | *$0.27* | | |

**If you have questions on your statement,
call 24-Hour Assistance:**
**(800) MERRILL**
**(800) 637-7455**

**Investment Advice and Guidance:**
**Call Your Financial Advisor**

**Your Financial Advisor:**
ALEXANDER Y FISCHMAN
1010 NORTHERN BLVD SUITE 490
GREAT NECK NY   11021-5306
alexander.fischman@ml.com
1-800-876-8770

Up-to-date account information can be viewed
at: www.mymerrill.com, where your statements
are archived for three or more years.

Questions about MyMerrill?  Click the "help" tab
at the top of the screen once you log in.

Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in millions, 2020-2020



2/20

---

## YOU MAY STILL BE ABLE TO MAKE A 2019 IRA CONTRIBUTION UNTIL
4/15/2020. If you earned income in 2019 and have not made an IRA contribution for 2019, you generally have until April 15, 2020 to make your contribution. Call your advisor today for details.

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

+

# YOUR PORTFOLIO REVIEW

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



| | Current Value | Allocation |
|---|---|---|
| Equities | 1,260,359.07 | 72.14% |
| Fixed Income | 301,173.70 | 17.24% |
| Cash/Money Accounts | 105,062.00 | 6.01% |
| Alternative Investments | 80,483.66 | 4.61% |
| **TOTAL** | **$1,747,078.43** | **100%** |

## CURRENT INCOME



| | This Report | Year To Date |
|---|---|---|
| Tax-Exempt Interest | - | - |
| Taxable Interest | 68.01 | 68.28 |
| Tax-Exempt Dividends | - | - |
| Taxable Dividends | 631.93 | 631.93 |
| Total | $699.94 | $700.21 |
| **Your Estimated Annual Income** | | **$27,190.31** |

## BOND MATURITY SCHEDULE

*Does not include Fixed Income Mutual Funds*

| Maturity Years | % of Total Bond Assets | Par Value | Estimated Market Value |
|---|---|---|---|
| <1 | 100% | 148,000 | 148,028.12 |
| **Total** | **100%** | **148,000** | **$148,028.12** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| VANGUARD 500 INDEX FUND | 169,986.55 | 9.72% |
| CD TRUIST BANK | 148,028.12 | 8.47% |
| INVESCO QQQ TR   SER 1 | 127,334.43 | 7.28% |
| ÷PREFERRED DEPOSIT | 105,062.00 | 6.01% |
| ÷FDIC INSURED NOT SIPC COVERED | | |
| ISHARES S&P 500 | 104,818.76 | 5.99% |



**MERRILL**
A BANK OF AMERICA COMPANY

NINA FISCHMAN TTEE
U/A DTD 01/15/2020
BY NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

**Net Portfolio Value:**      **$1,731,218.39**

**Your Financial Advisor:**
ALEXANDER Y FISCHMAN
1010 NORTHERN BLVD SUITE 490
GREAT NECK NY    11021-5306
alexander.fischman@ml.com
1-800-876-8770

# ■ CMA® FOR TRUST ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program

February 01, 2020 - February 28, 2020

| | This Statement | Year to Date |
|---|---|---|
| Opening Value (02/01) | $1,881,655.71 | |
| Total Credits | 944.64 | 43,627.89 |
| Total Debits | (46,668.76) | (46,668.76) |
| Securities You Transferred In/Out | 856.81 | 1,855,369.16 |
| Market Gains/(Losses) | (105,570.01) | (121,109.90) |
| Closing Value (02/28) | $1,731,218.39 | |

## ASSETS

| | February 28 | January 31 |
|---|---|---|
| Cash/Money Accounts | 105,062.00 | 42,683.25 |
| Fixed Income | 148,028.12 | 148,010.36 |
| Equities | 793,267.77 | 996,343.67 |
| Mutual Funds | 700,720.54 | 694,105.90 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *1,747,078.43* | *1,881,143.18* |
| Estimated Accrued Interest | 694.18 | 512.53 |
| **TOTAL ASSETS** | **$1,747,772.61** | **$1,881,655.71** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | (16,554.22) | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **(16,554.22)** | **-** |
| **NET PORTFOLIO VALUE** | **$1,731,218.39** | **$1,881,655.71** |



*This statement is eligible for online delivery. Go to ml.com/gopaperless or scan this code with your phone's camera to get started.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

*Investment products:*   | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

# CMA® FOR TRUST ACCOUNT

February 01, 2020 - February 28, 2020

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$42,683.25** | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | 244.70 | 42,927.68 |
| *Subtotal* | ***244.70*** | *42,927.68* |
| **DEBITS** | | |
| Electronic Transfers | (45,000.00) | (45,000.00) |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Advisory and other fees | (1,668.76) | (1,668.76) |
| *Subtotal* | ***(46,668.76)*** | *(46,668.76)* |
| **Net Cash Flow** | **($46,424.06)** | **($3,741.08)** |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 699.94 | 700.21 |
| Dividend Reinvestments | (631.93) | (631.93) |
| Security Purchases/Debits | (50,176.00) | (50,176.00) |
| Security Sales/Credits | 142,356.58 | 142,356.58 |
| **Closing Cash/Money Accounts** | **$88,507.78** | |

| **Fees Included in Transactions Above** | | |
|---|---|---|
| Commissions/Trading Fees | (3.00) | (3.00) |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



| | | **Allocation** |
|---|---|---|
| ☐ | Equities | 72.14% |
| ▦ | Fixed Income | 17.24% |
| ▨ | Cash/Money Accounts | 6.01% |
| ▪ | Alternative Investments | 4.61% |
| | **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |


NINA FISCHMAN TTEE                              Account Number: [Redacted]1091

## *ACCOUNT INVESTMENT OBJECTIVE*                    February 01, 2020 - February 28, 2020

**GROWTH:**  Objective is to accumulate wealth over time through price appreciation rather than current income.  The investor should be willing to accept the risk of price volatility and principal loss in seeking to achieve growth.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## *INVESTMENT ADVISORY PROGRAM*

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: Managed Accounts Processing and Services, 4800 Deer Lake Drive West, Building 1, 3rd Fl., Jacksonville, FL 32246. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

## *YOUR CMA FOR TRUST BANK DEPOSIT INTEREST SUMMARY*

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 42,682 | 34,086 | .20 | 5.23 | 0 |
| **TOTAL** ML Bank Deposit Program | 42,682 | | | 5.23 | 0 |

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 0 | 62,857 | 1.31 | 62.78 | 105,062 |
| **TOTAL** Preferred Deposit | 0 | | | 62.78 | 105,062 |

+

## *YOUR CMA FOR TRUST ASSETS*

February 01, 2020 - February 28, 2020

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| ✛PREFERRED DEPOSIT | 105,062.00 | 105,062.00 | 1.0000 | **105,062.00** | **1,376** | 1.31 |
| ✛FDIC INSURED NOT SIPC COVERED | | | | | | |

| CDs/EQUIVALENTS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD TRUIST BANK | 11/05/19 | 148,000 | 147,926.00 | 100.0190 | **148,028.12** | 102.12 | 694.18 | **2,368** |
| CHARLOTTE, NC  01.600% MAY 13 2020 | | | | | | | | |
| CUSIP: 105133GP1  CURRENT YIELD  1.59% | | | | | | | | |
| **TOTAL**    YIELD 1.60% | | 148,000 | 147,926.00 | | **148,028.12** | 102.12 | 694.18 | **2,368** |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

| EQUITIES Description | Symbol  Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ADVNCD MICRO D INC | AMD 12/19/19 | 1,200.0000 | 43.1279 | 51,753.48 | 45.4800 | **54,576.00** | 2,822.52 | |
| AMAZON COM INC COM | AMZN 11/27/17 | 35.0000 | 1,207.9362 | 42,277.77 | 1,883.7500 | 65,931.25 | 23,653.48 | |
| | 01/16/19 | 11.0000 | 1,702.0445 | 18,722.49 | 1,883.7500 | 20,721.25 | 1,998.76 | |
| | 05/09/19 | 7.0000 | 1,887.8000 | 13,214.60 | 1,883.7500 | 13,186.25 | (28.35) | |
| Subtotal | | 53.0000 | | 74,214.86 | | **99,838.75** | 25,623.89 | |
| APPLE INC | AAPL 11/27/17 | 213.0000 | 175.8575 | 37,457.66 | 273.3600 | 58,225.68 | 20,768.02 | 657 |
| *CURRENT YIELD   1.12%* | 02/16/18 | 1.0000 | 175.9100 | 175.91 | 273.3600 | 273.36 | 97.45 | 4 |
| | 05/18/18 | 1.0000 | 180.7100 | 180.71 | 273.3600 | 273.36 | 92.65 | 4 |
| | 05/18/18 | 1.0000 | 191.0200 | 191.02 | 273.3600 | 273.36 | 82.34 | 4 |
| | 08/17/18 | 1.0000 | 203.1200 | 203.12 | 273.3600 | 273.36 | 70.24 | 4 |
| | 08/17/18 | 1.0000 | 214.5500 | 214.55 | 273.3600 | 273.36 | 58.81 | 4 |
| | 11/16/18 | 1.0000 | 190.5300 | 190.53 | 273.3600 | 273.36 | 82.83 | 4 |
| | 02/15/19 | 1.0000 | 190.0400 | 190.04 | 273.3600 | 273.36 | 83.32 | 4 |
| | 02/15/19 | 1.0000 | 171.4700 | 171.47 | 273.3600 | 273.36 | 101.89 | 4 |
| | 05/09/19 | 50.0000 | 198.3414 | 9,917.07 | 273.3600 | 13,668.00 | 3,750.93 | 154 |
| | 05/17/19 | 0.9165 | 173.2896 | 158.82 | 273.3600 | 250.53 | 91.71 | 3 |


NINA FISCHMAN TTEE                    Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST ASSETS*                    February 01, 2020 - February 28, 2020

| **EQUITIES** (continued) Description | Symbol  Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| APPLE INC | AAPL 05/17/19 | 2.0000 | 187.0500 | 374.10 | 273.3600 | 546.72 | 172.62 | 7 |
| | 08/14/19 | 1.0357 | 203.6497 | 210.92 | 273.3600 | 283.12 | 72.20 | 4 |
| | 11/13/19 | 0.8019 | 264.0104 | 211.71 | 273.3600 | 219.21 | 7.50 | 3 |
| | 02/12/20 | 0.6546 | 324.3660 | 212.33 | 273.3600 | 178.94 | (33.39) | 3 |
| Subtotal | | 276.4087 | | 50,059.96 | | **75,559.08** | 25,499.12 | **863** |
| BEYOND MEAT INC REG SHS *REG SHS* | BYND 10/29/19 | 230.0000 | 87.1778 | 20,050.90 | 89.6500 | **20,619.50** | 568.60 | |
| BOEING COMPANY *CURRENT YIELD  2.98%* | BA 11/19/19 | 55.0000 | 372.3780 | 20,480.79 | 275.1100 | **15,131.05** | (5,349.74) | **453** |
| CITIGROUP INC COM NEW *CURRENT YIELD  3.21%* | C 08/14/19 | 160.0000 | 61.6500 | 9,864.00 | 63.4600 | 10,153.60 | 289.60 | 327 |
| | 11/21/19 | 1.1011 | 74.1077 | 81.60 | 63.4600 | 69.88 | (11.72) | 3 |
| | 02/27/20 | 1.3243 | 62.0403 | 82.16 | 63.4600 | 84.04 | 1.88 | 3 |
| Subtotal | | 162.4254 | | 10,027.76 | | **10,307.52** | 279.76 | **333** |
| COSTCO WHOLESALE CRP DEL *CURRENT YIELD  0.92%* | COST 09/26/19 | 70.0000 | 288.0940 | 20,166.58 | 281.1400 | 19,679.80 | (486.78) | 182 |
| | 11/14/19 | 0.1490 | 305.3691 | 45.50 | 281.1400 | 41.89 | (3.61) | 1 |
| | 02/20/20 | 0.1414 | 322.4893 | 45.60 | 281.1400 | 39.75 | (5.85) | 1 |
| Subtotal | | 70.2904 | | 20,257.68 | | **19,761.44** | (496.24) | **184** |
| DISNEY (WALT) CO COM STK *CURRENT YIELD  1.49%* | DIS 05/08/19 | 124.0000 | 134.8500 | 16,721.40 | 117.6500 | 14,588.60 | (2,132.80) | 219 |
| | 07/25/19 | 0.4971 | 143.4319 | 71.30 | 117.6500 | 58.48 | (12.82) | 1 |
| | 07/25/19 | 1.0000 | 143.4200 | 143.42 | 117.6500 | 117.65 | (25.77) | 2 |
| | 01/15/20 | 0.7594 | 145.4306 | 110.44 | 117.6500 | 89.34 | (21.10) | 2 |
| Subtotal | | 126.2565 | | 17,046.56 | | **14,854.07** | (2,192.49) | **224** |
| FORTINET INC | FTNT 11/12/19 | 200.0000 | 99.1050 | 19,821.00 | 102.0600 | **20,412.00** | 591.00 | |

+

# *YOUR CMA FOR TRUST ASSETS*

February 01, 2020 - February 28, 2020

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS GROUP INC | GS | 01/16/19 | 103.0000 | 189.2339 | 19,491.10 | 200.7700 | 20,679.31 | 1,188.21 | 515 |
| *CURRENT YIELD* 2.49% | | 05/10/19 | 40.0000 | 200.0445 | 8,001.78 | 200.7700 | 8,030.80 | 29.02 | 200 |
| | | 06/28/19 | 1.0000 | 198.8800 | 198.88 | 200.7700 | 200.77 | 1.89 | 5 |
| | | 06/28/19 | 0.0268 | 203.3582 | 5.45 | 200.7700 | 5.38 | (0.07) | 1 |
| | | 09/26/19 | 0.8579 | 209.8496 | 180.03 | 200.7700 | 172.24 | (7.79) | 5 |
| | | 12/27/19 | 0.7837 | 231.0960 | 181.11 | 200.7700 | 157.34 | (23.77) | 4 |
| *Subtotal* | | | *145.6684* | | *28,058.35* | | **29,245.84** | *1,187.49* | **730** |
| HCA HEALTHCARE INC | HCA | 08/21/19 | 200.0000 | 123.5213 | 24,704.26 | 127.0100 | 25,402.00 | 697.74 | 344 |
| *CURRENT YIELD* 1.35% | | 09/27/19 | 0.6728 | 118.9060 | 80.00 | 127.0100 | 85.45 | 5.45 | 2 |
| | | 12/26/19 | 0.5412 | 148.3185 | 80.27 | 127.0100 | 68.74 | (11.53) | 1 |
| *Subtotal* | | | *201.2140* | | *24,864.53* | | **25,556.19** | *691.66* | **347** |
| JPMORGAN CHASE & CO | JPM | 06/15/18 | 111.0000 | 107.2699 | 11,906.96 | 116.1100 | 12,888.21 | 981.25 | 400 |
| *CURRENT YIELD* 3.10% | | 11/02/18 | 1.0000 | 112.7700 | 112.77 | 116.1100 | 116.11 | 3.34 | 4 |
| | | 02/01/19 | 1.0000 | 105.1800 | 105.18 | 116.1100 | 116.11 | 10.93 | 4 |
| | | 05/01/19 | 1.0000 | 112.9800 | 112.98 | 116.1100 | 116.11 | 3.13 | 4 |
| | | 05/01/19 | 0.0078 | 115.3846 | 0.90 | 116.1100 | .91 | .01 | 1 |
| | | 05/10/19 | 100.0000 | 111.6455 | 11,164.55 | 116.1100 | 11,611.00 | 446.45 | 360 |
| | | 07/30/19 | 1.4858 | 115.2308 | 171.21 | 116.1100 | 172.52 | 1.31 | 6 |
| | | 10/30/19 | 1.5604 | 124.2886 | 193.94 | 116.1100 | 181.18 | (12.76) | 6 |
| | | 01/30/20 | 1.4584 | 133.9481 | 195.35 | 116.1100 | 169.33 | (26.02) | 6 |
| *Subtotal* | | | *218.5124* | | *23,963.84* | | **25,371.48** | *1,407.64* | **791** |
| MCDONALDS CORP   COM | MCD | 04/30/19 | 152.0000 | 197.3300 | 29,994.16 | 194.1700 | 29,513.84 | (480.32) | 761 |
| *CURRENT YIELD* 2.57% | | 05/10/19 | 40.0000 | 197.9352 | 7,917.41 | 194.1700 | 7,766.80 | (150.61) | 200 |
| | | 06/18/19 | 0.0861 | 205.1103 | 17.66 | 194.1700 | 16.72 | (0.94) | 1 |
| | | 06/18/19 | 1.0000 | 205.0700 | 205.07 | 194.1700 | 194.17 | (10.90) | 5 |
| | | 09/16/19 | 1.0770 | 207.9665 | 223.98 | 194.1700 | 209.12 | (14.86) | 6 |
| | | 10/31/19 | 100.0000 | 197.3499 | 19,734.99 | 194.1700 | 19,417.00 | (317.99) | 501 |
| | | 12/13/19 | 1.8583 | 197.8690 | 367.70 | 194.1700 | 360.83 | (6.87) | 10 |
| *Subtotal* | | | *296.0214* | | *58,460.97* | | **57,478.48** | *(982.49)* | **1,484** |

+


NINA FISCHMAN TTEE
Account Number: [Redacted]1091

## YOUR CMA FOR TRUST ASSETS

February 01, 2020 - February 28, 2020

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| MICROSOFT CORP | MSFT | 07/22/19 | 200.0000 | 138.8262 | 27,765.24 | 162.0100 | 32,402.00 | 4,636.76 | 409 |
| CURRENT YIELD 1.25% | | 09/11/19 | 0.6684 | 137.6421 | 92.00 | 162.0100 | 108.29 | 16.29 | 2 |
| | | 12/11/19 | 0.6750 | 151.6148 | 102.34 | 162.0100 | 109.36 | 7.02 | 2 |
| Subtotal | | | 201.3434 | | 27,959.58 | | **32,619.65** | 4,660.07 | **413** |
| MSCI INC | MSCI | 07/02/19 | 75.0000 | 243.6668 | 18,275.01 | 295.4400 | 22,158.00 | 3,882.99 | 205 |
| CLASS A | | 08/29/19 | 0.2149 | 237.3196 | 51.00 | 295.4400 | 63.49 | 12.49 | 1 |
| CURRENT YIELD 0.92% | | 11/26/19 | 0.1959 | 261.1026 | 51.15 | 295.4400 | 57.88 | 6.73 | 1 |
| | | 01/02/20 | 75.0000 | 261.8926 | 19,641.95 | 295.4400 | 22,158.00 | 2,516.05 | 205 |
| Subtotal | | | 150.4108 | | 38,019.11 | | **44,437.37** | 6,418.26 | **412** |
| NIKE INC CL B | NKE | 03/19/19 | 285.0000 | 87.5825 | 24,961.04 | 89.3800 | 25,473.30 | 512.26 | 280 |
| CURRENT YIELD 1.09% | | 05/10/19 | 100.0000 | 82.8946 | 8,289.46 | 89.3800 | 8,938.00 | 648.54 | 98 |
| | | 07/02/19 | 0.9911 | 85.4605 | 84.70 | 89.3800 | 88.58 | 3.88 | 1 |
| | | 09/27/19 | 0.9178 | 92.5256 | 84.92 | 89.3800 | 82.03 | (2.89) | 1 |
| | | 12/31/19 | 0.9350 | 101.3796 | 94.79 | 89.3800 | 83.57 | (11.22) | 1 |
| Subtotal | | | 387.8439 | | 33,514.91 | | **34,665.48** | 1,150.57 | **381** |
| PEPSICO INC | PEP | 09/12/19 | 150.0000 | 137.6151 | 20,642.27 | 132.0300 | 19,804.50 | (837.77) | 573 |
| CURRENT YIELD 2.89% | | 01/06/20 | 1.0542 | 135.8850 | 143.25 | 132.0300 | 139.19 | (4.06) | 5 |
| Subtotal | | | 151.0542 | | 20,785.52 | | **19,943.69** | [Redacted]3) | **578** |
| PROCTER & GAMBLE CO | PG | 01/03/20 | 405.0000 | 123.1740 | 49,885.47 | 113.2300 | 45,858.15 | (4,027.32) | 1,209 |
| CURRENT YIELD 2.63% | | 02/14/20 | 2.3527 | 128.4014 | 302.09 | 113.2300 | 266.40 | (35.69) | 8 |
| Subtotal | | | 407.3527 | | 50,187.56 | | **46,124.55** | (4,063.01) | **1,217** |
| TARGET CORP COM | TGT | 07/23/19 | 285.0000 | 87.9418 | 25,063.44 | 103.0000 | 29,355.00 | 4,291.56 | 753 |
| CURRENT YIELD 2.56% | | 09/09/19 | 1.7527 | 107.3201 | 188.10 | 103.0000 | 180.53 | (7.57) | 5 |
| | | 12/09/19 | 1.5018 | 126.0221 | 189.26 | 103.0000 | 154.69 | (34.57) | 4 |
| Subtotal | | | 288.2545 | | 25,440.80 | | **29,690.22** | 4,249.42 | **762** |

## *YOUR CMA FOR TRUST ASSETS*

February 01, 2020 - February 28, 2020

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| TESLA INC | TSLA | 12/12/19 | 20.0000 | 358.7400 | 7,174.80 | 667.9900 | 13,359.80 | 6,185.00 | |
| | | 12/12/19 | 10.0000 | 358.7400 | 3,587.40 | 667.9900 | 6,679.90 | 3,092.50 | |
| *Subtotal* | | | 30.0000 | | *10,762.20* | | **20,039.70** | 9,277.50 | |
| TJX COS INC NEW | TJX | 08/20/19 | 300.0000 | 50.8170 | 15,245.10 | 59.8000 | 17,940.00 | 2,694.90 | 277 |
| *CURRENT YIELD 1.53%* | | 12/04/19 | 1.1500 | 60.0000 | 69.00 | 59.8000 | 68.77 | (0.23) | 2 |
| *Subtotal* | | | 301.1500 | | *15,314.10* | | **18,008.77** | *2,694.67* | **279** |
| UBER TECHNOLOGIES INC | UBER | 11/20/19 | 750.0000 | 28.0258 | 21,019.38 | 33.8700 | **25,402.50** | 4,383.12 | |
| VERIZON COMMUNICATNS COM | VZ | 12/12/19 | 407.0000 | 61.4017 | 24,990.53 | 54.1600 | 22,043.12 | (2,947.41) | 1,002 |
| *CURRENT YIELD 4.54%* | | 01/31/20 | 4.1196 | 60.7607 | 250.31 | 54.1600 | 223.12 | (27.19) | 11 |
| *Subtotal* | | | 411.1196 | | *25,240.84* | | **22,266.24** | *(2,974.60)* | **1,013** |
| VISA INC CL A SHRS | V | 07/02/19 | 172.0000 | 174.2337 | 29,968.20 | 181.7600 | 31,262.72 | 1,294.52 | 207 |
| *CURRENT YIELD 0.66%* | | 08/30/19 | 0.2382 | 180.5205 | 43.00 | 181.7600 | 43.30 | .30 | 1 |
| | | 12/02/19 | 0.2871 | 179.9721 | 51.67 | 181.7600 | 52.18 | .51 | 1 |
| *Subtotal* | | | 172.5253 | | *30,062.87* | | **31,358.20** | *1,295.33* | **209** |
| **TOTAL** YIELD 1.35% | | | | | 717,367.55 | | 793,267.77 | 75,900.22 | **10,673** |

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| INVESCO QQQ TR SER 1 | 618.7290 | 109,704.68 | 205.8000 | **127,334.43** | 17,629.75 | 109,704 | **17,629** | **979** |
| *CURRENT YIELD 0.76%* | | | | | | | | |
| SYMBOL: QQQ Initial Purchase: 03/13/18 | | | | | | | | |
| Equity 100% | | | | | | | | |
| ISHARES 1-3 YEAR | 598.1109 | 49,848.25 | 85.7300 | **51,276.05** | 1,427.80 | 49,767 | **1,508** | **1,062** |
| *TREASURY BOND ETF CURRENT YIELD 2.07%* | | | | | | | | |
| SYMBOL: SHY Initial Purchase: 08/09/18 | | | | | | | | |
| Fixed Income 100% | | | | | | | | |
| ISHARES 0-5 YEAR HIGH | 741.5216 | 34,616.44 | 45.6800 | **33,872.71** | (743.73) | 34,476 | **(603)** | **1,816** |
| *CORPORATE BOND ETF CURRENT YIELD 5.36%* | | | | | | | | |
| SYMBOL: SHYG Initial Purchase: 08/09/18 | | | | | | | | |

+



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## YOUR CMA FOR TRUST ASSETS

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs (continued) Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF CURRENT YIELD 4.89% SYMBOL: HYGH Initial Purchase: 08/09/18 Fixed Income 100% | 186.6441 | 17,086.95 | 85.9306 | 16,038.44 | (1,048.51) | 17,033 | (995) | 785 |
| ISHARES S&P 500 INDEX FUND CL INSTL CURRENT YIELD 2.09% SYMBOL: BSPIX Initial Purchase: 08/31/17 Equity 100% | 298.6800 | 88,839.11 | 350.9400 | 104,818.76 | 15,979.65 | 88,839 | 15,979 | 2,197 |
| LORD ABBETT SHORT DURATION INCOME FD CL F CURRENT YIELD 3.61% SYMBOL: LDLFX Initial Purchase: 05/02/19 Fixed Income 100% | 12,283.3050 | 51,354.55 | 4.2300 | 51,958.38 | 603.83 | 51,336 | 621 | 1,880 |
| PROSHARES ULTRAPRO QQQ CURRENT YIELD 0.06% SYMBOL: TQQQ Initial Purchase: 02/26/20 Alternative Investments 100% | 550.0000 | 50,176.00 | 77.0000 | 42,350.00 | (7,826.00) | 50,176 | (7,826) | 29 |
| SECTOR SPDR INDUSTRIAL CURRENT YIELD 2.16% SYMBOL: XLI Initial Purchase: 08/09/18 Equity 100% | 339.6086 | 25,771.26 | 73.0800 | 24,818.60 | (952.66) | 25,771 | (952) | 538 |
| SPDR GOLD TRUST SYMBOL: GLD Initial Purchase: 08/13/19 Alternative Investments 100% | 257.0000 | 36,465.73 | 148.3800 | 38,133.66 | 1,667.93 | 36,465 | 1,667 | |
| SPDR S P BIOTECH CURRENT YIELD 0.00% SYMBOL: XBI Initial Purchase: 11/08/18 Equity 100% | 450.0219 | 38,156.77 | 89.1800 | 40,132.96 | 1,976.19 | 38,156 | 1,976 | 2 |
| VANGUARD 500 INDEX FUND | 625.5485 | 152,249.91 | 271.7400 | 169,986.55 | 17,736.64 | 152,249 | 17,736 | 3,485 |

+

# *YOUR CMA FOR TRUST ASSETS*

February 01, 2020 - February 28, 2020

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs (continued)<br>Description | Quantity | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Total Client<br>Investment | Cumulative<br>Investment<br>Return ($) | Estimated<br>Annual<br>Income |
|---|---|---|---|---|---|---|---|---|
| *SHS ETF  CURRENT YIELD  2.04%* | | | | | | | | |
| *SYMBOL: VOO      Initial Purchase: 10/25/17* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| Subtotal (Fixed Income) | | | | 153,145.58 | | | | |
| Subtotal (Equities) | | | | 467,091.30 | | | | |
| Subtotal (Alternative Investments) | | | | 80,483.66 | | | | |
| **TOTAL**   YIELD 1.82% | | 654,269.65 | | **700,720.54** | 46,450.89 | | **46,740** | 12,773 |

| LONG PORTFOLIO | | Adjusted/Total<br>Cost Basis | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income |
|---|---|---|---|---|---|---|
| **TOTAL**   YIELD 1.56% | | 1,624,625.20 | **1,747,078.43** | 122,453.23 | 694.18 | **27,190** |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment. Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Bank of America Merrill Lynch Global Research publishes research reports and ratings ("Research Ratings") regarding a select universe of ETFs and ETNs (collectively, "ETPs"). Research Ratings on ETPs are intended to assess the potential for outperformance of ETP peers in the same coverage category. Bank of America Merrill Lynch Global Research and other business areas, including CIO, apply different methodologies in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Neither the CIO review process nor the internal business review performed by product teams will rely on or otherwise use the Research Ratings on ETPs as an input or factor; and the CIO review process and product team's internal business review will determine an ETP's inclusion, status, and availability for solicitation through the Global Wealth & Investment Management area of MLPF&S and its affiliates.

+


# MERRILL
## A BANK OF AMERICA COMPANY

NINA FISCHMAN TTEE                    Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST ASSETS*

February 01, 2020 - February 28, 2020

**Notes**
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

## *YOUR CMA FOR TRUST TRANSACTIONS*

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|---|---|---|---|---|---|---|
| **Taxable Interest** | | | | | | |
| 02/28 | BANK DEPOSIT INT  02/28 | ¤ Bank Interest | | | 5.23 | |
| 02/28 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | | .78 | |
| | PREFERRED DEPOSIT | Income Total | | | 62.00 | |
| | ***Subtotal (Taxable Interest)*** | | | | **68.01** | **68.28** |
| **Taxable Dividends** | | | | | | |
| 02/03 | LORD ABBETT SHORT DURATION INCOME FD CL F PAY DATE 01/31/2020 | * Dividend | | | 17.99 | |
| 02/03 | LORD ABBETT SHORT DURATION INCOME FD CL F | Reinvestment Program | | (17.99) | | |
| 02/03 | LORD ABBETT SHORT DURATION INCOME FD CL F AGENT REINV AMOUNT  $17.99 REINV PRICE  $4.23000 QUANTITY BOT | Reinvestment Share(s) | 4.2530 | 4.2530 AS OF 01/31 | | |
| 02/07 | ISHARES 1-3 YEAR TREASURY BOND ETF HOLDING 597.1619 PAY DATE 02/07/2020 | * Dividend | | | 80.54 | |
| 02/07 | ISHARES 1-3 YEAR TREASURY BOND ETF | Reinvestment Program | | (80.54) | | |
| 02/07 | ISHARES 1-3 YEAR TREASURY BOND ETF PRINCIPAL REINV AMOUNT  $80.54 REINV PRICE  $84.87000 QUANTITY BOT | Reinvestment Share(s) | .9490 | .9490 | | |
| 02/07 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF HOLDING 738.5083 PAY DATE 02/07/2020 | * Dividend | | | 140.12 | |
| 02/07 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF | Reinvestment Program | | (140.12) | | |

+

# *YOUR CMA FOR TRUST TRANSACTIONS*

| Date | Description | Transaction Type | Quantity | Reinvestment | Income | Income Year To Date |
|------|-------------|------------------|----------|--------------|--------|---------------------|
| | **DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued) | | | | | |
| | **Taxable Dividends** | | | | | |
| 02/07 | ISHARES 0-5 YEAR HIGH | Reinvestment Share(s) | 3.0133 | | | |
| | CORPORATE BOND ETF PRINCIPAL REINV AMOUNT $140.12 REINV PRICE $46.50000 QUANTITY BOT | | 3.0133 | | | |
| 02/10 | ISHARES INTEREST RATE | * Dividend | | | 53.19 | |
| | HEDGED HIGH YIELD BOND ETF HOLDING 186.0464 PAY DATE 02/10/2020 | | | | | |
| 02/10 | ISHARES INTEREST RATE | Reinvestment Program | | (53.19) | | |
| | HEDGED HIGH YIELD BOND ETF | | | | | |
| 02/10 | ISHARES INTEREST RATE | Reinvestment Share(s) | .5977 | | | |
| | HEDGED HIGH YIELD BOND ETF PRINCIPAL REINV AMOUNT $53.19 REINV PRICE $88.99000 QUANTITY BOT | | .5977 | | | |
| 02/13 | APPLE INC | * Dividend | | | 212.33 | |
| | HOLDING 275.7541 PAY DATE 02/13/2020 | | | | | |
| 02/13 | APPLE INC | Reinvestment Program | | (212.33) | | |
| 02/13 | APPLE INC | Reinvestment Share(s) | .6546 | | | |
| | PRINCIPAL REINV AMOUNT $212.33 REINV PRICE $324.36600 QUANTITY BOT | | .6546 | | | |
| 02/21 | COSTCO WHOLESALE CRP DEL | * Dividend | | | 45.60 | |
| | HOLDING 70.1490 PAY DATE 02/21/2020 | | | | | |
| 02/21 | COSTCO WHOLESALE CRP DEL | Reinvestment Program | | (45.60) | | |
| 02/21 | COSTCO WHOLESALE CRP DEL | Reinvestment Share(s) | .1414 | | | |
| | PRINCIPAL REINV AMT $45.60 REINV PRICE $322.56000 REINV SHRS | | .1414 | | | |
| 02/28 | CITIGROUP INC COM NEW | * Dividend | | | 82.16 | |
| | HOLDING 161.1011 PAY DATE 02/28/2020 | | | | | |
| 02/28 | CITIGROUP INC COM NEW | Reinvestment Program | | (82.16) | | |
| 02/28 | CITIGROUP INC COM NEW | Reinvestment Share(s) | 1.3243 | | | |
| | PRINCIPAL REINV AMT $82.16 REINV PRICE $62.03800 REINV SHRS | | 1.3243 | | | |
| | *Subtotal (Taxable Dividends)* | | | | *631.93* | *631.93* |
| | **NET TOTAL** | | | (631.93) | 699.94 | 700.21 |



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

# *YOUR CMA FOR TRUST TRANSACTIONS*

February 01, 2020 - February 28, 2020

### SECURITY TRANSACTIONS
#### TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 02/28 | PROSHARES ULTRAPRO QQQ [Redacted]  UNIT PRICE  91.2290 | Purchase | 550.0000 | (50,176.00) | | (50,176.00) | |
| | ***Subtotal (Purchases)*** | | | ***(50,176.00)*** | | ***(50,176.00)*** | |
| **Sales** | | | | | | | |
| 02/03 ■ | TESLA INC TRADE AS OF   01/30/20 [Redacted]   UNIT PRICE  644.6300 | Sale | -20.0000 | 12,892.60 | (.27) | 12,892.33 | |
| 02/05 ■ | NORDSTROM INC [Redacted]  UNIT PRICE  37.6624 | Sale | -469.0000 | 17,663.67 | (.37) | 17,663.30 | |
| 02/06 ■ | TESLA INC [Redacted]  UNIT PRICE  881.8967 | Sale | -20.0000 | 17,637.93 | (.37) | 17,637.56 | |
| 02/13 ■ | FACEBOOK INC CLASS A COMMON STOCK [Redacted]  UNIT PRICE  209.0243 | Sale | -157.0000 | 32,816.82 | (.68) | 32,816.14 | |
| 02/13 ■ | SNAP INC CL A [Redacted]  UNIT PRICE  17.6910 | Sale | -575.0000 | 10,172.33 | (.21) | 10,172.12 | |
| 02/14 ■ | CHEWY INC SH   CL A [Redacted]  UNIT PRICE  27.4350 | Sale | -833.0000 | 22,853.36 | (.47) | 22,852.89 | |
| 02/24 ■ | SKYWORKS SOLUTIONS INC [Redacted]  UNIT PRICE  116.5550 | Sale | -243.0000 | 28,322.87 | (.63) | 28,322.24 | |
| | ***Subtotal (Sales)*** | | | ***142,359.58*** | ***(3.00)*** | ***142,356.58*** | |
| | **TOTAL** | | | **92,183.58** | **(3.00)** | **92,180.58** | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | **(50,176.00)** | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | **142,356.58** | |

# *YOUR CMA FOR TRUST TRANSACTIONS*

February 01, 2020 - February 28, 2020

## REALIZED GAINS/(LOSSES)

| | | Acquired | Liquidation | | | Gains/(Losses) ✪ | |
|---|---|---|---|---|---|---|---|
| Description | Quantity | Date | Date | Sale Amount | Cost Basis | This Statement | Year to Date |
| CHEWY INC SH      CL A | 833.0000 | 01/21/20 | 02/12/20 | 22,852.89 | 25,001.66 | (2,148.77) | |
| FACEBOOK INC | 157.0000 | 10/29/19 | 02/11/20 | 32,816.14 | 29,774.12 | 3,042.02 | |
| NORDSTROM INC | 469.0000 | 01/07/20 | 02/03/20 | 17,663.30 | 19,961.06 | (2,297.76) | |
| SKYWORKS SOLUTIONS INC | 243.0000 | 01/14/20 | 02/20/20 | 28,322.24 | 29,997.14 | (1,674.90) | |
| SNAP INC CL A | 575.0000 | 09/20/19 | 02/11/20 | 10,172.12 | 9,755.91 | 416.21 | |
| TESLA INC | 20.0000 | 12/12/19 | 01/31/20 | 12,892.33 | 7,174.80 | 5,717.53 | |
| TESLA INC | 20.0000 | 12/12/19 | 02/04/20 | 17,637.56 | 7,174.80 | 10,462.76 | |
| *Subtotal (Short-Term)* | | | | | | *13,517.09* | *13,517.09* |
| **TOTAL** | | | | **142,356.58** | **128,839.49** | **13,517.09** | **13,517.09** |

✪ - Excludes transactions for which we have insufficient data

## SECURITIES YOU TRANSFERRED IN/OUT

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|---|---|---|---|---|---|
| 02/03 | LORD ABBETT SHORT DURATION INCOME FD CL F TR FROM [Redacted]155 | Transfer / Adjustment | 29.3780 | 124.26 | |
| 02/04 | JPMORGAN CHASE & CO | Security Transfer In | 1.4584 | 197.30 | |
| 02/04 | VERIZON COMMUNICATNS COM | Security Transfer In | 4.1196 | 240.13 | |
| 02/19 | PROCTER & GAMBLE CO TFR FM [Redacted][Redacted]7155 | Security Transfer In | 2.3527 | 295.12 | |
| | **NET TOTAL** | | | **856.81** | **1,855,369.16** |

## UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/27 | 03/02 | PROSHARES ULTRAPRO QQQ | TQQQ | Sale | 550.0000 | 81.4100 | 44,774.51 |
| | **NET TOTAL** | | | | | | **44,774.51** |

+


NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST TRANSACTIONS*

February 01, 2020 - February 28, 2020

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|------|-------------|------------------|----------|-------|--------|
| **Electronic Transfers** | | | | | |
| 02/06 | TO [Redacted]          9917<br>NINA FISCHMAN | Withdrawal | | 10,000.00 | |
| 02/18 | WIRE [Redacted] [Redacted]2253 | Wire Transfer Out | | 25,000.00 | |
| 02/19 | WIRE [Redacted][Redacted]    6217 | Wire Transfer Out | | 10,000.00 | |
| | *Subtotal (Electronic Transfers)* | | | **45,000.00** | |
| **Other Debits/Credits** | | | | | |
| 02/04 | TFR FM [Redacted]7155 | Account Transfer | | | |
| 02/05 | TFR FM [Redacted]7155 | Transfer / Adjustment | | | 244.70 |
| | *Subtotal (Other Debits/Credits)* | | | | **244.70** |
| | **NET TOTAL** | | | **44,755.30** | |

### ADVISORY AND OTHER FEES

| Date | Fee Type | Quantity | Description | Debit | Credit |
|------|----------|----------|-------------|-------|--------|
| 02/04 | Advisory Program Fee | | INV. ADVISORY FEE JAN | 101.14 | |
| 02/04 | Advisory Program Fee | | INV. ADVISORY FEE FEB | 1,567.62 | |
| | **NET TOTAL** | | | **1,668.76** | |

## *YOUR CMA FOR TRUST MONEY ACCOUNT TRANSACTIONS*

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| 02/03 | ML BANK DEPOSIT PROGRAM | | 1.00 | 02/18 | PREFERRED DEPOSIT | 25,000.00 | |
| 02/04 | ML BANK DEPOSIT PROGRAM | | 11,223.00 | 02/19 | PREFERRED DEPOSIT | 10,000.00 | |
| 02/06 | ML BANK DEPOSIT PROGRAM | | 17,908.00 | 02/20 | ML BANK DEPOSIT PROGRAM | | 5,298.00 |
| 02/07 | ML BANK DEPOSIT PROGRAM | | 7,638.00 | 02/25 | ML BANK DEPOSIT PROGRAM | | 28,322.00 |

+

## *YOUR CMA FOR TRUST MONEY ACCOUNT TRANSACTIONS* (continued)

February 01, 2020 - February 28, 2020

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| 02/13 | ML BANK DEPOSIT PROGRAM | 79,452.00 | | 02/28 | ML BANK DEPOSIT PROGRAM | 33,620.00 | |
| 02/13 | PREFERRED DEPOSIT | | 140,000.00 | | | | |
| | **NET TOTAL** | | | | | | **62,318.00** |



## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

+

4709

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |



# MERRILL
### A BANK OF AMERICA COMPANY

Online at: **www.mymerrill.com**

Account Number: [Redacted]1091

**24-Hour Assistance: (800) MERRILL**

NINA FISCHMAN TTEE
U/A DTD 01/15/2020
BY NINA FISCHMAN
703 CARLYLE ST
WOODMERE NY 11598-2917

**Net Portfolio Value:**      **$1,881,655.71**

**Your Financial Advisor:**
ALEXANDER Y FISCHMAN
1010 NORTHERN BLVD SUITE 490
GREAT NECK NY    11021-5306
alexander.fischman@ml.com
1-800-876-8770

# ■ CMA® FOR TRUST ACCOUNT

This account is enrolled in the Merrill Lynch Investment Advisory Program

January 01, 2020 - January 31, 2020

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (01/01) | **$0.00** | |
| Total Credits | 42,683.25 | 42,683.25 |
| Total Debits | - | - |
| Securities You Transferred In/Out | 1,854,512.35 | 1,854,512.35 |
| Market Gains/(Losses) | (15,539.89) | (15,539.89) |
| **Closing Value** (01/31) | **$1,881,655.71** | |

## ASSETS

| | January 31 | December 31 |
|---|---|---|
| Cash/Money Accounts | 42,683.25 | - |
| Fixed Income | 148,010.36 | - |
| Equities | 996,343.67 | - |
| Mutual Funds | 694,105.90 | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *1,881,143.18* | - |
| Estimated Accrued Interest | 512.53 | - |
| **TOTAL ASSETS** | **$1,881,655.71** | - |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | - |
| **NET PORTFOLIO VALUE** | **$1,881,655.71** | - |

 *This statement is eligible for online delivery. Go to ml.com/gopaperless or scan this code with your phone's camera to get started.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

*Investment products:* | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

024

4709

# CMA® FOR TRUST ACCOUNT

January 01, 2020 - January 31, 2020

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | - | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | 42,682.98 | 42,682.98 |
| *Subtotal* | *42,682.98* | *42,682.98* |
| | | |
| **DEBITS** | | |
| Electronic Transfers | - | - |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Advisory and other fees | - | - |
| *Subtotal* | - | - |
| **Net Cash Flow** | **$42,682.98** | **$42,682.98** |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 0.27 | 0.27 |
| Security Purchases/Debits | - | |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **$42,683.25** | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



| | | **Allocation** |
|---|---|---|
| ☐ | Equities | 79.67% |
| ▦ | Fixed Income | 16.02% |
| ▦ | Cash/Money Accounts | 2.27% |
| ▦ | Alternative Investments | 2.04% |
| | **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |



## *ACCOUNT INVESTMENT OBJECTIVE*

**GROWTH:** Objective is to accumulate wealth over time through price appreciation rather than current income. The investor should be willing to accept the risk of price volatility and principal loss in seeking to achieve growth.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## *INVESTMENT ADVISORY PROGRAM*

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: Managed Accounts Processing and Services, 4800 Deer Lake Drive West, Building 1, 3rd Fl., Jacksonville, FL 32246. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

## *YOUR CMA FOR TRUST BANK DEPOSIT INTEREST SUMMARY*

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 0 | 1,587 | .20 | 0.27 | **42,682** |
| **TOTAL** ML Bank Deposit Program | 0 | | | 0.27 | **42,682** |

## *YOUR CMA FOR TRUST ASSETS*

January 01, 2020 - January 31, 2020

| CASH/MONEY ACCOUNTS<br>Description | Quantity | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Estimated<br>Annual Income | Est. Annual<br>Yield% |
|---|---|---|---|---|---|---|
| CASH | 1.25 | 1.25 | | **1.25** | | |
| +ML BANK DEPOSIT PROGRAM | 42,682.00 | 42,682.00 | 1.0000 | **42,682.00** | **85** | .20 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 42,683.25 | | **42,683.25** | **85** | .20 |

| CDs/EQUIVALENTS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income |
|---|---|---|---|---|---|---|---|---|
| CD TRUIST BANK | 11/05/19 | 148,000 | 147,926.00 | 100.0070 | **148,010.36** | 84.36 | 512.53 | **2,368** |
| *CHARLOTTE, NC 01.600% MAY 13 2020* | | | | | | | | |
| *CUSIP: 105133GP1 CURRENT YIELD 1.59%* | | | | | | | | |
| **TOTAL** YIELD 1.60% | | 148,000 | 147,926.00 | | **148,010.36** | 84.36 | 512.53 | **2,368** |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

| EQUITIES<br>Description | Symbol Acquired | Quantity | Unit<br>Cost Basis | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Annual Income |
|---|---|---|---|---|---|---|---|---|
| ADVNCD MICRO D INC | AMD 12/19/19 | 1,200.0000 | 43.1279 | 51,753.48 | 47.0000 | **56,400.00** | 4,646.52 | |
| AMAZON COM INC COM | AMZN 11/27/17 | 35.0000 | 1,207.9362 | 42,277.77 | 2,008.7200 | 70,305.20 | 28,027.43 | |
| | 01/16/19 | 11.0000 | 1,702.0445 | 18,722.49 | 2,008.7200 | 22,095.92 | 3,373.43 | |
| | 05/09/19 | 7.0000 | 1,887.8000 | 13,214.60 | 2,008.7200 | 14,061.04 | 846.44 | |
| *Subtotal* | | 53.0000 | | 74,214.86 | | **106,462.16** | 32,247.30 | |
| APPLE INC | AAPL 11/27/17 | 213.0000 | 175.8575 | 37,457.66 | 309.5100 | 65,925.63 | 28,467.97 | 657 |
| *CURRENT YIELD 0.99%* | 02/16/18 | 1.0000 | 175.9100 | 175.91 | 309.5100 | 309.51 | 133.60 | 4 |
| | 05/18/18 | 1.0000 | 180.7100 | 180.71 | 309.5100 | 309.51 | 128.80 | 4 |
| | 05/18/18 | 1.0000 | 191.0200 | 191.02 | 309.5100 | 309.51 | 118.49 | 4 |
| | 08/17/18 | 1.0000 | 203.1200 | 203.12 | 309.5100 | 309.51 | 106.39 | 4 |
| | 08/17/18 | 1.0000 | 214.5500 | 214.55 | 309.5100 | 309.51 | 94.96 | 4 |
| | 11/16/18 | 1.0000 | 190.5300 | 190.53 | 309.5100 | 309.51 | 118.98 | 4 |
| | 02/15/19 | 1.0000 | 190.0400 | 190.04 | 309.5100 | 309.51 | 119.47 | 4 |

+



# MERRILL
## A BANK OF AMERICA COMPANY

## *YOUR CMA FOR TRUST ASSETS*

January 01, 2020 - January 31, 2020

| EQUITIES (continued) Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| APPLE INC | AAPL 02/15/19 | 1.0000 | 171.4700 | 171.47 | 309.5100 | 309.51 | 138.04 | 4 |
| | 05/09/19 | 50.0000 | 198.3414 | 9,917.07 | 309.5100 | 15,475.50 | 5,558.43 | 154 |
| | 05/17/19 | 0.9165 | 173.2896 | 158.82 | 309.5100 | 283.67 | 124.85 | 3 |
| | 05/17/19 | 2.0000 | 187.0500 | 374.10 | 309.5100 | 619.02 | 244.92 | 7 |
| | 08/14/19 | 1.0357 | 203.6497 | 210.92 | 309.5100 | 320.56 | 109.64 | 4 |
| | 11/13/19 | 0.8019 | 264.0104 | 211.71 | 309.5100 | 248.20 | 36.49 | 3 |
| Subtotal | | 275.7541 | | 49,847.63 | | **85,348.66** | 35,501.03 | **860** |
| BEYOND MEAT INC REG SHS *REG SHS* | BYND 10/29/19 | 230.0000 | 87.1778 | 20,050.90 | 110.4200 | **25,396.60** | 5,345.70 | |
| BOEING COMPANY *CURRENT YIELD 2.58%* | BA 11/19/19 | 55.0000 | 372.3780 | 20,480.79 | 318.2700 | **17,504.85** | (2,975.94) | **453** |
| CHEWY INC SH   CL A | CHWY 01/21/20 | 833.0000 | 30.0139 | 25,001.66 | 26.5100 | **22,082.83** | (2,918.83) | |
| CITIGROUP INC COM NEW *CURRENT YIELD 2.74%* | C 08/14/19 | 160.0000 | 61.6500 | 9,864.00 | 74.4100 | 11,905.60 | 2,041.60 | 327 |
| | 11/21/19 | 1.1011 | 74.1077 | 81.60 | 74.4100 | 81.93 | .33 | 3 |
| Subtotal | | 161.1011 | | 9,945.60 | | **11,987.53** | 2,041.93 | **330** |
| COSTCO WHOLESALE CRP DEL *CURRENT YIELD 0.85%* | COST 09/26/19 | 70.0000 | 288.0940 | 20,166.58 | 305.5200 | 21,386.40 | 1,219.82 | 182 |
| | 11/14/19 | 0.1490 | 305.3691 | 45.50 | 305.5200 | 45.52 | .02 | 1 |
| Subtotal | | 70.1490 | | 20,212.08 | | **21,431.92** | 1,219.84 | **183** |
| DISNEY (WALT) CO COM STK *CURRENT YIELD 1.27%* | DIS 05/08/19 | 124.0000 | 134.8500 | 16,721.40 | 138.3100 | 17,150.44 | 429.04 | 219 |
| | 07/25/19 | 0.4971 | 143.4319 | 71.30 | 138.3100 | 68.75 | (2.55) | 1 |
| | 07/25/19 | 1.0000 | 143.4200 | 143.42 | 138.3100 | 138.31 | (5.11) | 2 |
| | 01/15/20 | 0.7594 | 145.4306 | 110.44 | 138.3100 | 105.03 | (5.41) | 2 |
| Subtotal | | 126.2565 | | 17,046.56 | | **17,462.53** | 415.97 | **224** |
| FACEBOOK INC *CLASS A COMMON STOCK* | FB 10/29/19 | 157.0000 | 189.6440 | 29,774.12 | 201.9100 | **31,699.87** | 1,925.75 | |
| FORTINET INC | FTNT 11/12/19 | 200.0000 | 99.1050 | 19,821.00 | 115.3600 | **23,072.00** | 3,251.00 | |

## *YOUR CMA FOR TRUST ASSETS*

| **EQUITIES** (continued) Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ↑ GOLDMAN SACHS GROUP INC | GS 01/16/19 | 103.0000 | 189.2339 | 19,491.10 | 237.7500 | 24,488.25 | 4,997.15 | 515 |
| *CURRENT YIELD 2.10%* | 05/10/19 | 40.0000 | 200.0445 | 8,001.78 | 237.7500 | 9,510.00 | 1,508.22 | 200 |
| | 06/28/19 | 1.0000 | 198.8800 | 198.88 | 237.7500 | 237.75 | 38.87 | 5 |
| | 06/28/19 | 0.0268 | 203.3582 | 5.45 | 237.7500 | 6.37 | .92 | 1 |
| | 09/26/19 | 0.8579 | 209.8496 | 180.03 | 237.7500 | 203.97 | 23.94 | 5 |
| | 12/27/19 | 0.7837 | 231.0960 | 181.11 | 237.7500 | 186.32 | 5.21 | 4 |
| Subtotal | | 145.6684 | | 28,058.35 | | **34,632.66** | 6,574.31 | **730** |
| HCA HEALTHCARE INC | HCA 08/21/19 | 200.0000 | 123.5213 | 24,704.26 | 138.8000 | 27,760.00 | 3,055.74 | 344 |
| *CURRENT YIELD 1.23%* | 09/27/19 | 0.6728 | 118.9060 | 80.00 | 138.8000 | 93.38 | 13.38 | 2 |
| | 12/26/19 | 0.5412 | 148.3185 | 80.27 | 138.8000 | 75.12 | (5.15) | 1 |
| Subtotal | | 201.2140 | | 24,864.53 | | **27,928.50** | 3,063.97 | **347** |
| JPMORGAN CHASE & CO | JPM 06/15/18 | 111.0000 | 107.2699 | 11,906.96 | 132.3600 | 14,691.96 | 2,785.00 | 400 |
| *CURRENT YIELD 2.71%* | 11/02/18 | 1.0000 | 112.7700 | 112.77 | 132.3600 | 132.36 | 19.59 | 4 |
| | 02/01/19 | 1.0000 | 105.1800 | 105.18 | 132.3600 | 132.36 | 27.18 | 4 |
| | 05/01/19 | 1.0000 | 112.9800 | 112.98 | 132.3600 | 132.36 | 19.38 | 4 |
| | 05/01/19 | 0.0078 | 115.3846 | 0.90 | 132.3600 | 1.03 | .13 | 1 |
| | 05/10/19 | 100.0000 | 111.6455 | 11,164.55 | 132.3600 | 13,236.00 | 2,071.45 | 361 |
| | 07/30/19 | 1.4858 | 115.2308 | 171.21 | 132.3600 | 196.66 | 25.45 | 6 |
| | 10/30/19 | 1.5604 | 124.2886 | 193.94 | 132.3600 | 206.53 | 12.59 | 6 |
| Subtotal | | 217.0540 | | 23,768.49 | | **28,729.26** | 4,960.77 | **786** |
| MCDONALDS CORP COM | MCD 04/30/19 | 152.0000 | 197.3300 | 29,994.16 | 213.9700 | 32,523.44 | 2,529.28 | 761 |
| *CURRENT YIELD 2.33%* | 05/10/19 | 40.0000 | 197.9352 | 7,917.41 | 213.9700 | 8,558.80 | 641.39 | 200 |
| | 06/18/19 | 0.0861 | 205.1103 | 17.66 | 213.9700 | 18.42 | .76 | 1 |
| | 06/18/19 | 1.0000 | 205.0700 | 205.07 | 213.9700 | 213.97 | 8.90 | 5 |
| | 09/16/19 | 1.0770 | 207.9665 | 223.98 | 213.9700 | 230.45 | 6.47 | 6 |
| | 10/31/19 | 100.0000 | 197.3499 | 19,734.99 | 213.9700 | 21,397.00 | 1,662.01 | 501 |
| | 12/13/19 | 1.8583 | 197.8690 | 367.70 | 213.9700 | 397.62 | 29.92 | 10 |
| Subtotal | | 296.0214 | | 58,460.97 | | **63,339.70** | 4,878.73 | **1,484** |


**MERRILL**
A BANK OF AMERICA COMPANY

## *YOUR CMA FOR TRUST ASSETS*

January 01, 2020 - January 31, 2020

**EQUITIES** (continued)

| Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| MICROSOFT CORP | MSFT 07/22/19 | 200.0000 | 138.8262 | 27,765.24 | 170.2300 | 34,046.00 | 6,280.76 | 409 |
| *CURRENT YIELD* 1.19% | 09/11/19 | 0.6684 | 137.6421 | 92.00 | 170.2300 | 113.78 | 21.78 | 2 |
| | 12/11/19 | 0.6750 | 151.6148 | 102.34 | 170.2300 | 114.91 | 12.57 | 2 |
| *Subtotal* | | *201.3434* | | *27,959.58* | | ***34,274.69*** | *6,315.11* | ***413*** |
| MSCI INC | MSCI 07/02/19 | 75.0000 | 243.6668 | 18,275.01 | 285.8000 | 21,435.00 | 3,159.99 | 204 |
| *CLASS A* | 08/29/19 | 0.2149 | 237.3196 | 51.00 | 285.8000 | 61.42 | 10.42 | 1 |
| *CURRENT YIELD* 0.95% | | | | | | | | |
| | 11/26/19 | 0.1959 | 261.1026 | 51.15 | 285.8000 | 55.99 | 4.84 | 1 |
| | 01/02/20 | 75.0000 | 261.8926 | 19,641.95 | 285.8000 | 21,435.00 | 1,793.05 | 204 |
| *Subtotal* | | *150.4108* | | *38,019.11* | | ***42,987.41*** | *4,968.30* | ***410*** |
| NIKE INC CL B | NKE 03/19/19 | 285.0000 | 87.5825 | 24,961.04 | 96.3000 | 27,445.50 | 2,484.46 | 280 |
| *CURRENT YIELD* 1.01% | 05/10/19 | 100.0000 | 82.8946 | 8,289.46 | 96.3000 | 9,630.00 | 1,340.54 | 98 |
| | 07/02/19 | 0.9911 | 85.4605 | 84.70 | 96.3000 | 95.44 | 10.74 | 1 |
| | 09/27/19 | 0.9178 | 92.5256 | 84.92 | 96.3000 | 88.38 | 3.46 | 1 |
| | 12/31/19 | 0.9350 | 101.3796 | 94.79 | 96.3000 | 90.04 | (4.75) | 1 |
| *Subtotal* | | *387.8439* | | *33,514.91* | | ***37,349.36*** | *3,834.45* | ***381*** |
| NORDSTROM INC | JWN 01/07/20 | 469.0000 | 42.5608 | 19,961.06 | 36.8600 | **17,287.34** | (2,673.72) | **695** |
| *CURRENT YIELD* 4.01% | | | | | | | | |
| PEPSICO INC | PEP 09/12/19 | 150.0000 | 137.6151 | 20,642.27 | 142.0200 | 21,303.00 | 660.73 | 574 |
| *CURRENT YIELD* 2.68% | 01/06/20 | 1.0542 | 135.8850 | 143.25 | 142.0200 | 149.72 | 6.47 | 5 |
| *Subtotal* | | *151.0542* | | *20,785.52* | | ***21,452.72*** | *667.20* | ***579*** |
| PROCTER & GAMBLE CO | PG 01/03/20 | 405.0000 | 123.1740 | 49,885.47 | 124.6200 | **50,471.10** | 585.63 | **1,209** |
| *CURRENT YIELD* 2.39% | | | | | | | | |
| SKYWORKS SOLUTIONS INC | SWKS 01/14/20 | 243.0000 | 123.4450 | 29,997.14 | 113.1500 | **27,495.45** | (2,501.69) | **428** |
| *CURRENT YIELD* 1.55% | | | | | | | | |
| SNAP INC CL A | SNAP 09/20/19 | 575.0000 | 16.9668 | 9,755.91 | 18.3800 | **10,568.50** | 812.59 | |

## YOUR CMA FOR TRUST ASSETS

January 01, 2020 - January 31, 2020

### EQUITIES (continued)

| Description | Symbol Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| TARGET CORP COM | TGT 07/23/19 | 285.0000 | 87.9418 | 25,063.44 | 110.7400 | 31,560.90 | 6,497.46 | 753 |
| CURRENT YIELD 2.38% | 09/09/19 | 1.7527 | 107.3201 | 188.10 | 110.7400 | 194.09 | 5.99 | 5 |
| | 12/09/19 | 1.5018 | 126.0221 | 189.26 | 110.7400 | 166.31 | (22.95) | 4 |
| Subtotal | | 288.2545 | | 25,440.80 | | 31,921.30 | 6,480.50 | 762 |
| TESLA INC | TSLA 12/12/19 | 20.0000 | 358.7400 | 7,174.80 | 650.5700 | 13,011.40 | 5,836.60 | |
| | 12/12/19 | 30.0000 | 358.7400 | 10,762.20 | 650.5700 | 19,517.10 | 8,754.90 | |
| | 12/12/19 | 20.0000 | 358.7400 | 7,174.80 | 650.5700 | 13,011.40 | 5,836.60 | |
| Subtotal | | 70.0000 | | 25,111.80 | | 45,539.90 | 20,428.10 | |
| TJX COS INC NEW | TJX 08/20/19 | 300.0000 | 50.8170 | 15,245.10 | 59.0400 | 17,712.00 | 2,466.90 | 277 |
| CURRENT YIELD 1.55% | 12/04/19 | 1.1500 | 60.0000 | 69.00 | 59.0400 | 67.90 | (1.10) | 2 |
| Subtotal | | 301.1500 | | 15,314.10 | | 17,779.90 | 2,465.80 | 279 |
| UBER TECHNOLOGIES INC | UBER 11/20/19 | 750.0000 | 28.0258 | 21,019.38 | 36.2900 | 27,217.50 | 6,198.12 | |
| VERIZON COMMUNICATNS COM | VZ 12/12/19 | 407.0000 | 61.4017 | 24,990.53 | 59.4400 | 24,192.08 | (798.45) | 1,002 |
| CURRENT YIELD 4.13% | | | | | | | | |
| VISA INC CL A SHRS | V 07/02/19 | 172.0000 | 174.2337 | 29,968.20 | 198.9700 | 34,222.84 | 4,254.64 | 207 |
| CURRENT YIELD 0.60% | 08/30/19 | 0.2382 | 180.5205 | 43.00 | 198.9700 | 47.39 | 4.39 | 1 |
| | 12/02/19 | 0.2871 | 179.9721 | 51.67 | 198.9700 | 57.12 | 5.45 | 1 |
| Subtotal | | 172.5253 | | 30,062.87 | | 34,327.35 | 4,264.48 | 209 |
| **TOTAL** YIELD 1.18% | | | | 845,119.20 | | 996,343.67 | 151,224.47 | 11,764 |

### MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| INVESCO QQQ TR SER 1 | 618.7290 | 109,704.68 | 219.0700 | 135,544.96 | 25,840.28 | 109,704 | 25,840 | 979 |
| CURRENT YIELD 0.72% SYMBOL: QQQ Initial Purchase: 03/13/18 Equity 100% | | | | | | | | |
| ISHARES 1-3 YEAR | 597.1619 | 49,767.71 | 85.1200 | 50,830.43 | 1,062.72 | 49,767 | 1,062 | 1,071 |
| TREASURY BOND ETF CURRENT YIELD 2.10% SYMBOL: SHY Initial Purchase: 08/09/18 | | | | | | | | |

+


## *YOUR CMA FOR TRUST ASSETS*

| **MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs** (continued)<br>Description | Quantity | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Total Client<br>Investment | Cumulative<br>Investment<br>Return ($) | Estimated<br>Annual<br>Income |
|---|---|---|---|---|---|---|---|---|
| *Fixed Income 100%* | | | | | | | | |
| ISHARES 0-5 YEAR HIGH | 738.5083 | 34,476.32 | 46.3800 | **34,252.02** | (224.30) | 34,476 | **(224)** | **1,827** |
| *CORPORATE BOND ETF  CURRENT YIELD  5.33%* | | | | | | | | |
| *SYMBOL: SHYG    Initial Purchase: 08/09/18* | | | | | | | | |
| *Fixed Income 100%* | | | | | | | | |
| ISHARES INTEREST RATE | 186.0464 | 17,033.76 | 88.3187 | **16,431.37** | (602.39) | 17,033 | **(602)** | **816** |
| *HEDGED HIGH YIELD* | | | | | | | | |
| *BOND ETF* | | | | | | | | |
| *CURRENT YIELD  4.96%* | | | | | | | | |
| *SYMBOL: HYGH    Initial Purchase: 08/09/18* | | | | | | | | |
| *Fixed Income 100%* | | | | | | | | |
| ISHARES S&P 500 | 298.6800 | 88,839.11 | 382.4600 | **114,233.15** | 25,394.04 | 88,839 | **25,394** | **2,197** |
| *INDEX FUND CL INSTL   CURRENT YIELD  1.92%* | | | | | | | | |
| *SYMBOL: BSPIX    Initial Purchase: 08/31/17* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| LORD ABBETT SHORT | 12,249.6740 | 51,212.29 | 4.2300 | **51,816.12** | 603.83 | 51,212 | **603** | **1,899** |
| *DURATION INCOME FD CL F  CURRENT YIELD  3.66%* | | | | | | | | |
| *SYMBOL: LDLFX    Initial Purchase: 05/02/19* | | | | | | | | |
| *Fixed Income 100%* | | | | | | | | |
| SECTOR SPDR INDUSTRIAL | 339.6086 | 25,771.26 | 81.1100 | **27,545.65** | 1,774.39 | 25,771 | **1,774** | **538** |
| *CURRENT YIELD  1.95%* | | | | | | | | |
| *SYMBOL: XLI    Initial Purchase: 08/09/18* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| SPDR GOLD TRUST | 257.0000 | 36,465.73 | 149.3300 | **38,377.81** | 1,912.08 | 36,465 | **1,912** | |
| *SYMBOL: GLD    Initial Purchase: 08/13/19* | | | | | | | | |
| *Alternative Investments 100%* | | | | | | | | |
| SPDR S P BIOTECH | 450.0219 | 38,156.77 | 89.1200 | **40,105.95** | 1,949.18 | 38,156 | **1,949** | **2** |
| *CURRENT YIELD  0.00%* | | | | | | | | |
| *SYMBOL: XBI    Initial Purchase: 11/08/18* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| VANGUARD 500 INDEX FUND | 625.5485 | 152,249.91 | 295.6900 | **184,968.44** | 32,718.53 | 152,249 | **32,718** | **3,485** |

+

# *YOUR CMA FOR TRUST ASSETS*

January 01, 2020 - January 31, 2020

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs (continued)<br>Description | Total<br>Quantity | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Total Client<br>Investment | Cumulative<br>Investment<br>Return ($) | Estimated<br>Annual<br>Income |
|---|---|---|---|---|---|---|---|---|
| *SHS ETF  CURRENT YIELD  1.88%* | | | | | | | | |
| *SYMBOL: VOO      Initial Purchase: 10/25/17* | | | | | | | | |
| *Equity 100%* | | | | | | | | |
| Subtotal (Fixed Income) | | | | *153,329.94* | | | | |
| Subtotal (Equities) | | | | *502,398.15* | | | | |
| Subtotal (Alternative Investments) | | | | *38,377.81* | | | | |
| **TOTAL**   YIELD 1.85% | | 603,677.54 | | **694,105.90** | 90,428.36 | | **90,426** | **12,814** |

| LONG  PORTFOLIO | Adjusted/Total<br>Cost Basis | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income |
|---|---|---|---|---|---|
| **TOTAL**   YIELD 1.44% | 1,639,405.99 | **1,881,143.18** | 241,737.19 | 512.53 | **27,031** |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment).  Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility.  Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Bank of America Merrill Lynch Global Research publishes research reports and ratings ("Research Ratings") regarding a select universe of ETFs and ETNs (collectively, "ETPs"). Research Ratings on ETPs are intended to assess the potential for outperformance of ETP peers in the same coverage category. Bank of America Merrill Lynch Global Research and other business areas, including CIO, apply different methodologies in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Neither the CIO review process nor the internal business review performed by product teams will rely on or otherwise use the Research Ratings on ETPs as an input or factor; and the CIO review process and product team's internal business review will determine an ETP's inclusion, status, and availability for solicitation through the Global Wealth & Investment Management area of MLPF&S and its affiliates.

+

Account Number: [Redacted]1091



# YOUR CMA FOR TRUST ASSETS

January 01, 2020 - January 31, 2020

**Notes**

For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

# YOUR CMA FOR TRUST TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Interest** | | | | | |
| 01/31 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .27 | |
| | *Subtotal (Taxable Interest)* | | | *.27* | *.27* |
| | **NET TOTAL** | | | **.27** | **.27** |

**SECURITIES YOU TRANSFERRED IN/OUT**

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|------|-------------|------------------|----------|---------------------|--------------|
| 01/28 | CD TRUIST BANK CHARLOTTE, NC 01.600% MAY 13 2020 TR FROM [Redacted]155 | Transfer / Adjustment | 148,000.0000 | 148,007.40 | |
| 01/28 | ADVNCD MICRO D INC TR FROM [Redacted]155 | Transfer / Adjustment | 1,200.0000 | 60,636.00 | |
| 01/28 | AMAZON COM INC COM TR FROM [Redacted]155 | Transfer / Adjustment | 53.0000 | 98,222.25 | |
| 01/28 | APPLE INC TR FROM [Redacted]155 | Transfer / Adjustment | 275.7541 | 87,604.32 | |
| 01/28 | BEYOND MEAT INC REG SHS REG SHS TR FROM [Redacted]155 | Transfer / Adjustment | 230.0000 | 27,627.60 | |
| 01/28 | BOEING COMPANY TR FROM [Redacted]155 | Transfer / Adjustment | 55.0000 | 17,410.80 | |
| 01/28 | CHEWY INC SH CL A TR FROM [Redacted]155 | Transfer / Adjustment | 833.0000 | 24,373.58 | |

+

## *YOUR CMA FOR TRUST TRANSACTIONS*

**SECURITIES YOU TRANSFERRED IN/OUT** (continued)

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|------|-------------|------------------|----------|---------------------|--------------|
| 01/28 | COSTCO WHOLESALE CRP DEL TR FROM [Redacted]155 | Transfer / Adjustment | 70.1490 | 21,805.81 | |
| 01/28 | CITIGROUP INC COM NEW TR FROM [Redacted]155 | Transfer / Adjustment | 161.1011 | 12,443.44 | |
| 01/28 | DISNEY (WALT) CO COM STK TR FROM [Redacted]155 | Transfer / Adjustment | 126.2565 | 17,470.11 | |
| 01/28 | FORTINET INC TR FROM [Redacted]155 | Transfer / Adjustment | 200.0000 | 23,508.00 | |
| 01/28 | FACEBOOK INC CLASS A COMMON STOCK TR FROM [Redacted]155 | Transfer / Adjustment | 157.0000 | 34,193.03 | |
| 01/28 | ISHARES 1-3 YEAR TREASURY BOND ETF TR FROM [Redacted]155 | Transfer / Adjustment | 597.1619 | 50,710.98 | |
| 01/28 | SPDR S P BIOTECH TR FROM [Redacted]155 | Transfer / Adjustment | 450.0219 | 41,303.00 | |
| 01/28 | INVESCO QQQ TR SER 1 TR FROM [Redacted]155 | Transfer / Adjustment | 618.7290 | 137,017.53 | |
| 01/28 | GOLDMAN SACHS GROUP INC TR FROM [Redacted]155 | Transfer / Adjustment | 145.6684 | 35,336.24 | |
| 01/28 | HCA HEALTHCARE INC TR FROM [Redacted]155 | Transfer / Adjustment | 201.2140 | 29,276.63 | |
| 01/28 | VANGUARD 500 INDEX FUND SHS ETF TR FROM [Redacted]155 | Transfer / Adjustment | 625.5485 | 187,946.04 | |
| 01/28 | ISHARES 0-5 YEAR HIGH CORPORATE BOND ETF TR FROM [Redacted]155 | Transfer / Adjustment | 738.5083 | 34,333.25 | |
| 01/28 | ISHARES INTEREST RATE HEDGED HIGH YIELD BOND ETF TR FROM [Redacted]155 | Transfer / Adjustment | 186.0464 | 16,545.66 | |
| 01/28 | JPMORGAN CHASE & CO TR FROM [Redacted]155 | Transfer / Adjustment | 217.0540 | 29,178.56 | |

+



# YOUR CMA FOR TRUST TRANSACTIONS

January 01, 2020 - January 31, 2020

## SECURITIES YOU TRANSFERRED IN/OUT (continued)

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|------|-------------|------------------|----------|---------------------|--------------|
| 01/28 | MSCI INC CLASS A TR FROM [Redacted]155 | Transfer / Adjustment | 150.4108 | 41,839.77 | |
| 01/28 | MCDONALDS CORP COM TR FROM [Redacted]155 | Transfer / Adjustment | 296.0214 | 62,279.94 | |
| 01/28 | MICROSOFT CORP TR FROM [Redacted]155 | Transfer / Adjustment | 201.3434 | 33,314.27 | |
| 01/28 | NIKE INC CL B TR FROM [Redacted]155 | Transfer / Adjustment | 387.8439 | 38,943.40 | |
| 01/28 | NORDSTROM INC TR FROM [Redacted]155 | Transfer / Adjustment | 469.0000 | 18,061.19 | |
| 01/28 | PEPSICO INC TR FROM [Redacted]155 | Transfer / Adjustment | 151.0542 | 21,516.16 | |
| 01/28 | PROCTER & GAMBLE CO TR FROM [Redacted]155 | Transfer / Adjustment | 405.0000 | 51,042.15 | |
| 01/28 | SECTOR SPDR INDUSTRIAL TR FROM [Redacted]155 | Transfer / Adjustment | 339.6086 | 28,017.70 | |
| 01/28 | SKYWORKS SOLUTIONS INC TR FROM [Redacted]155 | Transfer / Adjustment | 243.0000 | 29,108.97 | |
| 01/28 | SPDR GOLD TRUST TR FROM [Redacted]155 | Transfer / Adjustment | 257.0000 | 37,948.62 | |
| 01/28 | SNAP INC CL A TR FROM [Redacted]155 | Transfer / Adjustment | 575.0000 | 10,919.25 | |
| 01/28 | TJX COS INC NEW TR FROM [Redacted]155 | Transfer / Adjustment | 301.1500 | 18,460.49 | |
| 01/28 | TARGET CORP COM TR FROM [Redacted]155 | Transfer / Adjustment | 288.2545 | 33,276.09 | |
| 01/28 | TESLA INC TR FROM [Redacted]155 | Transfer / Adjustment | 70.0000 | 39,683.00 | |

+

## *YOUR CMA FOR TRUST TRANSACTIONS*

### SECURITIES YOU TRANSFERRED IN/OUT (continued)

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|---|---|---|---|---|---|
| 01/28 | UBER TECHNOLOGIES INC TR FROM [Redacted]155 | Transfer / Adjustment | 750.0000 | 27,757.50 | |
| 01/28 | VERIZON COMMUNICATNS COM TR FROM [Redacted]155 | Transfer / Adjustment | 407.0000 | 24,704.90 | |
| 01/28 | VISA INC CL A SHRS TR FROM [Redacted]155 | Transfer / Adjustment | 172.5253 | 34,996.75 | |
| 01/28 | LORD ABBETT SHORT DURATION INCOME FD CL F TR FROM [Redacted]155 | Transfer / Adjustment | 12,249.6740 | 51,693.62 | |
| 01/28 | ISHARES S&P 500 INDEX FUND CL INSTL TR FROM [Redacted]155 | Transfer / Adjustment | 298.6800 | 115,998.35 | |
| | **NET TOTAL** | | | **1,854,512.35** | **1,854,512.35** |

### UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/30 | 02/03 | TESLA INC | TSLA | Sale | 20.0000 | 644.6300 | 12,892.33 |
| | **NET TOTAL** | | | | | | **12,892.33** |

### CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | |
| 01/28 | TR FROM [Redacted]155 | Transfer / Adjustment | | | 6,574.66 |
| 01/29 | TR FROM [Redacted]155 | Transfer / Adjustment | | | 36,065.65 |
| 01/30 | TR FROM [Redacted]155 | Transfer / Adjustment | | | 42.67 |
| | *Subtotal (Other Debits/Credits)* | | | | *42,682.98* |
| | **NET TOTAL** | | | | **42,682.98** |

+



NINA FISCHMAN TTEE

Account Number: [Redacted]1091

## *YOUR CMA FOR TRUST MONEY ACCOUNT TRANSACTIONS*

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|-------------|----------|------|-------------|-------------|----------|
| 01/29 | ML BANK DEPOSIT PROGRAM | | 6,574.00 | 01/31 | ML BANK DEPOSIT PROGRAM | | 42.00 |
| 01/30 | ML BANK DEPOSIT PROGRAM | | 36,066.00 | | | | |
| | **NET TOTAL** | | | | | | **42,682.00** |



**MERRILL**

A BANK OF AMERICA COMPANY

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business ® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

+

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

# Exhibit Q

Matthew Rudnez R-8

JPMorgan Chase ____ N
Broadway He____
1304 Broadway
Hewlett, NY 11557
NY2-2517

| Posting Date | 2020-01-13 | Account number | [Redacted]433 |
| Amount | $10,000.00 | Bank number | 9 |
| Capture Source | Pv | Check/serial # | 001719819972 |
| | | Routing Transit Number | 044000001 |
| DR/CR | Debit | Trancode | 000000 |
| Sequence Number | 77707908 | Morning ledger | 05 |
| UCN | 1200118807770798688 | Item Type | Paper Item |
| Application Code | 1 | Pf Indicator | P |
| BID | | EDFD | 000000000 |
| Entry Number | 50000118493 | Teller Number | |
| Cost Center | | | |
| Teller Sequence Number | | | |

Print

---

**CHASE** 🏦   **CASHIER'S CHECK**   [Redacted]9972  75-3 440

Date 01/13/2020   Void after 7 years

Remitter   NINA FISCHMAN

Pay To The
Order Of:   NINA FISCHMAN

Pays   TEN THOUSAND
DOLLARS AND 00 CENTS                     $** 10,000.00 **

Drawer   JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Note: For information only. Comment lines not affect on bank's payment

[Redacted]9972   [Redacted]0037:   [Redacted]433



JPMorgan Chase Bank, N.A.
Broadway Hewlett
1304 Broadway
Hewlett, NY 11557
NY2-2517

**CHASE** ○

CASHIER'S CHECK

Remitter: NINA FISCHMAN

Pay To The
Order Of: NINA FISCHMAN

Pay: TWENTY FIVE THOUSAND
DOLLARS AND 00 CENTS

$** 25,000.00 **

JPMORGAN CHASE BANK, N.A.

