DUPLICATE

Court Name: Eastern District of New York

Division: 1
Receipt Number: 4653157428
Cashier ID: AndrewJ
Transaction Date: 06/02/2021
Payer Name: NINA FISCHMAN

---

CIVIL FILING FEE- NON-PRISONER
 For: NINA FISCHMAN
 Case/Party: D-NYE-1-21-CV-003111-001
 Amount:      $402.00

---

CASH
 Amt Tendered: $402.00

---

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00