

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

RECEIVED JUN 02 2021 PRO SE OFFICE

BROWN, J.

Nina Fischman

*Plaintiff(s)*

v.

Hon Jerome C. Murphy, In his Official and individual capacity; Shalom S. Maidenbaum; Jonathan Stein; Elliot Blumenthal, Eric W. Berry; and Michael A. Schiff in his official capacity

*Defendant(s)*

Civil Action No. CV 21-3111

LINDSAY, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hon. JEROME C MURPHY
Nassau County Supreme Court,
3rd Floor
100 Supreme Court Drive
Mineola, NY 11501

SHALOM S MAIDENBAUM,
483 Chestnut Street
Cedarhurst, NY 11516

JONATHAN STEIN,
132 Spruce Street
Cedarhurst, New York

(PLEASE SEE ATTACHED)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PRO SE PLAINTIFF
Nina Fischman
703 Carlyle Street
Woodmere, NY 11598

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 06/02/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                               _____
                                                *Printed name and title*


                               _____
                                                *Server's address*

Additional information regarding attempted service, etc:

Hon. JEROME C MURPHY in his official and individual capacity,
Nassau County Supreme Court, 3rd Floor
100 Supreme Court Drive
Mineola, NY 11501

SHALOM S MAIDENBAUM,
483 Chestnut Street
Cedarhurst, NY 11516

JONATHAN STEIN,
132 Spruce Street
Cedarhurst, New York

ELLIOT BLUMENTHAL,
483 Chestnut Street
Cedarhurst, New York

ERIC W. BERRY,
745 FIFTH AVENUE, 5th Floor
NEW YORK, NEW YORK 10151

MICHAEL A. SCHIFF in his official capacity,
58 Old Route 17,

Monticello, NY 12701