UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NINA FISCHMAN,

                              Plaintiff,           **NOTICE OF APPEARANCE**

            -against-                      21-cv-3111 (GRB)(ARL)

Hon. JEROME C. MURPHY, in his official and
individual capacity, SHALOM S. MAIDENBAUM,
ERIC W. BERRY, and MICHAEL A. SCHIFF, in
his official capacity,

                              Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that the New York State Office of the Attorney General, by Assistant Attorney General Elizabeth A. Figueira, hereby appears in this action on behalf of Defendant the Honorable Jerome C. Murphy, sued here in his official and individual capacity. This appearance is without prejudice to Defendant's rights to assert any and all applicable defenses.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York            LETITIA JAMES
       June 22, 2021                    Attorney General of the State of New York

                                                  By:

                                                /s/ *Elizabeth Anne Figueira*
                                               ELIZABETH ANNE FIGUEIRA
                                                  Assistant Attorney General
                                             28 Liberty Street
                                             New York, New York 10005
                                             Tel: (212) 416-8528
                                             Elizabeth.Figueira@ag.ny.gov
                                             *Attorney for Justice Murphy*