**BERRY LAW PLLC**
5 COLUMBUS CIRCLE
EIGHTH FLOOR
NEW YORK, NEW YORK 10019
Phone (212) 355-0777
Fax (212) 750-1371

Eric W. Berry (NY)
e-mail   BerryLawPllc@gmail.com

July 9, 2021

*via the ECF system*
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

                                      Re: *Fischman v. Murphy*, Civil Action No
                                      21-cv-3111 (GRB)(ARL)

Your Honor:

      I am a *pro se* attorney defendant who has been named in this case based on allegations concerning my role as a lawyer for Shalom Maidenbaum in judgment enforcement proceedings in state Supreme Court, Nassau County.

      For the reasons set forth in the Court' docket entries of June 23, 2021 and today, I hereby request that my time to respond to the complaint or file a pre-motion letter in anticipation of a request for dismissal under one or more sections of Federal Rule 12(b) be extended to August 18, 2021.  August 18, 2021 is the same date afforded several other private party defendants, as reflected in today's docket entry.

      Thank you for your attention to this matter.

                                                  Respectfully submitted,
                                                     /s/  Eric W. Berry

                                                 Eric W. Berry

cc:  all counsel (by the ECF system)
     plaintiff Nina Fischman, by email (ninasfa@aol.com)