# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINA FISCHMAN,<br><br>        *Plaintiff,*<br><br>- against -<br><br>Hon. JEROME C MURPHY in his official and individual capacity, SHALOM S MAIDENBAUM, JONATHAN STEIN, ELLIOT BLUMENTHAL, ERiC W. BERRY, and MICHAEL A. SCHIFF in his official capacity,<br><br>        *Defendants.* | Case: 2:21-cv-03111-GRB-ARL  |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Nina Fischman in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment dated August 19, 2021 dismissing the action along with all orders entered in this case

Dated: Woodmere, NY
September 19, 2021

Respectfully submitted,

Nina Fischman
703 Carlyle Street,
Woodmere, NY 11598
516.426.9277



Page 1

```
&%RPCourt Name: Eastern District of New York
Division: 1
Receipt Number: 4653160023
Cashier ID: dafrani
Transaction Date: 09/22/2021
Payer Name: NINA FISCHMAN
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NINA FISCHMAN
 Case/Party: D-NYE-1-21-CV-003111-001
 Amount:         $505.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

Fischman v. Murphy 2:2)-cv-3111

To: clerk
Re: notice of appeal



FILED
FRI SEP 19 PM 8:52
CLERK
U.S. DISTRICT COURT
E.D.N.Y.