[Redacted] [Redacted] [Redacted]

# JPMorgan Chase & Co.

**WebPortal Search and View**

## Deposit Information

| | | |
|---|---|---|
| Date : 01-13 2020 | Deposit Credit Amount : 55,000.00 | Deposit Credit Item Count : 4 |
| Deposit Debit Amount : 55,000.00 | Deposit Debit Item Count : 1 | Deposit Difference Amount : 0.00 |
| Deposit Difference Type : 0 | Deposit Item Count : 5 | Deposit Post Bank : |
| Deposit Tran Code : 7510 | Deposit Customer Type : BRANCH | Deposit Customer Source Id : 420000156 |
| Deposit Block Serial Number : 6338 | Deposit Item Type : B | Entry Number : 17859 |
| Host Bank : 0802 | Market Bank : 0802 | Product Code : 6000 |
| Product Code Description : POWER ENCODE | Deposit Conductor ECI : 0472292050 | Deposit Beneficiary ECI : |

## Items

| Date | Sequence Number | Account Number | Amount | Routing Transit | Check Number | Tran Code | Application Name | DB/CR |
|---|---|---|---|---|---|---|---|---|
| 01-13 2020 | 6970227763 | (Redacted)1801 | 10,000.00 | (Redacted)5124 | (Redacted)8928 | 7510 | CASH_INS_OUTS_CIO | CR |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

Matthew Rend-sro R-B

JPMorgan Chase Bank, N.A.
Broadway Hewlett
1304 Broadway
Hewlett, NY 11557
NY2-2517

**CASHIER'S CHECK**

CHASE 🅞

Date 01/13/2020

[Redacted] 8973

Remitter: NINA FISCHMAN

Pay To The
Order Of: NINA FISCHMAN

$** 10,000.00 **

Pays: TEN THOUSAND
DOLLARS AND 00 CENTS

Do not write outside this box

Drawer: JPMORGAN CHASE BANK, N.A.

Reginald Chambers Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo: _____
Note: For information only. Comment not in effect on bank's payment.

[Redacted] 8973     [Redacted]     03 375     [Redacted] 4338

11/14/2020
IS#ze 0144k1130563
Tellers

1396822538

Matthew Rondrs-o  R-13

JPMorgan Chase Bank, N.A.
Broadway Hewlett
1304 Broadway
Hewlett, NY 11557
NY2-2517

# Exhibit 4

<u>הסכם</u>

שנערך ונחתם ב<u>ירושלים</u> היום 31 ...... לחודש ......אוגי...... שנת 2008

בין      רסקו ניהול ופיתוח בע"מ ח.פ. 0-082926-51
         <u>(להלן - החברה)</u>

                                                    מצד אחד ;

לבין     <u>גלאמי נועה נ.ש.ן גרכון ארדכי פ"יד</u>  211450226 (א)
                                                                      5

         .......................................................................
         שם                            ת.ז.

         כתובת <u>לכבי: אופגקוהול וערד, אודי אדענגסן, רחו' יפל 3 נבי חם ה</u> שלחו
         2432 עיל                                              אירוג 7461

                                טלפון                פקסי
         6-764433                07/6
         05 ~ 76443654           פקס                 במאוחד ובנפרד ובערבות הדדית
                                                      <u>(להלן - הקונה)</u>

                                                    מצד שני ;

הואיל    והחברה התקשרה עם המחכיר בהסכם לפיו היא רשאית לבנות את הבניין ולמכור את הדירה
         כמפורט בהסכם זה וכי לאחר השלמת הפרויקט תהיה היא זכאית לחירשם כחוכרת של המגרש ;

והואיל   ובדעת החברה לבנות במתחם את הפרויקט ובין היתר את הבניין ;

והואיל   והקונה פנה לחברה וחצע לרכוש ממנה את הזכויות בדירה, והחברה מסכימה למכור לקונה את
         הזכויות בדירה באופן ובתנאים המפורטים בהסכם ;

לכן הוצהר הוסכם והותנה ביניהם כדלקמן :

1.   <u>מבוא, נספחים ופרשנות</u>

     1.1   המבוא להסכם ונספחיו מהווים חלק בלתי נפרד ממנו.

     1.2   כל מקום בהסכם או בנספחיו שנזכר ההסכם, גם נספחיו במשמע.

     1.3   כותרות הסעיפים בהסכם נועדו לנוחיות המעיין בלבד ולא ישמשו לפרשנות ההסכם או לכל
           מטרה אחרת.

     1.4   לכל המונחים המוגדרים בהסכם תהיה משמעות זהה גם בכל אחד מנספחי ההסכם אלא אם
           חוגדרו אחרת במסגרת אחד הנספחים שאז יפורשו באותו נספח על פי הגדרתם בו.

     1.5   מוסכם בזאת כי תנאי ההסכם משקפים את המוסכם והמותנה בין הצדדים במלואו, כי הקונה
           קונה את חדירה אך ורק בהסתמך על האמור בהסכם, וכי כל התבטחויות, חפרסומים, החצהרות,
           המצגים, ההסכמים, הטיוטות והתחייבויות בע"פ או בכתב שאינם נכללים בהסכם הכללים בהסכם ושנעשו, אם
           בכלל, לפני חתימתו, ושלא נכללו במפורש בהסכם יחיו בטלים ומבוטלים, לא ישמשו לפרשנות
           ההסכם ולא יחייבו את הצדדים באופן כלשהו. כתוצאה מכך מוותרים הצדדים במפורש על כל
           טענה, זכות או תביעה שיש להם או שתתיק להם אם בכלל מכח חמסמכים דלעיל.

1.6 הנספחים המצורפים להסכם זה כחלק בלתי נפרד הימנו הם אלה המנויים להלן:

| | | |
|---|---|---|
| נספח "א" | - | תנאים מיוחדים |
| נספח "ב" | - | מפרט טכני על נספחיו (ובכלל זה תכניות) |
| נספח "ג" | - | הסכם ניהול |
| נספח "ד" | - | ייפוי כח |
| נספח "ה" | - | נספח הליווי הבנקאי |

1.7 בכל מקום בהסכם בו מצוין אחד הנספחים דלעיל בשמו, הכוונה לנספח המופיע לצידו על כל תיקון או שינוי שייעשה בו בעתיד.

2. **הגדרות**

למונחים הבאים תהא בהסכם המשמעות שלצידם:

| | | | |
|---|---|---|---|
| 2.1 | אי התאמה | - | אי התאמה בדירה גופא כמפורט בסעיף 4 לחוק המכר דירות, בכפוף לסטייה מותרת בכמויות ובמידות כאמור במפרט הטכני. |
| 2.2 | הבטוחה | - | כל בטוחה שתמסור החברה לקונה מעת לעת על פי חוק הבטחת השקעות. |
| 2.3 | הבית המשותף | - | הבית המשותף שירשם על פי הוראות חוק המקרקעין והוראות ההסכם ושהדירה תהווה חלק ממנו. |
| 2.4 | הבניין | - | הבניין שבדעת החברה לבנות במגרש. |
| 2.5 | הבנק | - | בנק הפועלים בע"מ או כל בנק אחר שייבחר על ידי החברה מעת לעת. |
| 2.6 | הבנק המלווה | - | מוסד פיננסי או מוסדות פיננסיים בישראל שיתן/נו לקונה הלוואה/ות לצורך רכישת הדירה או לכל צורך אחר. |
| 2.7 | בעלי זכויות הבנייה | - | המחכיר או החברה או מי שהחברה תמכור, תעביר או תצמיד לו את זכויות הבנייה כאמור בסעיף 8.5.1 שלהלן. |
| 2.8 | הדירה | - | הדירה הנזכרת בסעיף 2 של התנאים המיוחדים. |
| 2.9 | ההסכם | - | הסכם זה על נספחיו ותיקוניו. |
| 2.10 | זכויות הבנייה | - | זכויות בנייה הצמודות למתחם או לכל חלק ממנו, כיום או שיהיו קיימות בעתיד, לרבות הזכות לבקש תוספת זכויות בנייה כאמור או לשנות את ייעודן, ולרבות כל חלק מהן. |
| 2.11 | הזכויות בדירה | - | חכירה מהמחכיר שסיומה ביום 11.5.2150 על פי תנאי החכירה. |
| ~~2.12~~ | ~~חברת הניהול~~ | - | ~~חברת הניהול הנזכרת בהסכם הניהול.~~ |
| 2.13 | חוק הבטחת השקעות | - | חוק המכר (דירות), (הבטחת השקעות של רוכשי דירות), תשל"ה - 1974. |
| 2.14 | חוק המכר דירות | - | חוק המכר (דירות), תשל"ג - 1973. |
| 2.15 | חוק המקרקעין | - | חוק המקרקעין, תשכ"ט - 1969. |
| 2.16 | חלק הדירה בהוצאות | - | שיעור חלקה של הדירה בהוצאות ניהול והחזקת רכוש שיחולו על כלל בעלי היחידות במתחם או חלקם, הכל כמפורט בהסכם הניהול. |

| | | |
|---|---|---|
| 2.17 | חלק הדירה ברכוש המשותף | - שיעור חלקה של הדירה ברכוש המשותף השווה למנה המתקבלת מחלוקת שטח הדירה ברוטו בשטח הדירה ברוטו של כלל הדירות בבית המשותף, כשזה מעוגל בהתאם לדרישות המפקח על רישום המקרקעין. |
| 2.18 | יום עסקים | - יום שבו פתוחים הבנקים בישראל לקהל הרחב. |
| 2.19 | המגרש | - המגרש הנזכר בסעיף 1 של התנאים המיוחדים. |
| 2.20 | - המדד | - אם התשלומים נקובים בשקלים - מדד מחירי התשומה בבנייה למגורים בעיקרון שעות קץ כפי שמתפרסם ע"י הלשכה המרכזית לסטטיסטיקה. במידה ויוחלף בסיס המדד או במידה שתתוחלף שיטת חישובו ועריכתו או במידה שיפורסם ע"י גוף אחר במקום הלשכה תה"ל תעשה החברה את חישוב עליית המדד  תוך התחשבות בשינויים תה"ל.

אם התשלומים נקובים בדולר ארה"ב – מדד המחירים לכל הצרכנים העירוניים לכל ערי ארצות הברית לכל המוצרים (CPI-U) המתפרסם על ידי הלשכה לסטטיסטיקה של עבודה במחלקת העבודה של ארצות הברית (U.S. Department of Labor, Bureau of Labor Statistics). במידה ויוחלף בסיס המדד או במידה שתתוחלף שיטת חישובו ועריכתו או במידה שיפורסם ע"י גוף אחר במקום הלשכה תה"ל תעשה החברה את חישוב עליית המדד  תוך התחשבות בשינויים תה"ל. |
| 2.21 | מדד הבסיס | - המדד הנזכר בסעיף 6 של התנאים המיוחדים. לגבי הסכומים הנוספים יהיה מדד הבסיס המדד הידוע בעת שקמה לקונה חתובה לשלמו על פי הוראות ההסכם. |
| 2.22 | המדד החדש | - המדד שפורסם לאחרונה לפני תשלומו בפועל של כל סכום המגיע מהקונה לחברה. |
| 2.23 | מועד המסירה | - המועד בו תעמיד החברה את הדירה לרשות הקונה שיפורט בהודעה שתמסור החברה לקונה כאמור בסעיף 5.6.1 שלהלן בכפוף להוראות הסכם זה. |
| 2.24 | המתכיר | - יק"א של ארה"ב (אגודה בינלאומית לבחורים נוצרים צעירים מצפון אמריקה). |
| 2.25 | מסמכי הבית המשותף | - תקנון הבית המשותף, תשריט הבית המשותף, צו הבית המשותף וכל מסמך אחר הקשור לרישום הבית המשותף, על תיקוניהם. |
| 2.26 | מצב הדירה | - המצב הפיזי של הדירה בעת חתימת הסכם כמפורט בסעיף 7 של התנאים המיוחדים. |
| 2.27 | מקבל הזכויות בדירה | - כל אדם או גוף משפטי לו ימכור הקונה את הזכויות בדירה, או מי שיבוא בעליו על פי הוראות ההסכם או על פי דין, בכפוף להוראות ההסכם והוראות הדין. |
| 2.28 | המתחם | - המקרקעין הידועים כחלקה 70 בגוש 30028, מגרשים 1 עד 6 לפי תכנית 4715 בירושלים. |
| 2.29 | הסכומים הנוספים | - כל סכום מכל מין וסוג שהוא שעל הקונה לשלם לחברה על פי ומכח הוראות ההסכם, למעט התמורה. |
| 2.30 | עבודות נוספות | - עבודות שהקונה יבקש לבצען בדירה, שאינן כלולות במפרט הטכני כנוסחו ביום חתימת ההסכם, ובכלל זה אי ביצוע עבודות המפורטות במפרט הטכני כנוסחו ביום חתימת ההסכם, וכן שימוש בחומרים השונים מאלה המפורטים במפרט הטכני כנוסחו ביום חתימת הסכם זה או שימוש בחומרים השונים מאלה המקובלים בחברה. |

| | | |
|---|---|---|
| 2.31 | עבודות הפיתוח | - עבודות שהחברה התחייבה לבצען במפרט שהינן בתחומי המתחם אך לא בתוך הבניינים כגון מדרכות, תאורת חוץ, גינון וכיו"ב. |
| 2.32 | עבודות הפיתוח הכלליות | - עבודות שיבוצעו על ידי הרשות המקומית או מי מטעמה במתחם או מחוץ לגבולותיו. |
| 2.33 | הפרויקט | - פרויקט שייעודו יכול שיהיה מגורים, מלונאות, מסחר, משרדים, ספורט, מגורי נופש וכל שימוש אחר הכל לפי שיקול דעתה של החברה, שבדעת החברה ו/או אחרים להקים במתחם, ולרבות הבנוי כיום במתחם ככל שלא ייהרס במסגרת ביצוע הפרויקט. |
| 2.34 | הקבלן | - קבלן או קבלנים להם תמסור החברה את בניית הפרויקט או כל חלק ממנו. |
| 2.35 | רישום הדירה | - רישום הזכויות בדירה בתוספת חלק הדירה ברכוש המשותף בשם הקונה בלשכת רישום המקרקעין. |
| 2.36 | הרכוש המשותף | - הרכוש המשותף, כהגדרתו בחוק המקרקעין, בבית המשותף, למעט אותם חלקים שהוצאו ממנו כמפורט בהסכם. |
| 2.37 | שטח הדירה ברוטו | - שטח הרצפה של הדירה לרבות השטח שמתחת למחיצות הפנימיות ומתחת לקירות חיצוניים (לגבי קירות חיצוניים בין הדירה לדירות סמוכות יובא בחשבון מחצית עוביים), שטח שמתחת למעקות (לרבות חיפויי קירות), שטח מרפסות מקורות (למעט מרפסות המקורות חלקית בהן יימדד חלק התקל המקורה בלבד), וכן חלק יחסי ברכוש המשותף המצוי בתחומי הקומה ו/או הקומות בה נמצאת הדירה, לרבות חדרי מדרגות, פירים ובכללל זה פירי שירות ופיר מעלית, מבואה לדירות, משטחים אופקיים במפלס הקומה, חיטלים אופקיים של משטחים משופעים, שטחים בקומה המיועדים לצרכים טכניים, מרתב מוגן קומתי וכיו"ב. |
| 2.38 | השינויים בתכנון ובבנייה | - כל שינוי בתכנון הפרויקט (ובכלל זה של התכניות וחיתרי הבנייה החלים על המתחם וסביבתם), ובבנייתו או כל חלק ממנו, ובין היתר שינוי מספר בניינים, מיקומם, שינוי הצורה החיצונית, הייעוד, השטח, מספר הקומות, מספר הדירות, מספר ומיקום מקומות החנייה, בבניין או בכל בניין אחר במתחם וכן הפרשת חלקים מהמתחם, בין לצורך חלקים אחרים של הפרויקט ובין לצרכי אחרים ובהם הציבור. |
| 2.39 | התב"ע | - כל תכנית בניין עיר מכל סוג שהוא החלות על המתחם לרבות תכנית 4715 וכל תיקון או שינוי שיעשה בהן בעתיד. |
| 2.40 | התמורה | - הסכום הנקוב בסעיף 4 של התנאים המיוחדים. |
| 2.41 | תנאי המכירה | - תנאי המכירה בקשר לדירה שייקבעו על ידי החברה על פי שיקול דעתה החבלעדי ובלבד שלא יסתרו הוראות הסכם זה. |
| 2.42 | התרשומת | - התרשומת הנזכרת בסעיף 5.8.1 שלהלן. |
| 2.43 | תשלומי החובה | - כל התשלומים, האגרות, ההיטלים והמסים העירוניים או הממשלתיים או האחרים מכל סוג שהוא החלים ו/או שיחולו על הדירה, בעליה ומחזיקה לרבות דמי ניהול ואחזקה, ולרבות אלה החלים ו/או שיחולו בחויות הדירה חלק מהבניין, המגרש והמתחם. |
| 2.44 | התשלומים | - האופן והמועד שבו תשולם התמורה לחברה כמפורט בסעיף 5 של התנאים המיוחדים. |

3. **המכר**

3.1 הקונה מתחייב בזה לרכוש מאת החברה את הזכויות בדירה והחברה מתחייבת בזה למכור לקונה את הזכויות בדירה - הכל בתנאים המפורטים בהסכם. למען הסר ספק מובהר בזאת כי התחייבויות החברה כלפי הקונה וזכויות הקונה נוגעות אך ורק לדירה ולחלק היחסי ברכוש המשותף כמפורט בהסכם ואינן נוגעות לכל חלק אחר בבניין או במתחם בהם ייוותרו הזכויות בידי החברה או בידי מי שהיא תעבירן לידיו, ובכפוף להוראות ההסכם לא יהיו לקונה כל טענות בקשר לחלקים אחרים אלו, ובכלל זה בקשר לבנייתם, להשלמתם או לכל שינוי שיחול בהם.

3.2 הקונה מצהיר כי ראה את המתחם וסביבתו, כי בדק ו/או ניתנה לו האפשרות לבדוק את מצבו המשפטי והתכנוני ובכלל זה את התב"ע, היתר הבנייה, המפרט הטכני, תנאי החכירה המיוחדים שבין המחכיר לחברה, כי בדק את מצב הדירה וכן כל גורם אחר העשוי להשפיע על החלטתו לרכוש את הדירה, ומצאם מתאימים למטרותיו, והוא מוותר בקשר לכך על כל טענה, תביעה או דרישה.

3.3 הקונה יהיה רשאי להשתמש בדירה למטרת מגורים ולא לכל מטרה אחרת.

4. **הבנייה**

4.1 החברה מתחייבת לבנות את הדירה והרכוש המשותף במיומנות, מתומרים טובים, ובהתאם למפרט הטכני כפוף לשינויים קלים בביצוע לעומת המפרט הטכני. מובהר בזאת, כי על אף האמור במפרט הטכני, החברה תהיה פטורה מאספקת ו/או התקנת פריטים שלא תהיה במועד הבנייה, מכל סיבה שהיא, אפשרות סבירה להשיגם בתחומי מדינת ישראל, ובלבד שתספק ו/או תתקין פריט שווה ערך ככל האפשר על פי בחירת מתכנן הפרויקט.

4.2 4.2.1 כל עוד לא הושלם הפרויקט, ובכלל זה בניית כל תבניינים במתחם, תהיה החברה רשאית ליזום ולבצע את השינויים בתכנון ובבנייה לפי שיקול דעתה או לדרישת הרשויות.

4.2.2 מבלי לגרוע מהאמור, ידוע לקונה כי המחכיר רשאי לנצל את זכויות הבנייה שבבעלותו בחלקי המתחם שלא יוחכרו לחברה בכל עת ולצורך זה הוא רשאי לנקוט בקשר לחלקי המתחם שלא יוחכרו לחברה בכל הליך תכנוני, לבקש כל היתר בנייה ולהגיש בקשה מכל מין וסוג שהוא לכל גוף, ציבורי או אחר, כדי להביא לתוצאה לפיה יכול המחכיר לנצל ולממש את מלוא זכויותיו, הקנייניות והאחרות בחתימתו ללא צורך בחתימת החברה ו/או מי מהקונים ממנה, והקונה נותן את הסכמתו הבלתי חוזרת לכך.

בנוסף ידוע לקונה כי המחכיר או מי מטעמו רשאי לעשות בכל עת כל שימוש בחלקי המתחם שלא יוחכרו לחברה לרבות המשך הבנייה עליהם, שינוי המבנים הקיימים או שיוקמו עליהם, ובכל מבנה הבנוי עליהם היום או שיהיה בנוי בעתיד, בין שייבנה במסגרת הפרויקט ובין שייבנה בדרך אחרת והכל ללא צורך בהסכמת החברה ו/או מי מהקונים. המחכיר יהיה רשאי לשנות בכל עת את ייעודו של כל חלק במתחם שלא הוחכר לחברה, לעשות בו שימוש חורג וכל כיוצא באלה פעולות, ובלבד שלא יהיה בכל ~~אלה כדי לפגוע בשימוש בחלקי המתחם שיוחכרו לחברה~~ ושלא יוטלו על הקונה הוצאות בקשר לכך.

4.2.3 הקונה מסכים מראש לשינויים בתכנון ובבנייה ולפעולות הנזכרות בסעיף 4.2.2 ובלבד שלא יוכנס שינוי מהותי בתכנון ובבניית הדירה גופא. מבלי לגרוע מכלליות האמור מתחייב הקונה לחתום על פי דרישת החברה על מפרט טכני מתוקן שישקף את השינויים בתכנון ובבנייה, וכן על כל מסמך אחר שיידרש לצורך ביצוע שינויים אלו.

4.3 הקונה מודע ומסכים לכך שהחברה רשאית לבנות את הפרויקט בשלמותו או לפי שיקול דעתה אך ורק חלקים ממנו, לבנות את הפרויקט בשלבים, וכן רשאית היא או אחרים לבנות על כל שטח הקרוב ו/או הגובל במתחם, הכל בין לפי תכנון הקיים כיום ובין על פי כל שינוי שיעשה בעתיד. הקונה מוותר על כל טענה בקשר לכך בין היתר בקשר לבנייה במתחם לאחר שנמסרה לו דירתו.

- ב. ש -

4.4 במקרה שהחברה נתנה לקונה אפשרות לבחור את הפריטים שיותקנו בדירה מתוך כמה חלופות שהעמידה היא לרשותו, מתחייב הקונה למסור לחברה הודעה בכתב, לא יאוחר מהמועד האחרון להזמנת השינויים הנקוב בסעיף 9 לתנאים המיוחדים, בה יפורטו הפריטים שבחר. לא מסר הקונה לחברה הודעה כאמור, תהיה החברה רשאית לבחור את הפריטים שיותקנו בדירה על פי שיקול דעתה הבלעדי, ולקונה לא תהיה כל טענה בקשר לכך.

4.5 4.5.1 רצה הקונה לבצע עבודות נוספות בדירה הרי שבמועד מוקדם ככל שניתן ולא יאוחר מהמועד האחרון להזמנת שינויים הנקוב בסעיף 9 לתנאים המיוחדים, יפנה בכתב לחברה. לבקשה תצורפנה תכניות ערוכות על ידי אדריכל ויועצים מקצועיים בתחומים אחרים שלדעת החברה יהיה צורך בקבלת תכניות מהם. תכניות אלו יאושרו על ידי מתכנני הבניין מטעם החברה במקצועות המתאימים. כל ההוצאות בקשר להכנת התכניות האמורות ואישורן יחולו על הקונה.

4.5.2 לאחר קבלת בקשת הקונה כאמור תחליט החברה האם לבצע את העבודות הנוספות לפי שיקול דעתה הבלעדי, ואם החליטה לבצע את העבודות הנוספות, תמסור לקונה הודעה על כך. בהודעה זו יפורטו תנאי החברה לביצוע העבודות הנוספות שאושרו (ובין היתר האם יבוצעו העבודות הנוספות בהתקשרות ישירה בין הקונה לבין כל צד שלישי) וכן תמורתן, אשר תשולם בתוך ארבעה עשר ימים מיום משלוח הודעת החברה כאמור. לא שולמה תמורת העבודות הנוספות במועד תתבטל הסכמת החברה לביצוע העבודות הנוספות מאליה. בכל מקרה לא יביא ביצוע העבודות הנוספות לחובת תשלום מאת החברה לקונה, ובכל מקרה לא תסכים החברה לבצע עבודות נוספות המחייבות קבלת היתר בנייה ו/או שיגרמו לדחייה כלשהי בהשלמת הבניין ו/או באפשרות אכלוסו.

4.5.3 היה וביצוע העבודות הנוספות תלוי באספקת תכניות, חומרים, עבודה או כלים מצד הקונה או מטעמו, והקונה או מי מטעמו לא עמד בלוח הזמנים שנקבע על ידי החברה לביצוע התחייבויותיו האמורות, תהיה החברה רשאית להשלים את בניית הדירה בהתאם למפרט הטכני המקובל אצלה ו/או להשלים את בניית הדירה ככל שניתן, הכל על פי שיקול דעתה הבלעדי, ולמוסרה עפ"י הוראות סעיף 5 שלהלן, אף אם לא הושלמה לחלוטין.

4.5.4 הקונה מסכים ומאשר כי כל בקשה לביצוע העבודות הנוספות שתאושר על ידי החברה תהווה שינוי מוסכם למפרט הטכני במובן זה שהוא יהיה מנוע מלטעון לכל אי התאמה הנוגעת לעבודות הנוספות או הנובעת מביצוען. לדרישת החברה יחתום הקונה על מפרט טכני מתוקן.

מבלי לגרוע מהאמור, מוסכם בזאת כי תכנון העבודות הנוספות נעשה על אחריותו הבלעדית של הקונה וכי הסכמת החברה לביצוע העבודות הנוספות אינה יוצרת מצג מטעמה כי תכנון העבודות הנוספות תואם לדין ולתקן ואינה מטילה אחריות כלשהי על החברה בקשר לכך.

4.5.5 ככל שהעבודות הנוספות כוללות שימוש בחומרים, כלים או עבודה המסופקים על ידי הקונה הרי שהקונה מתחייב כי אלו יהיו תואמים לכל דין ותקן ומכל מקום לא תחול על החברה כל אחריות בקשר לאלה או לשימוש בהם למעט אחריות לשבר או אובדן לחומרים שנמסרו לחברה לצורך התקנתם, ובמקרה כזה תוגבל אחריות החברה לעלות מוצר מאותו סוג שפורט במפרט הטכני המקובל אצל החברה.

4.5.6 בוטל ההסכם מכל סיבה שהיא הרי שהחברה תהיה רשאית לבחור בין השארת העבודות הנוספות על כנן לבין החזרת מצב הדירה לקדמותו. בחרה החברה בהשבת המצב לקדמותו יהיה הקונה חייב לשלם לחברה את הוצאותיה בגין החזרת מצב הדירה לקדמותו.

4.6 4.6.1 החברה תהיה רשאית, אף לאחר מועד המסירה, להעביר דרך המתחם, המגרש, הבניין והדירה, בעצמה או באמצעות כל רשות או גוף אחר - מתקנים ומערכות כגון צנרת מים, הסקה, ביוב, ניקוז, גז, מיכלי גז, צוברי גז, כבלי חשמל, טלפון, טלוויזיה, ותקשורת, מתקני מיזוג והסתעפות וכיו"ב וכן להעמיד עמודים ואנטנות ולמתוח כבלים וחוטים -

וזאת בין אם המתקנים הנ"ל משרתים את הבניין לבדו ובין אם הם משמשים, מחברים ומקשרים בניינים אחרים במתחם ובין אם הם משמשים מקרקעין אחרים. הקונה יאפשר לחברה ו/או לרשויות ו/או לגופים העוסקים בנ"ל, לפקידיהם ולפועליהם, להיכנס לבניין ובהיעדר ברירה אחרת לדירה, ולהוציא לפועל את העבודות ו/או הפעולות אשר תידרשנה לצרכים הנ"ל, לרבות עבודות תיקון ואחזקה.

4.6.2 הקונה מסכים מראש לכל פעולה כאמור ומתחייב לחתום על פי דרישת החברה על כל מסמך שיידרש לצורך ביצוע פעולה כאמור.

4.7   4.7.1 הקונה מתחייב לא להתערב ולא להפריע במחלך בניית הדירה, הבניין והפרוייקט. בכלל זה מתחייב הוא שלא לבצע עבודות בדירה ולא להכניס לדירה או להתקין בה כל אביזר או פרט קודם למסירת הדירה לידיו אלא בתיאום מראש ובכתב עם החברה.

4.7.2 הואיל וביקור הקונה במתחם קודם למועד מסירת הדירה לקונה כרוך בסיכון בטיחותי ובהפרעה לסדרי העבודה, מסכים ומתחייב הוא שלא לבקר במתחם, בטרם תימסר לו הדירה כאמור בהסכם, אלא בתיאום מוקדם עם החברה. מובהר בזאת כי אם לא ימלא הקונה אחר הוראות סעיף זה יהיה הקונה לבדו אחראי לכל נזק שייגרם לו, לחברה או לכל צד שלישי.

4.7.3 הקונה מתחייב שלא לבצע בכל עת בדירה ובבניין כל שינוי או תוספת לרבות שינויים במעטפת הבניין, פגיעה בשלד הבניין ובמערכות הכלליות של הבניין והפרוייקט, או להתקין בדירה מכשירים הצורכים מוצרי נפט, כל אלה בניגוד לדין ובכלל זה ללא קבלת הסכמת בעלי זכויות אחרות בדירות בבניין, נציגות הבית המשותף וחברת הניהול ו/או ללא קבלת כל הרישיונות וההיתרים הדרושים על פי כל דין, ככל שאלה דרושים על פי הדין ו/או הסכם זה. עד לרישום הדירה כאמור ביצוע כל פעולה מהפעולות הנזכרות בסעיף זה בכפוף להסכמתה של החברה מראש.

4.8   ככל שבמפרט הטכני לא פורטו פרטי עבודות הפיתוח, ובכלל זה מיקומן, גודלן, צורתן, החומרים בהם יעשה שימוש וכיו"ב, יקבעו אלה על ידי החברה בשים לב לדרישות הרשויות המוסמכות ועל פי כל דין.

4.9   4.9.1 מבלי לגרוע מזכויות החברה על פי סעיף 4.2 לעיל, יהיו בעלי זכויות הבנייה ראשים ליזום ולבצע בכל עת את השינויים בתכנון ובבנייה, ובלבד שזכויות הבנייה שבבעלותם מתייחסות לחלק המתחם, המגרש ו/או הבניין בו הם מבקשים לבצע את השינויים בתכנון ובבנייה.

4.9.2 הקונה מודע לכך כי בעלי זכויות הבנייה, עשויים ליזום לפי שיקול דעתם הבלעדי שינויים לתב"ע לצורך מימוש זכויות הבנייה שבבעלותם.

4.9.3 בעלי זכויות הבניין ראשים להגיש בקשות לקבלת היתרי בנייה וחידוש היתרי בנייה, לבניית תוספת בנייה בהתאם לזכויות הבנייה, וכן לפעול אצל מוסדות התכנון ובלבד לבצע כל פעולה הנדרשת על פי כל דין בכדי לקבל את כל האישורים וההיתרים הנדרשים לכל פעולותיהם במסגרת ניצול זכויות הבנייה.

4.9.4 4.9.4.1 החברה תהיה ראשית לקבוע כל לשם ניצול זכויות הבנייה, ראשאים בעלי זכויות הבנייה, על חשבונם, להשתמש ברכוש המשותף ובכל חלק הימנו, להתחבר אליו ו/אל המערכות הטכניות, מערכות האינסטלציה הסניטרית והחשמלית, המעלויות, מערכות המים, הטלפון ומיזוג האויר וכיו"ב, לשנותן, להוסיף עליהן ולקבוע דרכים שונות וחדשות לתפעולן, להציב פיגומים, כלי עבודה, ציוד וחומרים ברכוש המשותף ולהעביר דרך כל חלק של המתחם, המגרש או הבניין, צנרות, מערכות וכבלים, ובלבד שמידת הפגיעה בקונה תהיה המינימלית האפשרית בנסיבות העניין.

4.9.4.2 הקונה יאפשר לבעלי זכויות הבנייה ולרשויות או לגופים העוסקים בנ"ל, לפקידיהם ולפועליהם, להיכנס למגרש ולבניין, ובמידת הצורך - לדירה, ולהוציא לפועל את העבודות או הפעולות אשר תידרשנה

לצורך מימוש זכויות הבנייה ובלבד שמידת הפגיעה בקונה תהיה המינימלית האפשרית בנסיבות העניין.

4.10 אם הוצג בפני הקונה מצג כלשהו בקשר לשטח הדירה, הרי שמובהר בזאת כי הכוונה הינה לשטח הדירה ברוטו. אם יעלה שטח הדירה ברוטו בפועל על שטח הדירה ברוטו שהוצג לקונה ללא הגבלה, או אם יפחת שטח הדירה ברוטו בפועל משטח הדירה ברוטו שהוצג לקונה בשיעור שאינו עולה על 4%, לא יהווה הדבר הפרה, ולקונה לא תהיה כל טענה תביעה או דרישה בקשר לכך.

ידוע לקונה כי לצרכים אחרים כגון רישוי, ארנונה ורישום נערך חישוב שטח הדירה באופן שונה ולקונה לא תהיה כל טענה כלפי החברה בקשר לכך.

4.11 מוסכם בזאת כי ככל שחלק מהדירה הינו חצר, הרי שסימון החצר, גבולותיה ושטחה אינם סופיים וכי אם יעלה שטח החצר בפועל על שטחה המפורט בהסכם ללא הגבלה, אם תשתנה צורתה או אם יפחת שטחה בפועל משטחה המפורט בהסכם בשיעור שאינו עולה על 10%, לא יהווה הדבר הפרה, ולקונה לא תהיה כל טענה תביעה או דרישה בקשר לכך.

## 5. __תשלמה ומסירה__

5.1 לא יאוחר מהמועד הנקוב בסעיף 3 לתנאים המיוחדים ובתנאי מוקדם שעד למועד זה מילא הקונה אחר ההתחייבויות שהיה עליו למלא בהתאם להסכם במלואן ובמועדן, ובכלל זה תשלום מלוא התמורה, תשלים החברה את בניית הדירה ותמסור את הדירה לחזקתו של הקונה כשהדירה פנויה מאדם וחפץ וחופשית מזכות שכירות, חזקה או רישיון. תשלמת הדירה בהסכם פירושה היותה בנויה בהתאם להוראות ההסכם ומחוברת לרשתות הביוב, המים, הגז והחשמל בכפוף לחתימת הסכמי הספקה עם הגורמים המתאימים ו/או התקנת מונים ו/או ביצוע החיבורים הנדרשים על ידי הגורמים המתאימים, פעולות שאינן באחריות החברה ומותנות בביצוע התשלומים הנזכרים בסעיף 13.4.2 שלהלן על ידי הקונה.

5.2 במקרה שהחברה תשלים את בניית הדירה לפני המועד הנקוב בסעיף 3 לתנאים המיוחדים, תהיה החברה רשאית להקדים את מועד המסירה למועד הקודם למועד זה, וזאת ע״י מתן הודעה מוקדמת של 30 יום לקונה. ממועד מסירת ההודעה ייחשב המועד שינקב בהודעה כמועד המסירה לכל דבר ועניין לרבות לצורך סעיף 5.6.

5.3 מוסכם בזאת כי המועד הנקוב בסעיף 3 לתנאים המיוחדים יכול שיידחה בשלושה חודשים מכל סיבה שהיא, ובנוסף לכך יכול שיידחה בשל הסיבות שלהלן:

5.3.1 גורמים שאינם תלויים בחברה או שאין לחברה שליטה עליהם, או כח עליון, הכולל, מבלי לפגוע בכלליות האמור לעיל, מלחמה, פעולת איבה, שביתות, מחסור בחומרי בנייה, מחסור בכח אדם, ימי גשם רבים מהמקובל, צווים ממשלתיים או עירוניים וכיו״ב, מעשי זדון, הוראות דין, עיכוב בחיבור הפרויקט או כל חלק ממנו לרשתות התשתית, אי השלמת עבודות הפיתוח הכלליות, אי השלמת עבודות אחרות שחובה מכח הדין לבצען באמצעות אחרים כגון הרשות המקומית, חברת החשמל וכו׳, עיכוב במתן אישורים על ידי הרשויות וכיו״ב.

5.3.2 ~~איחור הקונה בקיום התחייבויותיו המפורטות בהסכם או איזה מהן במלואן ובמועדן.~~ איחור הקונה יימדד מיום שהיה עליו לקיים כל התחייבות ועד לקיומה המלא.

5.3.3 ביצוע העבודות הנוספות - תקופת התמשכות העבודות הנוספות תהיה תקופת הזמן שתיקבע ע״י החברה בעת הזמנת העבודות הנוספות, הכל בתוספת כל איחור שייגרם בשל איחור הקונה בקיום התחייבויותיו כמפורט בסעיף 4.5.3 לעיל.

הדחייה בגין כל אחת מסיבות אלה תהיה לארוכה מבין תקופת התמשכות הסיבה או התקופה המתחייבת מן הסיבה באופן סביר.

5.4 מובהר בזאת כי תקופות האיחור הנזכרות בסעיף 5.3 דלעיל הינן מצטברות, דהיינו החברה תהיה רשאית לדחות את מועד המסירה לעומת המועד הנקוב בסעיף 3 לתנאים המיוחדים לתקופה השווה לסך כל התקופות בהן זכאית היא לדחות את מועד המסירה על פי עילות האיחור השונות

העומדות לחברה, בין על פי אותו סעיף משנה של סעיף 5.3 דלעיל ובין על פי סעיפי משנה שונים (ובכלל זה הרישא).

5.5 משמעות דחיית המועד הנקוב בסעיף 3 לתנאים המיוחדים הינה שמסירת הדירה לקונה עד למועד המסירה הנדחה כאמור בסעיפים 5.3 ו- 5.4 לא תהווה הפרה של התחייבויות החברה על פי ההסכם; שמועד המסירה הנדחה כאמור בסעיפים 5.3 ו- 5.4 יחשב כמועד הנקוב בסעיף 3 לתנאים המיוחדים לכל דבר ועניין; ושהקונה לא יהיה זכאי לכל תרופה או פיצוי בגין התקופה שבין המועד הנקוב בסעיף 3 לתנאים המיוחדים למועד המסירה הנדחה כאמור בסעיפים 5.3 ו- 5.4 אף אם הדירה נמסרה לקונה לאחר מועד המסירה הנדחה כאמור.

5.6 5.6.1 החברה תשלח לקונה הודעה בכתב, בה יצוין מועד המסירה שלא יהיה מוקדם מ- 14 יום מיום משלוח ההודעה, ותזמינו לקבל את הדירה לרשותו. בהודעה יתבקש הקונה למלא, לפני מועד המסירה, אחר כל ההתחייבויות שנותרו לו למלא על פי ההסכם עד למועד המסירה, אף אם הדבר יחייבו לקיים את התחייבויותיו קודם למועד הנקוב לקיומן בהסכם, והקונה מתחייב בזאת לעשות כן. בין יתר התחייבויותיו יידרש הקונה להפקיד את הבטוחה כאמור בסעיף 16.3 שלהלן, להסדיר את התשלומים (לרבות הפקדת שיקים, מסירת הוראה לחיוב חשבון וכיו"ב) לחברת הניהול כאמור בהסכם הניהול.

5.6.2 הקונה מתחייב להיות בדירה במועד המסירה ולקבל את הדירה לרשותו בהתאם לחוראות ההסכם. כן מתחייב הקונה כי לא יתפוס חזקה בדירה לפני שזו תימסר לרשותו בהתאם להוראות ההסכם.

5.7 לא הופיע הקונה במועד המסירה או לא קיבל את הדירה לרשותו או לא היה זכאי לקבל את הדירה לרשותו עקב אי מילוי התחייבויותיו כבהסכם, הרי שמבלי לפגוע בזכות החברה לראות במחדל כאמור הפרת ההסכם ומבלי לפגוע ביתר תרופותיה בגין הפרה זו, יראו את המועד הנקוב בהודעת החברה כמועד המסירה לכל דבר ועניין, בין לצורך דין ובין לצורך ההסכם. מבלי לגרוע מכלליות האמור יחולו הוראות אלה:

5.7.1 החברה תהיה רשאית להתייחס לדירה כאילו נמסרה לידי הקונה במועד המסירה, הן לעניין מניין תקופות הבדק, והן לעניין תשלומים החלים על הדירה, והקונה יהיה חייב בכל התשלומים שעל פי דין או שלפי ההסכם חל תשלומם על הקונה ו/או על מחזיק ו/או בעלים של הדירה ממועד המסירה ואילך, כולל ומבלי לפגוע בכלליות הנ"ל, תשלומים לפי סעיף 13.1 לחלן.

5.7.2 החברה לא תהיה אחראית כלפי הקונה בקשר לשמירת הדירה או אי שמירתה ולא לתיקון כל קלקול, פגם או נזק שיגרמו לדירה והקונה לא יהיה זכאי לפיצוי בגין אלה.

5.7.3 הקונה יהיה חייב לשפות את החברה בגין כל הוצאה שתיגרם לה בשל אי מסירת הדירה במועד המסירה, לרבות בשל מסירתה במועד אחר.

5.8 5.8.1 הקונה יהיה רשאי לבדוק את הדירה לפני מועד המסירה בתאום מראש עם החברה ויהיה חייב לבודקה במועד מסירת החזקה בדירה לידיו. במועד מסירת החזקה בדירה לידי הקונה תיערך ע"י החברה התרשומת ובה יצוין מצב הדירה וכל אי התאמה, אם תהיה, בין הוראות ההסכם לבין האופן בו נבנתה הדירה. התרשומת תיחתם ע"י החברה וע"י הקונה. מובהר בזאת כי חתימת הקונה על התרשומת הינה תנאי מוקדם למסירת הדירה לידיו. בנוסף, יהיה הקונה רשאי לציין בתרשומת כל דבר שימצא לנכון ובלבד שהדבר לא ייחשב כהודאת החברה בנכונות הערות אלה של הקונה.

5.8.2 מוסכם בזאת כי התרשומת תהווה ראיה לכאורה כי למעט אי ההתאמות המפורטות בה לא היו בדירה במועד עריכת התרשומת אי התאמות שניתן לגלותן בבדיקה סבירה.

5.9 מובהר בזה כי למטרת מסירת הדירה לקונה תחשב הדירה כמושלמת והקונה יהיה חייב לקבלה לרשותו, גם אם ימצאו בה אי התאמות ובלבד שלא יהיה בהם כדי למנוע שימוש סביר של הקונה בדירה. אישור מהנדס מטעם החברה יהווה ראיה באשר לאפשרות השימוש הסביר בדירה.

5.10 מוסכם בזה במפורש שעבודות הפיתוח, לרבות במגרש, וכן עבודות בחלקים אחרים של הבניין, והמתאחה לרבות ברכוש המשותף ופרט לדירה גופא, תוכלנה להימשך גם לאחר מסירת הדירה לקונה. במידה שיתבצעו עבודות פיתוח לאחר המסירה, הן תתבצענה באופן שתהפרעה לקונה תהיה מעטה ככל שניתן באופן סביר, ובאופן שיאפשר לקונה שימוש סביר בדירה וגישה סבירה לדירה.

5.11 קבלת מפתחות הדירה ע״י הקונה תהווה הוכחה לכך כי הדירה נבנתה ונמסרה לקונה בהתאם להוראות ההסכם, בכפוף לאמור בתרשומת ובכפוף להתחייבויות שעל פי ההסכם על החברה למלאן לאחר מועד המסירה.

5.12 5.12.1 החברה רשאית למסור את הרכוש המשותף, או כל חלק ממנו לכל אחד מהכוונים או לחברת הניהול, כנציג כלל בעלי הרכוש המשותף, וכן לחייב לתחום גם לקבל בחברה הסכם שירות עם ספקים של חלקים ברכוש המשותף לגביהם נדרשת תחזוקה שוטפת אשר פרטיה ותנאיה נקבעו בהסכמי השירות האמורים, ויראו את מסירתו כאמור כמסירתו לכלל בעלי הרכוש המשותף.

5.12.2 ככל שהחברה תפנה לקונה לצורך מסירת הרכוש המשותף כמפורט לעיל, מתחייב הוא לבצע את כל הפעולות שיידרשו ממנו כאמור, ולעניין זה יחולו הוראות סעיף 5 זה החלות על מסירת הדירה בשינויים המחויבים. סרב הקונה לבצע את הפעולות האמורות, יחולו הוראות סעיף 5.7 לעיל בשינויים המחויבים. מבלי לגרוע מכלליות האמור מובהר בזאת כי הקונה יהיה אחראי לכל נזק שייגרם לחברה בגין אי מסירת הרכוש המשותף במועד או ברב הקונה לקבל כאמור.

5.12.3 בכל מקרה, אחריות החברה כ״מחזיק״ וכ״בעלים״ של הרכוש המשותף המצוי בתחומי המגרש, על פי כל דין ובכלל זה דיני הנזיקין, תפקע לאחר מסירת רבע מהדירות בבניין.

5.12.4 הוראות סעיף זה יחולו בשינויים המחויבים אף על רכוש משותף מחוץ לגבולות המגרש שאחת מבעלי הזכויות בו תהיה הקונה.

5.13 החברה רשאית לקבוע תקופת חרצה בה למרות מסירת הדירה לקונה לא יפעלו כל המערכות והמתקנים בבניין ובפרויקט או שאלה יפעלו באופן חלקי. תקופת הרצה זו לא תעלה על שלושה חודשים ממועד המסירה.

### 6. אחריות לאי התאמות ותיקונן

6.1 החברה תהא אחראית לתקן ליקויים בדירה רק ככל שהינם אי התאמות, וזאת בכפוף לכל הוראה על פי ההסכם ו/או על פי חוק המכר דירות ו/או על פי כל דין אחר המטילה התחייבויות על הקונה ו/או הממקנה זכויות לחברה ו/או הקובעת תנאים לאחריות החברה.

שום הוראה מהוראות סעיף 6 זה או הוראה אחרת בהסכם לא תתפרש כמרחיבה את אחריות החברה ביחס לקבוע בדין או כמטילה עליה חובות מעבר לקבוע בדין.

הקונה מוותר בזאת על כל טענה, תביעה או דרישה על פי כל דין או מקור למעט חוק המכר דירות.

6.2 6.2.1 הקונה יודיע לחברה בדואר רשום על כל אי התאמה בדירה (ואם אי התאמה יוצרת סיכון חמור ו/או ניתן לנקוט פעולה מיידית כדי לחקטינה גם בפקסימיליה) בסמוך ככל האפשר למועד בו גילה אותה. לעניין זה מובהר כי אין מוטלת על הקונה החובה להודיע לחברה על אי התאמות שציונו במפורש בתרשומת.

אי מתן הודעה לחברה כמפורט לעיל או בסמוך ככל האפשר למועד בו ניתן היה לגלות את אי ההתאמה בבדיקה סבירה, לפי המוקדם שבניהם, יביא להגבלת אחריות החברה לאי התאמה כפי שהייתה במועד בו היה על הקונה למסור לחברה הודעה כאמור בסעיף קטן זה.

6.2.2 אי מתן הודעה לחברה בדואר רשום כאמור בסעיף 4א לחוק המכר דירות יפטור את החברה לחלוטין מאחריות לאי ההתאמה אלא אם חוכיח הקונה כי הודעה על אי

התאמה נמסרה כאמור בסעיף 4א לחוק המכר דירות לידי הממונה על תיקון אי התאמות בחברה.

6.3 קודם שיהיה זכאי לדרוש פיצוי כספי בגין אי התאמות, ייתן הקונה לחברה אפשרות לתקן אי התאמות אם יתגלו, אפילו יהיה הקונה בדעה כי אי ההתאמה אינה ניתנת לתיקון, אם לדעת החברה היא ניתנת לתיקון. לעניין זה "תיקון" - לרבות תיקונים חוזרים.

6.4 מועד תיקון אי ההתאמות, לרבות אי התאמות שאינן בדירה אך תיקונן מחייב ביצוע תיקונים מתוך הדירה, ייקבע על ידי החברה על פי שיקול דעתה הבלעדי בכפוף להוראות דלקמן:

6.4.1 החברה תהא רשאית לתקן את כל אי ההתאמות עליהן יודיע הקונה לחברה עד לתום שנה ממועד המסירה במועד הסמוך לאחר תום אותה שנה.

6.4.2 החברה תהא רשאית לתקן את כל אי ההתאמות עליהן יודיע הקונה לחברה לאחר תום שנה ממועד המסירה במועד שייקבע על ידי החברה מעת לעת מתוך מגמה לרכז תיקון אי התאמות בדירות שונות.

6.4.3 אי התאמות שתיקונן אינו סובל דיחוי יתוקנו במועד סמוך ככל האפשר למועד ההודעה.

6.4.4 החברה תהיה רשאית לדחות את המועדים המפורטים לעיל אם על פי שיקול דעתה המקצועי יש צורך בהמתנה ו/או בעריכת בדיקות נוספות לצורך קביעה האם יש כלל אי התאמה, היקפה, טיבה, מקורה וכו'.

6.5 החברה תהיה רשאית למסור לקונה כתבי אחריות של ספקים וקבלנים בגין אביזרים, חומרים או עבודה. אחריות החברה לתיקון אי התאמות בעניינים הבאים בגדר כתבי האחריות, ככל שקיימת אחריות כזו לפי הסכם זה לולא כתב האחריות, תותנה בפניית הקונה בכתב למוסר כתב האחריות, עם העתק לחברה. לא תוקנה אי ההתאמה על ידי מוסר כתב האחריות במועדים הנקובים בסעיף 6.4, ימסור הקונה לחברה הודעה על כך, והחברה תתקן את אי ההתאמה בתוך זמן סביר ממועד מסירת הודעת הקונה.

6.6 החברה לא תהיה אחראית לאי התאמות שיתגלו, אם יתגלו, בעבודות הפיתוח הכלליות או במערכות ומתקנים שמטבעם דורשים תחזוקה שוטפת ו/או אשר לגביהם ניתנה לקונה הודעה כי הם דורשים תחזוקה שוטפת (ובכלל זה על ידי גורם מסוים) וזו לא בוצעה כנדרש מכל סיבה שהיא ובכלל זה עקב אי תשלום תשלומים הנדרשים על ידי גורמי התחזוקה.

6.7 החברה לא תהיה אחראית לכל אי התאמה שמקורה במעשה או במחדל של הקונה או של צד שלישי, ובכלל זה אי התאמות שינבעו מביצוע עבודות בדירה שלא על ידי החברה.

6.8 מוסכם בזאת במפורש כי תיקון אי התאמות, או ביצוע עבודות נוספות, שלא על ידי החברה יסיר מהחברה כל אחריות לאי התאמות מכל מין וסוג שהוא שהתגלו או שיתגלו לאחר אותו מועד בדירה.

6.9 תנאי נוסף לאחריות החברה לאי התאמות הוא שהקונה יאפשר לחברה להיכנס לדירה ולבניין בכל זמן סביר ובתיאום מראש לצורך בדיקת הדירה והבניין, ולצורך תיקון אי התאמות, אף אם אלה נוגעות לדירה אחרת בבניין ו/או לרכוש המשותף או לחלק אחר בפרויקט וביצועם יעשה בתוך הדירה או הבניין או בקירות החיצוניים שלהם. הקונה מוותר על כל טענה בקשר למועד ביצוע תיקון אי התאמות או בקשר לכל אי נוחות שתיגרם לו בקשר לכך ובלבד שהחברה תשיב את מצב הדירה והבניין לקדמותם, וכן מתחייב הוא לנקוט בכל הצעדים לשמירה על תכולת הדירה בזמן תיקון אי ההתאמות.

6.10 מוסכם בזאת כי במקרה שלא ניתן לתקן אי התאמה בדרך המקובלת בנסיבות העניין מהטעם שביצוע התיקון כרוך בכניסה לדירה אחרת או לרכוש המשותף, ובעל הדירה או הרכוש המשותף מסרב לאפשר לחברה להיכנס לנכסו לצורך ביצוע התיקונים בדירה, תהיה החברה פטורה מתיקון אי ההתאמה כל עוד נמנעת ממנה הכניסה ובלבד שפנתה לבעל הדירה האחרת או הרכוש המשותף ודרשה ממנו לאפשר לה גישה לצורך תיקון אי ההתאמה.

6.11 החברה לא תהיה אחראית לכל נזק תוצאתי ובכלל זה נזק תוצאתי הנובע מאי התאמות בדירה או בחלק אחר בפרויקט או הנובע מתיקונו.

6.12 6.12.1 היו הצדדים חלוקים בשאלה האם קיימות אי התאמות בדירה או האם החברה אחראית להן יועבר העניין להכרעת בורר שהינו מהנדס בהשכלתו ומשמש בפועל כמהנדס ביצוע. היו לקונה גם טענות בדבר ירידת ערך ישמש כבורר מהנדס ביצוע כאמור שהינו גם שמאי בהשכלתו או שיהיה עליו להיעזר בשמאי כאמור. בהעדר הסכמה בין הצדדים אשר לזהות הבורר ימונה הבורר על ידי יו"ר אגודת המהנדסים והאדריכלים בירושלים.

6.12.2 הבורר לא יהיה כפוף לדין המהותי או לסדרי הדין ודיני הראיות אך יהיה עליו החובה לנמק את פסקו.

6.12.3 החובה לפנות לבוררות בנושאים דלעיל תחול על הקונה גם אם יביא הדבר לפיצול תביעותיו.

6.13 הוראות סעיף 6 זה יחולו גם על אחריות החברה לרכוש המשותף בשינויים המחויבים.

7. **הפרויקט - אופיו, ניהולו ואחזקתו**

7.1 ידוע לקונה כי בדעת החברה להקים במתחם את הפרויקט על ייעודיו השונים.

7.2 הקונה מאשר כי נמסרו לו הנתונים הבאים, כי אין ולא תהיה לו כל התנגדות בקשר אליהם וכי קיבל את החלטותו לרכוש את הדירה אף לאחר ששקל נתונים אלו :

7.2.1 כי בפרויקט מצוי בניין ימקא הקיים ובו בית מלון, אודיטוריום, גני ילדים, מרכז ספורט ושימושים נוספים.

7.2.2 כי במתחם מצוי או שיימצא בעתיד מתחם לפני הקרקע מרכז ספורט של ימקא.

7.2.3 כי חלק מהחניון בפרויקט ישמש כחניון ציבורי.

7.2.4 כי ייתכן שבבניין יהיה בית כנסת וכן אולם רב תכליתי.

7.2.5 כי ייתכן ששטחים בפרויקט ישמשו לשימושים מסחריים, ובהם בית מלון, בתי קפה, מסעדות, מועדון ספורט, בריכה ואולמות כינוסים.

7.2.6 כי שטחים שונים בפרויקט יהיו פתוחים לציבור הרחב דרך קבע או מעת לעת, וכן כי יכול שבשטחים אלו יתקיימו מספר פעמים בשנה אירועים.

מוסכם בזאת כי ההתלוטוט על אלו שטחים בפרויקט יחול כאמור לעיל או אם בכלל נתון לשיקול דעתה הבלעדי של החברה ו/או המחזיר לפי העניין.

7.3 הקונה מתחייב לנקוט בכל הפעולות והאמצעים הדרושים לצורך אחזקה תקינה ומתמדת של הדירה, הבניין, הבית המשותף והפרויקט בכללותו, וכן למלא אחר הוראות חברת הניהול והרשויות בכל הקשור וחכרוך בכך, ובכלל זה לדאוג להתקשרות עם גורמי תחזוקה, למלא אחר הוראותיהם ולשלם את כל התשלומים הנדרשים בקשר לכך.

7.4 הקונה מתחייב להשתמש בדירה ובחלקים אחרים בפרויקט בהם יחזיק רשאי להשתמש באופן שלא יפריע ולא יטריד משתמשים אחרים בבניין ובפרויקט ובכלל זה מתחייב הוא שלא להניח מיטלטלין או חפצים אחרים מחוץ לתחום הדירה.

7.5 7.5.1 הקונה מתחייב להשתתף ממועד המסירה בהוצאות הדרושות להחזקתו התקינה ולניהולו של הרכוש המשותף, וכן של רכוש אחר בפרויקט, ולהבטחת השירותים המחוייבים על פי דין או על פי הנוהג או הנהוגים על פי הוראות ההסכם ומבנה הפרויקט, ובכלל זה חידוש, שמירה וביטוח, בהתאם לחלק הדירה בהוצאות, זאת בין אם השתמש בדירה ובין אם לאו, ובין אם צרך בפועל את השירותים נשוא ההוצאות ובין אם לאו, ובלבד ששירותים אלו הועמדו לרשותו.

7.5.2 התברה תשלם את חלקה היחסי בהוצאות דלעיל בגין דירות בבניין שטרם הגיע מועד המסירה לגביהן בהתאם לחלקן של דירות אלו בהוצאות, למעט הוצאות המוצאות על שימוש בפועל, כגון מים, חשמל, דלק ותיקונים.

7.5.3 על אף האמור מוסכם בזאת כי החברה תהיה רשאית לדאוג בעצמה לניהול ולהחזקת כל רכוש משותף עד למועד מסירת כל הדירות לרוכשיהן ובמקרה כזה ישלם הקונה את חלק הדירה בהוצאות לחברה.

7.5.4 הקונה לא יישא בהוצאות דלעיל בקשר לככר הפתוחה שתיבנה במתחם בסכום העולה על זה בו היה נושא לו אוכלס הפרויקט במלואו בהיקפו המתוכנן במועד חתימת הסכם זה.

7.6 7.6.1 ידוע לקונה כי בכוונת החברה להבטיח כי תישמר רמה גבוהה ואחידה ככל שניתן של ניהול ואחזקה של חלקים שונים בפרויקט, ולפיכך יימסר ניהול הרכוש המשותף, בין היתר הרכוש המשותף בבניין, החניון התת קרקעי בפרויקט וכן חלקים אחרים בפרויקט, לידי חברת ניהול.

7.6.2 לנוכח האמור ידוע לקונה שהפרה של כל הוראה מהוראות ההסכם בקשר לניהול הפרויקט ואחזקתו ובקשר לחברת הניהול וכל המשתמע והנובע מהן עלולה לפגוע בהצלחת הפרויקט כולו ולגרום לחברה לנזקים כבדים שאינם קשורים בהכרח לדירה או לבניין ובכלל זה אובדן רווחים, הפרת חוזים עם חברת הניהול ועוד.

7.7 במעמד חתימת ההסכם, וכתנאי לכניסתו לתוקף, מתחייב הקונה לחתום על הסכם הניהול ולמלא אחר הוראותיו במלואן ובמועדן.

7.8 התחייבויות הקונה על פי הסכם הניהול מהוות חלק בלתי נפרד מהתחייבויותיו על פי ההסכם ולפיכך הפרת הסכם הניהול על ידי הקונה הינה גם הפרה של ההסכם, אם כי הפרת הסכם הניהול על ידי חברת הניהול לא תהווה הפרה של ההסכם.

8. <u>חלוקה מחדש ורישום הבית המשותף</u>

8.1 החברה מתחייבת לגרום לכך שהמתחם ירשם כחלקה נפרדת או כמספר חלקות נפרדות באופן שהמגרש לבדו או ביחד עם מגרשים סמוכים במתחם ירשם כחלקה/ות נפרדת/ות שגבולותיה/ן יקבעו ע״י החברה. לצורך זה רשאית החברה לבצע כל פעולה שמטרתה חלוקת החלקות המרכיבות את המתחם ו/או איחודן ו/או חלוקתן מחדש והפרשת חלקים מהן לצרכי ציבור, על פי הוראות התב״ע והמפרט הטכני והוראות האגף למיפוי ישראל והאגף לרישום מקרקעין או כל רשות אחרת, אף ללא תמורה. הקונה מודע לכך, כי הליכי החלוקה מחדש הנזכרים בסעיף זה עשויים להימשך תקופה ארוכה ותלויים בגורמים שאינם בשליטת החברה והקונה מוותר בזה על כל תביעה או טענה כלפי החברה בקשר לכך.

8.2 8.2.1 החברה מתחייבת לגרום לרישום הבית המשותף. מוסכם בזאת כי הבית המשותף יכול שיהיה מורכב מבניין לבדו ויכול שיהיה מורכב ממספר בניינים. היה הבית המשותף מורכב ממספר בניינים תהיה החברה רשאית לגרום שכל אחד מהבניינים יירשם ככל האפשר כיחידה עצמאית במובן הוראות סעיף 59 לחוק המקרקעין (מבנה, אגף וכיו״ב).

8.2.2 החברה מצהירה כי אין כיום אפשרות מעשית ומשפטית לרשום את הבית המשותף אולם היא מתחייבת לעשות את כל הפעולות הדרושות לצורך רישומו, וכי הדבר ייעשה תוך 36 חודשים מיום שתאושר סופית ותירשם בלשכת רישום המקרקעין תכנית החלוקה של המתחם, דהיינו יסתיימו הליכי החלוקה מחדש הנזכרים בסעיף 8.1 לשביעות רצון החברה או 24 חודשים מיום שתסתיים בניית כל הבניינים המתוכננים להוות חלק מהבית המשותף או 24 חודשים מיום שתירשם החברה כחוכרת המגרש בלשכת רישום המקרקעין, לפי המאוחר שביניהם, ובכפוף לכך שלא תהיה מניעה פיזית או משפטית שאינה תלויה בחברה.

8.3 החברה מתחייבת לגרום כי הדירה תירשם כיחידה נפרדת בבית המשותף. לדירה יוצמד חלק הדירה ברכוש המשותף.

8.4 מוסכם בזה כי המחסנים, המרתפים, גגות, חניות, גגות המשמשים מרפסות של דירות, גינות, מרחבים מוגנים קומתיים, חללים, קירות חיצוניים, כניסות נפרדות, שטחים ומתקנים המשמשים בלעדית דירה או דירות מסוימות, לרבות שטחי קרקע בבניין, במגרש ובמתחם, מקורים ולא מקורים, וכן כל חלק אחר שאינו הדירה ואינו נחוץ לצורך שימוש סביר בדירה, לא יהיו חלק מהרכוש המשותף, והחברה רשאית להצמידם בצמדות מיוחדות ליחידות השונות בבניין, או לרשום כדירות נפרדות או ליעדם לשימושים שישרתו מקרקעין מחוץ לבניין ולפרוייקט, הכל על פי שיקול דעתה הבלעדי. אין באמור כדי לגרוע מזכות החברה לקבוע בכל עת כי השטחים המפורטים לעיל, כולם או כל חלק מהם, יהוו חלק מהרכוש המשותף.

8.5 8.5.1 מוסכם ומובהר בזאת כי זכויות הבנייה אינן מהוות חלק מהרכוש המשותף, ואין לקנות כל חלק בהן אלא אם צוין הדבר מפורשות בהגדרת הדירה כבהסכם. החברה רשאית לנהוג בזכויות הבנייה מנהג בעלים על פי שיקול דעתה הבלעדי ובין היתר למכור את זכויות הבנייה או כל חלק מהן לכל מי שתמצא לנכון, להצמידן, להעבירן לכל מקום אחר שתמצא לנכון ובכלל זה מחוץ למתחם, הכל על פי שיקול דעתה הבלעדי. כן רשאים לנקוט בכל אחת מהפעולות המפורטות בסעיף זה לעיל כל אחד מבעלי זכויות הבנייה בקשר לזכויות הבנייה שבבעלותם.

8.5.2 מבלי לגרוע מהאמור לעיל מובהר בזאת כי זכויות הבנייה הקיימות או שיתקבלו בגין חלקי המתחם שלא יוחכרו לחברה יותרו בבעלות המחכיר.

8.5.3 אם איזה מבעלי זכויות הבנייה, יממש את זכויותיו, הרי שכל שייבנה, לרבות גגותיו, קירותיו החיצוניים ורצפתו לא יהיו חלק מהרכוש המשותף והזכויות בו יהיו שייכות לבעל זכויות הבנייה, אשר ניצל את זכותו, בלבד. מובהר בזאת כי כל תוספת בנייה או חלק ממנה כאמור תהיה תתהיה ניתנת להירשם כדירה נפרדת על שם בעל זכויות הבנייה, או תהיה ניתנת להצמדה לדירות של בעל זכויות הבנייה על פי שיקול דעתו המוחלט והבלעדי. אולם בעל זכויות הבנייה רשאי לוותר על זכותו זו (דהיינו זכותו לקניין לאשר ייבנה) במפורש ובכתב, ובמקרה כזה תתיה תוספת הבנייה או כל חלק ממנה, לגביה ויתר בעל זכויות הבנייה על זכותו, לרכוש משותף.

8.6 החברה תהיה רשאית לרשום בעלויות, שכירויות, חכירות ובכלל זה הערות אזהרה, זיקות הנאה, הוראות בתקנון הבית המשותף, שעבודים ותובלבלות אחרים וכל רישום אחר על המתחם ו/או המגרש ו/או הבית המשותף ו/או הרכוש המשותף ו/או לטובתם, מהם וכתנחיה, שימשום על פי שיקול דעתה של החברה, בין היתר, להבטחת זכויות דרך, מעבר, תחזוקה, גישה ותניקה, וזכויות שימוש בשטחים במתקנים ובמערכות, של בעלי חלקים אחרים במתחם ובכלל זה של המחכיר או בעלי דירות אחרות, או נציגות הבית המשותף או חברת הניהול, או של בעלי מגרשים סמוכים למתחם, או של הציבור, או של גופים ציבוריים כגון רשות המקומית, חברת התחמל, חברת גז, חברת תקשורת וכיו"ב. ככל שבתתומי הדירה קיימים חלקים מהרכוש המשותף או שדרך הגישה לרכוש משותף או לחלקים אחרים בבניין, במגרש ומתחם הינה דרך הדירה בלבד, יחול האמור בסעיף זה גם על הדירה.

8.7 החברה תהיה רשאית לרשום תקנון מיוחד לבניין ולפרוייקט על פי הוראות חוק המקרקעין, הוראות התחסכם ההסכם הניהול, ולכלול בתקנון זה, בין היתר, הוראות בעניינים הבאים:

8.7.1 הוראות בדבר זכויות בעלי דירות שונות ברכוש המשותף ובכלל זה צמידויות מיוחדות, זכויות בנייה, מימושן ודרך ניצולן וכד'.

8.7.2 הוראות בדבר חלקה היחסי של כל דירה ברכוש המשותף ובהוצאות ניהול ואתזקת הרכוש המשותף או כל חלק ממנו.

8.7.3 הוראות שתבואנה לקבוע את היחסים בין בעלי הדירות בבית המשותף, האחזקה והתיקון של הרכוש המשותף או של הרכוש הצמוד לדירות מסוימות.

8.7.4 הוראות בדבר אופן השימוש ברכוש המשותף.

8.7.5 קביעת סדרי קבלת החתלטות בדבר ניהול הבית המשותף ודרך בחירת הנציגות.

8.7.6 כל ההתחייבות שהחברה נטלה על עצמה כלפי המחכיר.

8.7.7 הוראות בדבר תיקון צו הבית המשותף לרבות מקרים בהם תינתן הסכמה מראש של כל בעלי הדירות לתיקונים על ידי החברה ו/או בעלי דירות שונים.

8.7.8 הוראות אחרות שהחברה תראה צורך להכליל בתקנון או על פי דין או על פי דרישת הרשויות המוסמכות, כדי לגרום לניהול תקין של הבית המשותף ולהחזקתו השוטפת, ובכדי להבטיח קיום הוראות נוספת של ההסכם או הסכם הניהול או איפה שנינתן להסדירן בתקנון.

8.8 היה ובהתאם להוראות ההסכם תירשם לטובת תקונה או לטובת אחר לבקשת הקונה הערת אזהרה על פי חוק המקרקעין על המתחם או על כל חלק ממנו שאינו הדירה, מסכים הקונה שעם השלמת הליכי החלוקה מחדש כמפורט בסעיף 8.1 תירחק הערת האזהרה לחלקה שהמגרש יהווה חלק ממנה ושעם רישום הבניין כבית משותף תיוחד הערת האזהרה לדירה.

8.9 במקרים הבאים מסכים תקונה מראש לכל תיקון במסמכי הבית המשותף, שיעשה או יתבקש על ידי הגורמים המפורטים לצדדים, על פי שיקול דעתם הבלעדי, וזאת גם לאחר מועד המסירה, רישום הבית המשותף ורישום הדירה על שמו :

8.9.1 אם תתגלה שגיאה או טעות בכל אחד ממסמכי הבית המשותף - על ידי החברה.

8.9.2 אם ינצל בעל זכויות בניה את זכויותיו - כל תיקון שייעשה או יתבקש על ידי בעל זכויות הבניה שנוצלו, לצורך הכללת הבניה הנוספת במסגרת הבית המשותף, באופן ובתנאים המפורטים בהסכם, לרבות תוספת בניינים, תוספת דירות, הצמדות נוספות, שינוי חלק הדירה ברכוש המשותף ושינוי חלק הדירה בהוצאות.

8.9.3 אם תשנה חברת הניהול את ההסדרים המפורטים בתקנון בקשר לניהול ואחזקת הבית המשותף - על ידי חברת הניהול.

9. **רישום הדירה בשם הקונה**

9.1 בכפוף למילוי כל התחייבויות הקונה כבהסכם במלואן ובמועדן מתחייבת החברה לגרום לרישום הדירה כשהדירה משוחררת מכל שיעבוד או זכות אחרת של צד שלישי, פרט למשכנתאות שהחברה התחייבה לרושמן במעמד רישום הדירה לבקשת הקונה ובכפוף לאמור בהסכם.

9.2 החברה מתחייבת לבצע את רישום הדירה בתוך שנה ממועד רישום הבית המשותף ובכפוף לכך שלא תהיה מניעה לרישום הדירה שאינה תלויה בחברה או חנובעת מהוראה על פי דין.

9.3 9.3.1 החברה תודיע לקונה בהודעה מוקדמת של ארבעה עשר ימים מראש על המועד והמקום בהם עליו להופיע כדי לחתום ולהתחייר ככל שיידרש לשם רישום הדירה והקונה מתחייב להופיע במקום ובמועד שיצוין בהודעת החברה, לחתום ולהתחייר ככל שיידרש לשם ביצוע האמור לעיל. עד לאותו מועד ישלים הקונה את ביצוע כל התחייבויותיו על פי ההסכם ובכלל זה ימציא הקונה לחברה את כל האישורים המעידים כי כל המסים והתשלומים החלים על הקונה על הדירה שולמו (לרבות מס רכישה וארנונה), שטרי משכנתא חתומים מבוילים ומאומתים כדין, וכן כל אישור אחר הדרוש לרישום למעט כזה התלוי בתשלום מס החל על החברה על פי הוראות ההסכם.

9.3.2 לא התייצב הקונה במועד שציין בהודעת החברה ולא תאם מועד אחר שהיה בתוך 14 יום מהמועד שנועד לחתימה, או שלא קיים את כל ההתחייבויות שהיה עליו למלא עד לאותו מועד כאמור לעיל תפקע התחייבות החברה לרישום הדירה. אם למרות זאת תמצא החברה לנכון לבצע את רישום הדירה היא לחייב את הקונה את הקונה בכל הוצאות נוספת שנגרמו לה בשל כך. כמו כן במקרה כזה תהיה החברה רשאית, לפנים משורת הדין ועל פי שיקול דעתה הבלעדי, לבצע את רישום הדירה תוך שימוש בייפוי הכח.

9.4 מוסכם ומובהר כי החברה רשאית לשעבד את המתחם ו/או את המגרש ו/או את הבניין ו/או הדירה ללא כל הגבלה בסכום ובאופן שזכויות בעל השעבוד תהיינה תחיפות ועדיפות על כל זכות אחרת לטובת מי שהחברה תמצא לנכון לעת לעת, ובלבד שהדירה תהא משוחררת מכל שיעבוד כאמור במועד רישום הדירה, ושים לב להוראות ההסכם.

9.5 הואיל והקונה מקבל את הבטוחה, הרי שהקונה מוותר על זכותו לרשום הערת אזהרה בהתאם להוראות סעיף 126 לחוק המקרקעין, על המתחם או כל חלק ממנו, בגין התחייבות החברה על פי ההסכם, בין לפני רישום הבית המשותף ובין לאחריו, ללא הסכמה בכתב ומראש של החברה שתינתן על פי שיקול דעתה הבלעדי. נרשמה הערת אזהרה על פי ההסכם ללא הסכמת החברה, ימחוק רשם המקרקעין את הערת האזהרה על פי בקשת החברה בלבד, ללא צורך בנקיטת הליך כלשהו או בהסכמת הקונה, ויראו בחתימת הקונה על ההסכם הסכמה למחיקת הערת האזהרה.

ידוע לקונה כי רישום הערת אזהרה ביוזמתו עלול לעכב את הליכי החלוקה מחדש והליכי רישום הבית המשותף וכי הדבר עלול לגרום לחברה להפר את התחייבויותיה כלפי קונים אחרים ולהסב לה נזקים כבדים.

## 10. הסדרי רישום חילופיים

10.1 על אף האמור בסעיפים 8 ו- 9 לעיל ובכל מקום אחר בהסכם, רשאית החברה לקיים את ההתחייבויות הנקובות בסעיפים אלו בכל הסדר רישום חילופי שתמצא לנכון, בין באופן קבוע ובין באופן זמני, ובכלל זה בדרך של רישום חכירת משנה מהחברה, רישום הסכמי שיתוף ורישום חכירה לתקופה ארוכה ללא רישום בית משותף. כל המסמכים הנחוצים לצורך ביצוע הסדרי הרישום החילופיים ינוסחו על ידי החברה, ונוסחם יהיה כזה שיקנה לקונה זכויות הדומות ככל האפשר לאלה שהיה מקבל לו היו נרשמות הזכויות בדירה בשמו על פי הוראות ההסכם האחרות. בחרה החברה בהסדר רישום חילופי, מתחייב הקונה לחתום בסמוך לדרישת החברה על כל מסמך שיידרש לחתום עליו לצורך ביצוע ההסדר החילופי בו תבחר החברה.

## 11. התמורה

11.1 בתמורה להתחייבויות החברה בהסכם מתחייב הקונה לשלם לחברה את התמורה. התמורה כוללת השתתפות בגובה הסכום הנקוב בסעיף 4 לתנאים המיוחדים בדמי הטיפול המשפטי שמשלמת החברה עבור רישום חלוקת חדשה, רישום הבניין כבית משותף ורישום זכויות הקונה בדירה.

11.2 11.2.1 כל התשלומים יבוצעו בהעברה בנקאית לחשבון הנזכר בנספח הליווי הבנקאי. מובהר בזאת כי רק המצאת אישור הבנק בדבר ביצוע ההעברה הבנקאית לחברה יחשבו כתשלום על חשבון התמורה.

11.2.2 מוסכם בזאת כי פירעון התשלום הראשון בפועל הינו תנאי לכניסת ההסכם לתוקפו.

11.2.3 על אף האמור בסעיף 11.2.1 לעיל, התשלום האחרון לא יבוצע באמצעות שיק אלא אם המדובר בשיק בנקאי.

11.2.4 אם התשלומים נקובים בדולר ארה"ב - התשלומים ישולמו בשקלים בהתאם לשער היציג של דולר ארה"ב המתפרסם על ידי בנק ישראל הידוע במועד ביצועו של כל תשלום בפועל, אך לא פחות מהשער היציג הידוע במועד שנועד לביצוע התשלום אם שולם התשלום באיחור. להסרת ספק אין באמור כדי לגרוע מהעובדה שהתשלומים נקובים בדולרים.

11.3 11.3.1 התשלומים יבוצעו רק בימי עסקים מבלי שהדבר יתיר דחייה במועדי התשלומים. שולם תשלום ביום שאינו יום עסקים יחשב התשלום כאילו שולם ביום העסקים הראשון שלאחר אותו מועד.

11.3.2 מוסכם בזאת כי כל תשלום שיבוצע לאחר השעה 11:00 ייחשב כאילו בוצע ביום העסקים שבא לאחריו.

11.4 התשלומים יהיו צמודים על פי תנאי ההצמדה הבאים:

11.4.1 אם בזמן פירעונו בפועל של סכום כלשהו מן התשלומים, יהיה המדד החדש גבוה ממדד הבסיס ישלם הקונה את אותו סכום כשהוא מוגדל באותו שיעור בו עלה המדד החדש לעומת מדד הבסיס. ירידה במדד מתחת למדד הבסיס לא תזכה את הקונה להקטנת הסכום המשולם.

11.4.2 מובהר בזאת כי הפרשי הצמדה בגין כל תשלום הינם חלק בלתי נפרד מקרן אותו תשלום לכל דבר ועניין.

11.5 במקרה שמועד המסירה יחול לפני המועד שבו על הקונה לשלם איזה מהתשלומים, מתחייב הקונה לשלם לחברה את יתרת התמורה שלא שולמה עד לאותו מועד לא יאוחר מאשר שלושה ימים לפני מועד המסירה.

11.6 החברה לא תהיה חייבת לקבל תשלום מן התשלומים, לפני מועד פירעונו הנקוב בתנאים המיוחדים, למעט במקרה האמור בסעיף 11.5 לעיל.

11.7 התמורה והתשלומים כוללים מע"מ בשיעור הקבוע בדין במועד חתימת ההסכם. ככל שישתנה שיעור המע"מ לאחר חתימת ההסכם הרי שישיעורו של כל תשלום שיבוצע לאחר שינוי שיעור המע"מ ישתנה בהתאם.

11.8 מוסכם בזאת כי התמורה נקבעה בהתחשב במועדי התשלומים, בעמידת הקונה בהם בדייקנות, ובהיותם בלתי מותנים בהתקדמות הבנייה או במסירה, למעט התשלום האחרון אם כך נקבע במפורש בתנאים המיוחדים. לפיכך מוסכם כי על הסכם זה לא יחול סעיף 23 לחוק המכר, תשכ"ח - 1968, למעט התשלום האחרון אם כך נקבע במפורש בתנאים המיוחדים.

11.9 11.9.1 על תשלום הסכומים הנוספים יחולו הוראות ההסכם תחלות על התשלומים.

11.9.2 הסכומים הנוספים או כל אחד מהם ישולמו במועד הקבוע לתשלום כל סכום כזה על פי ההסכם או על פי דין לפי המוקדם שביניהם, ואם לא נקבע מועד כאמור אזי במועד חתימת ההסכם. לא ידוע במועד חתימת ההסכם האם יחול סכום נוסף זה או אחר, הרי שיחול ישולם תוך שבעה ימים מיום שנמסרה לקונה הודעה בדבר חובתו לשאת בסכום הנוסף וגובהו.

11.10 הפרת תנאי התשלום לרבות המועדים כמפורט לעיל תהווה הפרה יסודית של ההסכם.

## 12. מימון רכישת הדירה על ידי הקונה

12.1 האחריות הבלעדית למימון רכישת הדירה מוטלת על הקונה, ובשום מקרה לא ישמע הקונה בטענה כי לא עמד בתנאי ההסכם עקב קשיי מימון.

12.2 לבקשת הקונה תיתן החברה התחייבות לרישום משכנתא לטובת הבנק המלווה אשר תנאיה יהיו אך ורק בנוסח שיהיה מקובל על החברה. בכל מקרה, עד לתשלום מלוא התמורה, יכלול נוסח ההתחייבות סעיף לפיו מותנית התחייבות לרישום משכנתא בהעברת מלוא סכום ההלוואה ישירות לחברה על חשבון התמורה.

12.3 נתנה החברה התחייבות לרישום משכנתא לבנק המלווה הרי שהקונה מוסר בזאת לחברה ולבנק הוראות בלתי חוזרות כדלקמן :

12.3.1 לבצע את רישום הדירה בשמו רק אם באותו מעמד תירשם משכנתא לטובת הבנק המלווה בסכום הנקוב בהתחייבות לרישום משכנתא שהחברה נתנה, וכל עוד לא ניתן לרשום משכנתא לטובת הבנק המלווה תדחה גם ביצוע רישום הדירה.

12.3.2 להסב כל בטוחה שתתמסר לידי הקונה לבנק המלווה או לדאוג לרישום בטוחה לטובת הבנק המלווה על פי העניין.

12.3.3 בכפוף לסעיף 18.3 שלהלן, בכל מקרה בו יגיע לקונה סכום כסף כלשהו מהחברה בין עקב ביטול ההסכם, בין עקב מימוש בטוחה ובין מכל סיבה אחרת, יהיו החברה והבנק רשאים (מבלי שהדבר יטיל עליהם כל חובה לעשות כן) לשלם תחילה לבנק המלווה מתוך הסכום האמור, במועד שבו יהיה הקונה זכאי לקבל, כל סכום שידרוש הבנק המלווה לצורך שחרור התחייבות החברה והבנק מהתחייבויותיהם כלפיו (לרבות על פי בטוחה שנמסרה לו) ובכלל זה כל קנס, ריבית בגין עמלת פירעון מוקדם או עמלת ביטול, מבלי שתוטל על החברה או הבנק כל חובה לבדוק את צדקת דרישת הבנק המלווה, וזאת אף אם עלה הסכום שדרש הבנק המלווה על הסכום המגיע לקונה, שאז רשאית החברה לשלם את מלוא הסכום שדרש הבנק המלווה ולחייב את הקונה בהתאם.

12.3.4 לפעול על פי הוראות ההתחייבות דלעיל אף במקרה של סתירה בינה לבין הוראות ההסכם, והקונה מסיר את האחריות מהחברה לכל נזק שיגרם לקונה בקשר לכך. כן מתחייב הקונה לשפות את החברה בגין כל נזק הוצאה או חסרון כיס שיגרם לה עקב חתימתה על ההתחייבות.

12.4 מובהר בזאת כי החברה אינה אחראית למתן בטוחות לבנק המלווה או להסבת בטוחה שניתנה לקונה אלא ובמידה שניתנה לכך התחייבות מפורשת של החברה במסגרת ההתחייבות לרישום משכנתא שתינתן לבנק המלווה אם תינתן.

12.5 היה והקונה יבקש מהחברה למסור התחייבות לרישום משכנתא ליותר מבנק מלווה אחד הרי שהאחריות להסדר בין הבנקים המלווים בקשר לסדרי העדיפויות בין המשכנתאות תחול על הקונה בלבד והוא מתחייב כי בכל מקרה כזה ידאג לקבל את הסכמת כל הבנקים המלווים למתן כל הלוואה הנוספת. נמנע הקונה מלהביא את הסכמת כל הבנקים המלווים רשאית החברה לסרב לתת התחייבות נוספת, אך אם נתנה התחייבות כזו, ובעקבות זאת הפרה החברה התחייבות אחרת שניתנה על ידה, ישפה הקונה את החברה במלוא הנזק שנגרם לה ובכלל זה הוצאות משפטיות.

## 13. מיסים ותשלומים

13.1 כל תשלומי החובה לתקופה שתחילתה במועד המסירה ואילך, וכן בגין תקופות האיחור הנזכרות בסעיפים 5.3.2 ו- 5.3.3 יחולו על הקונה וישולמו על ידו. שילמה החברה תשלומי חובה עבור התקופה שהקונה חייב בתשלומה, יחזיר הקונה לחברה את סכום תשלומי החובה מיד לדרישתה הראשונה בצירוף הפרשי הצמדה כבסעיף 11.4 לעיל.

13.2 הקונה ער לכך שתמורת הדירה נקבעה ע"י החברה בהתחשב בסוגי תשלומי החובה ושיעורם כפי שהם ביום חתימת ההסכם. לפיכך יישא הקונה בכל תשלום חובה מסוג חדש שיוטל או תשלום חובה קיים ששיעורו הוגדל ככל שאלה מתייחסים למתחם, למגרש, לבניין, לדירה או למכירתה לקונה, אף אם אלה מתייחסים לתקופה הקודמת למועד המסירה.

13.3 הקונה ער לכך שהתמורה נקבעה ע"י החברה בהתחשב בדרישת הרשויות ו/או הדין בקשר לבניית הפרויקט, הבניין והדירה נכון ליום חתימת ההסכם. לפיכך יישא הקונה בחלק יחסי מעלותה של כל דרישה נוספת (ובכלל זה שינוי דרישה קיימת) של הרשויות ו/או הדין שיידרשו לאחר חתימת ההסכם אם ידרשו כאלה. חשבון החברה באשר לחלקו של הקונה בדרישות הנוספות כאמור יהווה ראיה לכאורה לנכונות האמור בו, והסתייגות הקונה מהאמור בו לא תגרע מחובתו לשלם לחברה את מלוא הסכום הנדרש על ידי החברה במועד הדרישה.

13.4 בנוסף לתמורה ישלם הקונה את הסכומים הבאים שתשלומם חל עליו במועדים הקבועים לצידם כדלקמן:

13.4.1 מס רכישה החל על העסקה נשוא ההסכם, אשר ישולם על ידי הקונה ישירות לרשויות המס על אחריותו, במועד החוקי לכך, הסמוך למועד עריכת ההסכם. ככל שתיערך על ידי החברה או מי מטעמה שומה עצמית עבור הקונה, הרי שמובהר בזאת כי היא תיערך על פי בקשת הקונה ולאחר שהודע לו כי באפשרותו להכין את השומה העצמית בכל דרך שימצא לנכון או לא לערוך שומה עצמית כלל. החברה אינה מקבלת על עצמה כל אחריות לדיווח על העסקה לרשויות המס, לשומה העצמית, לשומה הסופית שתקבע על ידי רשויות המס, ולכל הקשור והכרוך בכך, ולא תהיה לקונה כל טענה כלפיה בקשר לכך.

13.4.2 תשלום בגין חיבור הדירה לרשתות המים, החשמל והגז דהיינו התשלום הנדרש בגין התקנת מונים לרבות הפקדונות וכל תשלום אחר הכרוך בכך. תשלומים אלו ישולמו עד למועד המסירה וישולמו ישירות לרשויות הרלוונטיות ובהתאם לחשבון שיוצא על ידם.

13.4.3 השתתפות בהוצאות החברה (למעט התשלום המשולם בגין דמי הטיפול המשפטי עפ"י סעיף 11.1 לעיל), בשיעור חלק הדירה בהוצאות כמפורט בסעיף 8.1 להסכם הניהול, בגין חלוקה מחדש, רישום הבניין כבית משותף (ובכלל זה הוצאות הכנת תשריטי

חלוקה ותשריט בית משותף), רישום הדירה ורישום משכנתא על זכויות הקונה בדירה אם החברה התבקשה על ידי הקונה לרשום משכנתא על זכויותיו בדירה או שהחברה נתנה לבקשת הקונה התחייבות לרישום משכנתא על זכויותיו בדירה.

13.4.4 תשלום האגרות הדרוש לרישום הדירה (ובכלל זאת לרישום הערת אזהרה לטובת הקונה), ולרישום משכנתא כאמור בסעיף 13.4.3 לעיל (ובכלל זאת לרישום הערות אזהרה לטובת בעלי המשכנתא) שישולם בסמוך למועד ביצוע הפעולה הרלוונטית.

14. __ייפוי כח__

14.1 על מנת להבטיח את קיום התחייבויות הקונה כבהסכם מתחייב הקונה לחתום בפני נוטריון, בתוך 14 יום מיום חתימת ההסכם על ידו, על ייפוי הכח ולהמציא לחברה שני עותקים ממנו כשהם מאושרים ע"י נוטריון, לא יאוחר מאשר תוך התקופה האמורה. הקונה יישא בכל ההוצאות בקשר למתן ייפוי הכח. מובהר בזאת כי החברה תהיה רשאית להתנות את קיום התחייבויותיה או פעולות אחרות שהיא רשאית לבצע, ובכלל זה מתן התחייבות לרישום משכנתא (מבלי שהדבר יתפרש כמטיל עליה חובה לתת התחייבות לרישום משכנתא כלל) ומסירת הדירה לידי הקונה, בהמצאת ייפוי כח.

14.2 ייפוי הכח ישמש אך ורק לשם ביצוע הוראות ההסכם וכל הנובע ממנו ובכלל זה ביצוע כל פעולה תכנונית או רישומית שהחברה זכאית לבצעה כל פי הוראות ההסכם.

14.3 מתן ייפוי הכח לא יטיל על מיופי הכח חובה לפעול על פיו ולא ישחרר את הקונה מן החובה למלא בעצמו אחר התחייבויותיו בהסכם ולחתום בעצמו על המסמכים הקשורים בהם.

14.4 האמור בסעיף זה מהווה הוראות בלתי חוזרות של הקונה למיופי הכח לפעול על פי יפוי הכח. הוראות אלה הן בלתי חוזרות ולא ניתנות לשינוי בהתחשב בכך שזכויות צד שלישי, ובין היתר החברה, הבנק, הבנק המלווה וקונים אחרים תלויות בכך.

15. __העברת זכויות__

15.1 החברה תהיה זכאית להעביר את זכויותיה ו/או את חובותיה לפי ההסכם לכל אדם או גוף משפטי זולתה, בתנאי שזכויות הקונה לא תיפגענה.

15.2 קודם לקיום כל התחייבויות הקונה שעליו למלא על פי ההסכם עד למועד המסירה או קודם למועד מסירת החזקה בדירה לידיו, לפי המאוחר שביניהם, לא יהיה רשאי הקונה להעביר בכל דרך שהיא (ובכלל זה בדרך של ויתור, הסבה, מתנה ושיעבוד) את זכויותיו בדירה ו/או על פי ההסכם, כולן או חלקן, לצד שלישי כלשהו בלא קבלת הסכמתה של החברה מראש ובכתב שתינתן על פי שיקול דעתה הבלעדי של החברה.

15.3 לאחר מועד מסירת החזקה בדירה לידי הקונה בפועל ולאחר קיום כל התחייבויות הקונה שעליו למלא על פי ההסכם עד למועד בקשתו וקודם למועד רישום הדירה, יהיה הקונה, ולעניין זה גם כל מי שיבוא בנעלי הקונה על פי הוראות ההסכם או על פי הדין, זכאי להעביר את הזכויות בדירה לפי ההסכם למקבל הזכויות בדירה בהסכמת החברה בכתב שתינתן אם יתקיימו כל התנאים הבאים:

15.3.1 הקונה ומקבל הזכויות בדירה יחתמו על בקשה להעברת זכויות בנוסח המקובל בחברה. בין היתר במסגרת הבקשה להעברת הזכויות יוותר הקונה על כל זכויותיו כלפי החברה ומקבל הזכויות בדירה יקבל על עצמו את כל התחייבויות הקונה כלפי החברה כבהסכם כולל אלו שהיה על הקונה למלא קודם להגשת הבקשה, ואילו התחייבויות החברה למקבל הזכויות בדירה תהיינה לרשום את הדירה בשם מקבל הזכויות בדירה בלבד.

15.3.2 הקונה ימציא לחברה הסכם בינו לבין מקבל הזכויות בדירה בדבר העברת הזכויות בדירה.

15.3.3 ככל שבידי הקונה בטוחה הוא ימציא לחברה אישור בדבר ביטולה.

15.3.4 מקבל הזכויות בדירה ימסור לחברה ייפוי כח בנוסח המקובל בחברה באותה עת החתום על ידו והמאומת על ידי נוטריון.

15.3.5 הקונה ומקבל הזכויות בדירה ימציאו לחברה אישורים כי סולקו כל התשלומים החלים על הדירה או על העברת הזכויות בדירה, ובכלל זה כל תשלומי החובה והמיסים האחרים. בכלל זה יבואו גם אישורים מאת מנהל מס שבח בגין מס שבח, מס מכירה ומס רכישה (לרבות מס רכישה שהיה על הקונה לשלם בגין רכישת הדירה מהחברה) ואישור מאת הרשות המקומית.

15.3.6 הקונה ימציא אישור מאת נציגות הבית המשותף ו/או חברת הניהול בדבר העדר חובות.

15.3.7 הקונה ומקבל הזכויות בדירה ימציאו את הסכמת חברת הניהול להעברה כמפורט בהסכם הניהול.

15.3.8 אם מסרה החברה לידי הבנק המלווה התחייבות לרישום משכנתא ימציא הקונה אישור בדבר שחרור החברה מהתחייבותה לרישום משכנתא וכן את הסכמת הבנק המלווה לביטול הבטוחה אם ניתנה לבנק המלווה.

15.3.9 הקונה ימציא תצהיר המאשר כי הזכויות בדירה נקיות מכל חוב, עיקול, שיעבוד או זכות אחרת של צד שלישי כלשהו.

15.3.10 הקונה ישלם לחברה את הוצאותיה בגין הטיפול בהעברה בהתאם לנהוג אצלה באותה עת ובכפוף להוראות כל דין.

15.3.11 מקום שנדרש אישור של צד שלישי עקב מיהות הקונה כגון אישור בית משפט, ימציאו הקונה ומקבל הזכויות בדירה את אישורו של אותו צד שלישי.

15.3.12 הקונה ומקבל הזכויות בדירה ימלאו אחר כל דרישה חוקית של החברה וימציאו לחברה כל מסמך אחר הדרושים לדעת החברה לצורך העברת זכויות הקונה בדירה למקבל הזכויות בדירה.

15.3.13 מובהר בזאת כי האמור לעיל לא יטיל על החברה כל חובה מכל מין וסוג שהוא בקשר לתשלומים והוצאות הקשורים לדירה או למכירתה וכן לא יהיה בתנאים המפורטים בסעיף זה כדי ליצור כל מצג שהוא כלפי הקונה או מקבל הזכויות בדירה.

15.4 אין בהוראות פרק זה כדי לגרוע מהוראות הסכם הניהול.

## 16. <u>הבטחת כספי הקונה</u>

16.1 החברה מתחייבת להבטיח את הכספים שמשלם הקונה לחברה על חשבון התמורה עפ"י הוראות ההסכם בהתאם לחוק הבטחת השקעות. סוג הבטוחה יקבע על ידי החברה על פי שיקול דעתה הבלעדי.

16.2 החברה תהיה רשאית להחליף מעת לעת ועל פי שיקול דעתה הבלעדי את הבטוחה שבידי הקונה. עם יצירת הבטוחה החליפית תהיה הבטוחה הקודמת בטלה ומבוטלת ללא צורך בהסכמת הקונה או בכל פעולה אחרת והקונה ישיב לחברה את הבטוחה המקורית לדרישתה הראשונה. מבלי לגרוע מהאמור לעיל מתחייב הקונה לשתף פעולה עם החברה לצורך זה ככל שיידרש ובכלל זה לחתום על כל מסמך דרוש ולמסור ולקבל כל מסמך הדרוש לצורך החלפת הבטוחה כאמור. כן מובהר כי החברה תהיה רשאית לנקוט בכל האמצעים שתמצא לנכון כדי להביא להחלפת הבטוחה ובכלל זה לעשות שימוש בייפוי הכח.

16.3 בסמוך למועד מסירת הדירה לידי הקונה וכתנאי למסירתה יפקיד הקונה לדרישת החברה את הבטוחה בידי עורך הדין המטפל ברישום הדירה ובלבד שעורך הדין לא יעביר את הבטוחה לידי החברה קודם להתקיים התנאים בחוק הבטחת השקעות המתירים לחברה לבטל את הבטוחה האמורה.

16.4 הייתה הבטוחה הנמסרת לקונה מסוג ערבות בנקאית או פוליסת ביטוח יחולו גם הוראות אלה:

16.4.1 הקונה מצהיר בזאת כי קרא בעיון את הוראות הבטוחה והוא מסכים לתכנה ומתחייב לפעול על פיה.

16.4.2 הקונה נותן בזאת הוראה בלתי חוזרת לחברה להעביר למנפיק הבטוחה את כל זכויותיו על פי ההסכם, בכל מקרה שמנפיק הבטוחה ישלם את הסכום המגיע לקונה על פי הבטוחה.

16.4.3 כל שינוי ו/או ביטול של ההסכם מותנה בקבלת הסכמתו של מנפיק הבטוחה בכתב.

16.4.4 מבלי לפגוע בהוראות סעיף 15 לעיל, העברת זכויות הקונה בדירה כאמור בסעיף 15 לעיל כפופה לאישור בכתב ומראש של מנפיק הבטוחה וזאת כל עוד לא פג תוקף הבטוחה.

17. **הקבלן**

17.1 הקונה מצהיר שידוע לו והוא מסכים לכך מראש כי החברה רשאית למסור את ביצוע בניית הפרויקט, הבניין או הדירה לקבלן אשר יתחייב לבנות את הבניין ואת הדירה בהתאם למפרט הטכני וליטול את התחייבויות החברה בכל הקשור לסעיפים 4.1, 4.5, 5.1, 5.8, ו- 6 בהסכם. מובהר בזאת כי במקרה כזה יהיה הקבלן אחראי לביצוע התחייבויות החברה הנזכרות בסעיפים דלעיל. כמו כן מוסכם בין הצדדים כי הקבלן יהיה זכאי לבוא תחת החברה בכל הקשור להוראות סעיף 19.2 שלהלן.

17.2 קיום התחייבויות הקבלן כלפי הקונה מותנה בקיום התחייבויות הקונה כלפי החברה והקבלן על פי ההסכם והקבלן יהיה זכאי להסתמך כלפי הקונה על כל הוראה ותנאי של ההסכם כאילו התנאים מתייחסים אליו ועל כל התחייבות של הקונה כאילו הייתה התחייבות כלפיו.

17.3 אין באמור בסעיף זה כדי לגרוע ו/או לפגוע באחריות החברה על פי ההסכם, במקרה שהקבלן לא יקיים את התחייבויותיו על פי ההסכם.

17.4 בחתימתו בשולי הסכם זה מתחייב הקבלן בכל ההתחייבויות המפורטות בסעיף זה לעיל ולוקח על עצמו את כל האחריות בקשר אליהן. לחילופין תהיה החברה רשאית, במקום להחתים את הקבלן בשולי הסכם זה בפועל, למסור לקונה הודעה בכתב בה מאשר הקבלן את התחייבויותיו ואחריותו כלעיל.

18. **הפרות ותרופות**

18.1 על הפרת ההסכם יחולו הוראות חוק החוזים (תרופות בשל הפרת הסכם), תשל"א - 1970.

18.2 מבלי לגרוע מזכויות הצדדים במקרה של הפרה, הרי שבכל מקרה בו בוטל ההסכם, התבטל או פקע כדין מכל סיבה שהיא, בין בהסכמה ובין שלא בהסכמה, ישיב כל צד למשנהו כל דבר שקיבל ממנו על פי ההסכם ובכלל זה תהיה הבטוחה בטלה ומבוטלת, והחברה תשיב לקונה את החלק מהתמורה ששולם על ידו בפועל כשסכום זה צמוד בתנאי ההצמדה הנקובים בסעיף 11.4 להסכם מיום התשלום ועד ליום ההחזר בפועל.

מבלי לגרוע מכלליות האמור ומכל הוראה אחרת של ההסכם תנאי להשבת החלק מהתמורה ששולם על ידי הקונה בפועל הינו התקיימות כל התנאים הבאים:

18.2.1 הקונה יחתום על כל מסמך ותצהיר הנדרשים לצורך הודעה לכל רשות שהיא על פקיעת הסכם המכר.

18.2.2 הקונה ישיב לחברה את הבטוחה לדרישתה הראשונה. מבלי לגרוע מהאמור לעיל מתחייב הקונה לשתף פעולה עם החברה לצורך זה ככל שיידרש ובכלל זה לחתום על כל מסמך דרוש ולמסור כל מסמך הדרוש לצורך ביטול הבטוחה כאמור. כן מובהר כי החברה תהיה רשאית לנקוט בכל האמצעים שתמצא לנכון כדי להביא לביטול הבטוחה ובכלל זה שימוש בייפוי הכח.

18.2.3 ככל שהחזקה בדירה טרם נמסרה לקונה תהיה החברה פטורה ממסירתה, וככל שנמסרה החזקה בדירה לקונה יסלק הקונה את ידו מהדירה בתוך 30 יום ממועד קבלת

18.9 הקונה מתחייב להימנע מנקיטת כל צעד משפטי או אחר שמשמעותו הפרעה להשלמת הפרויקט ובכלל זה הוצאת צו מניעת זמני או קבוע נגד המשך ביצוע הפרויקט, צו עשה זמני או קבוע, הטלת צווי עיקול זמניים או קבועים או לרבות לרבות עצמיהם על רכוש שיימנע את השלמת הפרויקט ומינוי כונס נכסים זמני או קבוע על פי כל דין, כל זאת גם במקרה של מחלוקת בין הצדדים בכל עניין שהוא.

19. **כללי**

19.1 19.1.1 לא השתמשה החברה בזכות מזכויותיה על פי ההסכם או על פי כל דין או לא השתמשה בזכות כאמור במועד - לא ייחשב הדבר כוויתור מצד החברה על הזכות האמורה.

19.1.2 ויתור או ארכה שניתנו על ידי החברה לקונה במקרה מסויים לא יהוו תקדים למקרה אחר; לענין ההסכם לא יהא תוקף לשום ויתור או ארכה אלא אם ניתנו בכתב.

19.2 החברה תהיה רשאית לשלם תחת הקונה, מבלי לפגוע בחובתו לעשות כן כל תשלום המגיע מהקונה ואשר אי תשלומו עלול לעכב את החברה בקיום התחייבויותיה כלפי הקונה ו/או קונים אחרים בבנין ו/או בבנינים אחרים בפרויקט ו/או כלפי כל אדם או גוף אחר - והקונה מתחייב לשלם כאמור לדרישתה הראשונה, כל תשלום או הוצאה שישולמו או הוצאו כאמור. אי תשלום הסכום האמור במועד יגרור את תשלומו בצרוף ריבית פיגורים כמפורט בסעיף 18.3.2 לעיל מחושבת מיום התשלום ועד להחזר מלא בפועל של סכום כנ"ל.

19.3 החברה תהיה רשאית לזקוף כל סכום שישולם לה על ידי הקונה על פי שיקול דעתה הבלעדי.

19.4 מבלי לגרוע מהאמור בסעיף 6.12 לעיל, מוסכם בזה כי בתי המשפט המוסמכים בלעדית לדון בכל עניין הנוגע להסכם או הנובע הימנו הינם בתי המשפט בירושלים, והם בלבד.

19.5 החברה לא תהיה בשום מקרה אחראית לקבלת כל אישור הנדרש על פי כל דין או על פי הסכם עקב מיחות הקונה ד'גמגת אישור מבית המשפט אם הקונה קטין, חסוי וכיו"ב. לא תושג האישור האמור בתוך שישים יום מיום חתימת ההסכם תהיה החברה רשאית לבטלו.

19.6 כל שינוי של ההסכם חייב להיעשות בכתב, במפורש ובחתימת הצדדים.

19.7 הקונה מצהיר שידוע לו כי משרד עו"ד יגאל ארנון ושות' מייצג את החברה בעסקה נשוא ההסכם ואינו מייצג את הקונה, וכי הקונה רשאי להיות מיוצג בעסקה זו ע"י עו"ד אחר. למרות האמור לעיל מוסכם בין הצדדים כי משרד עו"ד יגאל ארנון יטפל ברישום זכויות הקונה בדירה ובכל הכרוך בכך ובכלל זה בחלוקה מחדש של הבית המשותף.

19.8 הסכם זה ייכנס לתוקפו רק אם יאושרו תנאיו על ידי הנהלת החברה ורק אם ייחתם על ידי החברה באמצעות מורשי החתימה מטעמה.

19.9 כל זכות שתעמוד לחברה כלפי אחד מיחידי הקונה תעמוד לה כלפי כולם.

19.10 הצדדים קובעים את כתובותיהם לצרכי ההסכם כדלקמן :
החברה : רחוב תר סיני 3 בתל אביב.

הקונה : כבמבוא להסכם ו/לאחר מסירת הדירה - בדירה.

19.11 כל הודעה שתשלח ע"י צד אחד למשנהו תיחשב כאילו הגיע לתעודתה בהתאם לדרך משלוחה כמפורט להלן :

19.11.1 בדואר רשום לפי כתובת הצדדים - לאחר שלושה ימי עסקים מהמועד שנמסרה למשרד הדואר למשלוח.

19.11.2 בפקסימיליה לפי מספר פקסימיליה שנמסר על ידי הצדדים - במועד הגעת הודעת הפקסימיליה לתעודתה ואם נשלחה שלא ביום עסקים תיחשב ההודעה כאילו הגיעה לתעודתה בתחילת יום העסקים הבא לאחר משלוחה בפועל. אישור מכשיר פקסימיליה בדבר הגעת הודעת תעודתה יהווה ראיה לעניין זה ראיה לכאורה.

19.11.3 במסירה ביד בכתובת הצדדים - במועד מסירתה.

ולראיה באו הצדדים על החתום במקום ובתאריך דלעיל:

_____ אל' _____ וקו' וס

תקונה

ניהול הפתוח בע"מ
המוכל

+3.30 מפלס עליון

315

350

חדר 1
437

120 505 120 35

200 340 120
210

חדר 2
363

393

35

35

35

35

+0.00 מפלס קרקע

מבואה

חדר מדרגות

חדר מדרגות

מגרש 3 חזית
צפון

תרשים ג, קומת עליונה

מפלס 000+

+3.30 מפלס

ממד 1

ממד 2

437

509

393

363

315

120

120

35

35

35

340

200

20

3/2



# מפרט שירותי ניהול ותחזוקה

1. נקיון כללי בשטחים למתן שירות - נקיון, ציוד וכלי ניקוי, חומרי ניקוי, הדברה ופנוי אשפה ממתקני אשפה בפרויקט לנקודות פינוי בהתאם להוראות הדין.

2. גינון בשטחים למתן שירות לרבות החלפת צמחים (תחזוקה בלבד).

3. תיקונים כלליים של השטחים למתן שירות, במידת הצורך, ותיקוני נזקים שיגרמו לשטחים למתן שירות, שהינם בבחינת בלאי רגיל וסביר.

4. שמירה בכניסה לחניון ובכניסה לבנייני המגורים, בקרה על כניסות מהחניון לבנייני מגורים.

5. שרות אחזקה שוטפת למתקנים והמערכות המשותפים והציבוריים בלבד לרבות מיזוג האוויר, איוורור, מעליות, גנרטור ותאורת חירום, ציוד כיבוי אש, כריזה, מערכות מים ביוב וניקוז, חשמל ותאורה. מבלי לגרוע מכלליות האמור תספק החברה את השירותים הבאים:

5.1 חשמל - בדיקה שנתית וטיפול שוטף ושגרתי בלוחות החשמל ומערכות חשמל ציבוריות בנכס, וכן תחזוקה שוטפת של תאורת פנים וחוץ בנכס. לגבי פעולות שביצוען הינו באחריות חברת החשמל החברה תזמין את השירות וביצועו בפועל לא יעשה על ידה.

5.2 מים, ניקוז וביוב – תחזוקה שוטפת של צנרת לאספקת מים לשטחים למתן שירות, ולדירה (לדירה – מנקודת החיבור לרשת העירונית ועד לדירה), טיפול תקופתי במאגרי מים, תחזוקת משאבות לחץ, תחזוקה שוטפת של קווי הביוב והניקוז המשותפים.

5.3 מיזוג אוויר, גנרטור ותאורת חירום, כיבוי אש וכריזה – טיפול שוטף לתחזוקת המערכות המרכזיות, לרבות מגדלי קירור ויחידות פנימיות בשטחים למתן השירות, הפעלת ותחזוקת גנרטור ותאורת חירום.

5.4 ביקורת מערכות – בדיקה תקופתית של המערכות השונות.

6. התקשרות בהסכמי שירות בקשר למערכות אלקטרו מכניות כגון מעליות גנרטורים, מיזוג אוויר וכיו"ב.

7. רמת השירות ותדירותו לא תפחת מהנדרש על פי כל דין. מובהר כי מקום בו טיפול או ביצוע פעולה כלשהי כלולים בהתחייבויות ספק על פי הסכם שירות תקף, תפעל החברה להזמנת השירות על פי הסכם השירות הרלבנטי.

8. שילוט והכוונה.

9. מתן שירותי תיאום וניהול על עבודות בשטחים למתן שירות כמפורט להלן:

9.1 תיאום וניהול בקשר לשירותים שיינתנו על ידי רשויות כגון העירייה, חברת החשמל, בזק וכיו"ב בקשר לשטחים למתן שירות או בשטחים למתן שירות.

9.2 מובהר כי בכל מקרה בו יינתנו על ידי החברה שירותי תיאום וניהול כאמור, לא יהיה בכך כדי להטיל על החברה אחריות לטיב העבודות שתבוצענה ו/או השירותים שינתנו ו/או לנזקים אשר עלולים להיגרם בקשר לכך שלא עקב הנחיות רשלניות של החברה.

10. תשלום הוצאות כדלקמן:

10.1 הוצאות הספקת חשמל לתאורה ולמעליות.

10.2 הוצאות אספקת מים לניקיון ולגינון.

<u>ייפוי כח בלתי חוזר</u>

אנו החתומים מטה :

כולנו יחד וכל אחד מאתנו לחוד  ממנים בזה את רסקו ניהול ופיתוח בע"מ ח.פ. 0-082926-51 (להלן - **החברה**) ו/או בנק הפועלים בע"מ ו/או בנק המזרחי המאוחד בע"מ ו/או בנק ירושלים בע"מ ו/או בנק אדנים למשכנתאות ולהלוואות בע"מ ו/או בנק לאומי למשכנתאות בע"מ ו/או בנק עצמאות למשכנתאות ולפתוח בע"מ ו/או בנק דיסקונט למשכנתאות בע"מ ו/או חברת הבינלאומי הראשון למשכנתאות בע"מ ו/או בנק איגוד בע"מ, כל אחד מהם לחוד, להיות מורשינו לפעול ולעשות בשמנו ובמקומנו את המעשים והפעולות המפורטים להלן או כל חלק מהם שאנו רשאים לבצע מכח זכויותינו ו/או בקשר לזכויותינו הקיימות או שתהיינה בעתיד בנכס הנמצא או שימצא על הקרקע הידועה כחלקה 70 בגוש שומה 30028 או כל זיהוי אחר שיהיה לקרקע זו בעתיד שייווצר כתוצאה מרישום ו/או חידוש רישום ו/או איחוד ו/או חלוקה ו/או כתוצאה מכל פעולה אחרת (להלן - **הנכס**) :

1. להסכים או לגרום לאיחוד ו/או חלוקה של הנכס יחד עם נכסים אחרים או בלעדיהם, לבקש לאשר תכניות בניין עיר, לבקש היתרי בניה ולבצע כל פעולה אחרת בקשר לנכס על פי חוק התכנון והבניה, תשכ"ה - 1965 (להלן - **חוק התכנון והבניה**).

2. לרשום את הנכס ו/או לחדש את רישומו ו/או להפריש חלקים מהנכס לכל צורך שהוא ו/או לבצע איחוד ו/או חלוקה בין לבד ובין יחד עם נכסים אחרים; לרשום על הנכס משכנתאות, שעבודים, עיקולים, הערות, הערות אזהרה, זכויות קדימה, זיקות הנאה, שכירויות, הסכמי שיתוף וכל פעולת רישום אחרת לפי חוק המקרקעין, תשכ"ט - 1969 (להלן - **חוק המקרקעין**) או כל דין אחר (להלן - **פעולות רישום**).

3. לרשום את הנכס לבדו או יחד עם נכסים אחרים כבית משותף או כמספר בתים משותפים על פי הוראות חוק המקרקעין, ולבצע כל פעולה הכרוכה והנובעת מכך ובין היתר, לרשום בית משותף, לרשום תקנון לבית המשותף, לייחד זכויות בנכס לכל חלק מהבית המשותף ; לרשום על כל דירה בבית המשותף ו/או על הרכוש המשותף כל פעולת רישום.

4. לייצגנו בפני נציגות בית משותף ו/או באסיפה כללית של בעלי דירות בבית המשותף ולהצביע בה.

5. לקבל ו/או לרשום בשמנו כל זכות בנכס וכלכלל זה לחתום על חוזה חכירה.

6. בשמנו ובמקומנו למשכן ו/או לשעבד את זכויותינו בנכס כולן או חלקן בכל צורה ואופן שהוא ובכלל זאת בתנאים כפי שימצאו מורשינו לנכון, בכל דרגה שהיא ובכל סכום שהוא על פי כל דין, ובין היתר לוותר על כל הגנה הקבועה בדין למשכון ובין היתר חגנונות ו/או חגנות על פי סעיף 33 לחוק הגנת הדייר (נוסח משולב) תשל"ב - 1972 ועל פי סעיפים 38 ו- 39 לחוק ההוצאה לפועל, תשכ"ז - 1967.

7. לקבל בטוחה מכל מין סוג שהוא על פי חוק המכר (דירות) (הבטחת השקעות של רוכשי דירות), תשל"ה - 1974 (להלן - **בטוחה**), לבצע בשמנו ובעבורנו כל פעולה אחרת על פי החוק הנ"ל וכן לבקש להסב כל בטוחה או לבקש לרשום בטוחה לטובת צד-שלישי.

~~8. להעביר ולהסב למנפיק הבטוחה את כל זכויותינו בנכס, ובכלל זה הערת אזהרה אם נרשמה לטובתנו, אם~~ אנו נדרש את מימוש הבטוחה, ומנפיק הבטוחה ישלם לנו את הסכום ששילמנו בגין זכויותינו בנכס על פי תנאים הנקובים בבטוחה.

9. להשיג את כל האישורים, התעודות והמסמכים ולסלק את כל ההתחייבויות, חתשלומים, המסים, האגרות, והארנונות וכל יתר ההוצאות למיניהן, הקשורים לאמור בייפוי כח זה ו/או חחלים על הנכס חשבוננו, לחייב את חשבוננו בכל בנק, ולגבות מאתנו כל סכום כסף שיהיה דרוש ונחוץ לשם בביצוע האמור בייפוי כח זה ; לקבל כספים בשמנו מכל אדם ו/או גוף שהוא ולהשתמש בכספים בכספים אלה לביצוע האמור בייפוי כח זה.

~2~

19. בייפוי כח זה:

א. סמכות לבצע מעשה או פעולה משמעותה גם הסמכות:

(1) לבטל, למחוק, לתקן, לצמצם, לייחד, לפדות, לשנות;

(2) להסכים לביצוע הפעולה על ידי אחר או להתנגד לכך;

(3) לבצע כל דבר בכפוף לפעולה ו/או למרות הפעולה;

(4) לקבל בשמנו ועבורנו כל הודעה שאנו זכאים לקבל על פי כל דין בקשר לאותה פעולה;

ב. חוק משמעותו נוסח החוק שיהיה בתוקף במועד הרלוונטי ובכלל זה כל חוק שיהיה בעתיד במקום חוק זה או בנוסף לו; דין משמעותו הדין שיהיה בתוקף בכל מועד רלוונטי.

ג. הנכס משמעותו הנכס כולו או כל חלק ממנו.

ד. ככל שייפוי כח זה חתום על ידי יחיד יש לקרוא כל ביטוי בייפוי כח זה ככתוב בלשון יחיד.

ולראיה באתי/נו על החתום, היום בחודש שנת

חתימה ____________________ חתימה ____________________

32

# <u>הסכם ניהול</u>

שנערך ונתחם ב ירושלים היום כג לחודש אב שנת 2008

| | |
|---|---|
| בין | רסקו ניהול ופיתוח בע"מ ח.פ. 51-082926-0 |
| | (להלן - החברה) |

מצד אחד;

| | |
|---|---|
| לבין | נימה ג'ינה פישמן דרכון ארה"ב מס' 211450226 |
| | שם ת.ז. |
| | [illegible] |
| | ........................ |
| | שם ת.ז. |
| | ........................ |
| | כתובת טלפון פקסי |

במאוחד ובנפרד ובערבות הדדית
(להלן - המחזיק)

מצד שני;

הואיל והמחזיק רכש את הזכויות בדירה;

והואיל ובהתחשב באופיו המיוחד של הפרויקט, החליטה החברה כי השירותים יינתנו בצורה מרוכזת;

והואיל והסכם זה בא להסדיר את ההתחייבויות ההדדיות בין חברת הניהול למחזיק בכל הנוגע למתן השירותים והינו הסכם הניהול הנזכר בהסכם הרכישה;

לכן הוצהר הוסכם והותנה ביניהם כדלקמן:

1. **<u>מבוא ופרשנות</u>**

1.1 המבוא להסכם זה מהווה חלק בלתי נפרד ממנו.

1.2 כותרות הסעיפים בהסכם זה נועדו לנוחיות המעיין בלבד ולא תשמשנה לפרשנות הסכם זה או לכל מטרה אחרת.

1.3 במקרה של סתירה בין הוראות הסכם הרכישה להוראות הסכם זה יפורשו הסכמים אלו באופן המרחיב את סמכויות חברת הניהול וזכויותיה, ואם לא יהיה באמור כדי ליישב את הסתירה, יגברו הוראות הסכם זה.

2. **<u>הגדרות</u>**

בהסכם זה יהיה למונחים שלהלן הפירוש הניתן לצידם אלא אם נאמר במפורש אחרת או שתוכן הכתוב מחייב אחרת. מונחים שהוגדרו בהסכם הרכישה תהא להם משמעות זהה בהסכם זה אלא אם ניתנה להם משמעות אחרת בהסכם זה:

2.1 ביטוחי חברת הניהול - הביטוחים שתערוך חברת הניהול כמפורט בסעיף 7 שלהלן.

2.2 ההוצאות - כל ההוצאות הכרוכות בניהול ובביצוע השירותים, לרבות הוצאות מימון, הוצאות הביטוח הנזכרות בסעיף 7, הוצאות משפטיות, מסים, אגרות והיטלים העירוניים הממשלתיים והאחרים מכל סוג החלים ו/או שיחולו על השטחים למתן שירות, ובתוספת דמי ניהול בשיעור 15% מכל אלה.

2.3 ההוראות והנהלים - ההוראות והנהלים שתקבע חברת הניהול כאמור בסעיף 6.1 או שנקבעו בסעיף 6.

2.4 הסכם הרכישה - ההסכם לפיו נרכשה הדירה מידי החברה.

2.5 חברת הניהול - החברה או אישיות משפטית אחרת זולתה לה יומחו זכויות והתחייבויות החברה על פי הסכם זה כמפורט בסעיף 13.1 להלן.

2.6 החשבון השנתי - חשבון סופי של ההוצאות בגין שנה קלנדרית.

2.7 המדד - מדד המחירים לצרכן כולל פירות וירקות כפי שמתפרסם ע"י הלשכה המרכזית לסטטיסטיקה. במידה ויוחלף בסיס המדד או במידה שתוחלף שיטת חישובו ועריכתו או במידה שיפורסם ע"י גוף אחר במקום הלשכה הנ"ל תעשה החברה את חישוב עליית המדד תוך התחשבות בשינויים הנ"ל.

2.8 מדד הבסיס - מדד חודש דצמבר שנת 2004 שהתפרסם ביום 15.1.2005 ושהיה 100.6 נקודות.

2.9 המדד החדש - המדד שפורסם לאחרונה לפני תשלומו בפועל של כל סכום המגיע מהמחזיק לחברה.

2.10 המקדמה - מקדמה בסכום שייקבע על ידי חברת הניהול מעת לעת ואשר יהיה שווה לחלקו המשוער של המחזיק בהוצאות בגין ארבעה וחצי חודשים כפי שהדבר ייקבע על פי סעיף 8.4 שלהלן, ובתוספת מע"מ.

2.11 המחזיקים - אלה הרשומים בספרי חברת הניהול כמחזיקי היחידות.

2.12 מתן השירותים - ביצוע השירותים וניהול ביצועם.

2.13 סיום תקופת החזקה בדירה - המועד בו ייחתם הסכם ניהול, בנוסח שיהיה מקובל בחברת הניהול באותה עת, עם מקבל הזכויות בדירה או המועד בו יפקיד מקבל הזכויות בדירה את המקדמה, המאוחר מבין שני אלה.

2.14 רואה החשבון - רואה חשבון חיצוני שימונה על ידי חברת הניהול.

2.15 השטחים למתן שירות - אותם שטחים במתחם לגביהם תחליט חברת הניהול לספק את השירותים.

2.16 **השירותים** - כל השירותים הדרושים לצורך החזקתם התקינה של השטחים למתן שירות לרבות:

2.16.1 ניהול כללי של השטחים למתן שירות ובכלל זה קביעת נהלים והוראות.

2.16.2 ביצוע שירותי הפעלה, תיקון, אחזקה, חידוש, שיפוץ, ניקיון, פינוי אשפה, תאורה, חיטוי, בדק, השבחה, שמירה, גינון, הספקת חשמל ומים וביטוח של השטחים למתן שירות ו/או ביצוע של פעולות אחרות המשמשות או שנועדו לשמש או לשרת את השטחים למתן שירות ו/או כל חלק מהם.

2.16.3 שירותים ופעולות נוספים שחברת הניהול תבחר לנהל, לבצע, לתיתם, ליזום או לטפל בהם וכן שירותים ופעולות שחברת הניהול תידרש על ידי הרשויות המוסמכות לנהל, לבצע או לתת.

2.16.4 חידושים, תיקונים, החלפות ושיפוצים יסודיים של השטחים למתן שירות, ואף שיפורים, שינויים, השבחות וכיו"ב כדי לשמור על רמת הפעלה איכותית של השטחים למתן שירות ואיכותם לאורך זמן.

2.17 **החזקה בדירה** - תחילת תקופת לגבי הקונה - מועד המסירה; לגבי מקבל הזכויות בדירה - מועד סיום תקופת החזקה בדירה של המחזיק שלפניו.

2.18 **מתן השירותים** - תום תקופת שנה לאחר מועד השלמת הפרויקט ובכלל זאת בניית כל הבניינים במתחם או שבע שנים מהמועד שבו החלה חברת הניהול לספק שירותים בפרוייקט הממוקדם מביניהם.

3. **ההתקשרות**

3.1 חברת הניהול מקבלת על עצמה את מתן השירותים לתקופה, באופן ובתנאים המפורטים בהסכם זה.

3.2 חברת הניהול תהיה זכאית מידי פעם, לקבוע את היקף השירותים, סוגם, טיבם, ואת מועד ואופן הספקתם בכפוף להוראות הסכם זה, ובשים לב לאופיו המיוחד של הפרויקט.

3.3 ~~המחזיק מסכים לכל האמור בסעיף 3 זה לעיל, ומוסר לחברת הניהול את מתן השירותים~~ לתקופת ההסכם באופן בלעדי מכוח זכויותיו כבעל הזכויות בדירה ו/או כמחזיק בדירה. המחזיק מתחייב להיות קשור עם חברת הניהול בכל הכרוך במתן השירותים ובין היתר לא לבצע את השירותים וכל חלק מהם בעצמו או באמצעות אחרים, אלא באמצעות חברת הניהול או מי מטעמה, ולא לקבל שירותים מאחרים פרט לחברת הניהול או מי מטעמה.

4. **התקשרויות למתן השירותים**

4.1 מתן השירותים יעשה על ידי חברת הניהול בעצמה ו/או על ידי אחרים (קבלני משנה, ספקים וכיו"ב), או חלק בעצמה וחלק על ידי אחרים, הכל לפי שיקול דעתה של חברת הניהול. חברת הניהול מצהירה כי השירותים יינתנו על ידי בעלי יכולת וכישורים מתאימים ורמה גבוהה התואמת את אופיו המיוחד של הפרויקט.

4.2 חברת הניהול תעסיק עובדים טכניים, מקצועיים, מנהליים ואחרים כגון עורכי דין, רואי חשבון ויועצים אחרים, לביצוע העבודות הכרוכות במתן השירותים, לרבות העסקה במשרה חלקית או מלאה, על פי חוזה מיוחד או בתנאים שתמצא לנכון.

4.3 כן תהיה רשאית חברת הניהול להתקשר בכל התקשרות אחרת לצורך מתן השירותים ובכלל זה שכירת משרדים.

5. **תקופת ההסכם**

5.1 חברת הניהול תתן את השירותים למחזיק החל במועד שבו יימסרו 50% מהדירות בכניסת שהדירה חלק ממנה לידי רוכשיהן ועד לתום תקופת מתן השירותים. מובהר באזת כי חברת הניהול רשאית לדחות את מועד תחילת ביצועם של שירותים מסוימים עקב אי השלמת הבנייה במתחם או משיקולים אחרים שיצדיקו דחייה כאמור.

5.2 חברת הניהול תהיה (לפי בחירתה היא) רשאית להפסיק את מתן השירותים ו/או כל חלק מהם לפני תום תקופת מתן השירותים בהודעה בכתב על כך למחזיקים לפחות ששה חודשים מראש.

5.3 בנוסף, תהיה חברת הניהול רשאית להפסיק את מתן השירותים ו/או כל חלק מהם לפני תום תקופת מתן השירותים בהודעה בכתב על כך למחזיקים לפחות חודשיים מראש, בכל מקרה שלדעתה לא ניתן להמשיך את מתן השירותים או חלקם, עקב מחסור מתמשך במזומנים הנובע מאי תשלום מאי תשלום ההוצאות, כנדרש על ידי חברת הניהול, על ידי המחזיקים או חלקם.

5.4 חברת הניהול תפסיק את מתן השירותים בחלוף ששה חודשים מהמועד שבו תימסר לחברת הניהול הודעה בכתב שעניינה סיום מתן השירותים על ידי חברת הניהול החתומה על ידי בעלי זכויות במתחם שחלקם ברכוש המשותף של כלל הבתים המשותפים במתחם עולה על 75%, ~~או במקרה הנזכר בסעיף 10 להסכם הרכישה~~, בעלי זכויות במתחם ששטח דירותיהם ברוטו הכולל עולה על 75% משטח כלל הדירות במתחם ברוטו ובלבד שהתנאה כאמור לא תימסר לפני השלמת הפרויקט (ובכלל זה בניית כל הבניינים במתחם) או לפני חלוף שש וחצי שנים מהמועד שבו החלה חברת הניהול לספק שירותים בפרויקט המוקדם מביניהם. במניין ספירת בעלי הזכויות כאמור לא יבואו בעלי זכויות שהינם בעלי עניין בחברת הניהול כהגדרת מונח זה בחוק ניירות ערך, תשכ"ח - 1968.

5.5 בתום תקופת מתן השירותים יוארך הסכם זה באופן אוטומטי לשלוש שנים נוספות (וחוזר חלילה), אלא אם לא יאוחר ממשישה חודשים לפני תום תקופת מתן השירותים תימסר לחברת הניהול הודעה בכתב שעניינה סיום מתן השירותים על ידי בעלי זכויות במתחם, החתומה על ידי בעלי זכויות במתחם שחלקם ברכוש המשותף של כלל חלקתם המשותפים במתחם עולה על 33% בהארכה הראשונה ו- 50% בכל הארכה

נוספת, או במקרה הנזכר בסעיף 10 להסכם הרכישה, בעלי זכויות במתחם ששטח דירותיהם ברוטו הכולל עולה על 33% משטח כלל הדירות במתחם ברוטו בהארכה הראשונה ו- 50% בכל הארכה נוספת.

5.6 בתום תקופת מתן השירותים בכפוף לכל שינוי במועד זה כאמור בסעיף זה לעיל, מתחייב המחזיק, לדאוג ככל שהדבר תלוי בו שכלל המחזיקים במתחם יתקשרו בהסכם למתן השירותים לפרויקט עם חברת ניהול בעלת ניסיון במתן שירותים בהיקף הדרוש לאחזקת הפרויקט, שתספק את כלל השירותים המפורטים בהסכם זה, הכל באופן שהשירותים לפרויקט יינתנו תמיד בצורה מרוכזת על ידי גוף אחד שיבטיח את הפעלת הפרויקט ברמה גבוהה.

5.7 המחזיק מתחייב לשאת בכל ההתחייבויות התלות עליו על פי הסכם זה, מתחילת תקופת החזקה בדירה ועד לסיום תקופת החזקה בדירה.

5.8 למען הסר ספק מובהר בזאת כי חובת המחזיק לקיים הסכם זה תחול זאת בין אם השתמש בדירה ובין אם לאו, ובין אם צרך בפועל את השירותים ובין אם לאו.

6. **נהלים והוראות**

6.1 המחזיק מסכים מראש לכך שחברת הניהול תקבע מעת לעת ועל פי שיקול דעתה הבלעדי, נהלים והוראות בקשר לניהול ואחזקת השטחים למתן שירות, ולביצוע השירותים, ובלבד שאין הם נוגדים בפירוש את הוראות הסכם הרכישה והסכם זה, וכן רשאית היא על פי שיקול דעתה הבלעדי לשנותם, לבטלם וכיו״ב. חברת הניהול רשאית בין היתר לקבוע נהלים והוראות האוסרים שימושים ופעילויות בדירה שלדעת חברת הניהול נוגדים את אופיו של הפרויקט.

מבלי לגרוע מכלליות האמור מודיעה חברת הניהול כי קבעה את הנהלים וההוראות המפורטים בסעיף זה להלן, זאת מבלי לגרוע מכל זכות מזכויותיה כאמור בסעיף זה לעיל.

6.2 אותם שטחים ציבוריים המיועדים למעבר (ובכלל זה שטחי חניה וגגות אם יועדו לכך) ישמשו למעבר בלבד, והמחזיק מתחייב בזאת שלא להניח בהם חפצים, לחוסמם, להפריע את התנועה החופשית בהם, ובכלל לא להניח מיטלטלין או חפצים כלשהם מחוץ לדירה.

6.3 המחזיק והבאים מכוחו ומטעמו ישתפו פעולה עם חברת הניהול ויעזרו לה, בכל המקרים ששיתוף פעולה או עזרת כאלה ידרשו, כדי לאפשר מתן יעיל וסדיר של השירותים, ויודיעו לחברת הניהול בהקדם על כל תקלה המחייבת לדעתם פעולה מצד חברת הניהול.

6.4 המחזיק מתחייב לא לבצע כל שינוי או תוספת בדירה, שיש בהם שינויים בחזיתות הבניין, פגיעה בשלד הבניין ובמערכות הכלליות של הבניין והפרויקט,לא להתקין מכשירים הצורכים מוצרי נפט, ולא לפגוע או לשנות בדרך כלשהי את החזות החיצונית של הדירה ובכלל זה לא לשנות את מראה הפתחים החיצוניים של הדירה כגון דלת כניסה, חלונות ומרפסות, לא להתקין בהם סורגים או סוככים, לא לתלות בהם כביסה ולא לצובעם ללא קבלת הסכמתה של חברת הניהול בכתב ומראש, שתינתן או תישלל על פי שיקול דעתה הבלעדי ובשים לב לאופיו המיוחד של הפרויקט, כל זאת מבלי למעט מהוראות כל דין.

6.5 המחזיק מתחייב להשתמש בשטחים למתן שירות בצורה סבירה, שקטה, ותרבותית, על פי הדין, הנהלים וההוראות הסכם זה ובהתחשב באופי המיוחד של הפרויקט, וכן באופן שכתוצאה מן השימוש בדירה לא ייגרם מטרד ולא יופרעו השימוש וההנאה הסבירים של יתר המשתמשים והמבקרים בפרויקט.

6.6 חברת הניהול ומי מטעמה יהיו רשאים להיכנס לדירה, בכל עת סבירה ובתיאום מראש, לשם ביצוע פעולות הקשורות במתן השירותים אשר אין אפשרות סבירה לבצעם בדרך אחרת, ובכלל זה לצורך ביצוע עבודות עבור מחזיקים אחרים ודירות אחרות, ובין היתר, לפתוח קירות, רצפות, תקרות וחלקים אחרים, להחליף ולתקן אינסטלציה וצינורות ולבצע כל מלאכה שתהיה דרושה לפי דעת חברת הניהול לשם מילוי התחייבויותיה בהסכם זה, ולמחזיק לא תהיה כל טענה כלפי חברת הניהול בגין הפרעה שתיגרם לו כתוצאה מכך. בכל מקרה של פעולה כאמור, תשתדל חברת הניהול כי ההפרעה למחזיק תהיה קטנה ככל האפשר וכי בהקדם האפשרי יוחזר מצב הדירה, ככל הניתן, לקדמותו, ואם לא ניתן להשיב את המצב לקדמותו תשפה חברת הניהול את המחזיק בגין ירידת ערך הדירה הנובעת מכך. נמנע במהלך ביצוע הפעולות האמורות שימוש סביר בדירה לתקופת זמן המחייבת העמדת דיור חלוף, תעמיד החברה לרוכש דיור חלוף הולם על פי בחירת החברה. לעניין זה ייחשב גם בית מלון כדיור חלוף הולם.

הזכות האמורה בסעיף 6.6 זה מוקנית גם למחכיר בכל הקשור למבנים או למתקנים מכל מין וסוג שהוא השייכים למחכיר והבנויים מתחת לדירה.

7. <u>ביטוח</u>

7.1 מבלי לגרוע מהתחייבויות המחזיק על פי הסכם הרכישה ועל פי הסכם זה או לפי כל דין, ומבלי שחברת הניהול נוטלת על עצמה אחריות כלשהי כלפי המחזיק בקשר לכך, תערוך חברת הניהול, בשמה ובשם החברה את הביטוחים המפורטים להלן או כל חלק מהם, וכן כל ביטוח אחר או נוסף אשר חברת הניהול לפי שיקול דעתה תמצא לנכון לעשותו. הביטוחים יערכו בחברת ביטוח מורשית כדין לפעול בישראל.

7.1.1 ביטוח השטחים למתן שירות וכל רכוש אחר השייך לחברת הניהול בתחומי המתחם וסביבתו, כנגד סיכוני אש מורחב בהיקף כיסוי שלא ייפול מהיקף הכיסוי הניתן בפוליסת "ביט" או מקבילה לה, כולל רעידת אדמה, נזקי טבע ופריצה.

7.1.2 ביטוח אחריות חברת הניהול כלפי צד שלישי, בגין נזק על פי דין שייגרם בקשר למתן השירותים בגבולות אחריות שיקבעו מעת לעת על ידי חברת הניהול. ~~הפוליסה תורחב לשפות את אחריות המחזיק בגין אחריותו למעשה או מחדל של~~ חברת הניהול ובכפוף לסעיף אחריות צולבת.

7.1.3 ביטוח חבות מעבידים של חברת הניהול לעובדיה בגבולות אחריות שיקבעו מעת לעת על ידי חברת הניהול. הפוליסה תורחב לכסות את חבות המחזיקים אם ייטען כי הם נושאים בחובות כמעביד כלפי מי מעובדי חברת הניהול.

7.2 חברת הניהול תהיה רשאית מעת לעת לשנות ו/או להחליף את ביטוחי חברת הניהול ו/או לבצע ביטוחים נוספים, הכל לפי שיקול דעתה הבלעדי.

7.3 ביטוחי חברת הניהול יהיו על שם החברה וחברת הניהול, אשר תהיינה המבוטחות הראשיות בפוליסות, והן לבדן תהיינה זכאיות לשאת ולתת עם חברת הביטוח על תנאי הביטוח, על תשלום. תביעות ביטוח בשמן ובשם המחזיקים ועל אופן קבלת תגמולי הביטוח.

7.4 ביטוחי חברת הניהול יכללו תנאי בדבר ויתור על זכות תחלוף של המבטח כלפי כלל המחזיקים, עובדיהם ומנהליהם, למעט אם פעלו בזדון.

7.5 מוסכם בזה במפורש כי אין בעריכת ביטוחי חברת הניהול, או באי עריכתם, או בגבולות האחריות שנקבעו בהם, כולם או מקצתם, כדי להטיל אחריות כלשהי על חברת הניהול, והמחזיק יהיה מנוע מלטבוע אותה או להעלות נגדה כל דרישה או טענה בכל דבר הקשור או הנובע במישרין או בעקיפין, מטיבם, מסוגם, מהיקפם, מתנאיהם, מסכומיהם ו/או מהכיסויים של ביטוחי חברת הניהול ו/או מאי עריכת ביטוחי חברת הניהול, כולם או מקצתם.

7.6 המחזיק מתחייב בזאת למלא אחר הוראות חברת הניהול על מנת לשמור על זכויות החברה, חברת הניהול ויתר המחזיקים בפרויקט במסגרת ביטוחי חברת הניהול, וכן כי לא יעשה או יתיר לאחר לעשות כל מעשה או מחדל, אשר עלולים להגדיל בצורה כל שהיא את הוצאות הביטוח של החברה או של חברת הניהול לגבי הפרויקט. כמו כן מתחייב המחזיק לשתף פעולה עם חברת הניהול במקרה של הגשת תביעה לחברת הביטוח ולהמציא מיד עם קבלת דרישה כל מסמך, עדות וכיו"ב שידרשו לצורך הגשת התביעה.

7.7 מבלי לגרוע מאחריות המחזיק על פי כל דין ו/או הסכם, יערוך המחזיק פוליסה לביטוח מבנה לדירה ולביטוח תכולת הדירה בהיקף כיסוי אשר לא יפחת מהיקף חכיסוי בפוליסה תקנית בהתאם לתקנות הפיקוח על עסקי ביטוח (תנאי חוזה לביטוח דירות ותכולתן) התשמ"ו – 1986. מבלי לגרוע מהאמור תכלול פוליסה זו גם ביטוח חבות כלפי צד שלישי. בפוליסה יפורש כי ביטוח חבות כלפי צד שלישי הינו ביטוח ראשוני ויחול לפני הביטוח אשר ייערך על ידי חברת הניהול בהתאם לסעיף 7.1.2 לעיל. בפוליסה תבוטל זכות השיבוב כנגד החברה וחברת הניהול, למעט אם פעלו בזדון.

7.8 בתוך שבועיים ממועד קבלת בקשה של המחזיק, תאפשר חברת הניהול למחזיק לעיין בפוליסות הביטוח שרכשה כמפורט בסעיף זה לעיל.

## 8. נשיאה בהוצאות ואופן תשלומם

8.1 המחזיק מתחייב לשאת, ביחד עם יתר המחזיקים בהוצאות. חלקו של המחזיק בכלל ההוצאות, ייקבע בהתאם למפתח או למספר מפתחות שיוכנו על ידי חברת הניהול, ואושרו ע"י רואה חשבון בהתאם לעקרונות המנחים המפורטים לחלן.

8.2 בחלוקת ההוצאות הכרוכות במתן השירותים בין המחזיקים תנהג חברת הניהול בנאמנות כלפי כל בעלי היחידות בפרויקט. ככל שלדעת חברת הניהול יש לייחס הוצאה מסוימת לחלק מהיחידות או לחלק מהמחזיקים (לדוגמא עקב העובדה שהשירות ניתן לאותן יחידות או לאותם מתזיקים או משרת אותם או בעיקר אותם), תהיה חברת הניהול רשאית לייחס את ההוצאות לפי הצורך ולחייב את החייבים בהן, לדעתה. כן תהיה חברת הניהול רשאית לקבוע מפתחות שונים לשימושים שונים.

8.3 ככל שהמחזיק יבקש מחברת הניהול שיסופקו לו שירותי רשות מסוג השירותים שיסופקו באותה עת ע"י חברת הניהול, כגון, ניקיון שוטף של הדירה גופא, רכישת פוליסות ביטוח שעל הקונה לרכוש בהתאם להוראות הסכם זה וכו', ישלם המחזיק עבור השירות את אותו מחיר שייקבע ע"י חברת הניהול מעת לעת לשירות מסוג זה.

8.4 המחזיק מתחייב לשלם לחברת הניהול את חלקו בהוצאות המשוערות בהתאם לחשבונות בכתב שיוגשו לו על ידי חברת הניהול וזאת תוך 14 יום מקבלת החשבון. החשבונות דלעיל יוגשו למחזיק מראש, מדי חודש או מדי תקופה אחרת שתקבע על ידי חברת הניהול, ויבוססו על אומדן הוצאות.

8.5 תוך תקופה שלא תעלה על ששה חודשים מתום כל שנה, תערוך חברת הניהול את החשבון השנתי. החשבון השנתי, כשהוא מבוקר ומאושר על ידי רואה החשבון, ישמש ראיה לכאורה לגובה ההוצאות.

8.6 המחזיק מתחייב בזאת לשלם לחברת הניהול את ההפרשים, במידה ויהיו כאלה, בין הסכומים ששילם המחזיק על חשבון חלקו המשוער בהוצאות, ובין סכומי ההוצאות המופיעים בחשבון השנתי. התשלום יבוצע תוך 14 ימים מהיום שבו תגיש חברת הניהול את החשבון השנתי למחזיק. במידה וההפרשים יהיו לזכותו של המחזיק יזוכה חשבונו בהתאם.

8.7 המחזיק ישלם לחברת הניהול מס ערך מוסף על כל תשלום בו הוא חייב בהתאם להסכם זה ויחד עמו בשיעור שיחול במועד התשלום בפועל.

8.8 להקלת הגבייה מתחייב המחזיק להמציא לחברת הניהול לא יאוחר מתחילת תקופת החזקה בדירה אישור בדבר מתן הרשאה והוראת קבע למוסד בנקאי בישראל, בנוסח שייקבע על ידי חברת הניהול, לחיוב חשבונו בקשר לביצוע התשלומים החלים עליו על פי הוראות הסכם זה. בוטלה ההרשאה והוראת הקבע האמורים, והייתה זו הבטוחה היחידה שהייתה בידי החברה, הרי שמבלי לגרוע מכל סעד אחר העומד לחברת הניהול, ישלם המחזיק לחברת הניהול פיצוי מוסכם בשיעור פי שלושה מחלקו החודשי המשוער בהוצאות, או לפי העניין פי שלושה מדמי הניהול הקבועים, כפי שיהיו באותו מועד.

8.9 החברה תשלם בגין דירות שטרם הגיע מועד המסירה לגביהן את החלק של דירות אלו בהוצאות, למעט הוצאות המוצאות על שימוש בפועל, כגון מים, חשמל, דלק ותיקונים.

9. __המקדמה__

9.1 לא יאוחר מתחילת תקופת החזקה בדירה יפקיד המחזיק בידי חברת הניהול על חשבון חלקו בהוצאות, את המקדמה.

9.2 המקדמה תוחזק בידי חברת הניהול ותשמש לרכישת רכוש וציוד המשמש אותה בפעילותה, כהון חוזר, וכביטחון להבטחת קיום התחייבויות המחזיק כבהסכם זה. הפקדת המקדמה לא תגרע מחובת המחזיק לשלם בנפרד את חלקו בהוצאות כמפורט בסעיף 8 לעיל.

9.3     9.3.1   בתום תקופת החזקה בדירה יהיה המחזיק זכאי להחזר המקדמה, בניכוי כל
                סכום שנוכה או שחברת הניהול זכאית לנכותו על פי כל דין והוראות הסכם זה,
                וזאת בתוך שלושים יום מיום עריכת חשבון חתפי בגין שנת המס בה תמה
                תקופת החזקה בדירה.

        9.3.2   ככל שיתברר כי סכום הניכויים עולה על סכום המקדמה ישלם המחזיק לחברת
                הניהול את ההפרש בתוך 14 יום מדרישת חברת הניהול.

        9.3.3   לכל הסכומים הנזכרים בסעיף 9, זה יווספו הפרשי הצמדה למדד ממועד תשלום
                המקדמה או לפי העניין מועד חיובי ועד למועד השבת המקדמה כאמור. למען
                חסר ספק, ככל שחניכוי נעשה בגין סכום שלא שולם במועדו יווספו לסכום הניכוי
                הפרשי הצמדה וריבית כאמור בסעיף 14.1.2 שלהלן.

9.4     בתום תקופת השירותים, לרבות במקרים הנזכרים בסעיפים 5.4 ו- 5.5 לעיל, תעביר חברת
        הניהול את המקדמה, בניכוי כל סכום שנוכה או שחברת הניהול זכאית לנכותו על פי כל
        דין והוראות הסכם זה, לחברת ניהול שתבוא במקום חברת הניהול. לא מונתה חברת
        ניהול תחת חברת הניהול תחזיק חברת הניהול את יתרת המקדמה כאמור בנאמנות עבור
        כלל המחזיקים עד למינוי חברת ניהול אחרת.


## 10.   ניהול חשבונות ובקרה

10.1    חברת הניהול תנהל ספרים ומערכת הנהלת חשבונות בהתאם לכללים החשבונאיים
        המקובלים, ואלה יבוקרו על ידי רואה החשבון.

10.2    חברת הניהול תהיה רשאית להשקיע כל כסף עודף שיהיה ברשותה, בין אם מתוך קרנות
        ובין מתוך כספי פדיונות ובין מכל מקור אחר, בהשקעות סולידיות לפי מיטב שיקול דעתה
        המקצועי.

10.3    חברת הניהול תהיה רשאית, במידת הצורך, ללוות כספים ממקורות שתמצא לנכון לצורך
        מימון פעילותיה למתן השירותים. כל ההוצאות שתהיינה כרוכות בהשגת המימון, הריבית
        ויתר ההוצאות בקשר לכך יכללו במסגרת ההוצאות.

10.4    רווחים והפסדים שייזקפו כתוצאה מהשקעות או הלוואות כאמור ייזקפו לטובת/לחובת
        המחזיקים.

10.5    ספרי חברת הניהול וחשבונותיה יהיו נאמנים על המחזיק וישמשו בכל עת ראיה לכאורה
        בכל הנוגע לתשלומים ששולמו על ידי המחזיק לחברת הניהול ולהוצאות חברת הניהול.

10.6    אחת לשנה תעביר חברת הניהול למחזיקים את המסגרת התקציבית המשוערת לפעילותה
        לשנת הכספים הקרובה. המחזיקים יהיו רשאים להעיר את הערותיהם, וחברת הניהול
        תתחשב ככל שנתן בהערות המחזיקים מבלי שהדבר יגרע מזכותה של חברת הניהול
        להחליט בקשר לכך על פי שיקול דעתה הבלעדי שיופעל באופן סביר.

10.7    המחזיק יהיה זכאי לקבל הסברים מחברת הניהול בכל עניין הנוגע להסכם זה באופן
        ובמועד שייקבע על ידי חברת הניהול. לעניין זה תהיה רשאית חברת הניהול לקבוע מועד
        למתן הסברים בצורה מרוכזת לכלל המחזיקים או לכל חלק מהם או להודיע למחזיק על

מועד בו יוכל לקבל הסברים ולעיין בספרי חברת הניהול במשרדי חברת הניהול. מבלי לגרוע מהאמור בתך שבועיים ממועד קבלת בקשה של המחזיק תאפשר חברת הניהול למחזיק לעיין בדו"חות הכספיים המבוקרים של חברת הניהול.

11. **נשיאה בהוצאות בסמוך למסירת הדירה**

11.1 עד לתום שלוש השנים מהמועד שבו יאוכלסו 75% מהדירות במבנן שהדירה מהווה חלק ממנו (מבנן C או B3-B4 או B1-B2 בהתאם למיקום הדירה) תספק חברת הניהול את השירותים המפורטים **בנספח א** להסכם זה תמורת תשלום חודשי של 11 ש"ח למ"ר כפול שטח הדירה ברוטו וסך של 123 ש"ח לכל מקום חניה הצמוד לדירה  (שנינה יחד בסעיף זה – **דמי הניהול הקבועים**).

11.2 דמי הניהול הקבועים יהיו צמודים על פי תנאי התצמדה הבאים:

11.2.1 אם בזמן פירעונו בפועל של תשלום כלשהו על חשבון דמי הניהול הקבועים, יחיה המדד החדש גבוה ממדד הבסיס ישלם הקנונה את אותו סכום כשהוא מוגדל באותו שיעור בו עלה המדד החדש לעומת מדד הבסיס. ירידה במדד מתחת למדד הבסיס לא תזכה את הקנונה להקטנת הסכם המשולם.

11.2.2 מובהר בזאת כי הפרשי הצמדה בגין כל תשלום הינם חלק בלתי נפרד מקרן אותו תשלום לכל דבר ועניין.

11.3 דמי הניהול הקבועים ישולמו מדי חודש קלנדרי מראש לא יאוחר מאשר ביום הראשון של החודש בגינם הם משולמים.

11.4 אם וככל שעל פי הוראות הסכם זה תשולם תשלום המקדמה בתקופה בה יחול סעיף זה, יחיה חלקו המשוחב של המחזיק בהוצאות לצורך חישוב המקדמה שווה לדמי הניהול הקבועים (בתוספת הפרשי הצמדה).

11.5 בתקופה בת יחולו הוראות סעיף זה לא יחולו הוראות סעיפים 8 (למעט סעיפים 8.1 רישא, 8.3, 8.7 ו- 8.8), 10.4, 10.6 ו- 10.7.

11.6 בנוסף לאמור בסעיף 8.8 לעיל, הרי שככל שתתחילת תקופת התחזקה תתול בתקופה בה חל סעיף זה, ימסור המחזיק לחברת הניהול קודם לתחילת תקופת התחזקה שלושים ושישה שיקים, כל אחד בסכם דמי הניהול הקבועים כפי שאלה יחושבו נכון למועד מסירת השיקים, הראשון שבהם למועד ~~תחילת~~ תקופת ~~התחזקה~~ והאחרים ב- 1 לכל חודש קלנדרי עוקב, כל זאת להקלת הגבייה של דמי הניהול למשך שלושים ושישה החודשים הראשונים של תקופת התחזקה.

12. **זכויות חברת הניהול על פי חוק המקרקעין**

כדי לאפשר לחברה למלא אחר התחייבויותיה על פי הסכם זה ולנצל את זכויותיה על פיו מוסכם בזאת כי:

12.1 בחתימתו על הסכם זה ממנה המחזיק את חברת הניהול או מי שהיא תקבע להופיע ולהצביע בשמו ובמקומו לצורך מתן השירותים ו/או לצורך כל הנוגע והקשור להסכם זה בכל אסיפה של בעלי הדירות בבית המשותף פרט לאסיפה שהתכנסה לשם קבלת החלטה כאמור בסעיפים 5.4 ו- 5.5 לעיל. ייפוי כוח זה הינו בלתי חוזר ובא לשלול מהמחזיק את זכותו להצביע בעצמו או באמצעות אחר פרט לחברת הניהול באסיפות הנ"ל וזאת מאחר שזכויות צד שלישי ובהם חברת הניהול, המחזיקים האחרים, ובעלי הזכויות בדירות האחרות תלויות בכך. הסבת זכויות חברת הניהול כאמור בסעיף 13.1 שלהלן תהווה כשלעצמה גם הסבה של ייפוי כוח זה.

12.2 לצורך מתן השירותים ו/או לצורך כל הנוגע והקשור להסכם זה תשמש חברת הניהול או מי שהיא תקבע כנציגות הבית המשותף על פי חוק המקרקעין ויהיו לה כל הסמכויות המוקנות לנציגות הבית המשותף על פי חוק המקרקעין. המחזיק מסכים לכך וככל שיהיה בכך צורך הוא יתמוך במינוי זה.

12.3 המחזיק מסכים שהחברה ו/או חברת הניהול תהיה רשאית לעשות כל פעולה שמטרתה מתן תוקף להוראות הסכם הניהול ו/או ההוראות והנהלים על פי שיקול דעתה הבלעדי, ובכלל זאת בדרך של רישומם או כל חלק מהם כחלק מתקנון הבית המשותף, רישום הערת אזהרה על הדירה בגינם, ובמקרה שיחולו הוראות סעיף 10 להסכם הרכישה גם רישומם כחלק משטר החכירה או כחלק מכל הסדר רישום חלופי הנזכר שם. כמו כן תהיה רשאית החברה ו/או חברת הניהול לתקן כל אחת מפעולות אלה אם וככל שישתנו ההוראות והנהלים או נוסחו של הסכם זה.

13. **העברת זכויות והתחייבויות**

13.1 בהודעה של שלושה חודשים מראש רשאית חברת הניהול להמחות ולהסב את כל זכויותיה והתחייבויותיה על פי הסכם זה לחברת ניהול אחרת בעלת כישורים וניסיון מתאימים ובלבד שהנסב ימסור לחברת הניהול אישור בכתב כי הוא מקבל עליו לקיים את כל התחייבויות חברת הניהול כבהסכם זה. העתק מאישור זה יימסר למחזיק. אי קבלת הודעה בכתב מלפחות 10% מהמחזיקים עד למועד ההסבה כי הנסב אינו בעל כישורים וניסיון מתאימים תהווה ראיה חלוטה לכך שהנסב הינו בעל כישורים וניסיון מתאימים ~~ובלבד שבהודעתה למחזיקים הנזכרת ברישא של סעיף זה הובהרה משמעות אי מסירת~~ הודעה בכתב על ידי 10% המחזיקים כאמור.

13.2 משעה שהוסבו זכויות חברת הניהול כאמור, תשתחרר חברת הניהול מכל התחייבויותיה וזכויותיה על פי הסכם זה או אותו חלק שהוסב ואלה יעברו לנסב באופן שיראו את הנסב כאילו היה צד להסכם ניהול זה מעיקרא, וכל דין ודברים שיהיו למחזיק עם חברת הניהול, וכל דרישה ו/או תביעה אליה, יופנו על ידו לנסב בלבד. למרות האמור לעיל, הוסבו זכויות והתחייבויות חברת הניהול כאמור לנסב שאינו בעל כישורים וניסיון מתאימים, תישאר חברת הניהול ערבה לקיום התחייבויות הנסב עד למועד שבו ירכוש הנסב כישורים וניסיון מתאימים או עד להמחאת הזכויות וההתחייבויות לנסב בעל כישורים וניסיון מתאימים.

13.3 בנוסף להוראות הסכם הרכישה מוסכם בזאת כי המחזיק לא יהיה רשאי להעביר את זכויותיו בדירה לאחר (גם לאחר רישום זכויותיו בדירה בלשכת רישום המקרקעין), אלא לאחר שהתקבלה הסכמת חברת הניהול בכתב, שתינתן בסמוך לאחר סיום תקופת החזקה בדירה של המחזיק ואם שולמו כל החובות לחברת הניהול בגין הדירה.

13.4 המחזיק לא יהיה רשאי לשעבד את זכויותיו בדירה אלא בהסכמת חברת הניהול (וטרם מסירת הדירה בהסכמת החברה) בכתב שתינתן אם בעל השיעבוד יאשר לחברת הניהול כי אם תימכר הדירה מטעם בעל השיעבוד, ישלם בעל השיעבוד מתוך תמורת המכר, אם תעלה תמורת המכר על חוב המחזיק לבעל השיעבוד, ראשית לחברת הניהול את חוב המחזיק בגין דמי ניהול כמפורט בספרי חברת הניהול וזאת כהתחייבות עצמאית של בעל השיעבוד, וכן כי מוכר הדירה מטעם בעל השיעבוד ימלא אחר יתר התנאים להעברת הזכויות הנקובים בסעיף 13.3 לעיל.

14. **הפרות ותרופות**

14.1 בכל מקרה שהמחזיק יפגר בתשלום כלשהו המגיע או שיגיע ממנו לחברת הניהול לפי הסכם זה ו/או אם יפר תנאי הסכם זה, תהיה חברת הניהול רשאית, מבלי לפגוע בזכותה לכל סעד חוקי אחר, לפי בחירתה היא, לנקוט אחד או יותר מן הדברים הבאים:

14.1.1 להפסיק בשלמות או בחלקים את מתן השירותים הניתנים למחזיק ו/או לדירה ו/או למנוע מהמחזיק את השימוש בשטחים למתן שירות כולם או חלקם.

14.1.2 להוסיף הפרשי הצמדה למדד על כל תשלום או הוצאה המגיעים מהמחזיק, ואשר לא שולם במועדו, בתוספת ריבית שנתית בשיעור 12%, או לפי בחירת חברת הניהול, להטיל ולגבות ריבית בשיעור שיהיה מקובל באותה עת בבנק למשיכות יתר חריגות בחשבונות חוזרים דביטוריים בתוספת 4%.

14.1.3 לחלט כל סכום חוב בתוספת הפרשי הצמדה ו/או ריבית כאמור בסעיף 14.1.2 לעיל מתוך המקדמה ובמקרה כזה מתחייב המחזיק להשלים את סכום המקדמה בתוך שבעה ימים מיום שחברת הניהול תודיע למחזיק מהו הסכום אותו חילטה.

14.2 סירובו או אי נכונותו של המחזיק לקבל שירות כל שהוא ו/או הפסקת מתן השירותים על ידי חברת הניהול בהתאם להוראות סעיף 14.1.1 לעיל, לא ישחררו את המחזיק מחובת ההשתתפות בהוצאות בהתאם לתנאי הסכם זה.

14.3 14.3.1 חברת הניהול תהיה רשאית לקזז כל סכום המגיע לה לטענתה מן המחזיק מכל סכום שיגיע למחזיק מתברת הניהול, יהא מקור החיובים אשר יהא, בין שהחיובים קצובים ובין שאינם קצובים ולרבות חיובים שטרם הגיע מועד פירעונם.

14.3.2 המחזיק לא יהיה רשאי לקזז כל סכום המגיע לו מחברת הניהול מכל סכום שיגיע לחברת הניהול ממנו.

14.4 למחזיק לא תעמוד כל זכות עיכבון על רכוש של חברת הניהול מכל סוג שהוא.

א . /

14.5 המחזיק מתחייב להימנע מנקיטת כל צעד משפטי או אחר שמשמעותו הפרעה למתן השירותים על ידי חברת הניהול (למעט קבלת החלטה כאמור בסעיף 5. לעיל), ובכלל זה הוצאת צו מניעה זמני או קבוע נגד המשך מתן השירותים על ידי חברת הניהול, צו עשה זמני או קבוע, הטלת צווי עיקול זמניים או קבועים לרבות עצמיים על רכוש שימנעו את מתן השירותים על ידי חברת הניהול ומינוי כונס נכסים זמני או קבוע על פי כל דין, כל זאת גם במקרה של מחלוקת בין הצדדים בכל עניין שהוא. האמור בסעיף זה לא יחול על צעד משפטי שננקט על ידי 33% מהמחזיקים יחד.

15. **כללי**

15.1 ידוע למחזיק כי לציבור הרחב תהיה גישה לשטחים למתן שירות ו/או לחלקם ואף ללא כל תשלום.

15.2 חברת הניהול תעשה מאמץ לאתר שטח להקמת סוכה לשימוש כלל המחזיקים בתחום השטחים למתן שירות. מבלי לגרוע מהאמור לא תתנגד חברת הניהול להקמת סוכה כאמור בתחום הככר הפתוחה שתוקם במתחם אלא מטעמים שבדין ובבטיחות וכן תפעל לקבלת הסכמת המחכירה, בעלת הככר הפתוחה, להקמת סוכה כאמור.

15.3 לא השתמש צד להסכם זה בזכות מזכויותיו על פי הסכם זה או על פי כל דין או לא השתמש בזכות כאמור במועד - לא ייחשב הדבר כויתור מצידו על הזכות האמורה.

15.4 להסרת ספק, פנייה של חברת הניהול ישירות למי מטעם המחזיק שיחזיק בדירה בפועל לא תשחרר את המחזיק מהתחייבויותיו על פי הוראות הסכם זה.

15.5 ויתור או ארכה שניתנו על ידי חברת הניהול למחזיק במקרה מסוים לא יהוו תקדים למקרה אחר; לעניין הסכם זה לא יהא תוקף לשום ויתור או ארכה אלא אם ניתנו בכתב.

15.6 מוסכם בזה כי בתי המשפט המוסמכים בלעדית לדון בכל עניין הנוגע להסכם או הנובע הימנו הינם בתי המשפט בירושלים, והם בלבד.

15.7 כל שינוי של ההסכם חייב להיעשות בכתב, במפורש ובחתימת הצדדים.

15.8 המחזיק יישא בהוצאות ביולו של הסכם זה כחוק.

15.9 הצדדים קובעים את כתובותיהם לצרכי הסכם כדלקמן:

החברה: רחוב הר סיני 3 תל אביב.

המחזיק: כבמבוא להסכם ובתקופת החזקה בדירה - בדירה.

15.10 כל הודעה שתשלח ע"י צד אחד למשנהו תיחשב כאילו הגיע לתעודתה בהתאם לדרך משלוחה כמפורט להלן:

15.10.1 בדואר רשום לפי כתובת הצדדים - לאחר שלושה ימי עסקים מזמן שנמסרה למשרד הדואר למשלוח

15.10.2 בפקסימיליה לפי מספר פקסימיליה שנמסר על ידי הצדדים - במועד הגעת הודעת הפקסימיליה לתעודתה ואם נשלחה שלא ביום עסקים תיחשב ההודעה כאילו הגיעה לתעודתה בתחילת יום העסקים הבא לאחר משלוחה בפועל. אישור מכשיר פקסימיליה בדבר הגעת הודעה לתעודתה יהווה לעניין זה ראייה לכאורה.

15.10.3 במסירת ביד בכתובת הצדדים - במועד מסירתה.


ולראיה באו הצדדים על החתום במקום ובתאריך דלעיל:


מסקרין ניהול ופיתוח בע"מ
התובעת

‏15.05.10‏
המחזיק
8/4 פקם
דיוד ד'נת פ.ש.א

לב

נספח א

# תנאים מיוחדים

## פישמן נימה נינה

1. המגרש - הקרקע עליה ייבנה בניין B3 המהווה בעיקרו חלק ממגרש מספר 6 על פי תב״ע 4715.

2. הדירה - דירה בת 6 חדרים וכן מטבח ושירותים, המצויה בבניין, כניסה 1 קומת קרקע והמסומנת בתכניות המצורפות למפרט הטכני כדירה מס׳ 14 , אליה יוצמדו:

2.1 חנייה מקורה/~~לא מקורה~~ מספר 164 כמתואר במפרט הטכני.

2.2 מחסן מספר 89 כמתואר במפרט הטכני.

2.3 חצר כמתואר במפרט הטכני.

2.4 מרפסת כמתואר במפרט הטכני.

2.5 ~~גג כמתואר במפרט הטכני.~~

2.6 חלק מהמרחב המוגן הקומתי המצוי בקומה בה ממוקמת הכניסה הראשית לדירה אם בנוי מרחב מוגן קומתי כזה וככל שהצמדה כזו מותרת ותאושר על פי כל דין.

יצחק ... והיתה בע״מ 2009

3 מועד המסירה המתוכנן - 28.02.~~2008~~

4 התמורה - סך של 2,003,241 ( שני מיליון שלושת אלפים ומאתיים וארבעים ואחד ) ~~ש״ח~~/דולר ארה״ב (אשר שווה ביום חתימת הסכם זה ל- __________ ש״ח) וכן השתתפות בגובה 30,049 ( שלושים אלף ארבעים ותשעה ) ~~ש״ח~~/דולר ארה״ב בדמי הטיפול המשפטי כאמור בסעיף 11.1 בהתאם להוראות חוק הגנת הצרכן, תשמ״א - 1981 מובהר בזאת כי המחיר הכולל כהגדרתו בחוק הוא__________(__________ __________) ש״ח.

5 התשלומים:

5.1 סך של 631,021 (שש מאות עשרים ואחד אלף ועשרים ואחד)~~ש״ח~~/דולר ארה״ב במועד חתימת הסכם זה.

5.2 סך של 450,729 (ארבע מאות וחמישים אלף שבע עשרים ותשעה) ~~ש״ח~~/דולר ארה״ב תוך 30 ימים מחתימת הסכם זה, דהיינו עד יום 10.04.2008 .

5.3 סך של 200,324 ( מאתיים אלף ושלוש מאות עשרים וארבעה ) ~~ש״ח~~/דולר ארה״ב תוך 14 ימים מהמועד בו תמסור החברה לקונה הודעה על גמר ריצוף הדירה.

5.4 סך של 200,324 (מאתיים אלף ושלוש מאות עשרים וארבעה) ש״ח/דולר ארה״ב תוך 14 ימים מהמועד בו תמסור החברה לקונה הודעה על גמר מחיצות הדירה.

5.5 סך של 200,324 (מאתיים אלף ושלוש מאות עשרים וארבעה) ~~ש״ח~~/דולר ארה״ב תוך 14 ימים מהמועד בו תמסור החברה לקונה הודעה על גמר ציפוי אבן לקירות חוץ של הדירה.

5.6 סך של 200,324 (מאתיים אלף ושלוש מאות עשרים וארבעה) שייח/דולר ארה"ב תוך 14 ימים מהמועד בו תמסור החברה לקונה הודעה על גמר התקנת חלונות ודלתות בדירה.

5.7 סך של 150,243 ( מאה חמישים אלף מאתיים ארבעים ושלושה ) שייח/דולר ארה"ב במועד מסירת הדירה.

| | | | |
|---|---|---|---|
| 6 | מדד הבסיס | - | המדד שהתפרסם בגין חודש נובמבר שהיה 210.17 נקודות. |
| 7 | מצב הדירה | - | שלד. |
| 8 | פיצוי חודשי | - | סך של 2,220 שייח/דולר ארה"ב לחודש. |
| 9 | מועד אחרון למתן שינויים | - | כמפורט בנספח 1א לנספח התנאים המיוחדים כלהלן. |

הקונה

החברה

**נספח אב' המהווה נספח לנספח התנאים המיוחדים- דירה B3-14 פישמן נימה נינה**

לוח הזמנים להגשת תכניות שינויים ובחירת חומרי גמר יפורט להלן:

| הפעולה | מועד אחרון להגשה |
|---|---|
| אישור לפניה ליועצים לצורך תכנון מחודש של הדירה לרבות תשלום לכל היועצים | 20.03.08 |
| העברת תכנית אדריכלית ליועצים שנחוץ אישורם לשינויים מהותיים לרבות מיקום נקודות חשמל ואינסטלציה, מיזוג אויר וכיו"ב (לרבות במטבח) (יובהר כי שינויים מהותיים לתכנית זו, קרי התכנית האדריכלית שהועברה ליועצים, כגון נקודות אינסטלציה וכו', יעשו בתיאום עם היועצים ובהסכמתם) | 31.03.08 |
| בחירת חימום תת-ריצפתי (באמצעות מים או חשמל) לאחר בחירת דייר, יש להעביר ליועץ הרלוונטי | 31.03.08 |
| חיפוי עץ לחלונות עד לתאריך את הגוון ניתן לבחור באתר | 31.03.08 |
| בחירת ריצופים* | 22.05.08 |
| בחירתחיפויים,כלים סניטרים וסוללות- | 22.06.08 |
| בחירת ארונות מטבח- עד לתאריך | 22.06.08 |
| בחירת משטחים מעל ארונות מטבח- עד לתאריך | 22.06.08 |
| בחירת ארונות אמבטיה- עד לתאריך | 22.06.08 |
| העברת סט תכניות מלא לביצוע, חתום ע"י הדייר/ אדריכל מטעמו/ מיופה כח עד לתאריך | 22.05.08 |

* מובהר כי הקונה יכול לדחות את בחירת סוג הריצוף (כגון שיש, קרמיקה, פרקט, שטיח וכו') עד ליום 22.06.2008. הקונה מאשר כי ידוע לו שהסכמת החברה למועד הנדחה האמור ניתנה רק כיוון שהסכים כי: (1) החברה תבנה את מחיצות הפנים בדירה על פי התכניות הסופיות דלעיל, לפני ריצוף הדירה ולפני בחירת מכלול חומרי הגמר האחרים, וכן כי הסכים שהריצוף שייבחר על ידו יודבק לתשתית שתוכן על ידי החברה שיכול שתהיה ריצוף סוג ב' או תשתית אחרת כגון פוליט על פי קביעת החברה וכן; (2) כי במקרה שיבחר כאמור הסכים לדחות את המועד הנקוב בסעיף 3 לנספח א'- תנאים מיוחדים ליום 31.03.2009".

[חותמת:] ... ניהול והשקעה בע"מ

החברה

[חתימה]

הקונה

**נספח למפרט הטכני**

בנוסף לאמור במפרט הטכני, מסכימים ביניהם הצדדים את האמור להלן :

1. בד בבד עם חתימת הסכם זה מודיע הקונה לחברה על רצונו בשינוי מיקום מדרגות הדירה באופן המתואר כ״אופציה ב״ בתכנית האדריכלית שהוכנה על ידי אדריכל הקונה והמצ״ב כנספח לכתב זה. (להלן – **שינוי מיקום המדרגות**).

2. החברה מאשרת בזאת, כי שינוי מיקום המדרגות אפשרי מבחינה הנדסית עקרונית, ואולם מובהר כי פרט לאישור עקרוני זה, יחולו על הליך אישור וביצוע שינוי מיקום המדרגות, הליך אישור העבודות הנוספות כאמור בסעיף 4.5 להסכם וכפי שנוהג בפרוייקט בפועל. בכלל זאת מובהר כי טרם סוכם מחיר ביצוע העבודות הנוספות הכרוכות בביצוע שינוי מיקום המדרגות או משמעותן מבחינת לוח זמנים ואלה יסוכמו ישירות בין הקונה ובין הקבלן המבצע, ואולם המחיר כאמור לא יעלה על סך של 138,000 ₪ בתוספת מע״מ (כולל מעקות סטנדרטיים).

_____                    _____
       התברה                              הקונה

למרות האמור לעיל, תנאי לביצוע העבודות הנוספות בדירה הוא עמידת הקונה בתנאים ובמועדים כלהלן:

4.5.1.1 עמידתו של הקונה בלוחות הזמנים להגשת תכניות שינויים ובחירת חומרי גמר המפורטים בנספח א1' כלהלן.

4.5.1.2 לא יאוחר מיום 22.05.08 יגיש הקונה לחברה ולקבלן תכניות סופיות לביצוע שניתן להן אישור כל יועצים המקצועיים שאישורם נחוץ לדעת החברה.

4.5.1.3 לא יאוחר מיום 22.06.08 יבחר הקונה את כל האביזרים וחומרי הגמר שעליו לבחור על מנת שניתן יהיה להשלים את בניית הדירה, למעט בחירת הריצופים והחיפויים לדירה שאותם עליו לבחור עד ליום 22.05.08.

4.5.1.4 על אף האמור בסעיף 4.5.1.3 לעיל, מוסכם כי הקונה יוכל לדחות את בחירת סוג הריצוף הסופי לדירה (כגון שיש, קרמיקה, פרקט, שטיח וכו׳) עד ליום 22.06.2008. הקונה מאשר כי ידוע לו שהסכמת החברה למועד הנדחה האמור ניתנה רק כיוון שהסכים כי: (1) החברה תבנה את מחיצות הפנים בדירה על פי התכניות הסופיות דלעיל, לפני ריצוף הדירה ולפני בחירת מכלול חומרי הגמר האחרים, וכן כי הסכים שהריצוף שייבחר על ידו יודבק לתשתית שתוכן על ידי החברה שיכול שתהיה ריצוף סוג ב׳ או תשתית אחרת כגון פיוליט על פי קביעת החברה, וכן; (2) כי במקרה שיבחר כאמור הסכים לדחות את המועד הנקוב בסעיף 3 לנספח א׳- תנאים מיוחדים ליום 31.03.2009״.

7. בסעיף 4.5.2 במקום המילה ״הבלעדי״ יבוא ״שיופעל באופן סביר״.

8. בסעיף 4.5.4 לאחר המילה ״לביצוען״ ייווסף ״למעט לטיב ביצוען״.

9. בסעיף 4.5.6 לאחר המילים ״מכל סיבה שהיא״ ייווסף ״על ידי החברה כדין״.

10. בסעיף 4.6.1 לאחר המילים ״מקרקעין אחרים״ ייווסף ״מתקנים כאמור שיותקנו בדירה (למעט הצמדותיה) יותקנו בקירות הדירה, בתקרתה וברצפתה ולא ימנעו שימוש סביר בדירה״, ובסופו יווסף ״ככל שהעבודות יבוצעו בדירה לאחר המסירה מוסכם כי הן תבוצענה בתיאום מוקדם עם הקונה (ובלבד שהקונה לא יעכב את ביצוען), שהחברה תנקוט באמצעים סבירים להקטנת ההפרעה לקונה ושהחברה תשיב את מצב הדירה לקדמותו, אם יידרש, ככל שניתן״.

11. בסעיף 5.1 לאחר המילים ״בהתאם להוראות ההסכם״ ייווסף ״כאשר לדירה ניתן טופס 4 על פי תקנות התכנון והבנייה (אישורים למתן שירותי מים, חשמל וטלפון), תשמ״א – 1981 ולאחר שבוצעו העבודות הנוספות״.

12. בסעיף 5.3.1 לאחר המילה ״מחסור״ יתווסף ״ארצי״; לאחר המילים ״ימי גשם רבים מהמקובל״ יבוא ״באופן משמעותי״; לאחר המילים ״עירוניים״ ייווסף ״שאין מקורם במעשה ו/או במחדל שלא כדין של החברה״. בסוף הסעיף ייווסף ״ובלבד שהחברה נקטה באמצעים סבירים כדי לצמצם את השפעתן״.

13. בסעיף 5.3.3 במקום המילים ״העבודות הנוספות-״ יבוא ״ העבודות הנוספות (למעט העבודות המפורטות בנספח למפרט הטכני המצ״ב) - ״. לאחר המילים ״תקופת הזמן״ תתווסף המילה ״הסבירה בנסיבות העניין״.

14. בסעיף 5.6.2 לאחר המילים ״במועד המסירה״ ייווסף ״בעצמו או באמצעות מיופה כוחו״.

15. בסעיף 5.12.1 לאחר המילה "הניהולי" ייווסף "למעט הקונה".

16. סעיף 5.12.2 יימחק.

17. בסעיף 5.12.3 בסופו ייווסף "למעט חלקה היחסי באחריות כלל בעלי הדירות בבניין הנובעת מהיותה מחזיקת דירות שטרם הגיע מועד מסירתן".

18. בסעיף 6.3 בסופו ייווסף "בשים לב למהות אי ההתאמה".

19. בסעיף 6.9 במקום המלים "למועד ביצוע" ייווסף "למועד שנקבע כאמור לביצוע".

20. בסעיף 6.10 בסופו ייווסף : "ואם סרב בעל הדירה האחרת או הרכוש המשותף פנתה לבית המשפט המוסמך בבקשה לחייבו לאפשר גישה כאמור".

21. בסעיף 9.4 בסופו ייווסף : "ואולם במועד המסירה תמסור החברה לקונה מכתב החרגה בנוסח המקובל בבנק".

22. סעיף 11.2.4 יימחק.

23. סעיף 11.3.2 יימחק.

24. אחרי סעיף 11.3.2 ייווסף :

11א3. תנאי לביצוע תשלום מהתשלומים למעט התשלום הראשון הוא כי החברה תעמיד לרשות הקונה את הבטוחה לפחות שלושה ימים לפני כל תשלום כאשר הפער הבטוחה יותנה בתשלום תוך שבעה ימים מעת העמדתה לרשות הקונה. לא שולם התשלום בתוך מועד זה ישלם הקונה את התשלום והחברה תמציא לו את הבטוחה בתוך חמישה עשר ימים מהיום שבו מסר הקונה לחברה אישור מהבנק בדבר ביצוע התשלום.

25. אחרי סעיף 11.6 ייווסף :

11א6. מוסכם בזאת כי אישור מנהל הפרויקט מטעם החברה על השלמת שלב בנייה אשר בהשלמתו מותנה תשלום כלשהו יהווה ראייה חלוטה להשלמת אותו שלב. להסרת ספק, השלמת שלב פירושה השלמתו המהותית בקשר לדירה אף אם נותרו עבודות השלמה ואף אם אותו שלב לא הושלם בדירות אחרות.

26. במקום סעיף 11.8 יבוא :

11.8 מוסכם בזאת כי התמורה נקבעה בהתחשב במועדי התשלומים ובעמידת הקונה בהם בדייקנות. לפיכך מוסכם כי על הסכם זה לא יחול סעיף 23 לחוק המכר, תשכ"ח - 1968.

27. בסעיף 11.9.2 במקום "שבעה" יבוא "ארבעה עשר".

28. בסוף 13.2 ייווסף " למען הסר ספק מובהר בזאת כי האמור אינו חל על שיעורי מס השבח או מס ההכנסה ומס המכירה החלים על החברה".

29. בסעיף 15.3.1 לאחר המילים "זכויותיו כלפי החברה" ייווסף : "(למעט כאלה המתבררות בערכאות (לרבות בבוררות))".

30. בסוף סעיף 15.3.3 ייווסף "או ישיב אותה לחברה".

31. בסוף סעיף 16.3 ייווסף "ושיעורך הדין ישיב לקונה את הבטוחה בהתקיים התנאים בחוק הבטחת השקעות המאפשרים את מימושה".

32. בסעיף 17.4 ייוסף "מובהר כי תנאי לכניסתו לתוקף של הסכם זה הוא חתימת הקבלן בשולי הסכם זה או הודעת הקבלן כאמור לעיל תוך 7 ימים מחתימת ההסכם. כן מובהר כי המועדים הנקובים בנספח א' לנספח התנאים המיוחדים יידחו בהתאמה במספר הימים מחתימת הסכם זה עד לחתימת הקבלן כאמור. כן מובהר כי התשלום הנקוב בסעיף 5.2.1 לנספח התנאים המיוחדים ישולם לידי יגאל ארנון ושות' חברה לנאמנות בע"מ (להלן – **הנאמן**) בחשבון מס' ~~9801480~~ ע"ש הנאמן בבנק דיסקונט סניף ראשי ירושלים (060) ויועבר לחברה ע"י הנאמן לאחר חתימת הקבלן כאמור".

33. בסעיף 18.5 לאחר המילה "ובלעדי" ייוסף "אולם, ככל שדחייה כאמור נבעה אך ורק מסירוב הקבלן לבצע את העבודות הנוספות על פי הסכם זה, יגדל הסכום הנקוב בסעיף 8 לנספח א'- תנאים מיוחדים לסך של 3,000 $ (שלושת אלפים דולר ארה"ב) לחודש. בנוסף, ככל שמועד המסירה נדחה מעבר למועד המסירה הנדחה הנזכר בסעיף 5.4 (תקופת הזמן בין שני המועדים דלעיל תכונה להלן בסעיף זה – **תקופת איחור**) בתקופת זמן העולה על שנה, הרי שמבלי שהדבר יהווה או יתפרש כהפרה של ההסכם על ידי החברה, יהיה הקונה רשאי להביא את ההסכם לידי סיום ובלבד שנתן לחברה הודעה של 14 ימים מראש והחברה לא שילמה לו בתוך 14 ימים אלה פיצוי מוסכם בסך 12,000 (שניים עשר אלף) דולר ארה"ב כשסכום זה צמוד בתנאי ההצמדה הנקובים בסעיף 11.4 להסכם. שילמה החברה לקונה את הפיצוי המוסכם כאמור, יהיה פיצוי מוסכם זה סעד יחיד ממצה ובלעדי ולקונה לא תהיה כל טענה תביעה או דרישה לחברה בקשר לדחיית מועד המסירה כל עוד לא עלתה תקופת האיחור על חמש שנים, למעט זכותו לקבל את הפיצוי המוסכם החודשי כאמור. יביא הקונה את ההסכם לידי סיום בנסיבות המתוארות לעיל, הרי שבמקרה בו הדחייה כאמור נבעה אך ורק מסירוב הקבלן לבצע את העבודות הנוספות על פי הסכם זה, יהא הקונה זכאי במסגרת החשבה לקבל גם את הסכום אותו שילם בגין ביצוע העבודות הנוספות שביצע בדירה. עלתה תקופת האיחור על חמש שנים יהיה הקונה זכאי לסעדים הקבועים בדין".

34. בסעיף 18.6 במקום "שבעה" יבוא "ארבעה עשר" ולאחר המילה "ממנו" ייוסף "בכתב".

35. במקום סעיף 19.1.1 יבוא "לא השתמש צד להסכם בזכות מזכויותיו על פי ההסכם או על פי כל דין או לא השתמש בזכות כאמור במועד – לא יחשב הדבר כוויתור על הזכות האמורה".

36. בסעיף 19.1.2 במקום המילים "החברה לקונה" יבוא "צד למשנהו".

37. יווסף סעיף 19.12 כלהלן: "החברה מצהירה כי לא ידוע לה על מניעה על פי דין או על פי הסכם להתקשר עם הקונה בהסכם זה".

הקונה | החברה
ניהול ופיתוח בע"מ

# כתר דוד – ירושלים

רסקו ניהול ופיתוח בע"מ
מס' פרוייקט _____

## מפרט
לפי חוק המכר (דירות), תשל"ג – 1973

בניין מס': B‏    שם: פישמן אהרון‏         נספח לחוזה בין _____
דירות 6 חד'‏                                              לבין _____
‏                                                      מתאריך _____

### א.   פרטי זיהוי
הישוב: ירושלים
מס' הגוש: 30028 מס' חלקה/חלקות ___70___ מס' מגרש לפי תב"ע 4715,4715א,4715ב, 4715 ג (בניינים
מס': B1,B2,B3,B4)
מס' חלקה/חלקות סופיים ייקבעו/ייקבעו עם סיום הליכי חלוקה ורישום, אישור סופי של תוכנית השינוי
לת.ב.ע. יקבע את השטח הסופי של המגרש.
בעל הקרקע: י.מ.ק.א.    הזכות שהקונה רוכש בדירה: חכירה.
מי הוא המוכר: י.מ.ק.א.    תקופת חכירה:150 שנה    תחילת תקופת החכירה: 11.5.2000.

הרחוב: וושינגטון מס' הבית: B3-14 מס' המבנה (בתכנית העמדה): B3
דירה מס': 14 קומת קרקע שטח הדירה לפי תכנית מצורפת.

עורך הבקשה להיתר בניה: ספקטור עמישר אדריכלים _____
מהנדס אחראי לתכנון שלד: ירון שמעוני-שחם _____

### ב.   תאור הבנין, המבנה, הדירה, ציודה ואביזריה [1]
1.  **תאור הבנין**
1.1  רב-משפחתי: _____
1.2  מספר חדרי מדרגות: ___1___ לכל בנין, בבניינים מס': B1,B2,B3,B4
1.3  מס' דירות לכל חדר מדרגות: 13-26, בבניינים מס':
1.4  מספר קומות מרתף: 2 פרטי +2 ציבורי.
1.5  מס' כולל של קומות מעל לקרקע:  8  כולל: קומת כניסה, קומה א' 4 קומות
טיפוסיות קומה 7 וקומת 8 (פנטהאוז).
1.6  מותקנים על הגג: מערכת קולטי שמש, מערכת מיזוג אוויר, מערכת אוורור + אנטנה מרכזית
חדר מכונות ומעלית לפי קביעת המוכר.
1.7  בבניינים מס': B1 13- דירות למגורים, בכל בנין.
B2-26
B3-26
B4-13
1.8  בבניין דירות שלא למגורים לפי הפירוט הבא: אין
1.9  תוכניות מצורפות כחלק בלתי נפרד של תאור זה התכניות הבאות:
1.9.1  תכנית הדירה בקנה מידה לא קטן מ- 1:100.
1.9.2  תכניות קומת עמודים, קומת טיפוסית וקומת גג בק.מ. 1:100.
תכניות אלה לרשאי המוכר לצרף בצילום מוקטן לק.מ. 1:200.
המוכר רשאי להכניס שינויים בחלוקה הפנימית של דירות ברכושה ע"י אחרים
בתנאי שלא ישנו את חזית הבית או שטחים ברכוש משותף.
1.9.3  תכנית המגרש תכניות מרתף (חניה + מרכב ספורט בקנ"מ 1:750).
1.9.4  המוכר רשאי להכניס שינויים פנימיים ו/או חיצוניים בבנין תוך כדי העבודה
בתנאי שקובל על כך היתר בניה אם נדרש לפי החוק.

2.  **תאור המבנה :** [*]
2.1  יסודות: ___מבטון מזוין בודדים ו/או עוברים___
2.2  מסד: אין רצפה תלויה: _____ אין _____ אחד: _____ אין
2.2.1  מרתף: יש
2.3  מקלט: ממ"ד (מרחב מוגן דירתי) יש לכל דירה, מגדל ביטחון: אין/ממ"ק אין
2.4  קומת עמודים: אין.
התפוסה: חלקית, סוג התפוסה: _____ אין

2.5 קירות חוץ: חומר: __אבן טבעי בעיבוד טלטיש עם גב בטון וגבס__
פנימי
עובי: כ- __36__ ס"מ ( _____ )

2.6 קירות הפרדה בין הדירות: חומר: __בלוק בטון מלא עם קירוד גבס__    עובי: כ- __21-25__ ס"מ
2.6.1 קירות הפרדה בין מחסנים: חומר: __בלוק בטון חלול__
עובי: כ- __10__ ס"מ.

2.7 מחיצות: חומר: __גבס מבלוק או פלטות לפי החלטת החברה__
עובי: כ- __10__ ס"מ לפי החלטת החברה

2.8 תקרות: חומר: __בטון מזוין__                עובי: כ-
__27-30__ ס"מ או אחר לפי החלטת הקונסטרוקטור

2.9 גג הבניין: חומר: __בטון מזוין ונחושת__
עובי: כ- __27-30__ ס"מ או אחר לפי החלטת הקונסטרוקטור, מעקה בנוי בגובה: כ- __1.05__ ס"מ
בידוד הגג (תאר): __יריעות ביטומיניות__    הלבנת הגג : _____    יש נגד קרינה

2.10 __חדר מדרגות:__
2.10.1 מדרגות: __אבן נסורה מלוטשת__ , אחר __אין__ . משטחים: __אבן נסורה מלוטשת__
2.10.2 מעקה (תיאור) : __מתכת__
2.10.3 ציפוי קירות ח.מ: חומר: __אבן נסורה מלוטשת__ עד לגובה __דלת__ וחומר __טיח עד תקרה.__
ציפוי לובי קומתי: חומר: __אבן נסורה מלוטשת__ עד לגובה: __תקרה__
וחומר: __אין__ עד לגובה: __אין__
2.10.4 ציפוי לובי כניסה לבנין: חומר: __אבן נסורה מלוטשת עד גובה תקרה דקורטיבית__
2.10.5 דלת כניסה לבנין: יש, מידות וחומר: __לפי תוכנית אדריכל אלום__
2.10.6 עליה לגג (תאר): __יש__ , __דרך חדר מדרגות__

2.11 ציפוי קירות חוץ:
2.11.1 טיח חוץ (תאור): __יש בתחתית תקרות__
מס' שכבות _____
2.11.2 ציפוי אחר (תאור): __אין__
(*) יתכנו שינויים בהתאם לדרישות מהנדס הקונסטרוקציה.

3. __תאור הדירה:__ (²)
3.1 דירה בת __6__ חדרים ומ"ד, בשטח לפי התכנית המצורפת בזה.

3.2 בדירה : כניסה, ח. דיור, __1__ חדרי שינה, __4__ חדר עבודה, פרוזדור, מטבח, פינת אוכל, חדר
רחצה הורים, ממ"ד, 2 1 ח. אמבטיה, חדר שירותי אורחים, מרפסת ח. דיור,מרפסת חדר שינה,
חדר/ים לענק או לכל צורך אחר: __אין__ .
3.2.1 גובה הדירה מפני הריצוף עד תחתית התקרה כ-2.70 פרט לאזורים עבור מערכת מזוג אוויר.
3.3 מעקות במרפסות (תאר): __אבן ו/ו/או זכוכית__
3.4 ציפוי קירות פנים: טיח פנים או ש"ע (תאור ועובי): __אין__        אחר (פרט): __אין__
גימור: אחר (פרט) : __פוליסיד ו/או סופרקריל__
3.5 קרמיקה:        עד גובה תקרה _____    פרוט מקומות: __חדר אמבטיה שרותים__
אורחים, __חדר רחצה הורים__
סוג החיפוי: __סוג א'__    במחיר 30$ למ"ר (סכום זה כולל מע"מ) בהתאם למחירון לצרכן
הנהוג במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש.
קרמיקה במטבח: לפי תוכנית מטבח            פירוט מקומות: __קירות__
סוג החיפוי: __א'__    במחיר 30$ למ"ר (סכום זה כולל מע"מ) בהתאם למחירון לצרכן הנהוג
במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש.
גוון: __לבן או צרעוני__
3.6 צבע שמן: __אין__ , פרוט מקומות __אין__

3.7 __ריצוף בדירה:__ (**)
__שיש /פרקט__ בגודל: __שונה__ ס"מ, בחדרים __כל החדרים__ עד 40 $ למ"ר (סכום זה כולל מע"מ)
בהתאם למחירון לצרכן הנהוג במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש.

__אין__    בגודל: __אין__    ס"מ, בחדרים: __אין__ .
__אין__    בגודל: __אין__    ס"מ, בחדרים: __אין__
__אין__    בגודל: __אין__    ס"מ, בחדרים: __אין__
ציפוי פלסטי : __אין__ , בחדרים __אין__
חומר אחר: _____ , בחדרים __אין__
שוליים מחומר: __ממין הריצוף__, בחדרים: __בכל החדרים פרט לחדר רחצה הורים וחדר אמבטיה__

‎2‏

| תריסים פתיחה | תריסים חומר שלבים | תריסים חומר | תריסים כמות | חלונות פתיחה | חלונות חומר | חלונות כמות | דלתות פתיחה | דלתות חומר | דלתות כמות | |
|---|---|---|---|---|---|---|---|---|---|---|
| אין | אין | אין | אין | אין | אין | אין | רגילה | פלדלת מעוצבת | 1 | כניסה |
| גלילה חשמלית | אלום | אלום | 1 | דריקיפ או נגרות | אלום עץ | 1 | אין | אין | אין | חדר דיור |
| גלילה חשמלית | אלום | אלום | 2 | דריקיפ או נגרות | אלום עץ | 2 | אין | אין | אין | חדר עבודה |
| גלילה חשמלית | אלום | אלום | 1 | דריקיפ או נגרות | אלום עץ | 1 | רגילה | עץ | 1 | חדר שינה 1 הורים |
| גלילה חשמלית | אלום | אלום | 2 | דריקיפ או נגרות | אלום עץ | 2 | רגילה | עץ | 1 | חדר שינה 2 |
| אין | אין | אין | אין | אין | אין | אין | רגילה | עץ | 1 | חדר שינה 3 |
| גלילה חשמלית | אלום | אלום | 2 | דריקיפ או נגרות | אלום עץ | 2 | רגילה | עץ | 1 | חדר שינה 4 |
| אין | אין | אין | אין | קיפ | אלום עץ | 1 | רגילה | עץ עם זיגוג | 1 | חדר שירותים אורחים |
| גלילה חשמלית | אלום | אלום | 3 | דריקיפ או נגרות | אלום עץ | 3 | אין | אין | אין | מטבח |
| אין | אין | אין | אין | אוורור מאולץ | אין | | רגילה | עץ מזוגג | 1 | אמבטיה 1 |
| אין | אין | אין | אין | דריקיפ | אלום עץ | | רגילה | עץ מזוגג | 1 | אמבטיה 2 |
| אין | אין | אין | אין | אוורור מאולץ | אין | | רגילה | עץ מזוגג | 1 | שירותים הורים |
| לפי דרישות הג"א | | | | | | | | | | ממ"ד |
| גלילה חשמלית או ונציאני | אלום | אלום | 1 | אין | אין | אין | נגרות או רגילה | אלום עץ | 1 | מרפסת דיור |
| אין | אין | אין | אין | אין | אין | אין | נגרות או רגילה | אלום עץ | 1 | מרפסת חדר שינה |
| אין | אין | אין | אין | אין | אין | אין | אין | אין | אין | פינת אוכל |

3.8.0 <u>מחסן (אם נמכר לקונה – ראה נספח תנאים מיוחדים)</u>
קירות הפרדה בין מחסנים – בלוקי בטון חלולים בעובי 10 ס"מ.
גובה מפני הריצוף ועד תחתית התקרה – 2.2. מטר.
ציפוי קירות פנים- טיח
גימור – סיוד
ריצוף – טראצו 20 על 20
דלת כניסה – עץ או פח
חלון – אין
נקודת מאור – 1
במחסן תותקן צנרת גלויה ו/או סמויה, לרבות מים, ניקוז וביוב, ולרבות צנרת המהווה חלק
מהמערכות הכלליות של הבניין או של דירות אחרות.

3.8.1 פירוט דלת כניסה (דלת ביטחון כדוגמת רב-בריח או שו"ע):
ידיות: <u>בהתאם למפרט היצרן</u>. עין הצצה: <u>יש</u>.
מנעול בטחון (צילינדר): <u>יש</u>, ספרה למספר הדירה: <u>יש</u>

3.8.2 צבע: (ציין סוג ומספר שכבות): <u>יש במשקוף</u>

כנפי דלתות (גימור): עץ, משקופים מעץ, מצופים.
בכל מקרה בו נזכר במפרט זה : ו/או ::או: ההחלטה לבחירה היא ע"י החברה.

3.8.3 ארונות:

3.8.3.1 ארון מטבח מתחת לשיש: תאור: לפי תכנית, במחיר של 3,200 $ ליחידה (סכום זה כולל מע"מ) בהתאם למחירון לצרכן הנהוג במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש.
מידות: כולל מ"א (מדוד לאורך הקיר).
ציפוי חיצוני: ____ ציפוי פנימי: ____

3.8.3.2 ארון מטבח אחר עליון):תאור במחיר של 3,200 $ ליחידה (סכום זה כולל מע"מ) בהתאם למחירון לצרכן הנהוג במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש.
מידות: כולל מ"א (מדוד לאורך הקיר), כולל יחידה בנויה
ציפוי חיצוני: כולל ציפוי פנימי: כולל

3.8.3.3 ארונות אחרים (ציין): בחדר אמבטיה: 1 תאור: לפי תוכנית מעץ סנדוויץ, ארונות (כולל מדפים): ____
ציפוי חיצוני: פורמאיקה ציפוי פנימי: פורמאיקה

3.9 סידורים סניטריים: (**)

3.9.1 במטבח:

3.9.1.1 קערת מטבח: חומר: נירוסטה כדוגמת בלנקו מידות: כפול 40 X 80 ס"מ סוג: א'
3.9.1.2 סוללה למים קרים וחמים: יש חומר: כרום ניקל סוג פרח
3.9.1.3 סבוניה רגילה: כמות: אין חומר: אין.
3.9.1.4 לוחות: חומר: אבן נסורה מלוטשת עד 180 $ מ.א (סכום זה כולל מע"מ) בהתאם למחירון לצרכן הנהוג במועד ההפנייה אצל הספק אליו מפנה החברה את הרוכש. כמות: 1
מידות: בהתאם לארון מטבח תחתון
3.9.1.5 הכנה למדיח כלים: יש

3.9.2 בחדר רחצה הורים: (**)

3.9.2.1 כיור רחצה: חומר: חרס מידות: 40 X 50 ס"מ סוג: א' פלורין VB או שווה ערך
גוון: לבן או צבעוני
סוללת מתכת מצופה כרום ניקל מסוג מיקסר של "חמת" או שו"ע למים קרים וחמים: יש
3.9.2.2 אמבטיה: פח 160
3.9.2.3 סוללה אינטרפוץ להתקנה תחת הטיח כדוגמא חמת
3.9.2.4 מקלחת ראש קבועה: אין. ברזי מקלחת: אין
3.9.2.5 ברז דלי: אין.
3.9.2.6 מחיצה למקלחת: חומר: אין עובי: אין
3.9.2.7 אסלה מחרס גוון: לבן או צבעוני סוג: תלויה אמיקה VB או שווה ערך
מכסה מחומר: עץ או פלסטיק קשיח
3.9.2.8 שיטת שטיפה: דו כמותי סמוי
3.9.2.9 סבוניות: חומר: אין כמות: אין (תאר) : אין
3.9.2.10 איצטבה: אין, מידות וחומר: אין
3.9.2.11 מראה: אין, מידות: אין
3.9.2.12 בחדר שרותי אורחים
3.9.2.13 כיור רחצה: חומר:חרס מידות: 40 X 50 ס"מ סוג: א' גוון:לבן או צבעוני פלורין VB או שווה ערך
סוללת מתכת מצופה כרום ניקל מסוג מיקסר של "חמת" או שו"ע למים קרים וחמים: יש
3.9.2.14 אסלה מחרס גוון: לבן או צבעוני סוג: תלויה מכסה מחומר: עץ או פלסטיק קשיח
3.9.2.15 שיטת שטיפה: דו כמותי סמוי

3.9.3 בחדר אמבטיה (**) 1 ו- 2.

3.9.3.1 כיור רחצה: חרס 40X50 גוון: לבן או צבעוני פלורין VB או שווה ערך
סוללת מתכת מצופה כרום ניקל מסוג מיקסר של "חמת" או שו"ע למים קרים וחמים: יש
3.9.3.2 אמבטיה: חומר: פח אורך: כ- 160 מ' סוג: א' גוון: לבן או צבעוני
3.9.3.3 סוללה אינטרפוץ להתקנה תחת הטיח כדוגמה חמת
3.9.3.4 מקלחת ראש קבועה: אין. ברזי מקלחת: אין
3.9.3.5 ברז דלי: אין.
3.9.3.6 מחיצה למקלחת: חומר: אין עובי: אין
3.9.3.7 אסלה מחרס גוון: לבן או צבעוני סוג: תלויה אמיקה VB או שווה ערך
מכסה מחומר: עץ או פלסטיק קשיח

3.9.3.8  שיטת שטיפה:  __מיכל הדחה דו כמותי סמוי__

3.9.3.9  סבוניות: חומר: __אין__  כמות: __אין__  (תאר) : __אין__

3.9.3.10  איצטבה: __אין__, מידות וחומר: __אין__

3.9.3.11  מראה: __אין__  מידות: __אין__

3.9.3.12  אביזרי אינסטלציה נוספים בדירה: __אין__

3.9.4  אביזרי אינסטלציה בחדרי עסק: _____

3.9.5  אביזרי אינסטלציה בחדרים לכל צורך אחר: __אין__

3.9.6  בחדר שרות: הכנת חיבור למכונת כביסה: __יש__  כולל: __מים קרים וחמים__

(**)  גוון צבעוני (לגבי כלים סניטריים) לפי 4 גוונים שיוצעו ע"י החברה כולל לבן.
בחירת הגוונים תהיה עפ"י התקדמות העבודה.
בדירה שבוצעה בה עבודת קרמיקה והנחת כלים סניטריים לא ניתן לבחור גוון או סוג שונה של רצוף.

3.9.7  מים חמים:

3.9.7.1  מערכת סולרית מאולצת דירתי ודוד דירתי: בקיבול __150__ ליטר  חמום עזר עם אלמנט חשמלי: __יש__

אחריות לתקופה __3__ שנים בהתאם לתנאי היצרן.

3.9.7.2  אספקה מרכזית של מים חמים: __אין__

3.9.7.3  סוג ביצוד לצינורות מים חמים: __בהתאם לתקן ישראלי__

3.9.7.4  חיבור מים חמים לכלים: קערת מטבח, כיור רחצה בחדר אמבטיה וחדר רחצה הורים,חדר
שירותי אורחים ,אמבטיה בחדר רחצה הורים, אחר (פרט): __מכונה כביסה__

3.9.8  מונה מים לדירה: __הכנה בלבד__

3.9.9  חומר הצינורות: מים חמים וקרים: __פלדה ו/או פלסטי__  דלוחין: __פלסטי__
שופכין: __פלסטי__

3.9.10  מסתור (מקום לתליית כביסה) דירתי: __אין__  תאר: _____

3.9.11  דוד חשמלי כולל צנרת מים וחשמל: __יש עם תנור מופעל ע"י גז__

3.9.2.12  

3.10  (3.10) אינסטלציה חשמלית

3.10.1  חדר מדרגות: בכל קומה __2__ נקודות מאור, גוף מאור לחצן: __1__
לחצן להדלקת אור בחדר המדרגות מתוך הדירה: __אין__
מבואה קומתית: בכל קומה: __3__ נקודות מאור, גוף מאור לחצן: __2__ יח', לחצן להדלקת אור
במבואה קומתית מתוך הדירה: __1__

3.10.2  כניסה לדירה: נקודות מאור: __1__  חיבורי קיר: __אין__

3.10.3  פרוזדור: נקודות מאור: __2__  חיבורי קיר: _____

3.10.4  חדר דיור: נקודות מאור סרירה: __2__  נקודות מאור רגילה: __5__  חיבורי קיר מאור: _____
חיבורי קיר (אחר): __1__ נקודות הכנה לכבלים או לווין או אנטנה (צינור וחוט משיכה בלבד): __1__

3.10.5  מרפסת חדר דיור: נקודות מאור עם ארמטורה הרמטית: __1__  חיבורי קיר מוגן מים: __1__

3.10.6  פינת אוכל: נקודות מאור: __1__  חיבורי קיר: __2__  חיבורי קיר (אחר): נקודות טלפון: __1__

3.10.7  מרפסת פינת אוכל: נקודות מאור עם ארמטורה הרמטית: __אין__
חיבורי קיר מוגן מים: __אין__

3.10.8  חדר שינה הורים 1: נקודות מאור (חילופין): __2__  חיבורי קיר: __4__  חיבורי קיר (אחר):
נקודות טלפון: __1__, נקודות הכנה לכבלים או לווין או אנטנה (צינור וחוט משיכה בלבד): __1__,
נקודות הכנה לתקשורת ביתית (צינור וחוט משיכה בלבד): __1__

3.10.9  חדר שינה: נקודות מאור: __1__  חיבורי קיר: __4__  חיבורי קיר (אחר): נקודות טלפון: __1__,
נקודות הכנה לכבלים או לווין או אנטנה (צינור וחוט משיכה בלבד): __1__, נקודות הכנה לתקשורת
ביתית (צינור וחוט משיכה בלבד): __1__

3.10.9.1  חדר עבודה: נקודות מאור: 1 חיבורי קיר 4. טלפון: __1__

3.10.10  חדר שינה 413: נקודות מאור: __1__  חיבורי קיר (אחר): __4__  נקודות טלפון: __1__
נקודות הכנה לכבלים או לווין או אנטנה (צינור וחוט משיכה בלבד): __1__ נקודות הכנה לרשת
תקשורת ביתית (צינור וחוט משיכה בלבד): __1__

3.10.11  חדרים לעסק (ממ"ד): נקודות מאור: __אין__  חיבורי קיר: _____

3.10.12  חדרים לכל צורך אחר: נקודות מאור: _____  לפי דרישות הג"א  חיבורי קיר: __אין__

3.10.13  חדר אמבטיה: נקודות מאור עם ארמטורה מוגן מים: __2__  נקודות הכנה לתנור חימום: __1 +__
חיבור קיר

3.10.14  חדר רחצה הורים: נקודות מאור עם ארמטורה מוגן מים: __2__  נקודות הכנה לתנור חימום: __1 +__
חיבור קיר טלפון:

3.10.15  מטבח: נקודות מאור: __1__  חיבורי קיר למכשירים: __8__  חיבורי קיר: טלפון: __1__
טלוויזיה: __1__

3.10.16  מרפסת ח.1 שינה: נקודות מאור: __1__  חיבורי קיר מוגן מים:__1__

3.10.17  דוד חשמלי: חיבור עם מפסיק זרם __1__ קטבים עם מנורת איתות: טיפוס מותקן לטיח: __1 /אחר__:
__אין__

3.10.18 טלוויזיה: נקודות הכנה לכבלים או לוויין או אנטנה מרכזית: ישראל (ערוץ 1, ערוץ 2) (צינור וחוט משיכה בלבד): _לפי פירוט החדרים_

3.10.19 טלפון חוץ: הכנת צינורות כנדרש ע"י בזק. מס' נקודות חיבור בדירה: _לפי פירוט החדרים_ (כולל הממ"ד)

טלפון פנים: אינטרקום טלוויזיוני במעגל סגור לדלת כניסה לבנין, בכניסה לדירה: _1_ , בחדר שינה הורים (ללא מסך): _1_

3.10.20 פעמון: (תאור): _גונג_

3.10.21 מפסיקי הזרם: _שקט_ /אחרים (פרט): _אין_

3.10.22 _מתקנים אחרים (פרט) : הכנה לבית חכם הכנה למערכת קולנוע ביתי בחדר דיור_

4. _חיבורי תשתית, שירותים מרכזיים עבודות פיתוח ושונות_

4.1 חיבור לקו מים מרכזי : _יש_ , מונה מים לבית: _יש_ (הכנה בלבד) תשלום בגין המונה והתקנתו ע"י הרוכש. מונה לגינה: _אין_ .

4.2 חיבור לביוב מרכזי: _יש_ .

4.3 בור הרקה: _אין_ , מידות: _אין_ , בורות סופיגים: כמות: _אין_ .

4.4 חיבור הבניין לרשת החשמל בהתאם להוראות חברת החשמל. המחיר כולל חיבור ( 40 X3 אמפר) הדירה לרשת. המחיר לא כולל מונה והתקנת מונה.

4.5 מקום לריכוז אשפה: מבנה לפי דרישות העירייה, אופן סגירת המכנה: לפי דרישות העירייה, פינוי האשפה מהדירות על ידי הרוכש תהיה לנקודת ריכוז של הבניין וממנה תפונה האשפה על ידי חברת הניהול לנקודת פינוי אשפה עירונית.

ברז מים וחיבור לביוב : _יש_ .

מספר הדירות למיכל: לפי דרישות העירייה.

שיטת סילוק אשפה אחרת (תאור): _לפי דרישות העירייה_

4.6 מתקן לתלייית כביסה: (מקום ותאור): _אין_ , לא כולל חוטים.

4.7 הכנה לאספקת גז: סידור מרכזי, באמצעות מיכל ביתי או שכונתי. הכנת צנרת עד לדירה. צנרת אספקת גז _כלולה במחיר הרכישה_. הגז יאוחסן בצוברי הגז אשר ימוקמו בחצר בניין C3 מתחת לפני הקרקע.

התשלומים בגין: חיבור לרשת הגז, חלק יחסי עבור אביזרים בריכוז מונים ובמדרכ אספקת הגז, תוספת עבור ארגז מונים, מונה, פיקרון, מס קנייה, ביול ובדיקת מכשיר, ישולמו ע"י הרוכש ישירות לחברת הגז עימה התקשרה החברה לצורך הקמת התשתית וצנרת הגז לדירות. תשלום בגין כל נקודה נוספת בדירה יחול על הקונה.

4.8 חמום מרכזי: _אין_ , תאור השיטה: _אין_ .

4.8.1 חימום דירתי: _יש_ , תיאור השיטה: _מיזוג אוזרי ואחת מהאפשרויות הבאות: 1. גיבוי ע"י חשמל (קונבקטורים או חימום רצפתי). 2. אן מים (רדיאוטורים או חימום רצפתי)._

4.9 קרור מרכזי : _אין_ . מיזוג אויר : מערכת דירתית לקרור ולחימום בכל אחד מחדרי הדירה המזגנים מחוברים אל מעבה דירתי משותף.המוקם במיקום עפ"י החלטת החברה.

4.10 מעליות: _יש_ כמות: _2_ (אחת מהן תשמש כמעלית שבת) מס' נוסעים: _6_ מס' תחנות:

4.11 חניה למכוניות: חניה ל- _לפי הסכם המכר_ מכוניות, מקומות מכוסים: _כולם_ (כמות) לא מכוסים: _אין_ חניה מס': 164 צמודה לדירה מס': B3-14 מקומות חניה מחוץ למגרש: _אין_

4.11.1 ריצוף מקומות החנייה: _בטון_

4.12 ריצוף קומת עמודים מפולשת: _אין_

4.13 תאור כללי של פיתוח המגרש:

4.13.1 גינה: _לפי תכנית פיתוח_

4.13.2 רשת השקאה: _לפי תכנית פיתוח_

4.13.3 שבילים: לפי תכניו פיתוח/אחר: _אין_

4.13.4 ידוע לקונה כי תחת הגינה בנויים מבנים או מתקנים אחרים השייכים בין היתר למחכיר וכי בנסיבות מסוימות יהיה צורך לגשת לגג שגשת דרך הגינה. כתוצאה מכך ידוע לקונה כי למחכיר מוקנית הזכות האמורה בסעיף 6.6 להסכם הניהול בכל הקשור לגישה למבנים או למתקנים האחורים מכל מין וסוג שהוא השייכים למחכיר הבנויים מתחת לגינה המהווה חלק מהדירה.

4.14 כביש, מדרכה, ניקוה, דרכי גישה: כלול במחיר (מחיר הבלתי כלול).

4.15 גדר בחזית מחומר: _לפי דרישות העירייה_ בגובה: _לפי תוכנית פיתוח_.

4.16 גדר בצידי המגרש מחומר: _לפי דרישות העירייה_ בגובה: _לפי תוכנית הפיתוח_
תאי דואר (תאור): _אלומיניום_, בלובי כניסה לבנין.

4.17 מתקנים אחרים: _אין_

ג. _רכוש משותף_

1. <u>כללי</u>

1.1 החניון התת קרקעי הבנוי תחת הבניין וחלקים נוספים במתחם מורכב מכמה מפלסים אשר חלקם בבעלות ימקא ואשר בהם תהיה זכות חנייה לציבור.

1.2 הכבר הפתוחה אשר תוקם במתחם על גג מרכז הספורט תהיה בבעלות ימקא אך היא תהיה פתוחה בדרך כלל לשימוש בעלי זכויות אחרים במתחם ולציבור הרחב. מובהר כי ימקא תהיה רשאית לסגור מספר פעמים בשנה את הכבר הפתוחה לצורך קיום אירועים סגורים. הכבר הפתוחה תכלול דרך חירום לכבאית, צמחיה מסוגים שונים, פסלים ופרטי אומנות אחרים, עמודי תאורה, ספסלים מזרחים, מתקנים שונים וכיוצ"ב לפי קביעת החברה ודרישות הרשויות.

1.3 החברה תהיה רשאית לרשום בעלויות, שכירויות, הערות, ובכלל זה הערות אזהרה, זיקות הנאה, הוראות בתקנון הבית המשותף, שעבודים והגבלות אחרים וכל רישום אחר על המתחם ו/או המגרש ו/או הבית המשותף ו/או הרכוש המשותף או לטובתם, שישמשו על פי שיקול דעתה של החברה, בין היתר, להבטחת זכויות דרך, מעבר, גישה וחניה, וזכויות שימוש בשטחים, במתקנים ובמערכות, שנועדו לשימושם של בעלי חלקים אחרים במתחם ובכלל זה של בעלי דירות אחרות, או נציגות הבית או חברת הניהול, או של בעלי מגרשים סמוכים למתחם, או של הציבור, או של גופים ציבוריים וכן הרשות המקומית, חברת החשמל, חברת גז, חברות תקשורת וכו'. ככל שבנתונתי הדירה קיימים חלקים מהרכוש המשותף או שדרך הגישה לרכוש משותף או לחלקים אחרים בבניין, במבנה ובמתחם הינה דרך הדירה בלבד, יחול האמור בסעיף זה גם על הדירה. מבלי לגרוע מכלליות האמור לעיל החברה רשאית לרשום כאמור בכל אופן שתמצא לנכון בדבר זכות המוכר או המוכרים בקשר לתחזוקת המבנים או המתקנים מכל מין וסוג שהוא השייכים למוכר לחנות הבנויים מתחת לגינה כאמור בסעיף 6.6 להסכם הניהול.

2. <u>חלקים המוצאים מהמכירה המשותף</u>

2.1 המחסנים, המדרתפים, החניות, גגות, גגות המשמשים מרפסות של דירות, גינות, מרחבים מוגנים קומתיים, חללים, קירות חיצוניים, כניסות נפרדות, במרגם ובמתחם, מקורות ולא מקורות, וכן כל חלק אחד שאינו הדירה ואינו נחוץ לצורך שימוש סביר בדירה, לא יהיו חלק מהרכוש המשותף, והחברה רשאית להצמידם בצמידותות מיוחדות ליחידות השונות בבניין, או לרושמם כדירות נפרדות או ליעדם לשימושים שישרתו מקרקעין מחוץ לבנין ולפרויקט, הכל על פי שיקול דעתה הבלעדי. אין באמור כדי לגרוע מזכות החברה לקבוע בכל עת כי השטחים המפורטים או כל חלק מהם יהוו חלק מהרכוש המשותף.

2.2 זכויות בנייה הצמודות למתחם או לכל חלק ממנו, כיום או שיהיו קיימות בעתיד, לרבות הזכות לבקש תוספת זכויות בנייה כאמור או לשנות את ייעודן, ולרבות כל חלק מהן.

3. <u>שיעורו של החלק ברכוש המשותף הצמוד לדירה:</u> המנה המתקבלת מחלוקת שטח הדירה ברוטו בשטחי הדירות ברוטו של כל הדירות בבית המשותף, כשזה מעוגל בהתאם לדרישות המפורט על רישום המקרקעין. לעניין זה "שטח דירה ברוטו" משמעותו שטח רצפה של דירה לרבות השטח שמתוחם למחיצות הפנימיות ומתוחם לקירות החיצוניים (לגבי קירות חיצוניים בין הדירה לדירות סמוכות יובא בחשבון מצית שטחים עוביים), שטח שמתחת למעוקת (לרבות חיפויי קירות), שטח מרפסות מקורות (למעט מרפסות המקורות חלקים בהן יימדד החלק המקורות בלבד), וכן חלק יחסי ברכוש המשותף המצוי בתחומי הקומה ו/או הקומות בה נמצאת הדירה, לרבות חדרי מדרגות, פירים, ובכלל זה פירי שירות ופיר מעלית, מבואה לדירות, משטחים אופקיים במפלס הקומה, היטלים אופקיים של משטחים משופעים, שטחים בקומה המיועדים לצרכים טכניים, מרחב מוגן קומתי וכיוצ"ב.

4. <u>שיעור ההשתתפות בהוצאות הבית המשותף ובשירותים המחויבים בקשר אליו:</u> כמפורט בסעיף 8 להסכם הניהול ובהיתר הוראות הסכם הניהול. לעניין זה מובהר כי הקונה יישא בין היתר בהוצאות הכבר הפתוחה, מעברים אחרים במפלס הקרקע הפתוחים לציבור ובמתחם, וכן כי חברות תשתית (כגון חברת החשמל) אשר יהיו בעלות שטחים במתחם לא ישתתפו באיזה מהוצאות הבית המשותף והשירותים המחויבים בקשר אליו.

ﬡﬔﬕ

5. <u>סדרי קבלת החלטות בדבר ניהול הבית:</u> כמפורט בסעיף 6 ו- 12 להסכם הניהול וביתר הוראות הסכם הניהול.

6. סדרי רישום חליפים – ראה סעיף 10 להסכם המכר.

ד. <u>הערות כלליות</u>

1. המפרט והתכניות אינם סופיים והחברה רשאית להכניס בהם שינויים ותיקונים לא מהותיים לפי שיקול דעתה ודרישת יועציה.

2. בכל מקום בו נזכר מחיר של פריט הכוונה למחיר בהתאם למחירון לצרכן הנהוג אצל הספק במועד ההפניה אליו מפנה החברה את הרוכש.

3. בכל מקום בו נזכר שם של יצרן או דגם הכוונה למוצר המצויין בסעיף או מוצר שווה ערך לו לרבות של יצרן אחר.

4. המתחס במפרט זה כמשמעותו בהסכם המכר שמפרט זה נספח לו.

ולראיה באו על החתום

_____          _____
חתימת המוכר                          חתימת הקונה

---

(1) א) דירה – פירושה חדר או מערכת חד' שנועדו למגורים, לעסק או לכל צורך אחר.
    ב) סטיות בשיעור של 2% בין מידות הבניין המופיעות בתוכנית ובין המידות למעשה וכן סטיות בשיעור של 5% בין הכמויות ומידות האביזרים במפרט והכמויות ומידות למעשה הן סבירות, ולא ייחשבו כסטייה מהתיאור מתאור זה.

(2) א) כל המוצרים והמלאכות יהיו לפי דרישות התקן הישראלי כאשר יש כזה.
    ב) בכל מקרה בו צויינו מספר אלטרנטיבות (לדוגמא: "יש/אין") יש למחוק את המיותר.

(3) א) יש לציין במפורט חומר (עץ לבוד, אלומיניום מזוגג וכו'ב), צורת פתיחה (רגילה, נגרר, רפפות, מס' כנפיים וכיו'ב), תריסים מתקפלים, נגררים, גלילה וכיו'ב).
    ו) דלתות חוץ/חפורת לוואי חדרים יכולות להופיע ברשימה של אחד חדדיה אלה ורלדד ושהרחות הרלליית של

ה) הדלמותבדירה תתאים לסה'כ הדלתות המצויינות בטבלה.

(4) המוכר דירה בבית משותף או בית המיועד להירשם בבית משותף וחתקנון שחל על הבית או שבדעתו להחיל על הבית כובטל או משנה הוראה של התקנון המצוי המתייחסת לעניין מן העניינים המפורטים בסעיף ג' של המפרט, חייב לכלול במפרט או לצרף לחוזה המכר פרטים על אותו עניין.

<u>**נספח למפרט הטכני**</u>

בנוסף לאמור במפרט הטכני, מסכימים ביניהם הצדדים את האמור להלן:

1.  בד בבד עם חתימת הסכם זה מודיע הקונה לחברה על רצונו בשינוי מיקום מדרגות הדירה באופן
    המתואר כ"אופציה ב'" בתכנית האדריכלית שהוכנה על ידי אדריכל הקונה והמצ"ב כנספח לכתב
    זה. (להלן – **שינוי מיקום המדרגות**).

2.  החברה מאשרת בזאת, כי שינוי מיקום המדרגות אפשרי מבחינה הנדסית עקרונית, ואולם מובהר כי
    פרט לאישור עקרוני זה, יחולו על הליך אישור וביצוע שינוי מיקום המדרגות, הליך אישור העבודות
    הנוספות כאמור בסעיף 4.5 להסכם וכפי שנוהג בפרויקט בפועל. בכלל זאת מובהר כי טרם סוכם
    מחיר ביצוע העבודות הנוספות הכרוכות בביצוע שינוי מיקום המדרגות או משמעותן מבחינת לוח
    זמנים ואלה יסוכמו ישירות בין הקונה ובין הקבלן המבצע, ואולם המחיר כאמור לא יעלה על סך של
    138,000 ₪ בתוספת מע"מ (כולל מעקות סטנדרטיים).

_____
גיא ייזום ופיתוח בע"מ
**החברה**

_____
**הקונה**







# Exhibit 5

DN: 2204 PG: 677  07/27/2000  DEED  Image: 1 of 3

LIBER 2204 PAGE 677  SU 16192

NY003 - Bargain and Sale Deed with Covenant against Grantor's Acts  Individual or Corporation (Single Sheet) (NYBTU 8002)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 22 day of June , in the year 2000 .
BETWEEN    LOTTIE MORGANSTERN, GAIL YASHAR and SUZY ROZNER,
each having a one-third (1/3) undivided interest as
tenant in common; all having an address at c/o Jamknitz
Associates, 140 Kent Avenue, Brooklyn, New York 11211

party of the first part, and AARON FISCHMAN and NINA FISCHMAN, his wife,
residing at 703 Carlyle Avenue, Woodmere, New York 11598

party of the second part,
WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or
successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying
and being in the

SEE SCHEDULE A ATTACHED HERETO AND MADE A PART HEREOF.

Said premises more commonly known as Townhouse 6 & 7, Vacation
Village, Loch Sheldrake, New York

Grantor & premises herein being the same as
grantees and premises as in deed
recorded on Red / Liber 1340 Page 199.

Tax Map
Designation

Dist.

Sec.   17A

Blk.  1

Lot(s) 212.1

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and
roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances
and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD
the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of
the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby
the said premises have been incumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the
first part will receive the consideration for this conveyance and will hold the right to receive such consideration
as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same
first to the payment of the cost of the improvement before using any part of the total of the same for any other
purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above
written.

_Lottie Morganstern_
LOTTIE MORGANSTERN

IN PRESENCE OF:

RECEIVED
$ 1,000

JUL 27 2000

REAL ESTATE
TRANSFER TAX
SULLIVAN COUNTY

_Gail Yashar_
GAIL YASHAR

_Suzy Rozner_
SUZY ROZNER

BK: 2204 PG: 677 07/27/2000 DEED Image: 2 of 3

LIBER 2204 PAGE 678

## SCHEDULE A

ALL THAT CERTAIN PLOT, piece or parcel of land, situate, lying and being in the Town of Fallsburg, County of Sullivan, State of New York and being more particularly described as Townhouse Block 11, Lot 6 and Lot 7, as shown on a certain map dated January 23, 1985 by Silvers Engineering Associates known as Vacation Village II Sub-division Plat (revised) filed in the Office of Clerk of the County of Sullivan on July 15, 1986 as Map 84-156.

For conveyancing only, if intended to be conveyed:

TOGETHER with all the right, title and interest of the party of the first part of, in and to the land lying in the street in front of and adjoining said premises.

BK: 2204 PG: 677 07/27/2000 DEED Image: 3 of 3

USE ACKNOWLEDGMENT FORM BELOW WITHIN NEW YORK STATE ONLY:

State of New York, County of Nassau } ss.:

On the 22 day of June in the year 2000 before me, the undersigned, personally appeared Lottie Morganstern, Gail Yashar & Suzy Rozner personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

NOAH COHEN
Notary Public, State of New York
No 01CO4845244
Qualified in Kings County
Commission Expires Mar 30, 2001

USE ACKNOWLEDGMENT FORM BELOW WITHIN NEW YORK STATE ONLY:

State of New York, County of } ss.:

On the day of in the year before me, the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ACKNOWLEDGMENT FORM FOR USE WITHIN NEW YORK STATE ONLY:
(New York Subscribing Witness Acknowledgment Certificate)
State of New York, County of } ss.:

On the day of in the year before me, the undersigned, personally appeared

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(If the place of residence is in a city, include the street and street number, if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

ACKNOWLEDGMENT FORM FOR USE OUTSIDE NEW YORK STATE ONLY:
(Out of State or Foreign General Acknowledgment Certificate)
} ss.:

(Complete Venue with State, Country, Province or Municipality)

On the day of in the year before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

(Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).

BARGAIN & SALE DEED
WITH COVENANTS AGAINST GRANTOR'S ACTS

Title No. SL 16192

LOTTI MORGANSTERN, GAIL YASHAR and SUZY ROZNER, each having a one-third undivided interest as T.I.C.
TO
AARON FISCHMAN and NINA FISCHMAN, his wife

| | |
|---|---|
| DISTRICT | 17A |
| SECTION | 1 |
| BLOCK | 212.1 |
| LOT | |
| COUNTY OR TOWN | Sullivan/Fallsburg |

RECORDED AT REQUEST OF
Fidelity National Title Insurance Company of New York
RETURN BY MAIL TO

FIDELITY NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK
INCORPORATED 1928
"California do Fidelity Difference"
Member New York State Land Title Association

LARRY KATZ, ESQ.
505 Fifth Avenue, Suite 1304
New York, New York
10017

STATE OF NEW YORK
SULLIVAN COUNTY ss:
RECORDED ON THE 27 DAY
OF JUL 2000 AT IN LIBER 2204
O'CLOCK A.M/P.M
OF Local Rec AT PAGE 677
AND EXAMINED.

George L. Cooke CLERK

# Exhibit 6

# SHERIFF'S NOTICE OF SALE

County of __SULLIVAN__ ss.

By Virtue of _ONE_ Execution:
PES20000639, Shalom S. Maidenbaum vs: Aaron Fischman, issued from a
judgment entered on  June 21,2016, in the Supreme  court of the County of
Nassau, State of New York, and docketed with the Clerk of Sullivan County on
October 27, 2017, to me directed and delivered, against the goods and chattels,
lands and tenements of Aaron Fischman

Therefore, I have seized and taken all the right, title and interest of said
defendant(s) in and to the following described property, to wit:

### *see attached.

WHICH PROPERTY I SHALL OFFER FOR SALE, as the law directs, on the
2nd day of June, 2021, at 10:00 A.M., in the LOBBY, of the SULLIVAN
COUNTY SHERIFF'S CIVIL OFFICE , located at 58 OLD ROUTE 17, in the
VILLAGE  of  MONTICELLO, TOWN of THOMPSON, COUNTY of
SULLIVAN, STATE of NEW YORK.

I will publish this Sheriff's Notice of Sale in The Sullivan County Democrat on
the following dates: 4/6/21, 4/20/21, 5/4/21, 5/18/21 and 6/1/21.

Dated  this 26th day of MARCH, 2021

_____ , Sheriff

By:   Michael A. Schiff, Sheriff of Sullivan County

Sworn before me this 26th day
of March , 2021.

_____ , Notary Public
State of New York

NADINE E. BURY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BU6411724
Qualified in Sullivan County

TAX MAP NO.: 17.A-1-212.1

SIZE: 50 X 90

LOCATION: 10 Lower Vacation Blvd.

ASSESSED VALUATION: $333,300

OWNERS: Fischman, Aaron & Nina as Joint Tenants

DATE DEED RECORDED: July 27, 2000

DEED DATE: June 22, 2000

LIBER & PAGE OF RECORDING: Liber 2204 Page 677

LIMITATION: The right, title and interest to be sold shall be solely Aaron Fischman's portion of the Joint Tenancy he holds with his wife Nina Fischman.